ECF, LEAD

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:06-cv-11496-SWK
## Internal Use Only

"In re Connetics Securities Litigation"
Assigned to: Judge Shirley Wohl Kram
Member case:

   1:06-cv-12875-SWK

Cause: 15:78m(a) Securities Exchange Act

Date Filed: 10/31/2006
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**Fishbury, Limited**
*Individually and on behalf of All Others
Similarly Situated*

represented by **Eduard Korsinsky**
Zimmerman, Levi & Korsinsky, L.L.P.
39 Broadway
Suite 1601
New York, NY 10006
(212) 363-7500
Fax: (212) 363-7171
Email: ek@zlklaw.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Jean-Marc Zimmerman**
Zimmerman, Levi & Korsinsky, LLP
(NJ)
226 St. Paul Street
Westfield, NJ 07090
(908) 654-8000
Fax: 908 6547207
Email: jmzimmerman@zlk.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Christopher Chad Johnson**
Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
212-554-1396
Fax: 212-554-1444
Email: Chad@blbglaw.com
*ATTORNEY TO BE NOTICED*

**John Christopher Browne**
Bernstein Litowitz Berger &

A CERTIFIED COPY
J. MICHAEL McMAHON,    .  . .CLERK

BY _____
         DEPUTY CLERK

Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
212-554-1398
Fax: 212-554-1444
Email: JohnB@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcus H. Seigle**        represented by **Catherine A. Torell**
Cohen, Milstein, Hausfeld & Toll,
P.L.L.C.
150 East 52nd Street
New York, NY 10022
212-838-7797
Fax: 212-838-7745
Email: ctorell@cmht.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Chad Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Christopher Browne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Bruce Gallant**        represented by **Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
516-741-4977
Email: esmith@brodsky-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Chad Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Christopher Browne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Marcus H. Seigle**        represented by **Catherine A. Torell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christopher Chad Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Christopher Browne**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Connetics Corp.**                          represented by **Emily A. St. John Cohen**
Fenwick & West LLP
555 California Street
Suite 1200
San Francisco, CA 94104
(415) 875-2394
Fax: (415) 281-1350
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
Cadwalader, Wickersham & Taft LLP
(NYC)
One World Financial Center
New York, NY 10281
(212) 504-6112
Fax: (212) 504-6666
Email: greg.markel@cwt.com
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
Fenwick & West LLP
555 California Street
Suite 1200
San Francisco, CA 94104
(415) 875-2302
Fax: (415) 281-1350
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas G. Wiggans**                        represented by **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

Heather N. Mewes
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory Vontz**                                    represented by   **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alexander J. Yaroshinsky**                         represented by   **Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CIBC World Markets Corp.**

**Defendant**

**KBC Financial Products USA, Inc.**

**Defendant**

**Wachovia Securities, LLC**

**Defendant**

**Deutsche Bank Securities, Inc.**

**Defendant**

**John Higgins**                                     represented by   **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lincoln Krochmal**                                 represented by   **Emily A. St. John Cohen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eugene A. Bauer**                    represented by    **Emily A. St. John Cohen**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gregory Arthur Markel**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Heather N. Mewes**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**ANDREW ECKERT**                      represented by    **Emily A. St. John Cohen**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gregory Arthur Markel**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Heather N. Mewes**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**CARL B. FELDBAUM**                   represented by    **Emily A. St. John Cohen**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gregory Arthur Markel**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Heather N. Mewes**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**DENISE M. GILBERT**                    represented by **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN C. KANE**                        represented by **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS D. KILEY**                     represented by **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leon Panetta**                        represented by **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. KIRK RAAB**                    represented by **Emily A. St. John Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Arthur Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather N. Mewes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Policemen's Annuity & Benefit Fund**    represented by **William J. Ban**
**Of Chicago**
Barrack, Rodos & Bacine(PA)
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: wban@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**The City of Tallahassee Pension Plan**

