1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   KALAMA M. LUI-KWAN (CSB NO. 242121)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   FENWICK & WEST LLP
4  555 California Street, 12th floor
   San Francisco, CA  94104
5  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
6  smuck@fenwick.com
   dkristy@fenwick.com
7  csteskal@fenwick.com
   klui-kwan@fenwick.com
8  ecohen@fenwick.com

9  Attorneys for Defendants Connetics Corp., Thomas G.
   Wiggans, C. Gregory Vontz, John Higgins, Lincoln
10 Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl
   B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas
11 D. Kiley, Leon E. Panetta, and G. Kirk Raab

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHBURY LIMITED, *et al.*, <br><br>              Plaintiffs, <br><br> v. <br><br> CONNETICS CORP., *et al.*, <br><br>              Defendants. | Case No.  C 07-02940 JL <br><br> **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS CONNETICS CORP., THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL, EUGENE A. BAUER, R. ANDREW ECKERT, CARL B. FELBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, LEON E. PANETTA, AND G. KIRK RAAB** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Susan S. Muck, Dean S. Kristy, Christopher J. Steskal, Heather N. Mewes, Kalama M. Lui-Kwan, and Emily St. John Cohen of Fenwick & West LLP ("Defendants' Counsel") hereby enter their appearance on behalf of Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, and G. Kirk Raab.

For purposes of receipt of Notices of Electronic Filing, Defendants' Counsel's e-mail addresses are as follows:

| | |
|---|---|
| Susan S. Muck | smuck@fenwick.com; |
| Dean S. Kristy | dkristy@fenwick.com; |
| Christopher J. Steskal | csteskal@fenwick.com; |
| Heather N. Mewes | hmewes@fenwick.com; |
| Kalama M. Lui-Kwan | klui-kwan@fenwick.com; and |
| Emily St. John Cohen | ecohen@fenwick.com |

Dated: June 15, 2007                                          FENWICK & WEST LLP


By: _____/s/_____
       Emily St. John Cohen

Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, and G. Kirk Raab

25251/00402/SF/5202887.3