SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
KALAMA M. LUI-KWAN (CSB NO. 242121)
EMILY ST. JOHN COHEN (CSB NO. 239674)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
klui-kwan@fenwick.com
ecohen@fenwick.com

Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, and G. Kirk Raab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHBURY LIMITED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONNETICS CORP., *et al.*, <br><br> Defendants. | Case No.  C 07-02940 JL <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a
3  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
4  this case to a United States District Judge.

5  Dated: June 15, 2007                    FENWICK & WEST LLP

7                                          By:_____/s/_____
8                                              Emily St. John Cohen

9                                          Counsel for Defendants Connetics Corp.,
                                            Thomas G. Wiggans, C. Gregory Vontz, John
                                            Higgins, Lincoln Krochmal, Eugene A. Bauer,
10                                          R. Andrew Eckert, Carl B. Felbaum, Denise
                                            M. Gilbert, John C. Kane, Thomas D. Kiley,
11                                          Leon E. Panetta, and G. Kirk Raab

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE                            1                    CASE NO C 07-02940 JL