SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
KALAMA M. LUI-KWAN (CSB NO. 242121)
EMILY ST. JOHN COHEN (CSB NO. 239674)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
klui-kwan@fenwick.com
ecohen@fenwick.com

Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, And G. Kirk Raab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHBURY LIMITED, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CONNETICS CORP., *et al.*,<br><br>　　　　　Defendants. | Case No.  C 07-02940 JL<br><br>**DEFENDANT CONNETICS CORP.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Connetics Corporation
2  ("Connetics"), a nongovernmental corporate party, states that Stiefel Labs, Inc. ("Stiefel") is its
3  parent corporation.  Stiefel, a privately held corporation, acquired Connetics on December 28,
4  2006.  Connetics further states that no publicly held corporation holds 10% or more of its stock.

6  Dated: June 15, 2007                    FENWICK & WEST LLP

8                                           By:_____/s/_____
                                                    Emily St. John Cohen

10                                          Attorneys for Defendants Connetics Corp.,
                                            Thomas G. Wiggans, C. Gregory Vontz,
11                                          John Higgins, Lincoln Krochmal, Eugene A.
                                            Bauer, R. Andrew Eckert, Carl B. Felbaum,
12                                          Denise M. Gilbert, John C. Kane, Thomas D.
                                            Kiley, Leon E. Panetta, and G. Kirk Raab

14  25251/00402/SF/5202886.3

CONNETICS' FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT                    1                         CASE NO. C 07-02940 JL