**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                          415.522.2000

**June 19, 2007**

**CASE NUMBER:  CV 07-02940 JL**
**CASE TITLE:  FISHBURY LIMITED-v-CONNETICS CORP.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable THELTON E. HENDERSON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 06/19/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                Entered in Computer 06/19/07MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA