SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
KALAMA M. LUI-KWAN (CSB NO. 242121)
EMILY ST. JOHN COHEN (CSB NO. 239674)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
klui-kwan@fenwick.com
ecohen@fenwick.com

Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, and G. Kirk Raab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CONNETICS SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System of Oklahoma ("Plaintiff") and defendants Connetics Corp. ("Connetics"), Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, G. Kirk Raab, and Alexander J. Yaroshinsky ("Defendants").

WHEREAS, on June 6, 2007, this consolidated action was transferred from the Southern District of New York to the Northern District of California;

WHEREAS, Plaintiff intends to file an amended consolidated complaint;

STIPULATION AND PROPOSED ORDER
RE BRIEFING SCHEDULE                                                                                    CASE NO. C 07-02940 SI

1  WHEREAS, Defendants intend to move to dismiss the amended consolidated complaint for failure to state a claim; and

WHEREAS, the parties believe that the resources of the Court and the parties are best conserved, and the interests of judicial economy are best served, by stipulating to a schedule for Plaintiff's amended consolidated complaint and Defendants' motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as follows:

1. Plaintiff will file and serve an amended consolidated complaint on or before June 28, 2007.

2. Defendants will file and serve their respective motions to dismiss the amended consolidated complaint for failure to state a claim on or before August 6, 2007.

3. Plaintiff will file and serve its opposition to Defendants' motions to dismiss on or before September 10, 2007.

4. Defendants will file and serve their respective replies in support of their motions to dismiss the amended consolidated complaint on or before September 27, 2007.

5. The parties request that the Court schedule a hearing on Defendants' motions to dismiss on the earliest available date.

IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into and submit a further appropriate stipulation amending this filing.

//
//
//
//
//
//
//

STIPULATION AND PROPOSED ORDER
RE BRIEFING SCHEDULE                           2                          CASE NO. C 07-02940 SI

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: June 21, 2007 | FENWICK & WEST LLP |
| 4 |  | By: /s/ |
|   |  | Christopher J. Steskal |
| 6 |  | 555 California Street, Suite 1200 |
|   |  | San Francisco, California 94104 |
| 7 |  | Telephone: (415) 875-2300 |
|   |  | Facsimile: (415) 281-1350 |
| 8 |  | Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Felbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, G. Kirk Raab |
| 11 | Dated: June 21, 2007 | DLA PIPER US LLP |
| 14 |  | By: /s/ |
|   |  | Alysson Russell Snow |
| 15 |  | 401 B Street, Suite 1700 |
|   |  | San Diego, California 92101 |
| 16 |  | Telephone: (619) 699-2858 |
|   |  | Facsimile: (619) 699-2701 |
| 17 |  | Attorneys for Defendant Alexander J. Yaroshinsky |
| 19 | Dated: June 21, 2007 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 22 |  | By: /s/ |
|   |  | David R. Stickney |
| 23 |  | 12481 High Bluff Drive, Suite 300 |
|   |  | San Diego, California 92130 |
| 24 |  | Telephone: (858) 793-0070 |
|   |  | Facsimile: (858) 793-0323 |
| 25 |  | Attorneys for Plaintiff Teachers' Retirement System of Oklahoma and Court Appointed Lead Counsel for the Class |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
RE BRIEFING SCHEDULE

3

CASE NO. C 07-02940 SI

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
2  under penalty of perjury that concurrence in the filing of the document has been obtained from
3  Alysson Russell Snow and David R. Stickney.

                        \*   \*   \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____ 2007

                                        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

25251/00402/LIT/1268961.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO