IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISHBURY LIMITED, | No. C 07-02940SI |
| Plaintiff, | **NOTICE** |
| v. | |
| CONNETICS CORP., | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference will be held on Friday, October 12, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

The Court has reserved October 12, 2007, at 9:00 a.m. as a hearing date on any motions to dismiss.

Dated: July 12, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk