BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
MATTHEW P. SIBEN (Bar No. 223279)
TAKEO A. KELLAR (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
matthews@blbglaw.com
takeok@blbglaw.com

Attorneys for Lead Plaintiff Teachers' Retirement
System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re CONNETICS SECURITIES LITIGATION. | Case No. C 07-02940 SI <br><br> **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF LEAD PLAINTIFF TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA** |
|---|---|

NOTICE OF APPEARANCE
Case No. C-07-02940-SI

1  PLEASE TAKE NOTICE that Matthew P. Siben of Bernstein Litowitz Berger &
2 Grossmann LLP, located at 12481 High Bluff Drive, Suite 300, San Diego, California 92130-
3 3582 hereby enters his appearance as counsel for Lead Plaintiff Teachers' Retirement System of
4 Oklahoma, and Counsel for the Class.

5  For purposes of receipt of Notices of Electronic Filing, counsel's e-mail address is
6 matthews@blbglaw.com.

8 Dated: July 13, 2007        Respectfully submitted,

9                  BERNSTEIN LITOWITZ BERGER
                     & GROSSMANN LLP

12                    /s/*Matthew P. Siben*
                      MATTHEW P. SIBEN

13                 DAVID R. STICKNEY
                   MATTHEW P. SIBEN
14                 TAKEO A. KELLAR
                   12481 High Bluff Drive, Suite 300
15                 San Diego, CA 92130
                   Tel:   (858) 793-0070
16                 Fax:   (858) 793-0323

NOTICE OF APPEARANCE                                -1-
Case No. C-07-02940-SI

**CERTIFICATE OF SERVICE**

I, BRANDY ROBERTS, do hereby certify that on this 13th day of July, 2007, true and correct copies of the foregoing

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF LEAD PLAINTIFF TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served via facsimile and/or Federal Express (as indicated on the attached Service List), in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

/s/ *Brandy Roberts*
BRANDY ROBERTS

**Master Service List**

In re CONNETICS SECURITIES LITIGATION
Case No.: 07-02940

| COUNSEL FOR LEAD PLAINTIFF TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA AND COUNSEL FOR THE CLASS ||
|---|---|
| David R. Stickney<br>Matthew P. Siben<br>Takeo A. Kellar<br>**BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP**<br>12481 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>Tel: 858-793-0070<br>Fax: 858-793-0323<br>davids@blbglaw.com<br>matthews@blbglaw.com<br>takeok@blbglaw.com | C. Chad Johnson<br>**BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212-554-1398<br>Fax: 212-554-1444<br>chad@blbglaw.com |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF FISHBURY LIMITED** ||
| Jean-Marc Zimmerman<br>Eduard Korsinsky<br>Pamela Lynam Mahon<br>**ZIMMERMAN, LEVI<br>& KORSINSKY LLP**<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>ek@zlk.com<br>jmzimmerman@zlk.com<br>pmahon@zlk.com<br><br>*Via ECF* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF BRUCE GALLANT** ||
| Evan J. Smith<br>**BRODSKY & SMITH LLC**<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Tel: 516-741-4977<br><br>*Via FedEx* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF MARCUS A. SEIGLE** ||
| Catherine A. Torell<br>**COHEN MILSTEIN HAUSFELD<br>& TOLL P.L.L.C**<br>150 East 52nd Street<br>New York, NY 10022<br>Tel: 212-838-7797<br>Fax: 212-383-7745<br><br>*Via FedEx* | |

NOTICE OF APPEARANCE                                                                 -3-
Case No. C-07-02940-SI

| **COUNSEL FOR DEFENDANTS CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL, EUGENE A. BAUER, R. ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, LEON E. PANETTA, AND G. KIRK RAAB.** ||
|---|---|
| Susan S. Muck<br>Dean S. Kristy<br>Christopher J. Steskal<br>Kalama M. Lui-Kwan<br>Emily St. John Cohen<br>**FENWICK & WEST**<br>275 Battery Street, Suite 1600<br>San Francisco, CA 94111<br>Tel: 415-875-2300<br>Fax: 415-281-1350<br>smuck@fenwick.com<br>dkristy@fenwick.com<br>csteskal@fenwick.com<br>klui-kwan@fenwick.com<br>ecohen@fenwick.com<br><br>*Via ECF* | Gregory A. Markel<br>**CADWALADER, WICKERSHAM<br>   & TAFT LLP**<br>1 World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>gregory.markel@cwt.com<br><br>*Via ECF* |
| **COUNSEL FOR DEFENDANT ALEXANDER J. YAROSHINSKY** ||
| James P. Duffy IV<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-335-4500<br>Fax: 212-504-6666<br>James.duffy@dlapiper.com<br><br>Alysson Russell Snow<br>**DLA PIPER US LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619-699-2858<br>Fax: 619-699-2701<br>Alysson.snow@dlapiper.com<br><br>*Via FedEx* | |

NOTICE OF APPEARANCE                                                            -4-
Case No. C-07-02940-SI