1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   KALAMA M. LUI-KWAN (CSB NO. 242121)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   FENWICK & WEST LLP
4  555 California Street, 12th floor
   San Francisco, CA  94104
5  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
6  smuck@fenwick.com
   dkristy@fenwick.com
7  csteskal@fenwick.com
   klui-kwan@fenwick.com
8  ecohen@fenwick.com

9  Attorneys for Defendants Connetics Corp., John L.
   Higgins, Lincoln Krochmal, C. Gregory Vontz, and
10 Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re CONNETICS SECURITIES LITIGATION | Case No.  C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
|---|---|

This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System of Oklahoma ("Plaintiff"), defendants Connetics Corp. ("Connetics"), John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans ("Connetics Defendants"), and defendant Alexander J. Yaroshinsky.

WHEREAS, on June 6, 2007, this consolidated action was transferred from the Southern District of New York to the Northern District of California;

WHEREAS, on June 25, 2007, the Court entered a stipulated order that, among other things, set a briefing schedule for defendants' motions to dismiss;

WHEREAS, on July 12, 2007, the Court issued a notice stating that it has reserved

1  October 12, 2007 at 9:00 a.m. as a hearing date on any motions to dismiss;

2  WHEREAS, because of scheduling issues and to allow defendants additional time to
3  prepare their motion papers, the parties have agreed to continue the briefing scheduling and
4  hearing date for defendants' motions to dismiss by one week; and

5  WHEREAS, because of the number of claims and complexity of issues involved in this
6  securities class action case, the Connetics Defendants and Plaintiff believe that they will each
7  require more than 25 pages to brief fully the anticipated motion to dismiss and opposition thereto;

8  IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of
9  California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as
10  follows:

11  1.  The Connetics Defendants and Mr. Yaroshinsky will file and serve any motion to
12  dismiss the amended consolidated complaint for failure to state a claim on or before August 13,
13  2007.

14  2.  Plaintiff will file and serve its opposition to defendants' respective motions to
15  dismiss on or before September 17, 2007.

16  3.  The Connetics Defendants and Mr. Yaroshinsky will file and serve any reply in
17  support of their respective motions to dismiss the amended consolidated complaint on or before
18  October 4, 2007.

19  4.  The parties request that the Court schedule a hearing on defendants' motions to
20  dismiss on October 19, 2007 at 9:00 a.m.

21  5.  The Connetics Defendants' memorandum in support of any motion to dismiss may
22  not exceed forty pages in length; Plaintiff's opposition to the Connetics Defendants' motion shall
23  not exceed forty pages in length; and the Connetics Defendants' reply memorandum in support of
24  any motion to dismiss shall not exceed twenty pages in length.

25  IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local
26  Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into
27  and submit a further appropriate stipulation amending this filing.

28

STIPULATION AND PROPOSED ORDER
RE BRIEFING SCHEDULE                    2                         CASE NO. C 07-02940 SI

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: August 1, 2007 | FENWICK & WEST LLP |
| 4 |  | By: _____/s/_____<br>Christopher J. Steskal |
| 6 |  | 555 California Street, Suite 1200<br>San Francisco, California 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| 8 |  | Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans |
| 10 | Dated: August 1, 2007 | DLA PIPER US LLP |
| 12 |  | By: _____/s/_____<br>Alysson Russell Snow |
| 14 |  | 401 B Street, Suite 1700<br>San Diego, California 92101<br>Telephone: (619) 699-2858<br>Facsimile: (619) 699-2701 |
| 16 |  | Attorneys for Defendant Alexander J. Yaroshinsky |
| 18 | Dated: August 1, 2007 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 20 |  | By: _____/s/_____<br>David R. Stickney |
| 22 |  | 12481 High Bluff Drive, Suite 300<br>San Diego, California 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323 |
| 24 |  | Attorneys for Plaintiff Teachers' Retirement System of Oklahoma and Court Appointed Lead Counsel for the Class |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
RE BRIEFING SCHEDULE                3                CASE NO. C 07-02940 SI

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Alysson Russell Snow and David R. Stickney.

\* \* \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____ 2007

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

25251/00402/DOCS/1787271.1