UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

07 AUG -6 PM 1: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fishbury, Limited et al<br><br>Plaintiff,<br><br>v.<br><br>Connetics Corporation et al.<br><br>Defendants. | No. 3:07-cv-02940-SI |

### NOTICE OF APPEARANCE OF VICTOR E. ZAK

TO THE CLERK:



Please enter the appearances of Defendant Victor E. Zak *pro se* in the above-entitled action.

Respectfully submitted,

VICTOR E. ZAK

*Victor Zak*

24 Oakmont Road
Newton, MA 02459
(617) 964-4813

Date: August 1, 2007

I, Victor Zak hereby certify that on this 1st day of August 2007, I caused to be served a copy of the above document via first-class mail, postage prepaid, upon the following attorneys of record:

**William J. Ban**
Barrack, Rodos & Bacine(PA)
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103

**Christopher Chad Johnson**
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

**Takeo Austin Kellar**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92127

**Eduard Korsinsky**
Zimmerman, Levi & Korsinsky LLP
39 Broadway, Suite 1601
New York, NY 10006

**Jean-Marc Zimmerman, Esq.**
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090

**Dean S. Kristy**
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

**Gregory A Markel**
Cadwalader, Wickersham & Taft LLP
1 World Financial Center
New York, NY 10281

**Catherine A. Torell**
Cohen Milstein Hausfeld & Toll P.L.L.C.
150 East 52nd Street
New York, NY 10022

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**James P. Duffy IV**
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020

By: _/s/ Victor Zak_
Victor E. Zak