1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   KALAMA M. LUI-KWAN (CSB NO. 242121)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   GAURAV MATHUR (CSB NO. 242630)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  klui-kwan@fenwick.com
   ecohen@fenwick.com
9  gmathur@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS** |
|---|---|

Gaurav Mathur of Fenwick & West LLP ("Defendants' Counsel") hereby enters his appearance on behalf of Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans. For purposes of receipt of Notices of Electronic Filing, Defendants' Counsel's e-mail address is gmathur@fenwick.com.

Dated: August 13, 2007

Respectfully submitted,

FENWICK & WEST LLP

By: _____/s/_____
Kalama M. Lui-Kwan

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

25251/00402/LIT/1271539.1

NOTICE OF APPEARANCE                                           CASE NO. C 07-02940 SI