SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
KALAMA M. LUI-KWAN (CSB NO. 242121)
EMILY ST. JOHN COHEN (CSB NO. 239674)
GAURAV MATHUR (CSB NO. 242630)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
klui-kwan@fenwick.com
ecohen@fenwick.com
gmathur@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No.  C 07-02940 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:    October 19, 2007<br>Time:   9:00 a.m.<br>Dept:    Courtroom 10, 19th Floor<br>Judge:  Honorable Susan Illston |

**[PROPOSED] ORDER**

The motion to dismiss Plaintiff's Amended Consolidated Class Action Complaint ("Amended Complaint") brought by defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans (collectively, "Defendants") for failure to state a claim pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. 78u-4(b)(3)(A), came on regularly for hearing before the Court on October 19, 2007.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing therefor, HEREBY ORDERS:

Defendants' motion to dismiss is GRANTED. Accordingly, the Amended Complaint against Defendants is DISMISSED WITH PREJUDICE.

Dated: _____

The Honorable Susan Illston
United States District Court Judge

25251/00402/SF/5207986.1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS

CASE NO. C 07-02940 SI