SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
KALAMA M. LUI-KWAN (CSB NO. 242121)
EMILY ST. JOHN COHEN (CSB NO. 239674)
GAURAV MATHUR (CSB NO. 242630)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
klui-kwan@fenwick.com
ecohen@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**PROOF OF SERVICE**<br><br>Date:   October 19, 2007<br>Time:   9:00 a.m.<br>Dept:   Courtroom 10, 19th Floor<br>Judge:  Honorable Susan Illston |

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, San Francisco California, 555 California Street, 12th Floor San Francisco, California 94041. On the date set forth below, I served a copy of the following document(s):

PROOF OF SERVICE                                                     CASE NO. C 07-02940 SI

1  NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED
   CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS
2  CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C.
   GREGORY VONTZ, AND THOMAS G. WIGGANS; MEMORANDUM OF
3  POINTS AND AUTHORITIES IN SUPPORT THEREOF;

4  DECLARATION OF CHRISTOPHER J. STESKAL IN SUPPORT OF MOTION
   TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION
5  COMPLAINT;

6  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION
   TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION
7  COMPLAINT; and

8  [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
   PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
9

10 on the interested parties in the subject action by placing a true copy thereof as indicated below,

11 addressed as follows:

12              Victor E. Zak
13              24 Oakmont Road
                Newton Center, MA 02459
14              Tel: 617.964.4813

15
   ☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for
16    collection and mailing following our ordinary business practices. I am readily familiar
      with our ordinary business practices for collecting and processing mail for the United
17    States Postal Service, and mail that I place for collection and processing is regularly
      deposited with the United States Postal Service that same day with postage prepaid.
18

19 ☒ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed
      envelope with a prepaid shipping label for express delivery and causing such envelope to
20    be transmitted to an overnight delivery service for delivery by the next business day in the
      ordinary course of business.
21

22 ☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed
      above to the addressee(s) at the facsimile number(s) set forth above.
23
   ☐ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the
24    addressee(s) at the e-mail address(es) listed above.

25 ☐ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s)
      listed above to the addressee(s) at the address(es) set forth above.
26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE                              2                                C 07-02940 SI

1     I declare under penalty of perjury under the laws of the State of California and the United
2 States that the above is true and correct.

4 Date: August 13, 2007            _/s/ Carol Galvin_
                                               Carol Galvin

25251/00402/LIT/1271474.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE          3          C 07-02940 SI