SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
ALYSSON RUSSELL SNOW (Bar No. 225185)
alysson.snow@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.3650
Fax:  619.699.2701

Attorneys for Defendant
ALEXANDER YAROSHINSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**ALEXANDER YAROSHINSKY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date:           October 19, 2007<br>Courtroom:  10<br>Time:          9:00 a.m.<br>Judge:         Honorable Susan Illston |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendant Alexander Yaroshinsky, certifies that the following listed party(s), has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION** |
|---|---|
| Sophie Yaroshinsky | Defendant's Spouse |

Dated: August 13, 2007

DLA PIPER US LLP

By  /s/ Alysson Snow
SHIRLI FABBRI WEISS
ALYSSON RUSSELL SNOW
Attorneys for Defendant
ALEXANDER YAROSHINSKY