1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO DISMISS**<br><br>Date:             October 19, 2007<br>Courtroom:   10<br>Time:            9:00 a.m.<br>Judge:           Honorable Susan Illston |
|---|---|

1    Defendant Alexander Yaroshinsky's Motion to Dismiss ("Motion To Dismiss") Lead
2 Plaintiff's Amended Consolidated Class Action Complaint ("Complaint") was heard on October
3 19, 2007 at 9:00 a.m. in Courtroom 10 of the above-entitled court.  Having read and considered
4 all papers submitted in the matter, as well as having entertained oral argument, and good cause
5 appearing therefor,

6    IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED.  Lead Plaintiff's
7 Complaint is dismissed with prejudice, with respect to Defendant Yaroshinsky.

8 Dated: _____

_____
UNITED STATES DISTRICT JUDGE