1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO STRIKE**<br><br>Date:           October 19, 2007<br>Courtroom:  10<br>Time:          9:00 a.m.<br>Judge:        Honorable Susan Illston |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Alexander Yaroshinsky's Motion to Strike ("Motion to Strike") was heard on

2    October 19, 2007 at 9:00 a.m., in Courtroom 10 of the above-entitled court. Having read and

3    considered all papers submitted in the matter, as well as having entertained oral argument, and

4    good cause appearing therefor,

5    IT IS HEREBY ORDERED that the Motion to Strike is GRANTED. Paragraphs 9, 25-

6    26, 55, 68-70, 86-94, 97-98, 147-149, 167, 343, 350-351, and 370-371 of Lead Plaintiff's

7    Amended Consolidated Class Action Complaint ("Complaint") are stricken.

8    Dated: _____

9

10    _____
      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28