1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:       October 19, 2007<br>Courtroom:  10<br>Time:       9:00 a.m.<br>Judge:      Honorable Susan Illston |
|---|---|

1  Defendant Alexander Yaroshinsky's Request for Judicial Notice was heard on October 19, 2007 at 9:00 a.m. in Courtroom 10 of the above-entitled court.  Having read and considered all papers submitted in the matter, as well as having entertained oral argument, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Request for Judicial Notice is GRANTED.  The Court takes judicial notice of the following documents:

1. Final Rule:  Selective Disclosure and Insider Trading, SEC Release Nos. 33-7881 *etc.* (Aug. 15, 2000), 65 FR 51716 (Aug. 24, 2000), attached as Exhibit A to the Declaration of Alysson Snow In Support Of The Motion to Dismiss ("Snow Declaration").

2. Connetics Corporation Form 8-K dated May 12, 2005, attached as Exhibit B to the Snow Declaration.

3. Connetics Corporation Form 8-K dated April 26, 2005, attached as Exhibit C to the Snow Declaration.

4. Amended Complaint in *SEC v. Yaroshinsky*, Case No. 06 CV2401 (RCC) (S.D.N.Y.), filed June 22, 2006, attached as Exhibit D to the Snow Declaration. Lead Plaintiff's Complaint is dismissed with prejudice, with respect to Defendant Yaroshinsky.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE