SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
ALYSSON RUSSELL SNOW (Bar No. 225185)
alysson.snow@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.3650
Fax:  619.699.2701


Attorneys for Defendant
ALEXANDER YAROSHINSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:         October 19, 2007<br>Courtroom:  10<br>Time:         9:00 a.m.<br>Judge:        Honorable Susan Illston |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On August 13, 2007, I served the within documents:

    <u>SEE ATTACHED LIST</u>

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Victor E. Zak
24 Oakmont Road
Newton Center, MA 02459
Tel: 617-964-4813

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 13, 2007, at San Diego, California.

                                            Rose Stevens

## LIST OF DOCUMENTS

1. ALEXANDER YAROSHINSKY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. [PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO DISMISS

3. [PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO STRIKE

4. DEFENDANT ALEXANDER YAROSHINSKY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

5. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALEXANDER YAROSHINSKY'S MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT

6. DECLARATION OF ALYSSON SNOW IN SUPPORT OF ALEXANDER YAROSHINSKY'S MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

7. ALEXANDER YAROSHINSKY'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

8. [PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S REQUEST FOR JUDICIAL NOTICE