SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
KALAMA M. LUI-KWAN (CSB NO. 242121)
EMILY ST. JOHN COHEN (CSB NO. 239674)
GAURAV MATHUR (CSB NO. 242630)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
klui-kwan@fenwick.com
ecohen@fenwick.com
gmathur@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CONNETICS CORP. SECURITIES LITIGATION | Case No.  C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |

This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System of Oklahoma ("Plaintiff"), and defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, Thomas G. Wiggans, and Alexander J. Yaroshinsky.

WHEREAS, on July 12, 2007, the Court issued a notice scheduling the initial case management conference in this case for October 12, 2007 at 2:00 p.m., and reserving October 12, 2007 at 9:00 a.m. as the hearing date for any motion to dismiss;

WHEREAS, on August 6, 2007, the Court entered a stipulated order that, among other things, set a revised briefing schedule for defendants' motions to dismiss and continued the hearing date for those motions to October 19, 2007 at 9:00 a.m.;

1  WHEREAS, on August 6, 2007, the defendants filed motions to dismiss and noticed the hearing date as October 19, 2007; and

3  WHEREAS, the parties believe that the resources of the Court and the parties are best conserved, and the interests of judicial economy are best served, by continuing the initial case management conference to the hearing date for defendants' motions to dismiss;

6  IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as follows:

9  The parties request that the Court continue the initial case management conference to October 19, 2007 at 2:00 p.m., the same date as the hearing for defendants' motions to dismiss.

11  IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into and submit a further appropriate stipulation amending this filing.

Respectfully submitted,

Dated: August 29, 2007     FENWICK & WEST LLP

By:  /s/
        Christopher J. Steskal

555 California Street, Suite 1200
San Francisco, California 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

//
//
//
//
//

STIPULATION AND PROPOSED ORDER RE INITIAL CMC         2         CASE NO. C 07-02940 SI

| | | |
|---|---|---|
| 1 | Dated: August 29, 2007 | DLA PIPER US LLP |
| 2 | | |
| 3 | | By: _____/s/_____<br>Alysson Russell Snow |
| 4 | | |
| 5 | | 401 B Street, Suite 1700<br>San Diego, California 92101<br>Telephone: (619) 699-2858 |
| 6 | | Facsimile: (619) 699-2701 |
| 7 | | Attorneys for Defendant Alexander J. Yaroshinsky |
| 8 | Dated: August 29, 2007 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

By: _____/s/_____
David R. Stickney

12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

Attorneys for Plaintiff Teachers' Retirement System of Oklahoma and Court Appointed Lead Counsel for the Class

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Alysson Russell Snow and David R. Stickney.

\*   \*   \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____ 2007

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE INITIAL CMC            3            CASE NO. C 07-02940 SI