1    SUSAN S. MUCK (CSB NO. 126930)
     DEAN S. KRISTY (CSB NO. 157646)
2    CHRISTOPHER J. STESKAL (CSB NO. 212297)
     KALAMA M. LUI-KWAN (CSB NO. 242121)
3    EMILY ST. JOHN COHEN (CSB NO. 239674)
     GAURAV MATHUR (CSB NO. 242630)
4    FENWICK & WEST LLP
     555 California Street, 12th Floor
5    San Francisco, CA  94104
     Telephone:    (415) 875-2300
6    Facsimile:    (415) 281-1350
     smuck@fenwick.com
7    dkristy@fenwick.com
     csteskal@fenwick.com
8    klui-kwan@fenwick.com
     ecohen@fenwick.com
9    gmathur@fenwick.com

10   Attorneys for Defendants Connetics Corp.,
     John L. Higgins, Lincoln Krochmal,
11   C. Gregory Vontz, and Thomas G. Wiggans

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15

16                                              Case No.  C 07-02940 SI

17   In re CONNETICS CORP.                      **STIPULATION AND [PROPOSED]**
     SECURITIES LITIGATION                      **ORDER REGARDING INITIAL CASE**
18                                              **MANAGEMENT CONFERENCE**

19

20        This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System

21   of Oklahoma ("Plaintiff"), and defendants Connetics Corp., John L. Higgins, Lincoln Krochmal,

22   C. Gregory Vontz, Thomas G. Wiggans, and Alexander J. Yaroshinsky.

23        WHEREAS, on July 12, 2007, the Court issued a notice scheduling the initial case

24   management conference in this case for October 12, 2007 at 2:00 p.m., and reserving October 12,

25   2007 at 9:00 a.m. as the hearing date for any motion to dismiss;

26        WHEREAS, on August 6, 2007, the Court entered a stipulated order that, among other

27   things, set a revised briefing schedule for defendants' motions to dismiss and continued the

28   hearing date for those motions to October 19, 2007 at 9:00 a.m.;

STIPULATION AND PROPOSED
ORDER RE INITIAL CMC                                        CASE NO. C 07-02940 SI

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, on August 6, 2007, the defendants filed motions to dismiss and noticed the

2  hearing date as October 19, 2007; and

3    WHEREAS, the parties believe that the resources of the Court and the parties are best

4  conserved, and the interests of judicial economy are best served, by continuing the initial case

5  management conference to the hearing date for defendants' motions to dismiss;

6    IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of

7  California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as

8  follows:

9    The parties request that the Court continue the initial case management conference to

10  October 19, 2007 at 2:00 p.m., the same date as the hearing for defendants' motions to dismiss.

11    IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local

12  Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into

13  and submit a further appropriate stipulation amending this filing.

14                                                   Respectfully submitted,

15  Dated: August 29, 2007                           FENWICK & WEST LLP

16

17                                                   By: _____/s/_____
                                                              Christopher J. Steskal
18
                                                     555 California Street, Suite 1200
19                                                   San Francisco, California 94104
                                                     Telephone:  (415) 875-2300
20                                                   Facsimile:   (415) 281-1350

21                                                   Attorneys for Defendants Connetics Corp.,
                                                     John L. Higgins, Lincoln Krochmal,
22                                                   C. Gregory Vontz, and Thomas G. Wiggans

23

24  //

25  //

26  //

27  //

28  //

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED
ORDER RE INITIAL CMC                    2                    CASE NO. C 07-02940 SI

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Dated: August 29, 2007          DLA PIPER US LLP

2

3                                 By: _____/s/_____
                                        Alysson Russell Snow

4

5                                 401 B Street, Suite 1700
                                San Diego, California 92101
                                Telephone:  (619) 699-2858

6                                 Facsimile:  (619) 699-2701

7                                 Attorneys for Defendant Alexander J. Yaroshinsky

8    Dated: August 29, 2007          BERNSTEIN LITOWITZ BERGER &
                                GROSSMANN LLP

9

10

11                                By: _____/s/_____
                                      David R. Stickney

12                                12481 High Bluff Drive, Suite 300
                               San Diego, California 92130

13                                Telephone:  (858) 793-0070
                               Facsimile:  (858) 793-0323

14

15                                Attorneys for Plaintiff Teachers' Retirement
                               System of Oklahoma and Court Appointed Lead
                               Counsel for the Class

16

17    Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

18    under penalty of perjury that concurrence in the filing of the document has been obtained from

19    Alysson Russell Snow and David R. Stickney.

20                                   *      *      *

21    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

22

23    DATED: _____ 2007                   _____
                                       THE HONORABLE SUSAN ILLSTON

24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION AND PROPOSED
ORDER RE INITIAL CMC            3                    CASE NO. C 07-02940 SI