BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
MATTHEW P. SIBEN (Bar No. 223279)
TAKEO A. KELLAR (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
matthews@blbglaw.com
takeok@blbglaw.com
-and-
CHAD JOHNSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re CONNETICS SECURITIES LITIGATION

Case No. C 07-02940 SI

**CLASS ACTION**

**DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS FILED BY DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS**

Date: October 19, 2007
Time: 9:00 a.m.
Courtroom: 10
Judge: Hon. Susan Illston

DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF LP's OPP. TO MOTION TO DISMISS
Case No. C 07-02940 SI

I, David R. Stickney, do hereby declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, Lead Counsel for the Lead Plaintiff, the Teachers' Retirement System of Oklahoma (the "Lead Plaintiff"). This declaration is submitted in support of Lead Plaintiff's Opposition To The Motion To Dismiss Filed By Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans ("Lead Plaintiff's Opp. To MTD"). I am familiar with the facts set forth below and able to testify to them.

2. In their motion to dismiss, certain defendants in this action have asserted "as is evident from the face of defendants' Form 4s, most of their sales were made pursuant to ***pre-arranged written stock trading plans***." Notice of Motion and Motion to Dismiss Plaintiff's Amended Consolidated Class Action Complaint by Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Greggory Vontz, and Thomas G. Wiggans; Memorandum of Points and Authorities in Support Thereof at 25, n.20 (emphasis in original).

3. In response, Lead Plaintiff submits that Connetics' filings with the United States Securities and Exchange Commission ("SEC") indicate that defendants' stock trading plans in fact were not "pre-arranged." Rather, the reports on Form 8-K state that the plans were established during the Class Period at times when Lead Plaintiff alleges defendants were aware of material, non-public information. *See* Lead Plaintiff's Opp. To MTD at Section IV.B.4.

4. Attached are true and correct copies of the following SEC filings in which Connetics represents that defendants have adopted Rule 10b5-1 trading plans:

Exhibit A: Connetics Form 8-K filed with the SEC dated March 5, 2004; Connetics Form 8-K filed with the SEC dated March 9, 2004; Connetics Form 8-K filed with the SEC dated September 9, 2004; Connetics Form 8-K filed with the SEC dated March 14, 2005; Connetics Form 8-K filed with the SEC dated May 12, 2005; Connetics Form 8-K filed with the SEC dated

/ / /

/ / /

/ / /

September 20, 2005; Connetics Form 8-K filed with the SEC dated September 6, 2006.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 17th day of September, 2007.

*s/ David R. Stickney*
DAVID R. STICKNEY

# EXHIBIT A

**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

# FORM 8-K
**CURRENT REPORT**

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

March 4, 2004
(Date of earliest event reported)

# CONNETICS CORPORATION
(Exact name of Registrant as specified in its charter)

| Delaware | 0-27406 | 94-3173928 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

3290 West Bayshore Road, Palo Alto, California 94303
(Address of principal executive offices, including zip code)

(650) 843-2800
(Registrant's telephone number, including area code)

Item 5. OTHER EVENTS

The following Executive Officer of Registrant has adopted a "plan" under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, for trading shares of Registrant's common stock, par value $0.001 per share, and/or exchangeable shares:

John L. Higgins

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CONNETICS CORPORATION**

By: /s/ Katrina J. Church
*Katrina J. Church*
*Executive Vice President, Legal Affairs*
*General Counsel and Secretary*

Dated: March 5, 2004

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

March 4, 2004

(Date of earliest event reported)

# CONNETICS CORPORATION

(Exact name of Registrant as specified in its charter)

| Delaware | 0-27406 | 94-3173928 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

3290 West Bayshore Road, Palo Alto, California 94303
(Address of principal executive offices, including zip code)

(650) 843-2800

(Registrant's telephone number, including area code)

Item 5. OTHER EVENTS

The following Executive Officers of Registrant have adopted a "plan" under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, for trading shares of Registrant's common stock, par value $0.001 per share, and/or exchangeable shares:

Thomas G. Wiggans and C. Gregory Vontz

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CONNETICS CORPORATION**

*By:* /s/ Katrina J. Church

*Katrina J. Church*
*Executive Vice President, Legal Affairs*
*General Counsel and Secretary*

Dated: March 9, 2004

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

**September 7, 2004**

Date of Report (Date of earliest event reported)

# CONNETICS CORPORATION

(Exact name of Registrant as specified in its charter)

| Delaware | 0-27406 | 94-3173928 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

3290 West Bayshore Road, Palo Alto, California 94303

(Address of principal executive offices, including zip code)

(650) 843-2800

(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Item 8.01. Other Events.

