1  SHIRLI FABBRI WEISS (Bar No. 079225)
   shirli.weiss@dlapiper.com
2  ALYSSON RUSSELL SNOW (Bar No. 225185)
   alysson.snow@dlapiper.com
3  **DLA PIPER US LLP**
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.3650
5  Fax:  619.699.2701

6

7  Attorneys for Defendant
   ALEXANDER YAROSHINSKY

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  

| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF ALYSSON SNOW IN SUPPORT OF ALEXANDER YAROSHINSKY'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS**<br><br>Date:         October 19, 2007<br>Courtroom:  10<br>Time:         9:00 a.m.<br>Judge:        Honorable Susan Illston |
|---|---|

I, Alysson Snow, declare:

1. I am an attorney duly licensed to practice law in the State of California and in this judicial district. I am an associate at the firm of DLA Piper US LLP, counsel of record for Defendant ALEXANDER YAROSHINSKY ("Dr. Yaroshinsky") in connection with the above-captioned matter. I have personal knowledge of all matters stated herein, and, if called, would so testify.

2. Attached hereto as Exhibit A is a true and correct copy of the Connetics' historic stock prices and trading volume between January 1, 2005 and July 1, 2005 as reported on Lexis/Nexis.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Diego, California on October 4, 2007.

                                                                                     /s/ Alysson Snow_____
                                                                                     ALYSSON SNOW