**C:20819210 - Connetics Corporation (NASDAQ)**
Dates available: 02/01/1996 - 12/28/2006

**Currency:** Currency as reported (CAR)
**Frequency:** Daily prices
**Date(s):** 01/01/2005 - 07/01/2005
**Exchange:** NASDAQ

View Tables   Get Charts                                          Open as Spreadsheet

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 01/03/2005 | **24.20** | 24.93 | 23.89 | 700,300 |
| 01/04/2005 | **24.00** | 24.75 | 23.83 | 403,200 |
| 01/05/2005 | **23.32** | 24.27 | 23.26 | 425,900 |
| 01/06/2005 | **23.72** | 23.83 | 23.23 | 399,000 |
| 01/07/2005 | **22.96** | 23.90 | 22.93 | 391,300 |
| 01/10/2005 | **23.80** | 23.95 | 22.66 | 629,100 |
| 01/11/2005 | **23.48** | 23.90 | 23.19 | 540,800 |
| 01/12/2005 | **23.19** | 23.50 | 22.84 | 349,500 |
| 01/13/2005 | **22.84** | 23.53 | 22.78 | 480,300 |
| 01/14/2005 | **22.725** | 23.02 | 22.64 | 398,600 |
| 01/17/2005 | **NA** | NA | NA | NA |
| 01/18/2005 | **23.35** | 23.69 | 22.70 | 611,800 |
| 01/19/2005 | **23.75** | 24.48 | 23.56 | 1,866,800 |
| 01/20/2005 | **23.36** | 23.90 | 23.34 | 455,600 |
| 01/21/2005 | **23.48** | 23.66 | 23.17 | 3,662,700 |
| 01/24/2005 | **22.03** | 23.50 | 21.76 | 1,436,400 |
| 01/25/2005 | **22.02** | 22.75 | 21.75 | 1,619,300 |

| Date | | | | |
|---|---|---|---|---|
| 01/26/2005 | **24.00** | 24.37 | 22.42 | 2,345,900 |
| 01/27/2005 | **24.51** | 24.90 | 24.00 | 1,078,200 |
| 01/28/2005 | **24.27** | 24.54 | 24.04 | 546,600 |
| 01/31/2005 | **24.42** | 24.61 | 24.18 | 725,900 |
| 02/01/2005 | **24.04** | 24.87 | 23.91 | 1,147,400 |
| 02/02/2005 | **24.11** | 24.35 | 23.96 | 1,107,200 |
| 02/03/2005 | **23.33** | 24.33 | 23.29 | 666,400 |
| 02/04/2005 | **23.63** | 23.72 | 23.20 | 641,700 |
| 02/07/2005 | **23.40** | 23.75 | 23.15 | 659,500 |
| 02/08/2005 | **23.29** | 23.72 | 23.03 | 456,600 |
| 02/09/2005 | **22.57** | 23.50 | 22.51 | 621,500 |
| 02/10/2005 | **22.20** | 22.95 | 22.07 | 870,300 |
| 02/11/2005 | **22.72** | 22.87 | 22.18 | 612,400 |
| 02/14/2005 | **22.43** | 23.07 | 22.05 | 589,000 |
| 02/15/2005 | **22.87** | 23.25 | 22.20 | 1,116,600 |
| 02/16/2005 | **22.97** | 23.23 | 22.82 | 843,800 |
| 02/17/2005 | **22.53** | 23.05 | 22.42 | 513,600 |
| 02/18/2005 | **22.47** | 22.88 | 22.28 | 319,600 |
| 02/21/2005 | **NA** | NA | NA | NA |
| 02/22/2005 | **22.27** | 22.67 | 22.15 | 1,022,500 |
| 02/23/2005 | **24.33** | 25.12 | 22.10 | 2,821,900 |
| 02/24/2005 | **25.06** | 25.43 | 24.13 | 1,722,100 |
| 02/25/2005 | **25.82** | 25.85 | 24.84 | 718,600 |
| 02/28/2005 | **24.75** | 25.87 | 24.56 | 553,700 |

