1  SHIRLI FABBRI WEISS (Bar No. 079225)
   shirli.weiss@dlapiper.com
2  ALYSSON RUSSELL SNOW (Bar No. 225185)
   alysson.snow@dlapiper.com
3  **DLA PIPER US LLP**
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.3650
5  Fax:  619.699.2701

6
   Attorneys for Defendant
7  ALEXANDER YAROSHINSKY

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 | IN RE CONNETICS CORPORATION | CASE NO.   3:07-cv-02940-SI
12 | SECURITIES LITIGATION |
                                  **CLASS ACTION**
13 |                            |
                                  **REQUEST FOR JUDICIAL NOTICE IN**
                                  **SUPPORT OF DR. YAROSHINSKY'S**
14 | This Document Relates To:   | **REPLY IN SUPPORT OF HIS MOTION**
                                  **TO DISMISS**
15 |      ALL ACTIONS.           |
                                  Date:          October 19, 2007
16 |                            | Courtroom:   10
                                  Time:          9:00 a.m.
17 |                            |
18 |                            | The Honorable Susan Illston

19

20

21

22

23

24

25

26

27

28

1  **I.      INTRODUCTION**

2          Pursuant to the Federal Rules of Evidence Rule 201 ("Rule 201"), Defendant Alexander

3  Yaroshinsky hereby requests that this Court take judicial notice of the document identified below

4  in support of Dr. Yaroshinsky's Reply in support of his Motion to Dismiss Lead Plaintiff's

5  Amended Consolidated Class Action Complaint.

6  **II.     JUDICIAL NOTICE IS APPROPRIATE**

7          Rule 201 allows a court to take judicial notice of a fact "not subject to reasonable dispute

8  in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy

9  cannot reasonably be questioned." Fed. R. Evid. 201(b).  Dr. Yaroshinsky requests judicial notice

10 of Connetics' Corporation's historical stock prices and trading volume.  In securities fraud cases,

11 courts may take judicial notice of stock price data, including charts derived from that data.  *In re*

12 *NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002).  Therefore, judicial notice of these

13 items is appropriate.

14 **III.    REQUEST FOR JUDICIAL NOTICE**

15         Based on the above and pursuant to Rule 201, Dr. Yaroshinsky hereby requests that the

16 Court take judicial notice of the following documents in ruling on his motion to dismiss:

17         Connetics' historic stock prices and trading volume between January 1, 2005 and July 1,

18 2005 as reported on Lexis/Nexis, attached as Exhibit A to the Declaration of Alysson Snow In

19 Support Of Dr. Yaroshinsky's Reply In Support Of His Motion to Dismiss.

20         Respectfully submitted,

21

22 Dated:  October 4, 2007                    DLA PIPER US LLP

23

24                                           By ____/s/  Alysson Snow_____
                                               SHIRLI FABBRI WEISS
25                                             ALYSSON RUSSELL SNOW
                                               Attorneys for Defendant ALEXANDER
26                                             YAROSHINSKY

27

28