UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS REPLY**<br><br>Date:           October 19, 2007<br>Courtroom:  10<br>Time:          9:00 a.m.<br>Judge:         Honorable Susan Illston |

1   Defendant Alexander Yaroshinsky's Request for Judicial Notice was heard on October 19,
2   2007 at 9:00 a.m. in Courtroom 10 of the above-entitled court. Having read and considered all
3   papers submitted in the matter, as well as having entertained oral argument, and good cause
4   appearing therefor,

5   IT IS HEREBY ORDERED that the Request for Judicial Notice is GRANTED. The
6   Court takes judicial notice of the following document:

7   Connetics' historic stock prices and trading volume between January 1, 2005 and July 1,
8   2005 as reported on Lexis/Nexis, attached as Exhibit A to the Declaration of Alysson Snow In
9   Support Of Dr. Yaroshinsky's Reply In Support Of His Motion to Dismiss.

10  Dated: _____

           _____
           UNITED STATES DISTRICT JUDGE

-1-   [PROPOSED] ORDER GRANTING DEFENDANT YAROSHINSKY'S REQUEST FOR JUDICIAL NOTICE ISO HIS REPLY
      CASE NO. 3:07-CV-02940-SI