SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
GAURAV MATHUR (CSB NO. 242630)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
gmathur@fenwick.com

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No.  C 07-02940 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

| **INTERESTED ENTITY** | **CONNECTION AND INTEREST** |
|---|---|
| Stiefel Labs, Inc. ("Stiefel") | Stiefel, a privately held corporation, acquired Connetics Corp. on December 28, 2006. Connetics is a wholly-owned subsidiary of Stiefel. |

Dated: October 8, 2007          FENWICK & WEST LLP

By:_____/s/_____
         Gaurav Mathur

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS PURSUANT TO          1          CASE NO. C 07-02940 SI
CIV. L.R. 3-16

1  **PROOF OF SERVICE**

2  The undersigned declares as follows:

3  I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, San Francisco California, 555 California Street, 12th Floor San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Victor E. Zak
24 Oakmont Road
Newton Center, MA 02459

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: October 8, 2007            _____/s/_____
                                         Carol Galvin

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16            2            CASE NO. C 07-02940 SI