# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Fishbury, Limited,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Connetics Corporation,<br><br>                    Defendant(s). | 07-02940 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 10, 2007

                    RICHARD W. WIEKING
                    Clerk
                    by:   Timothy J. Smagacz

                    */s/ Timothy Smagacz*
                    ADR Administrative Assistant
                    415-522-4205
                    Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02940 SI                     -2-

PROOF OF SERVICE

Case Name:     Fishbury, Limited v. Connetics Corporation

Case Number:   07-02940 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 10, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jean-Marc Zimmerman Esq.
> Zimmerman, Levi & Korsinsky, LLP
> 226 St. Paul Street
> Westfield, NJ 07090
> jmzimmerman@zlk.com
>
> John Christopher Browne
> Bernstein Litowitz Berger & Grossman LLP
> 1285 Avenue of the Americas
> New York, NY 10019
>
> Pamela Lynam Mahon
> Zimmerman Levi & Korsinsky
> 39 Broadway
> Suite 1601
> New York, NY 10006
> pmahon@zlk.com
>
> Eduard Korsinsky
> Zimmerman, Levi & Korsinsky LLP
> 39 Broadway, Suite 1601

New York, NY 10006
ek@zlk.com

Christopher Chad Johnson
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Catherine A. Torell
Cohen Milstein Hausfeld & Toll P.L.L.C.
150 East 52nd Street
New York, NY 10022

Evan J. Smith
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

Emily Anne St. John Cohen
Fenwick & West LLP
555 California Street
Suite 1200
San Francisco, CA 94104
ecohen@fenwick.com

Heather Nicole Mewes
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
hmewes@fenwick.com

Gregory A Markel
Cadwalader, Wickersham & Taft LLP
1 World Financial Center
New York, NY 10281
gregory.markel@cwt.com

Susan Samuels Muck
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
smuck@fenwick.com

Dean S. Kristy

Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
dkristy@fenwick.com

Christopher James Steskal
Fenwick & West
555 California Street
12th Floor
San Francisco, CA 94104
csteskal@fenwick.com

Kalama M. Lui-Kwan
Fenwick & West, LLP
555 California Street
12th Floor
San Francisco, CA 94104
klui-kwan@fenwick.com

Gaurav Mathur
555 California Street
Suite 1200
San Francisco, CA 94104
gmathur@fenwick.com

Alysson Russell Snow
401 B Street
Suite 1700
San Diego, CA 92101
alysson.snow@dlapiper.com

CIBC World Markets Corp.
,

KBC Financial Products USA, Inc.
,

Wachovia Securities LLC
,

Deutsche Bank Securities Inc.
,

William J. Ban

Barrack, Rodos & Bacine(PA)
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103

The City of Tallahassee Penison Plan
,

Gerald H. Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

David Ronald Stickney
Bernstein, Litowitz, Berger & Grossmann
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
davids@blbglaw.com

Takeo Austin Kellar
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92127
takeok@blbglaw.com

Matthew Philip Siben
BLB&G
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
matthews@blbglaw.com

Victor E. Zak
24 Oakmont Road
Newton, MA 02459

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 10, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov