UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fishbury, Ltd., et al.,

          Plaintiff(s),

v.

Connetics Corporation, et al., (In re
Connetics Corp. Securities Litigation)
          Defendant(s).
_____/

Case No. C 07-02940 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/28/07

Dated: 10/10/2007

[Party] Devin G. Buckley

[Counsel]
Christopher J. Steskal
Fenwick & West

Defendants Connetics Corporation;
John L. Higgins; Lincoln Krochmal;
C. Gregory Vontz and Thomas G.
Wiggans

1  **PROOF OF SERVICE**

2  The undersigned declares as follows:

3  I am a citizen of the United States and employed in San Francisco County, State of
4  California. I am over the age of eighteen years and not a party to the within-entitled action. My
5  business address is Fenwick & West LLP, San Francisco California, 555 California Street,
6  12th Floor San Francisco, California 94104. On the date set forth below, I served a copy of the
7  following document(s):

9  **ADR CERTIFICATION BY PARTIES AND COUNSEL**

11  on the interested parties in the subject action by placing a true copy thereof as indicated below,
12  addressed as follows:

13  Victor E. Zak
14  24 Oakmont Road
    Newton Center, MA 02459

16  ☒ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for
       collection and mailing following our ordinary business practices. I am readily familiar
17     with our ordinary business practices for collecting and processing mail for the United
       States Postal Service, and mail that I place for collection and processing is regularly
18     deposited with the United States Postal Service that same day with postage prepaid.

20  I declare under penalty of perjury under the laws of the State of California and the United
21  States that the above is true and correct.

23  Date: October 10, 2007                           _____
24                                                              Carol Galvin