SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
GAURAV MATHUR (CSB NO. 242630)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
gmathur@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No.  C 07-02940 SI<br><br>**DEFENDANTS' [PROPOSED] CASE MANAGEMENT ORDER**<br><br>Date:     October 19, 2007<br>Time:    2:00 p.m.<br>Dept:    Courtroom 10, 19th Floor<br>Judge:   Honorable Susan Illston |

[PROPOSED] CASE MANAGEMENT ORDER

CASE NO. C 07-02940 SI

# DEFENDANTS' [PROPOSED] CASE MANAGEMENT ORDER

The Court having considered the nature and status of the proceedings in this action, finds that in light of Defendants' pending Motions to Dismiss and the Private Securities Litigation Reform Act's stay of all discovery and other proceedings, it is premature to issue a Case Management Order at this time.

In the event that Defendants' pending Motions to Dismiss are denied, the parties shall meet and confer to discuss appropriate discovery proceedings and a case management conference shall be held thirty days after a final ruling denying the motions to dismiss.

SO ORDERED

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] CASE MANAGEMENT ORDER                    CASE NO. C 07-02940 SI