UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fishbury Ltd., et al.,

                Plaintiff(s),

CASE NO. C 07-02940 SI

            v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Connetics Corporation et al., (In re Connetics Corporation Securities Litigation)

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 19, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Christopher J. Steskal | Defendants | 415.875.2439 | csteskal@fenwick.com |
| Alysson R. Snow | Def Yaroshinsky | 619.699.2858 | alysson.snow@dlapiper.com |
| Victor Zak | Pro Se | 617.610.2538 | zakvic@yahoo.com |
| David R. Stickney | Lead Plaintiff | 858.793.0070 | davids@blbglaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: October 10, 2007

_____
Christopher J. Steskal
FENWICK & WEST
Attorneys for Attorneys for Defendants
Connetics Corp., John L. Higgins, Lincoln
Krochmal, C. Gregory Vontz, and Thomas
G. Wiggans

Dated: October ___, 2007

_____
Alysson Russell Snow
DLA PIPER US LLP
Attorneys for Defendant Alexander J.
Yaroshinsky

Dated: October 10, 2007

_____
David R. Stickney /mps
BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP
Attorneys for Lead Plaintiff Teachers'
Retirement System of Oklahoma
and Counsel for the Class

Dated: October 10, 2007

_____
Victor Zak, Pro Se

Dated: October 10, 2007

                                      Christopher J. Steskal
                                      FENWICK & WEST
                                      Attorneys for Attorneys for Defendants
                                      Connetics Corp., John L. Higgins, Lincoln
                                      Krochmal, C. Gregory Vontz, and Thomas
                                      G. Wiggans

Dated: October 11, 2007

                                      Alysson Russell Snow
                                      DLA PIPER US LLP
                                      Attorneys for Defendant Alexander J.
                                      Yaroshinsky

Dated: October ___, 2007

                                      David R. Stickney
                                      BERNSTEIN LITOWITZ BERGER
                                      &GROSSMAN LLP
                                      Attorneys for Lead Plaintiff Teachers'
                                      Retirement System of Oklahoma
                                      and Counsel for the Class

Dated: October ___, 2007

                                      Victor Zak, Pro Se