1  SHIRLI FABBRI WEISS (Bar No. 079225)
   shirli.weiss@dlapiper.com
2  ALYSSON RUSSELL SNOW (Bar No. 225185)
   alysson.snow@dlapiper.com
3  **DLA PIPER US LLP**
   401 B Street, Suite 1700
4  San Diego, CA 92101-4297
   Tel: 619.699.3650
5  Fax: 619.699.2701

6

   Attorneys for Defendant
7  ALEXANDER YAROSHINSKY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 |                                           | CASE NO. 3:07-cv-02940-SI |
   | IN RE CONNETICS CORPORATION               |                           |
12 | SECURITIES LITIGATION                     | CLASS ACTION              |
13 |                                           | **ADR CERTIFICATION BY PARTY AND COUNSEL** |
14 | This Document Relates To:                 |                           |
15 |                                           |                           |
   | ALL ACTIONS.                              |                           |
16

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2  that he or she has:
3  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District*
4  *of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed*
5  *copies are available from the clerk's office for parties in cases not subject to the court's*
6  *Electronic Case Filing program (ECF) under General Order 45);*
7  **(2)** Discussed the available dispute resolution options provided by the Court and private
8  entities; and
9  **(3)** Considered whether this case might benefit from any of the available dispute
10 resolution options.

11 Dated: 9/28/2007                    Party  A. Yaroshinsky
12                                            A. Yaroshinsky
13
14 Dated: 10-12-07                     Counsel /s/ Alysson R. Snow

- 1 -

YAROSHINSKY ADR CERTIFICATION
MASTER FILE NO. C 06-CV-04065-MJJ

DLA PIPER US LLP