UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fishbury, Limited et al

    Plaintiff,

vs.

Connetics Corporation et al.

    Defendants.

No. 3:07-cv-02940-SI

TO THE COURT CLERK AND ALL PARTIES OF RECORD:
Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: Oct 10, 2007

By: _Victor Zak_

Victor Zak (pro se)
24 Oakmont Rd
Newton MA 02459
zakvic@yahoo.com
617 610 25 38

Oct 10, 2007

Civil Clerk
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: "Fishbury, Limited et al v. Connetics Corporation et al. Case No: 3:07-cv-02940-SI"

Dear Sir/Madam,

I am enclosing "Certification of Interested Entities or Persons" form.

Very truly yours,

*Victor Zak*

Victor Zak (pro se)
24 Oakmont Rd
Newton MA 02459
zakvic@yahoo.com
617 610 25 38