ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

October 18, 2007

David Ronald Stickney
Bernstein, Litowitz, Berger & Grossmann
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Alysson Russell Snow
401 B Street
Suite 1700
San Diego, CA 92101

Victor E. Zak
24 Oakmont Road
Newton, MA 02459

Christopher James Steskal
Fenwick & West
555 California Street
12th Floor
San Francisco, CA 94104

RE:      Fishbury Ltd., et al. v. Connetics Corporation, et al.
         C 07-2940 SI

This serves as notice that we have scheduled a further ADR Phone Conference in the referenced case to take place on **Wednesday, January 16, 2008 at 9:30 a.m.**  If we do not hear otherwise we will assume you are available and plaintiff's counsel shall place the call to the numbers listed above.  For reference, the ADR Conference Line is (415) 522-4603.

Please contact me immediately with any scheduling concerns at (415) 522-4205, or email tim_smagacz@cand.uscourts.gov.  Thank you for your attention to this matter.

Best regards-

Timothy Smagacz
ADR Program Administrative Assistant