UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 10/19/07

Case No.   C07-2940 SI          Judge:   SUSAN ILLSTON

Title: IN RE: CONNETICS CORP.

Attorneys: Stickney, Siben        Steskal, Weiss, Kristy

Deputy Clerk: Tracy Sutton   Court Reporter: S. Wilson

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss  - HELD

2)   Defendant's Motions to Strike - HELD

3)  

Order to be prepared by:  (  )Pltf   (  )Deft   ( x )Court

Disposition :  (#1 ) GRANTED w/leave to amend , (  ) DENIED, ( #2 ) GRANTED/DENIED IN
 (  ) SUBMITTED                                             PART

Case continued to  **12/14/07   @ 2:00 p.m.** for Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The initial case management conference schedule to occur on this day has been continued to Friday, December 14, 2007, pending amendment and further motions.