SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS** |

1  TO:  THE CLERK OF THE UNITED STAES DISTRICT COURT, NORTHERN DISTRICT
2       OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
3       PLEASE TAKE NOTICE that effective immediately Catherine Duden Kevane of
4  Fenwick & West LLP hereby enters her appearance on behalf of Defendants Connetics Corp.,
5  John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans and has
6  substituted in this action in place of Heather N. Mewes and Kalama M. Lui-Kwan of Fenwick &
7  West LLP.
8       For purposes of receipt of Notices of Electronic Filing, Defendants' Counsel's e-mail
9  address is ckevane@fenwick.com.

Dated: October 29, 2007                 Respectfully submitted,

                                        FENWICK & WEST LLP

                                        By: _____/s/_____
                                            Catherine D. Kevane

                                        Attorneys for Defendants Connetics Corp.,
                                        John L. Higgins, Lincoln Krochmal,
                                        C. Gregory Vontz, and Thomas G. Wiggans

I accept the above substitution and am admitted to practice in this Court.

Dated: October 29, 2007                 FENWICK & WEST LLP

                                        By: _____/s/_____
                                            Kalama M. Lui-Kwan

Dated: October 29, 2007                 FENWICK & WEST LLP

                                        By: _____/s/_____
                                            Heather N. Mewes

NOTICE OF SUBSTITUTION OF COUNSEL                          CASE NO. C 07-02940 SI