SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
CHRISTINE A. VOGELEI (CSB No. 239843)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
cvogelei@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS** |
|---|---|

NOTICE OF SUBSTITUTION OF COUNSEL                                                                                           CASE NO. C 07-02940 SI

TO: THE CLERK OF THE UNITED STAES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately Christine A. Vogelei of Fenwick & West LLP hereby enters her appearance on behalf of Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans and has substituted in this action in place of Gaurav Mathur of Fenwick & West LLP.

For purposes of receipt of Notices of Electronic Filing, Defendants' Counsel's e-mail address is cvogelei@fenwick.com.

Dated: October 29, 2007                     Respectfully submitted,

                                            FENWICK & WEST LLP


                                            By:  /s/ Christine A. Vogelei
                                                    Christine A. Vogelei

                                            Attorneys for Defendants Connetics Corp.,
                                            John L. Higgins, Lincoln Krochmal,
                                            C. Gregory Vontz, and Thomas G. Wiggans

I accept the above substitution and am admitted to practice in this Court.


Dated: October 29, 2007                     FENWICK & WEST LLP


                                            By:  /s/ Gaurav Mathur
                                                    Gaurav Mathur

NOTICE OF SUBSTITUTION OF COUNSEL                           CASE NO. C 07-02940 SI