1 | SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
2 | CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO.
3 | 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
4 | CHRISTINE A. VOGELEI (CSB No. 239843)
FENWICK & WEST LLP
5 | 555 California Street, 12th Floor
San Francisco, CA  94104
6 | Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
7 | smuck@fenwick.com
dkristy@fenwick.com
8 | csteskal@fenwick.com
ckevane@fenwick.com
9 | ecohen@fenwick.com
cvogelei@fenwick.com
10
Attorneys for Defendants Connetics Corp.,
11 | John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS** |
|---|---|

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  TO: THE CLERK OF THE UNITED STAES DISTRICT COURT, NORTHERN DISTRICT
2  OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that effective immediately Christine A. Vogelei of Fenwick &
4  West LLP hereby enters her appearance on behalf of Defendants Connetics Corp., John L.
5  Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans and has substituted in
6  this action in place of Gaurav Mathur of Fenwick & West LLP.
7  For purposes of receipt of Notices of Electronic Filing, Defendants' Counsel's e-mail
8  address is cvogelei@fenwick.com.

Dated: October 29, 2007

Respectfully submitted,

FENWICK & WEST LLP

By:  /s/ Christine A. Vogelei
       Christine A. Vogelei

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

I accept the above substitution and am admitted to practice in this Court.

Dated:  October 29, 2007

FENWICK & WEST LLP

By:  /s/ Gaurav Mathur
       Gaurav Mathur

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Susan Illston

NOTICE OF SUBSTITUTION OF COUNSEL                                CASE NO. C 07-02940 SI