| | |
|---|---|
| 1 | SUSAN S. MUCK (CSB NO. 126930) |
| | DEAN S. KRISTY (CSB NO. 157646) |
| 2 | CHRISTOPHER J. STESKAL (CSB NO. 212297) |
| | CATHERINE DUDEN KEVANE (CSB NO. 215501) |
| 3 | EMILY ST. JOHN COHEN (CSB NO. 239674) |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone:    (415) 875-2300 |
| 6 | Facsimile:    (415) 281-1350 |
| | smuck@fenwick.com |
| 7 | dkristy@fenwick.com |
| | csteskal@fenwick.com |
| 8 | ckevane@fenwick.com |
| | ecohen@fenwick.com |

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS** |

NOTICE OF SUBSTITUTION OF COUNSEL                                    CASE NO. C 07-02940 SI

TO:  THE CLERK OF THE UNITED STAES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately Catherine Duden Kevane of Fenwick & West LLP hereby enters her appearance on behalf of Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans and has substituted in this action in place of Heather N. Mewes and Kalama M. Lui-Kwan of Fenwick & West LLP.

For purposes of receipt of Notices of Electronic Filing, Defendants' Counsel's e-mail address is ckevane@fenwick.com.

Dated: October 29, 2007                Respectfully submitted,

                                       FENWICK & WEST LLP

                                       By:  /s/
                                            Catherine D. Kevane

                                       Attorneys for Defendants Connetics Corp.,
                                       John L. Higgins, Lincoln Krochmal,
                                       C. Gregory Vontz, and Thomas G. Wiggans

I accept the above substitution and am admitted to practice in this Court.

Dated: October 29, 2007                FENWICK & WEST LLP

                                       By:  /s/
                                            Kalama M. Lui-Kwan

Dated: October 29, 2007                FENWICK & WEST LLP

                                       By:  /s/
                                            Heather N. Mewes

IT IS SO ORDERED
Judge Susan Illston

NOTICE OF SUBSTITUTION OF COUNSEL                               CASE NO. C 07-02940 SI