1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   CATHERINE DUDEN KEVANE (CSB NO. 215501)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   CHRISTINE A. VOGELEI (CSB No. 239843)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  ckevane@fenwick.com
   ecohen@fenwick.com
9  cvogelei@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

12

                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN FRANCISCO DIVISION
15

16                                          Case No. C 07-02940 SI

17

18                                          **STIPULATION AND [PROPOSED]**
        IN RE CONNETICS CORP.               **ORDER CONTINUING CASE**
        SECURITIES LITIGATION               **MANAGEMENT CONFERENCE SET FOR**
19                                          **DECEMBER 14, 2007**

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED]**
**ORDER CONTINUING CASE**                                      CASE NO. C 07-02940 SI
**MANAGEMENT CONFERENCE**

FENWICK & WEST LLP
ATTORNEYS  AT LAW
SAN FRANCISCO

1      WHEREAS, a case management conference in the above-captioned action is currently set

2  for December 14, 2007;

3      WHEREAS, a hearing on defendants' motions to dismiss and motion to strike the

4  amended consolidated complaint was held on October 19, 2007;

5      WHEREAS, the Court has not yet ruled on defendants' motions to dismiss and motion to

6  strike the amended consolidated complaint;

7      WHEREAS, the parties believe that the interests of judicial economy are better served by

8  postponing the case management conference until after the Court issues its Order on defendants'

9  motions to dismiss and motion to strike the amended consolidated complaint;

10      IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through

11  their respective counsel of record that, subject to the Court's approval, the Case Management

12  Conference in this action, currently set for December 14, 2007, shall be taken off of the calendar

13  and rescheduled for February 1, 2008, or another date convenient for the Court.

14

15  Dated:  November 30, 2007                    Respectfully submitted,

16

17                                              _____/s/_____
                                                SUSAN S. MUCK
                                                DEAN S. KRISTY
18                                              CHRISTOPHER S. STESKAL
                                                CATHERINE KEVANE
19                                              FENWICK & WEST LLP
                                                555 California Street, 12th Floor
20                                              San Francisco, CA 941014
                                                Tel:   (415) 875- 2300
21                                              Fax:   (415) 281-1350

22                                              Attorneys for Defendants Connetics Corp.,
                                                John L. Higgins, Lincoln Krochmal, C.
23                                              Gregory Vontz, and Thomas G. Wiggans

24

25  Dated:  November 29, 2007

26                                              _____
                                                VICTOR E. ZAK
27                                              Pro Se Defendant
                                                24 Oakmont Road
28                                              Newton, MA 02459
                                                Tel. 617-610-2538

**STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE**                    2              CASE NO. C 07-02940 SI
**MANAGEMENT CONFERENCE**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Dated:  November 30, 2007

2                                                           /s/
                                        DAVID R. STICKNEY
3                                       NIKI L. MENDOZA
                                        MATTHEW P. SIBEN
4                                       TAKEO A. KELLAR
                                        BERNSTEIN LITOWITZ BERGER
                                            & GROSSMANN LLP
5                                       12481 High Bluff Drive, Suite 300
                                        San Diego, CA 92130
6                                       Tel:    (858) 793-0070
                                        Fax:   (858) 793-0323
7
                                        Attorneys for Lead Plaintiff Teachers'
8                                       Retirement System of Oklahoma and Lead
                                        Counsel to the Class
9

10

11  Dated:  November 30, 2007

12                                                          /s/
                                        SHIRLI FABBRI WEISS
13                                      ALYSSON RUSSELL SNOW
                                        DLA PIPER
14                                      401 B Street, Suite 1700
                                        San Diego, California 92101-4297
15                                      Tel:    (619) 699-2700
                                        Fax:   (619) 699-2701
16
                                        Attorneys for Defendant Alexander J.
17                                      Yaroshinsky

18

19  Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

20  under penalty of perjury that concurrence in the filing of the document has been obtained from

21  Matthew P. Siben and Alysson Russell Snow.

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED]**
**ORDER CONTINUING CASE**              3                    CASE NO. C 07-02940 SI
**MANAGEMENT CONFERENCE**

1    WHEREAS, a case management conference in the above-captioned action is currently set

2    for December 14, 2007;

3    WHEREAS, a hearing on defendants' motions to dismiss and motion to strike the

4    amended consolidated complaint was held on October 19, 2007;

5    WHEREAS, the Court has not yet ruled on defendants' motions to dismiss and motion to

6    strike the amended consolidated complaint;

7    WHEREAS, the parties believe that the interests of judicial economy are better served by

8    postponing the case management conference until after the Court issues its Order on defendants'

9    motions to dismiss and motion to strike the amended consolidated complaint;

10    IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through

11    their respective counsel of record that, subject to the Court's approval, the Case Management

12    Conference in this action, currently set for December 14, 2007, shall be taken off of the calendar

13    and rescheduled for February 1, 2008, or another date convenient for the Court.

14

15    Dated: November 29, 2007             Respectfully submitted,

16

17                                        _____
                                          SUSAN S. MUCK
18                                        DEAN S. KRISTY
                                          CHRISTOPHER S. STESKAL
19                                        CATHERINE KEVANE
                                          FENWICK & WEST LLP
20                                        555 California Street, 12th Floor
                                          San Francisco, CA 941014
21                                        Tel:   (415) 875- 2300
                                          Fax:   (415) 281-1350
22
                                          Attorneys for Defendants Connetics Corp.,
23                                        John L. Higgins, Lincoln Krochmal, C.
                                          Gregory Vontz, and Thomas G. Wiggans
24

25    Dated: November 29, 2007

26                                        _____
                                          VICTOR E. ZAK
27                                        Pro Se Defendant
                                          24 Oakmont Road
28                                        Newton, MA 02459
                                          Tel. 617-610-2538

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE                        2                 CASE NO. C 07-02940 SI
MANAGEMENT CONFERENCE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**ORDER**

2    PURSUANT TO STIPULATION, the Case Management Conference currently scheduled

3  in the above-captioned action for December 14, 2007 shall be taken off of the calendar and

4  rescheduled for February 1, 2008, or another date convenient for the Court.

5    IT IS SO ORDERED.

6

7  DATED: _____          _____

8                                             THE HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE**          4          CASE NO. C 07-02940 SI
**MANAGEMENT CONFERENCE**

1

<b>PROOF OF SERVICE</b>

2      The undersigned declares as follows:

3      I am a citizen of the United States and employed in San Francisco County, State of

4  California.  I am over the age of eighteen years and not a party to the within-entitled action.  My

5  business address is Fenwick & West LLP, San Francisco California, 555 California Street,

6  12th Floor San Francisco, California 94104.  On the date set forth below, I served a copy of the

7  following document(s):

8

9      **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE
10     MANAGEMENT CONFERENCE SET FOR DECEMBER 14, 2007**

11

12 on the interested parties in the subject action by placing a true copy thereof as indicated below,

    addressed as follows:

13

14         Victor E. Zak
           24 Oakmont Road
15         Newton Center, MA 02459

16

    [X]  **BY US MAIL:**  by placing the document(s) listed above in a sealed envelope for
17      collection and mailing following our ordinary business practices.  I am readily familiar
        with our ordinary business practices for collecting and processing mail for the United
18      States Postal Service, and mail that I place for collection and processing is regularly
        deposited with the United States Postal Service that same day with postage prepaid.
19

20

21      I declare under penalty of perjury under the laws of the State of California and the United

22 States that the above is true and correct.

23

24 Date:  November 30, 2007                    _____
                                                       Carol Galvin
25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO