1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   CATHERINE DUDEN KEVANE (CSB NO. 215501)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   CHRISTINE A. VOGELEI (CSB No. 239843)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  ckevane@fenwick.com
   ecohen@fenwick.com
9  cvogelei@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

16
                                          Case No. C 07-02940 SI
17
                                          **STIPULATION AND [PROPOSED]**
18  IN RE CONNETICS CORP.                 **ORDER CONTINUING CASE**
    SECURITIES LITIGATION                 **MANAGEMENT CONFERENCE SET FOR**
19                                        **DECEMBER 14, 2007**

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE                                         CASE NO. C 07-02940 SI
MANAGEMENT CONFERENCE**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, a case management conference in the above-captioned action is currently set for December 14, 2007;

2  WHEREAS, a hearing on defendants' motions to dismiss and motion to strike the amended consolidated complaint was held on October 19, 2007;

3  WHEREAS, the Court has not yet ruled on defendants' motions to dismiss and motion to strike the amended consolidated complaint;

4  WHEREAS, the parties believe that the interests of judicial economy are better served by postponing the case management conference until after the Court issues its Order on defendants' motions to dismiss and motion to strike the amended consolidated complaint;

IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record that, subject to the Court's approval, the Case Management Conference in this action, currently set for December 14, 2007, shall be taken off of the calendar and rescheduled for February 1, 2008, or another date convenient for the Court.

Dated: November 30, 2007                Respectfully submitted,

                                        /s/
                                        SUSAN S. MUCK
                                        DEAN S. KRISTY
                                        CHRISTOPHER S. STESKAL
                                        CATHERINE KEVANE
                                        FENWICK & WEST LLP
                                        555 California Street, 12th Floor
                                        San Francisco, CA 941014
                                        Tel:   (415) 875- 2300
                                        Fax:   (415) 281-1350

                                        Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

Dated: November 29, 2007

                                        VICTOR E. ZAK
                                        Pro Se Defendant
                                        24 Oakmont Road
                                        Newton, MA 02459
                                        Tel. 617-610-2538

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          2          CASE NO. C 07-02940 SI

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Dated: November 30, 2007

/s/
DAVID R. STICKNEY
NIKI L. MENDOZA
MATTHEW P. SIBEN
TAKEO A. KELLAR
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

Dated: November 30, 2007

/s/
SHIRLI FABBRI WEISS
ALYSSON RUSSELL SNOW
DLA PIPER
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel:    (619) 699-2700
Fax:    (619) 699-2701

Attorneys for Defendant Alexander J. Yaroshinsky

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew P. Siben and Alysson Russell Snow.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE             3             CASE NO. C 07-02940 SI

1  WHEREAS, a case management conference in the above-captioned action is currently set
2  for December 14, 2007;
3  WHEREAS, a hearing on defendants' motions to dismiss and motion to strike the
4  amended consolidated complaint was held on October 19, 2007;
5  WHEREAS, the Court has not yet ruled on defendants' motions to dismiss and motion to
6  strike the amended consolidated complaint;
7  WHEREAS, the parties believe that the interests of judicial economy are better served by
8  postponing the case management conference until after the Court issues its Order on defendants'
9  motions to dismiss and motion to strike the amended consolidated complaint;
10  IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through
11  their respective counsel of record that, subject to the Court's approval, the Case Management
12  Conference in this action, currently set for December 14, 2007, shall be taken off of the calendar
13  and rescheduled for February 1, 2008, or another date convenient for the Court.

15  Dated: November 29, 2007           Respectfully submitted,

                                       _____
                                       SUSAN S. MUCK
                                       DEAN S. KRISTY
                                       CHRISTOPHER S. STESKAL
                                       CATHERINE KEVANE
                                       FENWICK & WEST LLP
                                       555 California Street, 12th Floor
                                       San Francisco, CA 941014
                                       Tel:  (415) 875-2300
                                       Fax:  (415) 281-1350

                                       Attorneys for Defendants Connetics Corp.,
                                       John L. Higgins, Lincoln Krochmal, C.
                                       Gregory Vontz, and Thomas G. Wiggans

25  Dated: November 29, 2007           /s/ Victor Zak
                                       _____
                                       VICTOR E. ZAK
                                       Pro Se Defendant
                                       24 Oakmont Road
                                       Newton, MA 02459
                                       Tel. 617-610-2538

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE             2              CASE NO. C 07-02940 SI
MANAGEMENT CONFERENCE

# ORDER

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled in the above-captioned action for December 14, 2007 shall be taken off of the calendar and rescheduled for February 1/8, 2008, or another date convenient for the Court.

IT IS SO ORDERED.

DATED: _____    _____
                                 THE HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE            4            CASE NO. C 07-02940 SI
MANAGEMENT CONFERENCE

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, San Francisco California, 555 California Street, 12th Floor San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR DECEMBER 14, 2007**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Victor E. Zak
> 24 Oakmont Road
> Newton Center, MA 02459

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: November 30, 2007

_Carol Galvin_
Carol Galvin