1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   CATHERINE DUDEN KEVANE (CSB NO. 215501)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   CHRISTINE A. VOGELEI (CSB No. 239843)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  ckevane@fenwick.com
   ecohen@fenwick.com
9  cvogelei@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 8, 2008** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

CASE NO. C 07-02940 SI

1   WHEREAS, a case management conference in the above-captioned action is currently set for February 8, 2008;

3   WHEREAS, a hearing on defendants' motions to dismiss and motion to strike the amended consolidated complaint was held on October 19, 2007;

5   WHEREAS, the Court has not yet issued its Order on defendants' motions to dismiss and motion to strike the amended consolidated complaint;

7   WHEREAS, the parties believe that the interests of judicial economy are better served by postponing the case management conference until after the Court issues its Order on defendants' motions to dismiss and motion to strike the amended consolidated complaint;

10   WHEREAS, a case management conference previously scheduled for December 14, 2007 was continued for the same reasons;

12   IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record that, subject to the Court's approval, the Case Management Conference in this action, currently set for February 8, 2008, shall be taken off of the calendar and rescheduled for April 4, 2008, or another date convenient for the Court.  Plaintiff reserves its right to seek an earlier date for a Case Management Conference in the event the Court issues its Order on defendants' motions to dismiss and motion to strike the amended consolidated complaint prior to April 4, 2008.

Dated:  January 25, 2008            Respectfully submitted,

/s/
SUSAN S. MUCK
DEAN S. KRISTY
CHRISTOPHER J. STESKAL
CATHERINE KEVANE
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 941014
Tel:   (415) 875- 2300
Fax:   (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**           2           CASE NO. C 07-02940 SI

Dated: January 25, 2008

/s/
VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA 02459
Tel. 617-610-2538

Dated: January 25, 2008

/s/
DAVID R. STICKNEY
NIKI L. MENDOZA
MATTHEW P. SIBEN
TAKEO A. KELLAR
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

Dated: January 25, 2008

/s/
SHIRLI FABBRI WEISS
ALYSSON RUSSELL SNOW
DLA PIPER
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel:    (619) 699-2700
Fax:   (619) 699-2701

Attorneys for Defendant Alexander J. Yaroshinsky

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew P. Siben, Victor Zak and Alysson Russell Snow.

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**         3         CASE NO. C 07-02940 SI

# ORDER

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled in the above-captioned action for February 8, 2008 shall be taken off of the calendar and rescheduled for April 4, 2008.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**     4     CASE NO. C 07-02940 SI

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, San Francisco California, 555 California Street, 12th Floor San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 8, 2008**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Victor E. Zak
> 24 Oakmont Road
> Newton Center, MA 02459

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: January 25, 2008                 /s/ Carmelita Procida
                                       Carmelita Procida

PROOF OF SERVICE                                       CASE NO. C 07-02940 SI