1    SUSAN S. MUCK (CSB NO. 126930)
     DEAN S. KRISTY (CSB NO. 157646)
2    CHRISTOPHER J. STESKAL (CSB NO. 212297)
     CATHERINE DUDEN KEVANE (CSB NO. 215501)
3    EMILY ST. JOHN COHEN (CSB NO. 239674)
     CHRISTINE A. VOGELEI (CSB No. 239843)
4    FENWICK & WEST LLP
     555 California Street, 12th Floor
5    San Francisco, CA  94104
     Telephone:    (415) 875-2300
6    Facsimile:    (415) 281-1350
     smuck@fenwick.com
7    dkristy@fenwick.com
     csteskal@fenwick.com
8    ckevane@fenwick.com
     ecohen@fenwick.com
9    cvogelei@fenwick.com

10   Attorneys for Defendants Connetics Corp.,
     John L. Higgins, Lincoln Krochmal,
11   C. Gregory Vontz, and Thomas G. Wiggans

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16                                    Case No. C 07-02940 SI

17

18   IN RE CONNETICS CORP.            **STIPULATION AND [PROPOSED]
     SECURITIES LITIGATION            ORDER CONTINUING CASE
                                      MANAGEMENT CONFERENCE SET FOR
19                                    FEBRUARY 8, 2008**

20

21

22

23

24

25

26

27

28

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, a case management conference in the above-captioned action is currently set

2    for February 8, 2008;

3    WHEREAS, a hearing on defendants' motions to dismiss and motion to strike the

4    amended consolidated complaint was held on October 19, 2007;

5    WHEREAS, the Court has not yet issued its Order on defendants' motions to dismiss and

6    motion to strike the amended consolidated complaint;

7    WHEREAS, the parties believe that the interests of judicial economy are better served by

8    postponing the case management conference until after the Court issues its Order on defendants'

9    motions to dismiss and motion to strike the amended consolidated complaint;

10    WHEREAS, a case management conference previously scheduled for December 14, 2007

11    was continued for the same reasons;

12    IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through

13    their respective counsel of record that, subject to the Court's approval, the Case Management

14    Conference in this action, currently set for February 8, 2008, shall be taken off of the calendar

15    and rescheduled for April 4, 2008, or another date convenient for the Court.  Plaintiff reserves its

16    right to seek an earlier date for a Case Management Conference in the event the Court issues its

17    Order on defendants' motions to dismiss and motion to strike the amended consolidated

18    complaint prior to April 4, 2008.

19

20    Dated:  January 25, 2008                Respectfully submitted,

21

22                                                        /s/
                                            SUSAN S. MUCK
23                                          DEAN S. KRISTY
                                            CHRISTOPHER J. STESKAL
24                                          CATHERINE KEVANE
                                            FENWICK & WEST LLP
25                                          555 California Street, 12th Floor
                                            San Francisco, CA 941014
26                                          Tel:    (415) 875- 2300
                                            Fax:    (415) 281-1350

27                                          Attorneys for Defendants Connetics Corp.,
                                            John L. Higgins, Lincoln Krochmal, C.
28                                          Gregory Vontz, and Thomas G. Wiggans

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4    Dated:  January 25, 2008

5                                                          /s/
                                           VICTOR E. ZAK
6                                          Pro Se Defendant
                                           24 Oakmont Road
7                                          Newton, MA 02459
                                           Tel. 617-610-2538

     Dated:  January 25, 2008

8                                                          /s/
                                           DAVID R. STICKNEY
9                                          NIKI L. MENDOZA
                                           MATTHEW P. SIBEN
10                                         TAKEO A. KELLAR
                                           BERNSTEIN LITOWITZ BERGER
11                                            & GROSSMANN LLP
                                           12481 High Bluff Drive, Suite 300
12                                         San Diego, CA 92130
                                           Tel:    (858) 793-0070
13                                         Fax:    (858) 793-0323

14                                         Attorneys for Lead Plaintiff Teachers'
                                           Retirement System of Oklahoma and Lead
15                                         Counsel to the Class

16

17

     Dated:  January 25, 2008

18                                                         /s/
                                           SHIRLI FABBRI WEISS
19                                         ALYSSON RUSSELL SNOW
                                           DLA PIPER
20                                         401 B Street, Suite 1700
                                           San Diego, California 92101-4297
21                                         Tel:    (619) 699-2700
                                           Fax:    (619) 699-2701

22                                         Attorneys for Defendant Alexander J.
23                                         Yaroshinsky

24

25   Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

26   under penalty of perjury that concurrence in the filing of the document has been obtained from

27   Matthew P. Siben, Victor Zak and Alysson Russell Snow.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED]**
**ORDER CONTINUING CASE**                     3                     CASE NO. C 07-02940 SI
**MANAGEMENT CONFERENCE**

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled in the above-captioned action for February 8, 2008 shall be taken off of the calendar and rescheduled for April 4, 2008.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE            4            CASE NO. C 07-02940 SI
MANAGEMENT CONFERENCE

1    **PROOF OF SERVICE**

2    The undersigned declares as follows:

3    I am a citizen of the United States and employed in San Francisco County, State of

4    California. I am over the age of eighteen years and not a party to the within-entitled action. My

5    business address is Fenwick & West LLP, San Francisco California, 555 California Street,

6    12th Floor San Francisco, California 94104. On the date set forth below, I served a copy of the

7    following document(s):

8    **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 8, 2008**

9

10   on the interested parties in the subject action by placing a true copy thereof as indicated below,

     addressed as follows:

11

12            Victor E. Zak
              24 Oakmont Road
13            Newton Center, MA 02459

14

15   ☒   **BY US MAIL:**  by placing the document(s) listed above in a sealed envelope for
         collection and mailing following our ordinary business practices. I am readily familiar
16       with our ordinary business practices for collecting and processing mail for the United
         States Postal Service, and mail that I place for collection and processing is regularly
17       deposited with the United States Postal Service that same day with postage prepaid.

18

19   I declare under penalty of perjury under the laws of the State of California and the United

20   States that the above is true and correct.

21   Date:  January 25, 2008                    ___/s/  Carmelita Procida_____
                                                        Carmelita Procida
22

23

24

25

26

27

28

Fenwick & West LLP
Attorneys At Law
San Francisco