BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
NIKI L. MENDOZA   (Bar No. 214646)
MATTHEW P. SIBEN   (Bar No. 223279)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:     (858) 793-0323
davids@blbglaw.com
nikim@blbglaw.com
matthews@blbglaw.com
takeok@blbglaw.com
        -and-
CHAD JOHNSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:     (212) 554-1400
Fax:     (212) 554-1444
chad@blbglaw.com

Attorneys for Lead Plaintiff Teachers' Retirement
System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re CONNETICS SECURITIES
LITIGATION

Case No. C 07-02940 SI

**LEAD PLAINTIFF'S REQUEST FOR
LEAVE TO FILE NOTICE OF
SUPPLEMENTAL AUTHORITY**

Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.

1    Pursuant to Local Civil Rule 7.3(d), Lead Plaintiff Teachers' Retirement System of

2    Oklahoma ("Lead Plaintiff") respectfully requests that the Court approve the filing of the

3    attached Notice of Supplemental Authority.

4    Lead Plaintiff seeks to submit for the Court's consideration: *Makor Issues & Rights, Ltd.*

5    *v. Tellabs Inc.*, 2008 U.S. App. LEXIS 975 (7th Cir. Jan. 17, 2008). *Makor Issues & Rights, Ltd.*

6    *v. Tellabs Inc.* was published on January 17, 2008, after the hearing on defendants' motions to

7    dismiss. The submitted authority directly addresses issues pending before the Court; Lead

8    Plaintiff has not failed to submit this authority previously due to negligence or neglect; and,

9    consideration of this authority will cause no legal prejudice to defendants. Accordingly, Lead

10   Plaintiff respectfully submits that the Notice of Supplemental Authority should be deemed filed

11   for the Court's consideration.

12   Dated: January 25, 2007                    Respectfully submitted,

13                                              BERNSTEIN LITOWITZ BERGER
                                                  & GROSSMANN LLP
14

15

16                                             _____/s/ David R. Stickney_____
                                                    DAVID R. STICKNEY
17
                                               DAVID R. STICKNEY
18                                             NIKI L. MENDOZA
                                               MATHEW P. SIBEN
19                                             TAKEO A. KELLAR
                                               12481 High Bluff Drive, Suite 300
20                                             San Diego, CA 92130
                                               Tel:    (858) 793-0070
21                                             Fax:    (858) 793-0323

22                                             Attorneys for Lead Plaintiff Teachers' Retirement
                                               System of Oklahoma and Lead Counsel to the Class
23

24

25

26

27

28



---

## <u>CERTIFICATE OF SERVICE</u>

I, Kaye A. Martin, do hereby certify that on this 25th day of January, 2008, true and correct copies of the foregoing

> LEAD PLAINTIFF'S REQUEST FOR LEAVE TO FILE
> NOTICE OF SUPPLEMENTAL AUTHORITY; AND
> LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL
> AUTHORITY

were filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served via Federal Express (as indicated on the attached Service List), in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the above documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**jcarlos@law.stanford.edu**

*/s/ Kaye A. Martin*
Kaye A. Martin

**Service List**

In re CONNETICS SECURITIES LITIGATION
Case No.: 07-02940

| COUNSEL FOR CONSOLIDATED PLAINTIFF FISHBURY LIMITED | |
| --- | --- |
| Jean-Marc Zimmerman<br>Eduard Korsinsky<br>Pamela Lynam Mahon<br>**ZIMMERMAN, LEVI**<br>  **& KORSINSKY LLP**<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>ek@zlk.com<br>jmzimmerman@zlk.com<br>pmahon@zlk.com<br><br>*Via ECF* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF BRUCE GALLANT** | |
| Evan J. Smith<br>**BRODSKY & SMITH LLC**<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Tel: 516-741-4977<br><br>*Via FedEx* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF MARCUS A. SEIGLE** | |
| Catherine A. Torell<br>**COHEN MILSTEIN HAUSFELD &**<br>**TOLL P.L.L.C**<br>150 East 52nd Street<br>New York, NY 10022<br>Tel: 212-838-7797<br>Fax: 212-383-7745<br><br>*Via FedEx* | |

| COUNSEL FOR DEFENDANTS CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL, EUGENE A. BAUER, R. ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, LEON E. PANETTA AND G. KIRK RAAB | |
|---|---|
| Susan S. Muck<br>Dean S. Kristy<br>Christopher J. Steskal<br>Kalama M. Lui-Kwan<br>Emily St. John Cohen<br>**FENWICK & WEST**<br>275 Battery Street, Suite 1600<br>San Francisco, CA 94111<br>Tel: 415-875-2300<br>Fax: 415-281-1350<br>smuck@fenwick.com<br>dkristy@fenwick.com<br>csteskal@fenwick.com<br>klui-kwan@fenwick.com<br>ecohen@fenwick.com<br><br>*Via ECF* | Gregory A. Markel<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>1 World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>gregory.markel@cwt.com<br><br>*Via ECF* |
| **COUNSEL FOR DEFENDANT ALEXANDER J. YAROSHINSKY** | |
| James P. Duffy IV<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-335-4500<br>Fax: 212-504-6666<br>James.duffy@dlapiper.com<br><br>Alysson Russell Snow<br>**DLA PIPER US LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619-699-2858<br>Fax: 619-699-2701<br>Alysson.snow@dlapiper.com<br><br>*Via ECF* | |

| **Defendant Victor E. Zak** | |
| --- | --- |
| Victor E. Zak (*pro se*)<br>24 Oakmont Road<br>Newton, MA 02459<br>Tel: 617-610-2538<br>zakvic@yahoo.com<br><br>***Via FedEx*** | |

#26071/v3