BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
NIKI L. MENDOZA   (Bar No. 214646)
MATTHEW P. SIBEN   (Bar No. 223279)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
nikim@blbglaw.com
matthews@blbglaw.com
takeok@blbglaw.com
       -and-
CHAD JOHNSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444
chad@blbglaw.com

Attorneys for Lead Plaintiff Teachers' Retirement
System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CONNETICS SECURITIES LITIGATION. | Case No. 07-CV-02940 SI |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

1    This Stipulation is entered into by and among Lead Plaintiff Teachers' Retirement
2    System of Oklahoma ("Plaintiff") and defendants Connetics Corp. ("Connetics"), Thomas G.
3    Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Alexander J. Yaroshinsky and
4    Victor E. Zak ("Defendants").

5    WHEREAS, on January 29, 2008, the Court issued an Order granting Defendants'
6    motion to dismiss and motion to strike Plaintiff's Amended Consolidated Complaint and
7    granting leave to file an amended complaint by February 22, 2008.

8    WHEREAS, Plaintiff intends to file a second amended consolidated complaint.

9    WHEREAS, Defendants intend to move to dismiss the second amended consolidated
10   complaint for failure to state a claim; and

11   WHEREAS, the parties believe that the resources of the Court and the parties are best
12   conserved, and the interests of judicial economy are best served, by stipulating to a schedule for
13   Plaintiff's second amended consolidated complaint and Defendants' motions to dismiss;

14   IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of
15   California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as
16   follows:

17   1.    Plaintiff will file and serve a second amended consolidated complaint on or before
18         March 14, 2008.
19   2.    Defendants will file and serve their respective motions to dismiss the second
20         amended consolidated complaint for failure to state a claim and any other
21         responsive pleadings on or before May 2, 2008.
22   3.    Plaintiff will file and serve its opposition to Defendants' motions to dismiss on or
23         before June 20, 2008.
24   4.    Defendants will file and serve their respective replies in support of their motions
25         to dismiss and any other responsive pleadings on or before July 18, 2008.
26   5.    The parties request that the Court schedule a hearing on Defendants' motions to
27         dismiss on the earliest available date. August 15, 2008 at 9 a.m.
28

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE**                                                                                    -1-
**Case No. 07-CV-02940 SI**

IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into and submit a further appropriate stipulation amending this filing.

Dated: February 12, 2008                    Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


By:   /s David R. Stickney

DAVID R. STICKNEY
NIKI L. MENDOZA
MATTHEW P. SIBEN
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class*

Dated: February 12, 2008                    FENWICK & WEST LLP

By:   /s Christopher J. Steskal

SUSAN S. MUCK
DEAN S. KRISTY
CHRISTOPHER J. STESKAL
CATHERINE KEVANE
555 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, and Lincoln Krochmal*

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**
**Case No. 07-CV-02940 SI**                                                                       -2-

| | | |
|---|---|---|
| 1 | Dated: February 12, 2008 | DLA PIPER US LLP |
| 2 | | |
| 3 | | By:  /s Alysson Russell Snow |
| 4 | | SHIRLI FABBRI WEISS |
| | | ALYSSON RUSSELL SNOW |
| 5 | | 401 B Street, Suite 1700 |
| | | San Diego, California 92101 |
| 6 | | Telephone: (619) 699-2858 |
| | | Facsimile: (619) 699-2701 |
| 7 | | |
| | | *Attorneys for Defendant Alexander J.* |
| 8 | | *Yaroshinsky* |

Dated: February 12, 2008                                        /s Victor E. Zak

VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA  02459
Telephone:  (617) 610-2538

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Christopher J. Steskal, Alysson Russell Snow and Victor Zak.

*   *   *

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____ 2008                         _____
                                                                             THE HONORABLE SUSAN ILLSTON
                                                                             UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Brandy M. Roberts, do hereby certify that on this 12th day of February, 2008, true and correct copies of the foregoing

        STIPULATION AND [PROPOSED] ORDER
        REGARDING BRIEFING SCHEDULE

were filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served via Federal Express or U.S. Mail (as indicated on the attached Service List), in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.


                                            _/s/Brandy M. Roberts_
                                            Brandy M. Roberts

## Service List

In re CONNETICS SECURITIES LITIGATION
Case No.: 07-02940

| **COUNSEL FOR CONSOLIDATED PLAINTIFF FISHBURY LIMITED** ||
| --- | --- |
| Jean-Marc Zimmerman<br>Eduard Korsinsky<br>Pamela Lynam Mahon<br>**ZIMMERMAN, LEVI**<br>  **& KORSINSKY LLP**<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>ek@zlk.com<br>jmzimmerman@zlk.com<br>pmahon@zlk.com<br><br>*Via ECF* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF BRUCE GALLANT** ||
| Evan J. Smith<br>**BRODSKY & SMITH LLC**<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Tel: 516-741-4977<br><br>*Via U.S. Mail* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF MARCUS A. SEIGLE** ||
| Catherine A. Torell<br>**COHEN MILSTEIN HAUSFELD &**<br>**TOLL P.L.L.C**<br>150 East 52nd Street<br>New York, NY 10022<br>Tel: 212-838-7797<br>Fax: 212-383-7745<br><br>*Via U.S. Mail* | |

| COUNSEL FOR DEFENDANTS CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL, EUGENE A. BAUER, R. ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, LEON E. PANETTA AND G. KIRK RAAB ||
|---|---|
| Susan S. Muck<br>Dean S. Kristy<br>Christopher J. Steskal<br>Kalama M. Lui-Kwan<br>Emily St. John Cohen<br>**FENWICK & WEST**<br>275 Battery Street, Suite 1600<br>San Francisco, CA 94111<br>Tel: 415-875-2300<br>Fax: 415-281-1350<br>smuck@fenwick.com<br>dkristy@fenwick.com<br>csteskal@fenwick.com<br>klui-kwan@fenwick.com<br>ecohen@fenwick.com<br><br>*Via ECF* | Gregory A. Markel<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>1 World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>gregory.markel@cwt.com<br><br><br><br><br><br><br><br><br>*Via ECF* |
| **COUNSEL FOR DEFENDANT ALEXANDER J. YAROSHINSKY** ||
| James P. Duffy IV<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-335-4500<br>Fax: 212-504-6666<br>James.duffy@dlapiper.com<br><br>Alysson Russell Snow<br>**DLA PIPER US LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619-699-2858<br>Fax: 619-699-2701<br>Alysson.snow@dlapiper.com<br><br>*Via ECF* | |

| **Defendant Victor E. Zak** | |
|---|---|
| Victor E. Zak (*pro se*)<br>24 Oakmont Road<br>Newton, MA 02459<br>Tel: 617-610-2538<br>zakvic@yahoo.com<br><br>***Via FedEx*** | |

#26071/v3