SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
CHRISTINE A. VOGELEI (CSB No. 239843)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
cvogelei@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR APRIL 4, 2008** |
|---|---|

**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**                                   CASE NO. C 07-02940 SI

1   This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System
2   of Oklahoma ("Plaintiff"), defendants Connetics Corp. ("Connetics"), John L. Higgins, Lincoln
3   Krochmal, C. Gregory Vontz, and Thomas G. Wiggans ("Connetics Defendants"), defendant
4   Alexander J. Yaroshinksy ("Yaroshinsky"), and defendant Victor Zak.

5   WHEREAS, Plaintiff filed a Second Amended Complaint on March 14, 2008;

6   WHEREAS, the parties have entered into the following briefing schedule pursuant to a
7   Stipulation and Order entered on February 14, 2008: defendants will file and serve their
8   respective motions to dismiss the second amended consolidated complaint for failure to state a
9   claim and any other responsive pleadings on or before May 2, 2008; Plaintiff will file and serve
10  its opposition to defendants' motions to dismiss on or before June 20, 2008; defendants will file
11  and serve their respective replies in support of their motions to dismiss and any other responsive
12  pleadings on or before July 18, 2008;

13  WHERAS, pursuant to the Stipulation and Order entered on February 14, 2008, the
14  hearing on defendants' Motions to Dismiss is scheduled for August 15, 2008 at 9:00 a.m.;

15  WHEREAS, a case management conference in the above-captioned action is currently set
16  for April 4, 2008;

17  WHEREAS, the parties believe that the interests of judicial economy are better served by
18  postponing the case management conference so that it immediately follows the hearing on
19  defendants' Motions to dismiss;

20  IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of
21  California Civil Local Rule 6-1, by and between the undersigned counsel for the parties as
22  follows:

23  The Case Management Conference currently set for April 4, 2008 shall be taken off the
24  calendar and rescheduled for August 15, 2008, immediately following the hearing on defendants'
25  motions to dismiss.

26  / / /
27  / / /
28  / / /

**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**   2   CASE NO. C 07-02940 SI

| | | |
|---|---|---|
| 1 | Dated: March 21, 2008 | Respectfully submitted, |

/s/ Catherine Kevane
SUSAN S. MUCK
DEAN S. KRISTY
CHRISTOPHER J. STESKAL
CATHERINE KEVANE
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 941014
Tel:    (415) 875- 2300
Fax:    (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

Dated: March 21, 2008

/s/ Victor E. Zak
VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA 02459
Tel. 617-610-2538

Dated: March 21, 2008

/s/ Matthew P. Siben
DAVID R. STICKNEY
NIKI L. MENDOZA
MATTHEW P. SIBEN
TAKEO A. KELLAR
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

Dated: March 21, 2008

/s/ Alysson Russell Snow
SHIRLI FABBRI WEISS
ALYSSON RUSSELL SNOW
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel:    (619) 699-2700
Fax:    (619) 699-2701

Attorneys for Defendant Alexander J. Yaroshinsky

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**    3    CASE NO. C 07-02940 SI

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew P. Siben, Victor Zak, and Alysson Russell Snow.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE