1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11 | In re CONNETICS SECURITIES LITIGATION.

Case No. C 07-02940 SI

12
13 | This Document Relates To:

**[PROPOSED] RELATED CASE ORDER**

14 |     ALL ACTIONS.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on April 1, 2008, pursuant to Civil L.R. 3-12, Lead Plaintiff Teachers' Retirement System of Oklahoma filed a Notice of Related Case and Administrative Motion to Consider Whether Cases Should Be Related.

The Court, having considered such Administrative Motion, HEREBY ORDERS that the action captioned, *Gallant, et al. v. Connetics Corporation, et al.*, 3:07-CV-05826-PJH, is deemed related to the above-captioned action and shall be consolidated with this action and reassigned to this Court.

IT IS SO ORDERED.

DATED: _____ 2008          _____
                                    THE HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE