1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   CATHERINE DUDEN KEVANE (CSB NO. 215501)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   CHRISTINE A. VOGELEI (CSB No. 239843)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  ckevane@fenwick.com
   ecohen@fenwick.com
9  cvogelei@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS ON BRIEFING FOR MOTION TO DISMISS** |
|---|---|

1  This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System
2  of Oklahoma ("Plaintiff"), defendants Connetics Corp. ("Connetics"), John L. Higgins, Lincoln
3  Krochmal, C. Gregory Vontz, and Thomas G. Wiggans ("Connetics Defendants"), defendant
4  Alexander J. Yaroshinksy ("Yaroshinsky"), and defendant Victor Zak ("Zak").

5  WHEREAS, Plaintiff filed a Second Amended Complaint on March 14, 2008;

6  WHEREAS, the parties have entered into the following briefing schedule pursuant to a
7  Stipulation and Order entered on February 14, 2008:  defendants will file and serve their
8  respective motions to dismiss the second amended consolidated complaint for failure to state a
9  claim and any other responsive pleadings on or before May 2, 2008; plaintiff will file and serve
10 its opposition to defendants' motions to dismiss on or before June 20, 2008; defendants will file
11 and serve their respective replies in support of their motions to dismiss and any other responsive
12 pleadings on or before July 18, 2008;

13 WHEREAS, because of the number of claims and complexity of issues involved in this
14 securities class action case, the Connetics Defendants, Yaroshinsky, Zak, and Plaintiff believe
15 that they will each require more than 25 pages to brief fully the anticipated motion to dismiss and
16 opposition thereto;

17 IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of
18 California Civil Local Rule 6-1, by and between the undersigned counsel for the parties as
19 follows:

20 1.  The Connetics Defendants' memorandum in support of any motion to dismiss
21 shall not exceed 40 pages in length;

22 3.  Yaroshinsky's memorandum in support of any motion to dismiss shall not exceed
23 40 pages in length;

24 4.  Zak's memorandum in support of any motion to dismiss shall not exceed 40 pages
25 in length;

26 5.  Plaintiff shall file a single omnibus opposition to all defendants' motions to
27 dismiss and such opposition shall not exceed 50 pages in length;

28 6.  The Connetics Defendants' reply memorandum in support of any motion to

1 dismiss shall not exceed 25 pages in length;

2     7.    Yaroshinsky's reply memorandum in support of any motion to dismiss shall not exceed 25 pages in length; and

    8.    Zak's reply memorandum in support of any motion to dismiss shall not exceed 25 pages in length.

Dated: April 16, 2008              Respectfully submitted,

/s/
SUSAN S. MUCK
DEAN S. KRISTY
CHRISTOPHER J. STESKAL
CATHERINE KEVANE
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 941014
Tel:  (415) 875- 2300
Fax:  (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

Dated: April 16, 2008

/s/
VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA 02459
Tel. 617-610-2538

Dated: April 16, 2008

/s/
DAVID R. STICKNEY
NIKI L. MENDOZA
MATTHEW P. SIBEN
TAKEO A. KELLAR
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

1  Dated: April 16, 2008

/s/
SHIRLI FABBRI WEISS
ALYSSON RUSSELL SNOW
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel:   (619) 699-2700
Fax:   (619) 699-2701

Attorneys for Defendant Alexander J. Yaroshinsky

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew P. Siben, Victor Zak and Alysson Russell Snow.

**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS**           4           CASE NO. C 07-02940 SI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE