1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   CATHERINE DUDEN KEVANE (CSB NO. 215501)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   CHRISTINE A. VOGELEI (CSB No. 239843)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  ckevane@fenwick.com
   ecohen@fenwick.com
9  cvogelei@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16                                      Case No. C 07-02940 SI

17                                      **STIPULATION AND [PROPOSED]**
                                        **ORDER EXTENDING PAGE LIMITS ON**
18 IN RE CONNETICS CORP.                **BRIEFING FOR MOTION TO DISMISS**
   SECURITIES LITIGATION
19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED]**
**ORDER RE PAGE LIMITS**                          CASE NO. C 07-02940 SI

1    This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System

2    of Oklahoma ("Plaintiff"), defendants Connetics Corp. ("Connetics"), John L. Higgins, Lincoln

3    Krochmal, C. Gregory Vontz, and Thomas G. Wiggans ("Connetics Defendants"), defendant

4    Alexander J. Yaroshinksy ("Yaroshinsky"), and defendant Victor Zak ("Zak").

5    WHEREAS, Plaintiff filed a Second Amended Complaint on March 14, 2008;

6    WHEREAS, the parties have entered into the following briefing schedule pursuant to a

7    Stipulation and Order entered on February 14, 2008:  defendants will file and serve their

8    respective motions to dismiss the second amended consolidated complaint for failure to state a

9    claim and any other responsive pleadings on or before May 2, 2008; plaintiff will file and serve

10   its opposition to defendants' motions to dismiss on or before June 20, 2008; defendants will file

11   and serve their respective replies in support of their motions to dismiss and any other responsive

12   pleadings on or before July 18, 2008;

13   WHEREAS, because of the number of claims and complexity of issues involved in this

14   securities class action case, the Connetics Defendants, Yaroshinsky, Zak, and Plaintiff believe

15   that they will each require more than 25 pages to brief fully the anticipated motion to dismiss and

16   opposition thereto;

17   IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of

18   California Civil Local Rule 6-1, by and between the undersigned counsel for the parties as

19   follows:

20   1.    The Connetics Defendants' memorandum in support of any motion to dismiss

21   shall not exceed 40 pages in length;

22   3.    Yaroshinsky's memorandum in support of any motion to dismiss shall not exceed

23   40 pages in length;

24   4.    Zak's memorandum in support of any motion to dismiss shall not exceed 40 pages

25   in length;

26   5.    Plaintiff shall file a single omnibus opposition to all defendants' motions to

27   dismiss and such opposition shall not exceed 50 pages in length;

28   6.    The Connetics Defendants' reply memorandum in support of any motion to

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED]
ORDER RE PAGE LIMITS**                    2                    CASE NO. C 07-02940 SI

1   dismiss shall not exceed 25 pages in length;

2        7.    Yaroshinsky's reply memorandum in support of any motion to dismiss shall not

3   exceed 25 pages in length; and

4        8.    Zak's reply memorandum in support of any motion to dismiss shall not exceed 25

5   pages in length.

6

7   Dated:  April 16, 2008                    Respectfully submitted,

8

9                                             /s/
                                              SUSAN S. MUCK
10                                            DEAN S. KRISTY
                                              CHRISTOPHER J. STESKAL
11                                            CATHERINE KEVANE
                                              FENWICK & WEST LLP
12                                            555 California Street, 12th Floor
                                              San Francisco, CA 941014
13                                            Tel:   (415) 875- 2300
                                              Fax:   (415) 281-1350

14
                                              Attorneys for Defendants Connetics Corp.,
15                                            John L. Higgins, Lincoln Krochmal, C.
                                              Gregory Vontz, and Thomas G. Wiggans

16  Dated:  April 16, 2008

17                                            /s/
                                              VICTOR E. ZAK
18                                            Pro Se Defendant
                                              24 Oakmont Road
19                                            Newton, MA 02459
                                              Tel. 617-610-2538

20  Dated:  April 16, 2008
                                              /s/
21                                            DAVID R. STICKNEY
                                              NIKI L. MENDOZA
22                                            MATTHEW P. SIBEN
                                              TAKEO A. KELLAR
23                                            BERNSTEIN LITOWITZ BERGER
                                                 & GROSSMANN LLP
24                                            12481 High Bluff Drive, Suite 300
                                              San Diego, CA 92130
25                                            Tel:   (858) 793-0070
                                              Fax:   (858) 793-0323

26
                                              Attorneys for Lead Plaintiff Teachers'
27                                            Retirement System of Oklahoma and Lead
                                              Counsel to the Class

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED]**              3                    CASE NO. C 07-02940 SI
**ORDER RE PAGE LIMITS**

1    Dated:  April 16, 2008

2                                                    /s/
                                        SHIRLI FABBRI WEISS
3                                       ALYSSON RUSSELL SNOW
                                        DLA PIPER US LLP
                                        401 B Street, Suite 1700
4                                       San Diego, California 92101-4297
                                        Tel:    (619) 699-2700
5                                       Fax:    (619) 699-2701

6                                       Attorneys for Defendant Alexander J.
                                        Yaroshinsky
7

8

9    Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

10   under penalty of perjury that concurrence in the filing of the document has been obtained from

11   Matthew P. Siben, Victor Zak and Alysson Russell Snow.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED]**                    4                    CASE NO. C 07-02940 SI
**ORDER RE PAGE LIMITS**

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED: _____    _____

5

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED]
ORDER RE PAGE LIMITS**

CASE NO. C 07-02940 SI