UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FISHBURY LIMITED et al,            Case Number: CV07-02940 SI

    Plaintiff,            **CERTIFICATE OF SERVICE**

v.

CONNETICS CORP. et al,

    Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor E. Zak

24 Oakmont Road

Newton, MA 02459

Dated: April 17, 2008

                                Richard W. Wieking, Clerk

                                By: Tracy Sutton, Deputy Clerk