SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
CHRISTINE A. VOGELEI (CSB No. 239843)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
cvogelei@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS ON BRIEFING FOR MOTION TO DISMISS** |

This Stipulation is entered into by and among lead plaintiff Teachers' Retirement System of Oklahoma ("Plaintiff"), defendants Connetics Corp. ("Connetics"), John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans ("Connetics Defendants"), defendant Alexander J. Yaroshinksy ("Yaroshinsky"), and defendant Victor Zak ("Zak").

WHEREAS, Plaintiff filed a Second Amended Complaint on March 14, 2008;

WHEREAS, the parties have entered into the following briefing schedule pursuant to a Stipulation and Order entered on February 14, 2008: defendants will file and serve their respective motions to dismiss the second amended consolidated complaint for failure to state a claim and any other responsive pleadings on or before May 2, 2008; plaintiff will file and serve its opposition to defendants' motions to dismiss on or before June 20, 2008; defendants will file and serve their respective replies in support of their motions to dismiss and any other responsive pleadings on or before July 18, 2008;

WHEREAS, because of the number of claims and complexity of issues involved in this securities class action case, the Connetics Defendants, Yaroshinsky, Zak, and Plaintiff believe that they will each require more than 25 pages to brief fully the anticipated motion to dismiss and opposition thereto;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties as follows:

1. The Connetics Defendants' memorandum in support of any motion to dismiss shall not exceed 40 pages in length;

3. Yaroshinsky's memorandum in support of any motion to dismiss shall not exceed 40 pages in length;

4. Zak's memorandum in support of any motion to dismiss shall not exceed 40 pages in length;

5. Plaintiff shall file a single omnibus opposition to all defendants' motions to dismiss and such opposition shall not exceed 50 pages in length;

6. The Connetics Defendants' reply memorandum in support of any motion to

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS — 2 — CASE NO. C 07-02940 SI

1  dismiss shall not exceed 25 pages in length;

2      7.    Yaroshinsky's reply memorandum in support of any motion to dismiss shall not

3  exceed 25 pages in length; and

4      8.    Zak's reply memorandum in support of any motion to dismiss shall not exceed 25

5  pages in length.

7  Dated: April 16, 2008                    Respectfully submitted,

/s/
SUSAN S. MUCK
DEAN S. KRISTY
CHRISTOPHER J. STESKAL
CATHERINE KEVANE
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 941014
Tel:   (415) 875- 2300
Fax:  (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

Dated: April 16, 2008

/s/
VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA 02459
Tel. 617-610-2538

Dated: April 16, 2008

/s/
DAVID R. STICKNEY
NIKI L. MENDOZA
MATTHEW P. SIBEN
TAKEO A. KELLAR
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS**       3       CASE NO. C 07-02940 SI

| | |
|---|---|
| Dated:  April 16, 2008 | /s/<br>SHIRLI FABBRI WEISS<br>ALYSSON RUSSELL SNOW<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br>Tel:    (619) 699-2700<br>Fax:    (619) 699-2701<br><br>Attorneys for Defendant Alexander J. Yaroshinsky |

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew P. Siben, Victor Zak and Alysson Russell Snow.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS**     4     CASE NO. C 07-02940 SI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE