**RECEIVED**

MAY 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CONNETICS CORPORATION SECURITIES LITIGATION | CASE NO. 3:07-cv-02940-SI<br><br>CLASS ACTION<br>**[PROPOSED] ORDER GRANTING VICTOR ZAK'S MOTION TO STRIKE** |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | Date:       August 15, 2008<br>Courtroom:  10<br>Time:       9:00 a.m.<br>Judge:      Honorable Susan Illston |

Defendant Victor Zak's Motion to Strike ("Motion to Strike") was heard on August 15, 2008 at 9:00 a.m., in Courtroom 10 of the above-entitled court. Having read and considered all papers submitted in the matter, as well as having entertained oral argument, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Strike is GRANTED. Paragraphs 18, 41, 53, 55, 60, 133-134, 142-143, 146, 311, 332 and 389-391 of Lead Plaintiff's Second Amended Consolidated Class Action Complaint are stricken.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE