UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 3:07-cv-02940-SI<br><br>CLASS ACTION<br>**[PROPOSED] ORDER GRANTING VICTOR ZAK'S MOTION TO DISMISS**<br><br>Date:        August 15, 2008<br>Courtroom:   10<br>Time:        9:00 a.m.<br>Judge:       Honorable Susan Illston |

Defendant Victor Zak's Motion to Dismiss ("Motion to Dismiss") Lead Plaintiff's Second Amended Consolidated Class Action Complaint ("Complaint") was heard on August 15, 2008 at 9:00 a.m., in Courtroom 10 of the above-entitled court. Having read and considered all papers submitted in the matter, as well as having entertained oral argument, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED. Lead Plaintiff's Complaint is dismissed with prejudice, with respect to Defendant Victor Zak.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE