UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fishbury, Limited et al

　　　　　Plaintiff,

vs.

Connetics Corporation et al.

　　　　　Defendants.

No. 3:07-cv-02940-SI

**CERTIFICATE OF SERVICE.**

Date: May 1, 2008

I, Victor Zak hereby certify that on this 1st day of May 2008, I caused to be served a copy of Defendant **Victor E Zak's Motions to the Second Amended Consolidated Class Action Complaint** via U.S. mail, postage prepaid, upon the attorneys of record listed on the attached service list.

By: *Victor Zak*

　　　　　　　　　　　　　　　　　Victor E. Zak

# SERVICE LIST

**David Stickney**
**Takeo Austin Kellar**
**MATTHEW P. SIBEN**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130-3582
Tel: (858) 793-0070

**Jean-Marc Zimmerman**
**Eduard Korsinsky**
Zimmerman, Levi & Korsinsky LLP
39 Broadway, Suite 1601
New York, NY 10006

**Dean S. Kristy**
**CHRISTOPHER J. STESKAL**
**CATHERINE KEVANE**
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

**Gregory A Markel**
Cadwalader, Wickersham & Taft LLP
1 World Financial Center
New York, NY 10281

**Catherine A. Torell**
Cohen Milstein Hausfeld & Toll P.L.L.C.
150 East 52nd Street
New York, NY 10022

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**SHIRLI FABBRI WEISS**
**ALYSSON RUSSELL SNOW**
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297

**Civil Clerk**
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3611
Tel: 415-522-2000