1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:         August 15, 2008<br>Courtroom:   10<br>Time:         9:00 a.m.<br>Judge:        Honorable Susan Illston |
|---|---|

1    Defendant Alexander Yaroshinsky's Motion to Dismiss ("Motion To Dismiss") Plaintiff's
2    Second Amended Consolidated Class Action Complaint ("Complaint") was heard on August 15,
3    2008 at 9:00 a.m. in Courtroom 10 of the above-entitled court.  Having read and considered all
4    papers submitted in the matter, as well as having entertained oral argument, and good cause
5    appearing therefor,

6    IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED.  Plaintiff's
7    Complaint is dismissed with prejudice, with respect to Defendant Yaroshinsky.

8    Dated: _____

_____
UNITED STATES DISTRICT JUDGE