| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO STRIKE CERTAIN PARAGRAPHS OF PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:          August 15, 2008<br>Courtroom:  10<br>Time:          9:00 a.m.<br>Judge:         Honorable Susan Illston |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SD\1817416.1

1   Defendant Alexander Yaroshinsky's Motion to Strike ("Motion to Strike") was heard on
2   August 15, 2008 at 9:00 a.m., in Courtroom 10 of the above-entitled court. Having read and
3   considered all papers submitted in the matter, as well as having entertained oral argument, and
4   good cause appearing therefor,

5   IT IS HEREBY ORDERED that the Motion to Strike is GRANTED. Paragraphs 16, 40-
6   41, 45-48, 52, 54-55, 107-108, 133-144, 146, 310-311, 368-369 and 389-391 of Plaintiff's
7   Second Amended Consolidated Class Action Complaint are stricken.

8   Dated: _____

_____
UNITED STATES DISTRICT JUDGE