1  SHIRLI FABBRI WEISS (Bar No. 079225)
   shirli.weiss@dlapiper.com
2  GERARD A. TRIPPITELLI (Bar No. 235788)
   jerry.trippitelli@dlapiper.com
3  ALYSSON RUSSELL SNOW (Bar No. 225185)
   alysson.snow@dlapiper.com
4  **DLA PIPER US LLP**
   401 B Street, Suite 1700
5  San Diego, CA 92101-4297
   Tel: 619.699.3650
6  Fax: 619.699.2701

7
   Attorneys for Defendant
8  ALEXANDER YAROSHINSKY

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION | CASE NO. 3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF GERARD A. TRIPPITELLI IN SUPPORT OF ALEXANDER YAROSHINSKY'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:        August 15, 2008<br>Courtroom:   10<br>Time:        9:00 a.m.<br>Judge:       Honorable Susan Illston |
| This Document Relates To:<br><br>ALL ACTIONS. | |

SD\1817409.1

I, Gerard A. Trippitelli, declare:

1. I am an attorney duly licensed to practice law in the State of California and in this judicial district. I am a partner at the firm of DLA Piper US LLP, counsel of record for Defendant ALEXANDER YAROSHINSKY ("Dr. Yaroshinsky") in connection with the above-captioned matter. I have personal knowledge of all matters stated herein, and, if called, would so testify.

2. Attached hereto as Exhibit A is a true and correct copy of the Connetics' historic stock prices and trading volume between January 1, 2005 and July 1, 2005 as reported on Lexis/Nexis.

3. Attached hereto as Exhibit B is a true and correct copy of Second Amended Complaint in *SEC v. Yaroshinsky*, Case No. 06CV2401 (CM) (S.D.N.Y.), filed June 29, 2007.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Diego, California on May 2, 2008.

/s/ Gerard Trippitelli
GERARD TRIPPITELLI