**EXHIBIT A**

**C:20819210 - Connetics Corporation (NASDAQ)**
Dates available: 02/01/1996 - 12/28/2006

**Currency:** Currency as reported (CAR)
**Frequency:** Daily prices

**Date(s):** 01/01/2005 - 07/01/2005
**Exchange:** NASDAQ

View Tables  Get Charts                           Open as Spreadsheet

| Date       | Close  | High  | Low   | Volume    |
|------------|--------|-------|-------|-----------|
| 01/03/2005 | 24.20  | 24.93 | 23.89 | 700,300   |
| 01/04/2005 | 24.00  | 24.75 | 23.83 | 403,200   |
| 01/05/2005 | 23.32  | 24.27 | 23.26 | 425,900   |
| 01/06/2005 | 23.72  | 23.83 | 23.23 | 399,000   |
| 01/07/2005 | 22.96  | 23.90 | 22.93 | 391,300   |
| 01/10/2005 | 23.80  | 23.95 | 22.66 | 629,100   |
| 01/11/2005 | 23.48  | 23.90 | 23.19 | 540,800   |
| 01/12/2005 | 23.19  | 23.50 | 22.84 | 349,500   |
| 01/13/2005 | 22.84  | 23.53 | 22.78 | 480,300   |
| 01/14/2005 | 22.725 | 23.02 | 22.64 | 398,600   |
| 01/17/2005 | NA     | NA    | NA    | NA        |
| 01/18/2005 | 23.35  | 23.69 | 22.70 | 611,800   |
| 01/19/2005 | 23.75  | 24.48 | 23.56 | 1,866,800 |
| 01/20/2005 | 23.36  | 23.90 | 23.34 | 455,600   |
| 01/21/2005 | 23.48  | 23.66 | 23.17 | 3,662,700 |
| 01/24/2005 | 22.03  | 23.50 | 21.76 | 1,436,400 |
| 01/25/2005 | 22.02  | 22.75 | 21.75 | 1,619,300 |

Case 3:07-cv-02940-SI   Document 100-2   Filed 05/02/2008   Page 3 of 10
Case 3:07-cv-02940-SI   Document 51-2   Filed 10/04/2007   Page 2 of 6
Page 2 of 6

| | | | | |
|---|---|---|---|---|
| 01/26/2005 | **24.00** | 24.37 | 22.42 | 2,345,900 |
| 01/27/2005 | **24.51** | 24.90 | 24.00 | 1,078,200 |
| 01/28/2005 | **24.27** | 24.54 | 24.04 | 546,600 |
| 01/31/2005 | **24.42** | 24.61 | 24.18 | 725,900 |
| 02/01/2005 | **24.04** | 24.87 | 23.91 | 1,147,400 |
| 02/02/2005 | **24.11** | 24.35 | 23.96 | 1,107,200 |
| 02/03/2005 | **23.33** | 24.33 | 23.29 | 666,400 |
| 02/04/2005 | **23.63** | 23.72 | 23.20 | 641,700 |
| 02/07/2005 | **23.40** | 23.75 | 23.15 | 659,500 |
| 02/08/2005 | **23.29** | 23.72 | 23.03 | 456,600 |
| 02/09/2005 | **22.57** | 23.50 | 22.51 | 621,500 |
| 02/10/2005 | **22.20** | 22.95 | 22.07 | 870,300 |
| 02/11/2005 | **22.72** | 22.87 | 22.18 | 612,400 |
| 02/14/2005 | **22.43** | 23.07 | 22.05 | 589,000 |
| 02/15/2005 | **22.87** | 23.25 | 22.20 | 1,116,600 |
| 02/16/2005 | **22.97** | 23.23 | 22.82 | 843,800 |
| 02/17/2005 | **22.53** | 23.05 | 22.42 | 513,600 |
| 02/18/2005 | **22.47** | 22.88 | 22.28 | 319,600 |
| 02/21/2005 | **NA** | NA | NA | NA |
| 02/22/2005 | **22.27** | 22.67 | 22.15 | 1,022,500 |
| 02/23/2005 | **24.33** | 25.12 | 22.10 | 2,821,900 |
| 02/24/2005 | **25.06** | 25.43 | 24.13 | 1,722,100 |
| 02/25/2005 | **25.82** | 25.85 | 24.84 | 718,600 |
| 02/28/2005 | **24.75** | 25.87 | 24.56 | 553,700 |

