1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONNETICS CORPORATION SECURITIES LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  3:07-cv-02940-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND HIS MOTION TO DISMISS**<br><br>Date:            August 15, 2008<br>Courtroom:   10<br>Time:           9:00 a.m.<br>Judge:          Honorable Susan Illston |

Defendant Alexander Yaroshinsky's Request for Judicial Notice was heard on August 15, 2008 at 9:00 a.m. in Courtroom 10 of the above-entitled court. Having read and considered all papers submitted in the matter, as well as having entertained oral argument, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Request for Judicial Notice is GRANTED. The Court takes judicial notice of the following documents:

Connetics' historic stock prices and trading volume between January 1, 2005 and July 1, 2005 as reported on Lexis/Nexis, attached as Exhibit A to the Declaration of Gerard A Trippitelli In Support Of Dr. Yaroshinsky's Motion to Dismiss and Motion to Strike ("Trippitelli Declaration");

Second Amended Complaint in *SEC v. Yaroshinsky*, Case No. 06CV2401 (CM) (S.D.N.Y.), filed June 29, 2007, attached as Exhibit B to the Trippitelli Declaration.

Dated: _____

UNITED STATES DISTRICT JUDGE

SD\1817408.1