1  SHIRLI FABBRI WEISS (Bar No. 079225)
   shirli.weiss@dlapiper.com
2  GERARD A. TRIPPITELLI (Bar No. 235788)
   jerry.trippitelli@dlapiper.com
3  ALYSSON RUSSELL SNOW (Bar No. 225185)
   alysson.snow@dlapiper.com
4  **DLA PIPER US LLP**
   401 B Street, Suite 1700
5  San Diego, CA  92101-4297
   Tel: 619.699.3650
6  Fax: 619.699.2701

7

   Attorneys for Defendant
8  ALEXANDER YAROSHINSKY

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12 | IN RE CONNETICS CORPORATION | CASE NO. 3:07-cv-02940-SI
13 | SECURITIES LITIGATION        | CLASS ACTION
14 |                              | **CERTIFICATE OF SERVICE**
15 | This Document Relates To:    | Date:       August 15, 2008
16 |                              | Courtroom:  10
   | ALL ACTIONS.                 | Time:       9:00 a.m.
17 |                              | Judge:      Honorable Susan Illston

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On May 2, 2008, I served the within documents:

### SEE ATTACHED LIST OF DOCUMENTS

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Victor E. Zak
24 Oakmont Road
Newton Center, MA 02459
Tel: 617-964-4813

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on May 2, 2008, at San Diego, California.

_____
Emiko S. Gonzales

DLA PIPER US LLP
SAN DIEGO

CERTIFICATE OF SERVICE               CASE NO.:07-CV-02940-SI

## LIST OF DOCUMENTS

1. ALEXANDER YAROSHINSKY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. [PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

3. ALEXANDER YAROSHINSKY'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

4. [PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S MOTION TO STRIKE CERTAIN PARAGRAPHS OF PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

5. DECLARATION OF GERARD A. TRIPPITELLI IN SUPPORT OF ALEXANDER YAROSHINSKY'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

6. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALEXANDER YAROSHINSKY'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

7. [PROPOSED] ORDER GRANTING ALEXANDER YAROSHINSKY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

SD\1752523.1