**Movant**

**Teachers' Retirement System of**    represented by **Christopher Chad Johnson**
**Oklahoma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald Harlan Silk**
Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
212 554 1282
Fax: 212 554 1444
Email: jerry@blbglaw.com
*ATTORNEY TO BE NOTICED*

**John Christopher Browne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Marcus H. Seigle**                          represented by **Catherine A. Torell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Movant**

**Teachers' Retirement System of
Oklahoma**

**ADR Provider**

**Oppenheim Pramerica Asset
Management S.A.R.L.**                         represented by **Nancy Kaboolian**
                                                            Abbey Spanier Rodd Abrams &
                                                            Paradis, LLP
                                                            212 East 39th Street
                                                            New York, NY 10016
                                                            (212) 889-3700
                                                            Fax: (212) 684-5191
                                                            Email: nkaboolian@abbeygardy.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Thomas G. Wiggans**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/31/2006 | ●1 | COMPLAINT against Connetics Corp., Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky. (Filing Fee $ 350.00, Receipt Number 595631)Document filed by Fishbury, Limited.(db, ) (Entered: 11/02/2006) |
| 10/31/2006 | ● | Case Designated ECF. (db, ) (Entered: 11/02/2006) |
| 10/31/2006 | ● | CASE REFERRED TO Judge Richard C. Casey as possibly related to 1:06-cv-2401. (db, ) (Entered: 11/02/2006) |
| 10/31/2006 | ●2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Fishbury, Limited.(db, ) (Entered: 11/02/2006) |
| 10/31/2006 | ● | SUMMONS ISSUED as to Connetics Corp., Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky. (db, ) (Entered: 11/02/2006) |
| 11/15/2006 | ● | CASE DECLINED AS NOT RELATED. Case referred as related to 06cv2401 and declined by Judge Richard C. Casey and returned to wheel for assignment. (kco, ) (Entered: 11/20/2006) |
| 11/15/2006 | ●24 | NOTICE OF CASE ASSIGNMENT to Judge Shirley Wohl Kram. Judge Unassigned is no longer assigned to the case. (kco, ) (Entered: 11/20/2006) |

| 11/15/2006 | ◑ | Magistrate Judge Andrew J. Peck is so designated. (kco, ) (Entered: 11/20/2006) |
|---|---|---|
| 11/15/2006 | ◑ | Mailed notice to the attorney(s) of record of case assignment. (kco, ) (Entered: 11/20/2006) |
| 11/17/2006 | ◑3 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION to Appoint Fishbury Limited to serve as lead plaintiff(s). Document filed by Fishbury, Limited. (Attachments: # 1 Memorandum of Law# 2 Declaration of Eduard Korsinsky# 3 Text of Proposed Order) (Zimmerman, Jean-Marc) Modified on 11/20/2006 (kg). (Entered: 11/17/2006) |
| 11/17/2006 | ◑4 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s). Document filed by Marcus H. Seigle. (Attachments: # 1 Memorandum of Law in Support of Motion of Marcus H. Seigle for Appointment as Lead Plaintiff, Approval of Choice of Lead Counsel, and Consolidation of Related Actions# 2 Affidavit Declaration of Catherine A. Torell in Suport of Motion of Marcus H. Seigle for Appointment as Lead Plaintiff, Approval of Choice as Lead Counsel, and Consolidation of Related Actions# 3 Exhibit Exhibit A to Declaration of Catherine A. Torell# 4 Exhibit Exhibit B to Declaration of Catherine A. Torell# 5 Exhibit Exhibit C - Part 1 to Declaration of Catherine A. Torell# 6 Exhibit Exhibit C - Part 2 to Declaration of Catherine A. Torell# 7 Exhibit Exhibit C - Part 3 to Declaration of Catherine A. Torell# 8 Text of Proposed Order Proposed Order for Appointment of Lead Plaintiff)(Torell, Catherine) Modified on 11/20/2006 (kg, ). (Entered: 11/17/2006) |
| 11/17/2006 | ◑5 | MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L to serve as lead plaintiff(s) *for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel*. Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Kaboolian, Nancy) (Entered: 11/17/2006) |
| 11/17/2006 | ◑6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L to serve as lead plaintiff(s) *for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel.*. Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Kaboolian, Nancy) (Entered: 11/17/2006) |
| 11/17/2006 | ◑7 | DECLARATION of James M. Evangelista in Support re: 5 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L to serve as lead plaintiff(s) *for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel.*. Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F-1# 7 Exhibit F-2# 8 Exhibit F-3# 9 Exhibit G# 10 Text of Proposed Order # 11 Affidavit Certificate of Service)(Kaboolian, Nancy) (Entered: 11/17/2006) |