The following Executive Officer of Registrant has adopted a "plan" under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, for trading shares of Registrant's common stock, par value $0.001 per share, and/or exchangeable shares:

John L. Higgins

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CONNETICS CORPORATION

By: /s/ Katrina J. Church
Katrina J. Church
Executive Vice President, General Counsel and Secretary

Date: September 9, 2004

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

**March 10, 2005**

Date of Report (Date of earliest event reported)

# CONNETICS CORPORATION

(Exact name of Registrant as specified in its charter)

| Delaware | 0-27406 | 94-3173928 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

3290 West Bayshore Road, Palo Alto, California 94303
(Address of principal executive offices, including zip code)

(650) 843-2800
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Item 8.01. Other Events.

The following Executive Officers, John L. Higgins, C. Gregory Vontz, and Thomas G. Wiggans, and the following Directors, Eugene A. Bauer and G. Kirk Raab, of the Registrant have adopted "plans" under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, for trading shares of Registrant's common stock, par value $0.001 per share, and/or exchangeable shares.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CONNETICS CORPORATION

By: /s/ Sanjiv S. Dhawan
Sanjiv S. Dhawan
Vice President, Corporate Counsel

Date: March 14, 2005

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

**May 10, 2005**
Date of Report (Date of earliest event reported)

# CONNETICS CORPORATION

(Exact name of Registrant as specified in its charter)

| **Delaware** | **0-27406** | **94-3173928** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

**3160 Porter Drive, Palo Alto, California 94304**
(Address of principal executive offices, including zip code)

**(650) 843-2800**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 8.01. Other Events.**

The following Executive Officer of Registrant has adopted a "plan" under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, for trading shares of Registrant's common stock, par value $0.001 per share, and/or exchangeable shares:

Thomas G. Wiggans

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CONNETICS CORPORATION**

By: /s/ Sanjiv S. Dhawan
Sanjiv S. Dhawan
Vice President, Corporate Counsel

Date: May 12, 2005

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

**September 16, 2005**
Date of Report (Date of earliest event reported)

# CONNETICS CORPORATION

(Exact name of Registrant as specified in its charter)

| Delaware | 0-27406 | 94-3173928 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

3160 Porter Drive, Palo Alto, California 94304
(Address of principal executive offices, including zip code)

(650) 843-2800
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Item 8.01. Other Events.

The following Executive Officer of the Registrant has adopted a "plan" under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, for trading shares of Registrant's common stock, par value $0.001 per share, and/or exchangeable shares:

Thomas G. Wiggans

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CONNETICS CORPORATION

Date: September 20, 2005

By: /s/ Katrina J. Church
Katrina J. Church
Executive Vice President, Legal Affairs
General Counsel and Secretary

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

**September 1, 2006**
**Date of Report (Date of earliest event reported)**

# CONNETICS CORPORATION

(Exact name of Registrant as specified in its charter)

| Delaware | 0-27406 | 94-3173928 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

3160 Porter Drive, Palo Alto, California 94304
(Address of principal executive offices, including zip code)

(650) 843-2800
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Item 8.01 Other Events.

The following Executive Officers of Registrant have adopted a "plan" under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, for trading shares of Registrant's common stock, par value $0.001 per share, and/or exchangeable shares:

Katrina J. Church
Charles Gregory Vontz

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CONNETICS CORPORATION

By: /s/ Katrina J. Church
Katrina J. Church
Executive Vice President, Legal Affairs
General Counsel & Secretary

Date: September 6, 2006