| | | | | |
|---|---|---|---|---|
| 03/01/2005 | **24.92** | 25.19 | 24.67 | 376,500 |
| 03/02/2005 | **24.51** | 25.24 | 24.51 | 270,600 |
| 03/03/2005 | **24.47** | 24.70 | 24.38 | 310,900 |
| 03/04/2005 | **25.15** | 25.20 | 24.28 | 861,900 |
| 03/07/2005 | **25.14** | 25.25 | 24.94 | 625,300 |
| 03/08/2005 | **25.53** | 25.74 | 24.94 | 894,000 |
| 03/09/2005 | **25.64** | 25.85 | 25.23 | 457,600 |
| 03/10/2005 | **27.05** | 27.42 | 26.23 | 1,525,500 |
| 03/11/2005 | **27.51** | 27.90 | 27.30 | 1,078,800 |
| 03/14/2005 | **27.96** | 28.05 | 27.50 | 853,100 |
| 03/15/2005 | **27.74** | 28.00 | 27.55 | 597,300 |
| 03/16/2005 | **27.07** | 27.78 | 26.96 | 582,800 |
| 03/17/2005 | **26.27** | 26.87 | 26.20 | 1,224,900 |
| 03/18/2005 | **26.00** | 26.32 | 25.89 | 3,625,500 |
| 03/21/2005 | **26.23** | 26.32 | 25.96 | 1,074,400 |
| 03/22/2005 | **26.16** | 26.48 | 26.03 | 461,400 |
| 03/23/2005 | **25.84** | 26.26 | 25.79 | 838,500 |
| 03/24/2005 | **26.10** | 26.33 | 25.991 | 397,300 |
| 03/25/2005 | **NA** | NA | NA | NA |
| 03/28/2005 | **25.67** | 26.33 | 25.65 | 661,800 |
| 03/29/2005 | **25.24** | 25.80 | 25.13 | 475,800 |
| 03/30/2005 | **25.65** | 25.70 | 25.20 | 641,500 |
| 03/31/2005 | **25.29** | 25.84 | 25.00 | 739,200 |
| 04/01/2005 | **25.00** | 25.60 | 24.76 | 504,200 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 04/04/2005 | **24.87** | 25.09 | 24.28 | 544,600 |
| 04/05/2005 | **25.30** | 25.46 | 24.92 | 462,400 |
| 04/06/2005 | **25.31** | 25.94 | 25.30 | 579,900 |
| 04/07/2005 | **25.32** | 25.51 | 24.90 | 370,900 |
| 04/08/2005 | **25.16** | 25.73 | 24.97 | 667,700 |
| 04/11/2005 | **25.27** | 25.68 | 25.20 | 472,400 |
| 04/12/2005 | **25.59** | 25.77 | 25.03 | 746,200 |
| 04/13/2005 | **25.67** | 25.90 | 25.53 | 541,800 |
| 04/14/2005 | **26.80** | 28.03 | 26.14 | 1,780,400 |
| 04/15/2005 | **27.71** | 27.98 | 26.59 | 1,330,900 |
| 04/18/2005 | **28.50** | 28.64 | 27.54 | 1,798,500 |
| 04/19/2005 | **28.99** | 29.48 | 28.46 | 963,300 |
| 04/20/2005 | **27.82** | 29.00 | 27.26 | 1,486,200 |
| 04/21/2005 | **28.48** | 28.74 | 27.92 | 874,700 |
| 04/22/2005 | **28.00** | 28.53 | 27.85 | 467,100 |
| 04/25/2005 | **28.24** | 28.87 | 28.00 | 808,700 |
| 04/26/2005 | **27.57** | 28.28 | 25.90 | 1,002,800 |
| 04/27/2005 | **22.30** | 23.50 | 21.01 | 6,961,800 |
| 04/28/2005 | **21.82** | 22.50 | 21.63 | 1,286,100 |
| 04/29/2005 | **21.73** | 21.98 | 21.33 | 764,700 |
| 05/02/2005 | **21.46** | 21.78 | 21.30 | 833,100 |
| 05/03/2005 | **21.41** | 21.89 | 21.30 | 516,100 |
| 05/04/2005 | **22.10** | 22.37 | 21.33 | 454,200 |
| 05/05/2005 | **22.21** | 22.30 | 21.90 | 522,500 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 05/06/2005 | **21.88** | 22.35 | 21.72 | 468,600 |
| 05/09/2005 | **22.08** | 22.45 | 21.75 | 491,400 |
| 05/10/2005 | **21.99** | 22.18 | 21.69 | 442,500 |
| 05/11/2005 | **22.67** | 22.73 | 21.81 | 1,276,400 |
| 05/12/2005 | **22.43** | 22.81 | 22.14 | 643,000 |
| 05/13/2005 | **21.79** | 22.50 | 21.70 | 319,600 |
| 05/16/2005 | **21.83** | 22.17 | 21.53 | 457,000 |
| 05/17/2005 | **21.88** | 22.03 | 21.33 | 575,300 |
| 05/18/2005 | **22.90** | 22.98 | 21.80 | 686,800 |
| 05/19/2005 | **22.73** | 22.96 | 22.38 | 441,300 |
| 05/20/2005 | **22.54** | 22.76 | 22.46 | 363,300 |
| 05/23/2005 | **22.724** | 22.98 | 22.36 | 702,100 |
| 05/24/2005 | **22.93** | 23.16 | 22.78 | 754,800 |
| 05/25/2005 | **22.64** | 22.95 | 22.58 | 650,700 |
| 05/26/2005 | **22.56** | 22.76 | 22.37 | 1,071,500 |
| 05/27/2005 | **22.66** | 22.99 | 22.50 | 654,400 |
| 05/30/2005 | **NA** | NA | NA | NA |
| 05/31/2005 | **22.27** | 22.66 | 22.05 | 462,300 |
| 06/01/2005 | **22.20** | 22.50 | 22.02 | 644,100 |
| 06/02/2005 | **22.13** | 22.23 | 22.01 | 448,600 |
| 06/03/2005 | **21.65** | 22.10 | 21.55 | 329,100 |
| 06/06/2005 | **20.27** | 21.72 | 20.24 | 1,428,000 |
| 06/07/2005 | **19.68** | 20.60 | 19.63 | 2,105,300 |
| 06/08/2005 | **19.66** | 20.00 | 19.43 | 873,500 |