| | | | | |
|---|---|---|---|---|
| 03/01/2005 | **24.92** | 25.19 | 24.67 | 376,500 |
| 03/02/2005 | **24.51** | 25.24 | 24.51 | 270,600 |
| 03/03/2005 | **24.47** | 24.70 | 24.38 | 310,900 |
| 03/04/2005 | **25.15** | 25.20 | 24.28 | 861,900 |
| 03/07/2005 | **25.14** | 25.25 | 24.94 | 625,300 |
| 03/08/2005 | **25.53** | 25.74 | 24.94 | 894,000 |
| 03/09/2005 | **25.64** | 25.85 | 25.23 | 457,600 |
| 03/10/2005 | **27.05** | 27.42 | 26.23 | 1,525,500 |
| 03/11/2005 | **27.51** | 27.90 | 27.30 | 1,078,800 |
| 03/14/2005 | **27.96** | 28.05 | 27.50 | 853,100 |
| 03/15/2005 | **27.74** | 28.00 | 27.55 | 597,300 |
| 03/16/2005 | **27.07** | 27.78 | 26.96 | 582,800 |
| 03/17/2005 | **26.27** | 26.87 | 26.20 | 1,224,900 |
| 03/18/2005 | **26.00** | 26.32 | 25.89 | 3,625,500 |
| 03/21/2005 | **26.23** | 26.32 | 25.96 | 1,074,400 |
| 03/22/2005 | **26.16** | 26.48 | 26.03 | 461,400 |
| 03/23/2005 | **25.84** | 26.26 | 25.79 | 838,500 |
| 03/24/2005 | **26.10** | 26.33 | 25.991 | 397,300 |
| 03/25/2005 | **NA** | NA | NA | NA |
| 03/28/2005 | **25.67** | 26.33 | 25.65 | 661,800 |
| 03/29/2005 | **25.24** | 25.80 | 25.13 | 475,800 |
| 03/30/2005 | **25.65** | 25.70 | 25.20 | 641,500 |
| 03/31/2005 | **25.29** | 25.84 | 25.00 | 739,200 |
| 04/01/2005 | **25.00** | 25.60 | 24.76 | 504,200 |

| Date | | | | |
|---|---|---|---|---|
| 04/04/2005 | **24.87** | 25.09 | 24.28 | 544,600 |
| 04/05/2005 | **25.30** | 25.46 | 24.92 | 462,400 |
| 04/06/2005 | **25.31** | 25.94 | 25.30 | 579,900 |
| 04/07/2005 | **25.32** | 25.51 | 24.90 | 370,900 |
| 04/08/2005 | **25.16** | 25.73 | 24.97 | 667,700 |
| 04/11/2005 | **25.27** | 25.68 | 25.20 | 472,400 |
| 04/12/2005 | **25.59** | 25.77 | 25.03 | 746,200 |
| 04/13/2005 | **25.67** | 25.90 | 25.53 | 541,800 |
| 04/14/2005 | **26.80** | 28.03 | 26.14 | 1,780,400 |
| 04/15/2005 | **27.71** | 27.98 | 26.59 | 1,330,900 |
| 04/18/2005 | **28.50** | 28.64 | 27.54 | 1,798,500 |
| 04/19/2005 | **28.99** | 29.48 | 28.46 | 963,300 |
| 04/20/2005 | **27.82** | 29.00 | 27.26 | 1,486,200 |
| 04/21/2005 | **28.48** | 28.74 | 27.92 | 874,700 |
| 04/22/2005 | **28.00** | 28.53 | 27.85 | 467,100 |
| 04/25/2005 | **28.24** | 28.87 | 28.00 | 808,700 |
| 04/26/2005 | **27.57** | 28.28 | 25.90 | 1,002,800 |
| 04/27/2005 | **22.30** | 23.50 | 21.01 | 6,961,800 |
| 04/28/2005 | **21.82** | 22.50 | 21.63 | 1,286,100 |
| 04/29/2005 | **21.73** | 21.98 | 21.33 | 764,700 |
| 05/02/2005 | **21.46** | 21.78 | 21.30 | 833,100 |
| 05/03/2005 | **21.41** | 21.89 | 21.30 | 516,100 |
| 05/04/2005 | **22.10** | 22.37 | 21.33 | 454,200 |
| 05/05/2005 | **22.21** | 22.30 | 21.90 | 522,500 |