| 11/17/2006 | ❾8 | MOTION to Appoint Policemen to serve as lead plaintiff(s) *Policemen's Annuity & Benefit Fund of Chicago*. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 11/17/2006) |
|---|---|---|
| 11/17/2006 | ❾9 | MEMORANDUM OF LAW in Support re: 8 MOTION to Appoint Policemen to serve as lead plaintiff(s) *Policemen's Annuity & Benefit Fund of Chicago*.. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 11/17/2006) |
| 11/17/2006 | ❾10 | DECLARATION of Mark R. Rosen in Support re: 8 MOTION to Appoint Policemen to serve as lead plaintiff(s) *Policemen's Annuity & Benefit Fund of Chicago*.. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Ban, William) (Entered: 11/17/2006) |
| 11/17/2006 | ❾11 | CERTIFICATE OF SERVICE of Lead Plaintiff Motion, Memorandum of Law, Declaration and Proposed Order served on Plaintiffs on November 17, 2006. Service was made by Mail. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 11/17/2006) |
| 11/17/2006 | ❾12 | MOTION to Consolidate Cases 1:06-cv-12875 *and to Appoint Lead Plaintiff and Lead and Liaison Counsel*. Document filed by The City of Tallahassee Pension Plan. (Attachments: # 1 Proposed Order)(Smith, Evan) (Entered: 11/17/2006) |
| 11/17/2006 | ❾13 | DECLARATION of Evan J. Smith, Esquire in Support re: 12 MOTION to Consolidate Cases 1:06-cv-12875 *and to Appoint Lead Plaintiff and Lead and Liaison Counsel*.. Document filed by The City of Tallahassee Pension Plan. (Attachments: # 1 Exhibit A-C to Declaration# 2 Exhibit D (Part I) to Declaration# 3 Exhibit D (Part II) to Declaration# 4 Exhibit E to Declaration)(Smith, Evan) (Entered: 11/17/2006) |
| 11/17/2006 | ❾14 | MEMORANDUM OF LAW in Support re: 12 MOTION to Consolidate Cases 1:06-cv-12875 *and to Appoint Lead Plaintiff and Lead and Liaison Counsel*.. Document filed by The City of Tallahassee Pension Plan. (Smith, Evan) (Entered: 11/17/2006) |
| 11/17/2006 | ❾15 | CERTIFICATE OF SERVICE. Service was made by Mail and ECF. Document filed by The City of Tallahassee Pension Plan. (Smith, Evan) (Entered: 11/17/2006) |
| 11/17/2006 | ❾16 | NOTICE of Motion of Teachers' Retirement System of Oklahoma for Appointment as Lead Plaintiff, Approval of Selection of Lead Counsel, and Consolidation. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/17/2006) |
| 11/17/2006 | ❾17 | MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s). Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/17/2006) |
| | | |