| | | | | |
|---|---|---|---|---|
| 06/09/2005 | **20.51** | 20.58 | 19.07 | 1,355,900 |
| 06/10/2005 | **20.77** | 20.85 | 20.49 | 976,800 |
| 06/13/2005 | **15.13** | 16.26 | 15.12 | 15,441,000 |
| 06/14/2005 | **16.30** | 16.71 | 15.35 | 4,165,700 |
| 06/15/2005 | **16.29** | 16.57 | 16.10 | 1,313,200 |
| 06/16/2005 | **16.36** | 16.50 | 16.32 | 864,400 |
| 06/17/2005 | **16.84** | 16.93 | 16.36 | 1,186,900 |
| 06/20/2005 | **17.19** | 17.24 | 16.72 | 561,900 |
| 06/21/2005 | **17.00** | 17.34 | 16.89 | 782,900 |
| 06/22/2005 | **17.46** | 17.53 | 17.03 | 579,700 |
| 06/23/2005 | **17.38** | 17.54 | 17.31 | 527,800 |
| 06/24/2005 | **17.57** | 17.64 | 17.28 | 673,700 |
| 06/27/2005 | **17.03** | 17.60 | 17.00 | 728,000 |
| 06/28/2005 | **17.66** | 17.68 | 17.04 | 468,400 |
| 06/29/2005 | **17.38** | 17.78 | 17.28 | 463,500 |
| 06/30/2005 | **17.64** | 17.79 | 17.38 | 791,200 |
| 07/01/2005 | **17.40** | 17.75 | 17.30 | 502,500 |

Terms and Conditions  |  Copyright© 2005 LexisNexis®. All rights reserved.