| 05/06/2005 | **21.88** | 22.35 | 21.72 | 468,600 |
| 05/09/2005 | **22.08** | 22.45 | 21.75 | 491,400 |
| 05/10/2005 | **21.99** | 22.18 | 21.69 | 442,500 |
| 05/11/2005 | **22.67** | 22.73 | 21.81 | 1,276,400 |
| 05/12/2005 | **22.43** | 22.81 | 22.14 | 643,000 |
| 05/13/2005 | **21.79** | 22.50 | 21.70 | 319,600 |
| 05/16/2005 | **21.83** | 22.17 | 21.53 | 457,000 |
| 05/17/2005 | **21.88** | 22.03 | 21.33 | 575,300 |
| 05/18/2005 | **22.90** | 22.98 | 21.80 | 686,800 |
| 05/19/2005 | **22.73** | 22.96 | 22.38 | 441,300 |
| 05/20/2005 | **22.54** | 22.76 | 22.46 | 363,300 |
| 05/23/2005 | **22.724** | 22.98 | 22.36 | 702,100 |
| 05/24/2005 | **22.93** | 23.16 | 22.78 | 754,800 |
| 05/25/2005 | **22.64** | 22.95 | 22.58 | 650,700 |
| 05/26/2005 | **22.56** | 22.76 | 22.37 | 1,071,500 |
| 05/27/2005 | **22.66** | 22.99 | 22.50 | 654,400 |
| 05/30/2005 | **NA** | NA | NA | NA |
| 05/31/2005 | **22.27** | 22.66 | 22.05 | 462,300 |
| 06/01/2005 | **22.20** | 22.50 | 22.02 | 644,100 |
| 06/02/2005 | **22.13** | 22.23 | 22.01 | 448,600 |
| 06/03/2005 | **21.65** | 22.10 | 21.55 | 329,100 |
| 06/06/2005 | **20.27** | 21.72 | 20.24 | 1,428,000 |
| 06/07/2005 | **19.68** | 20.60 | 19.63 | 2,105,300 |
| 06/08/2005 | **19.66** | 20.00 | 19.43 | 873,500 |

| 06/09/2005 | **20.51** | 20.58 | 19.07 | 1,355,900 |
| 06/10/2005 | **20.77** | 20.85 | 20.49 | 976,800 |
| 06/13/2005 | **15.13** | 16.26 | 15.12 | 15,441,000 |
| 06/14/2005 | **16.30** | 16.71 | 15.35 | 4,165,700 |
| 06/15/2005 | **16.29** | 16.57 | 16.10 | 1,313,200 |
| 06/16/2005 | **16.36** | 16.50 | 16.32 | 864,400 |
| 06/17/2005 | **16.84** | 16.93 | 16.36 | 1,186,900 |
| 06/20/2005 | **17.19** | 17.24 | 16.72 | 561,900 |
| 06/21/2005 | **17.00** | 17.34 | 16.89 | 782,900 |
| 06/22/2005 | **17.46** | 17.53 | 17.03 | 579,700 |
| 06/23/2005 | **17.38** | 17.54 | 17.31 | 527,800 |
| 06/24/2005 | **17.57** | 17.64 | 17.28 | 673,700 |
| 06/27/2005 | **17.03** | 17.60 | 17.00 | 728,000 |
| 06/28/2005 | **17.66** | 17.68 | 17.04 | 468,400 |
| 06/29/2005 | **17.38** | 17.78 | 17.28 | 463,500 |
| 06/30/2005 | **17.64** | 17.79 | 17.38 | 791,200 |
| 07/01/2005 | **17.40** | 17.75 | 17.30 | 502,500 |