| 11/17/2006 | ❹18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s).. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/17/2006) |
|---|---|---|
| 11/17/2006 | ❹19 | DECLARATION of Gerald H. Silk in Support re: 17 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s).. Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Silk, Gerald) (Entered: 11/17/2006) |
| 11/17/2006 | ❹20 | CERTIFICATE OF SERVICE. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/18/2006) |
| 11/17/2006 | | (Court only) ***Motion(s) terminated: 3 MOTION to Appoint Fishbury Limited to serve as lead plaintiff(s) filed by Fishbury, Limited. (kg) (Entered: 11/20/2006) |
| 11/17/2006 | | (Court only) ***Motion(s) terminated: 4 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s) filed by Marcus H. Seigle. (kg) (Entered: 11/20/2006) |
| 11/20/2006 | ❹ | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Jean -Marc Zimmerman to RE-FILE Document 3 MOTION to Appoint Fishbury Limited to serve as lead plaintiff(s. ERROR(S): Filing Error of Attachments. Supporting Documents must be filed individually. Event Codes located under Responses and Replies. (kg) (Entered: 11/20/2006) |
| 11/20/2006 | ❹ | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Catherine A. Torell to RE-FILE Document 4 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s). ERROR(S): Filing Error of Attachments. Supporting Documents must be filed individually. Event Codes located under Responses and Replies. (kg) (Entered: 11/20/2006) |
| 11/20/2006 | ❹21 | MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s). Document filed by Marcus H. Seigle. (Torell, Catherine) (Entered: 11/20/2006) |
| 11/20/2006 | ❹22 | MEMORANDUM OF LAW in Support re: 21 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Marcus H. Seigle. (Torell, Catherine) (Entered: 11/20/2006) |
| 11/20/2006 | ❹23 | DECLARATION of Catherine A. Torell in Support re: 21 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Marcus H. Seigle. (Attachments: # 1 Exhibit A to Declaration of Catherine A. Torell# 2 Exhibit B to Declaration of Catherine A. Torell# 3 Part 1 of Exhibit C to Declaration of Catherine A. Torell# 4 Part 2 of Exhibit C to Declaration of Catherine A. Torell# 5 Part 3 of Exhibit C to Declaration of Catherine A. Torell)(Torell, Catherine) (Entered: 11/20/2006) |

| 12/01/2006 | 🔵25 | MEMORANDUM OF LAW in Opposition re: 21 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s)., 5 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L to serve as lead plaintiff(s) *for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel.*, 12 MOTION to Consolidate Cases 1:06-cv-12875 *and to Appoint Lead Plaintiff and Lead and Liaison Counsel.*, 17 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s)., 8 MOTION to Appoint Policemen to serve as lead plaintiff(s) *Policemen's Annuity & Benefit Fund of Chicago..* Document filed by Connetics Corp.. (Attachments: # 1 Declaration of Pamela Mahon Opposing Competing Lead Plaintiff Motions)(Zimmerman, Jean-Marc) (Entered: 12/01/2006) |
|---|---|---|
| 12/07/2006 | 🔵26 | NOTICE of Withdrawal of Motion of Marcus H. Seigle For Appointment As Lead Plaintiff, Approval of Choice of Lead Counsel, and Consolidation of Related Actions re: 21 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Marcus H. Seigle. (Torell, Catherine) (Entered: 12/07/2006) |
| 12/08/2006 | 🔵27 | MEMORANDUM OF LAW in Opposition re: 5 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L to serve as lead plaintiff(s) *for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel.*, 8 MOTION to Appoint Policemen to serve as lead plaintiff(s) *Policemen's Annuity & Benefit Fund of Chicago.*, 12 MOTION to Consolidate Cases 1:06-cv-12875 *and to Appoint Lead Plaintiff and Lead and Liaison Counsel. And in Further Support of the Motion of Teachers' Retirement System of Oklahoma for Appointment as Lead Plaintiff.* Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 12/08/2006) |
| 12/08/2006 | 🔵28 | CERTIFICATE OF SERVICE. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 12/08/2006) |
| 12/08/2006 | 🔵29 | RESPONSE to Motion re: 21 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s)., 5 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L to serve as lead plaintiff(s) *for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel.*, 12 MOTION to Consolidate Cases 1:06-cv-12875 *and to Appoint Lead Plaintiff and Lead and Liaison Counsel.*, 17 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s)., 3 MOTION to Appoint Fishbury Limited to serve as lead plaintiff(s)., 8 MOTION to Appoint Policemen to serve as lead plaintiff(s) *Policemen's Annuity & Benefit Fund of Chicago.*, 4 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 12/08/2006) |
| 12/08/2006 | 🔵30 | CERTIFICATE OF SERVICE of RESPONSE TO MOTION on 12/8/2006. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 12/08/2006) |
| 12/14/2006 | 🔵31 | STIPULATION AND ORDER; defendants need not answer or otherwise |