Terms and Conditions | Copyright© 2005 LexisNexis®. All rights reserved.

**Other Supporting Documents**
3:07-cv-02940-SI Fishbury, Limited et al v. Connetics Corporation et al
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Snow, Alysson entered on 10/4/2007 7:08 PM and filed on 10/4/2007
**Case Name:**      Fishbury, Limited et al v. Connetics Corporation et al
**Case Number:**   3:07-cv-2940
**Filer:**                 Alexander J. Yaroshinsky
**Document Number:** 51

**Docket Text:**
DECLARATION of Alysson Snow *in Support of Alxander Yaroshinsky's Reply in Support of His Motion to Dismiss* filed byAlexander J. Yaroshinsky. (Attachments: # (1) Exhibit Exhibit A)(Snow, Alysson) (Filed on 10/4/2007)

**3:07-cv-2940 Notice has been electronically mailed to:**

Takeo Austin Kellar    takeok@blbglaw.com

Eduard Korsinsky    ek@zlk.com

Dean S. Kristy    dkristy@fenwick.com, cprocida@fenwick.com

Kalama M. Lui-Kwan    klui-kwan@fenwick.com, cgalvin@fenwick.com

Pamela Lynam Mahon    pmahon@zlk.com

Gregory A Markel    gregory.markel@cwt.com

Gaurav Mathur    gmathur@fenwick.com

Heather Nicole Mewes    hmewes@fenwick.com, tpalmerino@fenwick.com

Susan Samuels Muck    smuck@fenwick.com, cgalvin@fenwick.com

Matthew Philip Siben    matthews@blbglaw.com, brandyr@blbglaw.com

Alysson Russell Snow    alysson.snow@dlapiper.com, rose.stevens@dlapiper.com

Emily Anne St. John Cohen    ecohen@fenwick.com

Christopher James Steskal    csteskal@fenwick.com, cgalvin@fenwick.com

David Ronald Stickney    davids@blbglaw.com

Jean-Marc Zimmerman , Esq    jmzimmerman@zlk.com

**3:07-cv-2940 Notice has been delivered by other means to:**

William J. Ban
Barrack, Rodos & Bacine(PA)
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103

John Christopher Browne
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Christopher Chad Johnson
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Gerald H. Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Evan J. Smith
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

Catherine A. Torell

Cohen Milstein Hausfeld & Toll P.L.L.C.
150 East 52nd Street
New York, NY 10022

Victor E. Zak
24 Oakmont Road
Newton, MA 02459

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\rstevens\Desktop\DEC.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/4/2007] [FileNumber=3804090-0]

[61faafb777ab943e7081d0361b9ce4b58b0ae388e204fdccb36b37a2dce4f39e294d0
38272fed1ae55ca66e444629ee353f724450c4b44bcdf4ade61348c1b95]]
**Document description:** Exhibit Exhibit A
**Original filename:** C:\Documents and Settings\rstevens\Desktop\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/4/2007] [FileNumber=3804090-1]

[31aaadab94c57269f16c2089657a1bc38daaf4319a2cd64c958c4897182bb2766f596
27f3b67cf60441dd99c35470aa9cbbcc63e86596336e66892bc5574e9ec]]