| | | |
|---|---|---|
| | | respond to the complaint filed in this Court on October 31, 2006. Plaintiff will have 30 days after a lead plaintff has beeen appointed to file a consolidated amended complaint. (Signed by Judge Shirley Wohl Kram on 12/14/06) (djc, ) (Entered: 12/15/2006) |
| 12/14/2006 | ❶32 | ORDER # 94044; consolidating actions 06 cv 11496 and 06 cv 12875 under the caption "In re Connetics Securities LItigation, Master File No. 06 cv 11496; granting 17 Motion to Appoint Oklahoma Teachers as Lead Plaintiff(s); and appoints Oklahoma Teachaers' chose counsel, Bernstein Litowitz, lead counsel in the consolidated action. (Signed by Judge Shirley Wohl Kram on 12/14/06) (djc, ) Modified on 12/15/2006 (rw, ). (Entered: 12/15/2006) |
| 12/14/2006 | | (Court only) *** Set/Clear Flags *** Added flag(s):LEAD (djc, ) (Entered: 12/15/2006) |
| 12/14/2006 | | (Court only) *** Party Bruce Gallant rep by Evan J Smith, and Marcus H. Seigle rep by Catherine A. Torell added. (djc, ) (Entered: 12/15/2006) |
| 12/15/2006 | ❶33 | REPLY MEMORANDUM OF LAW in Support re: 3 MOTION to Appoint Fishbury Limited to serve as lead plaintiff(s).. Document filed by Fishbury, Limited. Filed In Associated Cases: 1:06-cv-11496-SWK,1:06-cv-12875-SWK(Zimmerman, Jean-Marc) (Entered: 12/15/2006) |
| 12/21/2006 | ❶34 | NOTICE OF APPEARANCE by John Christopher Browne on behalf of Teachers' Retirement System of Oklahoma (Browne, John) (Entered: 12/21/2006) |
| 12/21/2006 | ❶35 | NOTICE OF APPEARANCE by Christopher Chad Johnson on behalf of Teachers' Retirement System of Oklahoma (Johnson, Christopher) (Entered: 12/21/2006) |
| 01/10/2007 | ❶36 | STIPULATION AND ORDER; that Lead plaintiff shall file a Consolidated Class Action Complaint on or before 2/14/07. (Signed by Judge Shirley Wohl Kram on 1/10/07) (pl, ) (Entered: 01/10/2007) |
| 01/10/2007 | ❶ | Set/Reset Deadlines: Amended Pleadings due by 2/14/2007. (pl, ) (Entered: 01/10/2007) |
| 01/24/2007 | ❶37 | ENDORSED LETTER addressed to Judge Shirely Wohl Kram from Gregory A. Markel dated 12/26/06 re: a request for a premotion conference, so that the parties can seek leave to transfer this action. ENDORSEMENT: Defendant's application is granted in part and denied in part. Defendants are hereby given leave to file a motion to transfer this action to the Northern District of California. The parties shall stipulate to a briefing schedule for that motion by 1/31/2007. In the absence of a stipulation providing otherwise, defendants shall respond to plaintiffs' forthcoming consolidated complaint within thirty (30) days of the Court's ruling on defendants' motion to change venue. The Court will not at this time schedule a pre-motion conference to discuss defendant's motion to change venue. (Signed by Judge Shirley Wohl Kram on 1/24/07) (kco) (Entered: 01/25/2007) |
| | | |

| 01/31/2007 | ●38 | STIPULATION AND ORDER: It is hereby stipulated and agreed by the parties in the above captioned action, by and through their undersigned counsel, that the defendants will serve their motion to transfer on or before February 16, 2007; Plaintiff will serve a response on or before March 5, 2007; and defendants will serve any reply on or before March 14, 2007 (Signed by Judge Shirley Wohl Kram on 1/31/07) (js) (Entered: 02/01/2007) |
|---|---|---|
| 02/14/2007 | ●39 | CONSOLIDATED CLASS ACTION COMPLAINT against Connetics Corp., Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky. Document filed by Bruce Gallant, Marcus H. Seigle, Fishbury, Limited. (jco) Additional attachment(s) added on 2/20/2007 (Boneta, Dennis). (Entered: 02/16/2007) |
| 02/14/2007 | ● | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney John C. Browne for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 39 Complaint to: case_openings@nysd.uscourts.gov. (jco) (Entered: 02/16/2007) |
| 02/21/2007 | ●40 | STIPULATION AND ORDER by the parties in the above-captioned action, by and through their undersigned counsel, that Defendants will serve their motion to transfer on or before March 2, 2007; Lead Plaintiff will serve a response on or before March 22, 2007; and Defendants will serve any reply on or before April 2, 2007. (Signed by Judge Shirley Wohl Kram on 2/21/2007) (jmi) (Entered: 02/22/2007) |
| 02/27/2007 | ●41 | AFFIDAVIT OF SERVICE of Summons and Complaint,. CIBC World Markets Corp. served on 2/22/2007, answer due 3/14/2007. Service was accepted by Carol Vogt, Authorized person for the Corporate Division of the NY Department of State. Document filed by Teachers' Retirement System of Oklahoma. (Browne, John) (Entered: 02/27/2007) |
| 02/27/2007 | ●42 | AFFIDAVIT OF SERVICE of Summons and Complaint,. KBC Financial Products USA, Inc. served on 2/22/2007, answer due 3/14/2007. Service was accepted by Carol Vogt, Authorized person in the Corporation Division of the New York Department of State. Document filed by Teachers' Retirement System of Oklahoma. (Browne, John) (Entered: 02/27/2007) |
| 02/27/2007 | ●43 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Wachovia Securities, LLC served on 2/22/2007, answer due 3/14/2007. Service was accepted by Carol Vogt, authorized person in the Corporation Division of the New York Department of State. Document filed by Teachers' Retirement System of Oklahoma. (Browne, John) (Entered: 02/27/2007) |
| 02/27/2007 | ●44 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Deutsche Bank Securities, Inc. served on 2/22/2007, answer due 3/14/2007. Service was accepted by Carol Vogt, Authorized Person in the Corporation Division of New York Department of State. Document filed by Teachers' Retirement System of Oklahoma. (Browne, John) (Entered: 02/27/2007) |

| 03/02/2007 | ○45 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT # 61) - RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying STEIFEL LABORATORIES, INC. as Corporate Parent. Document filed by Thomas G. Wiggans, John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Gregory Vontz, Alexander J. Yaroshinsky.(Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
|---|---|---|
| 03/02/2007 | ○46 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT # 62) - NOTICE OF APPEARANCE by Gregory Arthur Markel on behalf of John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | ○47 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT # 63) - MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA.* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky.(Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | ○48 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT # 64) - MEMORANDUM OF LAW in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | ○49 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT # 65) - DECLARATION of Alexander J. Yaroshinsky in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by Alexander J. Yaroshinsky. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | ○50 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of Eugene A. Bauer in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by Eugene A. Bauer. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |

| 03/02/2007 | **○**51 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of DENISE M. GILBERT in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by DENISE M. GILBERT. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
|---|---|---|
| 03/02/2007 | **○**52 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of JOHN HIGGINS in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | **○**53 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of JOHN C. KANE in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by JOHN C. KANE. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | **○**54 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of THOMAS D. KILEY in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by THOMAS D. KILEY. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | **○**55 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of LINCOLN KROCHMAL in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by Lincoln Krochmal. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | **○**56 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT # 66) - DECLARATION of SCOTT MORRISON in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | **○**57 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of LEON PANETTA in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by Leon Panetta. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |

| 03/02/2007 | ❍58 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of C. GREGORY VONTZ in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by Gregory Vontz. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
|---|---|---|
| 03/02/2007 | ❍59 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of THOMAS G. WIGGANS in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by Thomas G. Wiggans. (Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | ❍60 | FILING ERROR - DEFICIENT DOCKET ENTRY - (DOCUMENT NEEDS TO BE LINKED TO Doc. # 63) - DECLARATION of DEAN S. KRISTY in Support re: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Attachments: # 1 # 2 Exhibit EXHIBIT A# 3 Exhibit EXHIBIT B# 4 Exhibit EXHIBIT C# 5 Exhibit EXHIBIT D# 6 Exhibit EXHIBIT D-1# 7 Exhibit EXHIBIT D-2# 8 Exhibit EXHIBIT E# 9 Exhibit EXHIBIT E-1# 10 Exhibit EXHIBIT E-2# 11 Exhibit EXHIBIT E-3# 12 Exhibit EXHIBIT F# 13 Exhibit EXHIBIT G# 14 Exhibit EXHIBIT H# 15 Exhibit EXHIBIT I# 16 Exhibit EXHIBIT J# 17 Exhibit EXHIBIT K)(Markel, Gregory) Modified on 3/15/2007 (lb). (Entered: 03/02/2007) |
| 03/02/2007 | ❍ | (Court only) ***Motion(s) terminated: 47 MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*. filed by Leon Panetta, ANDREW ECKERT, Lincoln Krochmal, Connetics Corp., DENISE M. GILBERT, G. KIRK RAAB, JOHN C. KANE, Eugene A. Bauer, John Higgins, Gregory Vontz, THOMAS D. KILEY, CARL B. FELDBAUM, Alexander J. Yaroshinsky, Thomas G. Wiggans. (lb) (Entered: 03/15/2007) |
| 03/05/2007 | ❍61 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying STEIFEL LABORATORIES, INC. as Corporate Parent. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz.(Markel, Gregory) (Entered: 03/05/2007) |
| 03/05/2007 | ❍62 | NOTICE OF APPEARANCE by Gregory Arthur Markel on behalf of John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz (Markel, Gregory) (Entered: 03/05/2007) |

| 03/05/2007 | 🔵63 | MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz.(Markel, Gregory) (Entered: 03/05/2007) |
|---|---|---|
| 03/05/2007 | 🔵64 | MEMORANDUM OF LAW in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/05/2007) |
| 03/05/2007 | 🔵65 | DECLARATION of ALEXANDER J. YAROSHINSKY in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/05/2007) |
| 03/05/2007 | 🔵66 | DECLARATION of SCOTT MORRISON in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/05/2007) |
| 03/06/2007 | 🔵67 | DECLARATION of R. ANDREW ECKERT in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/06/2007) |
| 03/06/2007 | 🔵68 | DECLARATION of CARL B. FELDBAUM in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/06/2007) |
| 03/06/2007 | 🔵69 | DECLARATION of G. KIRK RAAB in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln |

| | | |
|---|---|---|
| | | Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/06/2007) |
| 03/15/2007 | ● | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENTS - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Gregory Arthur Markel to RE-FILE Document 60 Declaration in Support of Motion,,, 57 Declaration in Support of Motion, 52 Declaration in Support of Motion, 53 Declaration in Support of Motion, 59 Declaration in Support of Motion, 50 Declaration in Support of Motion, 55 Declaration in Support of Motion, 54 Declaration in Support of Motion, 58 Declaration in Support of Motion, 51 Declaration in Support of Motion,. ERROR(S): DOCUMENTS NEED TO BE LINKED TO DOCUMENT #63. (lb) (Entered: 03/15/2007) |
| 03/16/2007 | ●70 | DECLARATION of EUGENE A. BAUER in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | ●71 | DECLARATION of DENISE M. GILBERT in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | ●72 | DECLARATION of JOHN HIGGINS in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | ●73 | DECLARATION of JOHN C. KANE in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | ●74 | DECLARATION of THOMAS D. KILEY in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. |

| | | |
|---|---|---|
| | | FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | 🔵75 | DECLARATION of LINCOLN KROCHMAL in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | 🔵76 | DECLARATION of LEON PANETTA in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | 🔵77 | DECLARATION of C. GREGORY VONTZ in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | 🔵78 | DECLARATION of THOMAS G. WIGGANS in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 03/16/2007) |
| 03/16/2007 | 🔵79 | DECLARATION of DEAN S. KRISTY in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit D-1# 6 Exhibit D-2# 7 Exhibit E# 8 Exhibit E-1# 9 Exhibit E-2# 10 Exhibit E-3# 11 Exhibit F# 12 Exhibit G# 13 Exhibit H# 14 Exhibit I# 15 Exhibit J# 16 Exhibit K)(Markel, Gregory) (Entered: 03/16/2007) |
| 03/27/2007 | 🔵80 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Service was accepted by Marybeth Huyck, Authorized by Corporation Division of the |

| | | |
|---|---|---|
| | | Department of State of New York. Document filed by Teachers' Retirement System of Oklahoma. (Browne, John) (Entered: 03/27/2007) |
| 03/28/2007 | ❶81 | STIPULATION AND ORDER: the time for defendants CIBC World Capital Markets Corporation, Wachovia Securities International, KBC Financial Products USA and DGAB London's time to respond to the complaint is extended to within thirty (30) days of the Court's ruling on the Transfer Motion. (Signed by Judge Shirley Wohl Kram on 3/28/07) (db) (Entered: 03/29/2007) |
| 03/30/2007 | ❶82 | MEMORANDUM OF LAW in Opposition re: (47 in 1:06-cv-11496-SWK) MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA.*, (63 in 1:06-cv-11496-SWK) MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA. COURT-APPOINTED LEAD PLAINTIFF OKLAHOMA TEACHERS OPPOSITION TO MOTION TO TRANSFER VENUE.* Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Affidavit Declaration of John C. Browne (with exhibits)# 2 Affidavit Decllaration of John C. Browne (with exhibits-pt2)# 3 Certificate of Service)Filed In Associated Cases: 1:06-cv-11496-SWK, 1:06-cv-12875-SWK(Browne, John) (Entered: 03/30/2007) |
| 04/04/2007 | ❶83 | MOTION for Heather N. Mewes to Appear Pro Hac Vice. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz.(jco) (Entered: 04/11/2007) |
| 04/04/2007 | ❶84 | MOTION for Emily A. St. John Cohen to Appear Pro Hac Vice. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz.(jco) (Entered: 04/11/2007) |
| 04/13/2007 | ❶ | CASHIERS OFFICE REMARK on 84 Motion to Appear Pro Hac Vice, 83 Motion to Appear Pro Hac Vice, in the amount of $50.00, paid on 04/04/2007, Receipt Number 610832. (jd) (Entered: 04/13/2007) |
| 04/13/2007 | ❶85 | REPLY MEMORANDUM OF LAW in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 04/13/2007) |
| 04/13/2007 | ❶86 | DECLARATION of Thomas G. Wiggans in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA..* Document filed by Thomas G. Wiggans, John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW |

| | | |
|---|---|---|
| | | ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Gregory Vontz. (Markel, Gregory) (Entered: 04/13/2007) |
| 04/13/2007 | ◗87 | DECLARATION of Kalama M. Liu-Kwan in Support re: 63 MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA*.. Document filed by John Higgins, Lincoln Krochmal, Eugene A. Bauer, ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, Leon Panetta, G. KIRK RAAB, Connetics Corp., Thomas G. Wiggans, Gregory Vontz. (Markel, Gregory) (Entered: 04/13/2007) |
| 05/23/2007 | ◗88 | OPINION AND ORDER # 94698: Therefore, the Connetics Defendants' motion to transfer venue is hereby granted and the Clerk is directed to transfer this case, including all actions consolidated thereunder, to the Nothern District of California. (Signed by Judge Shirley Wohl Kram on 5/23/07) (js) Modified on 5/25/2007 (kkc). (Entered: 05/24/2007) |