| | |
|---|---|
| 1 | SUSAN S. MUCK (CSB NO. 126930) |
| | DEAN S. KRISTY (CSB NO. 157646) |
| 2 | CHRISTOPHER J. STESKAL (CSB NO. 212297) |
| | CATHERINE D. KEVANE (CSB NO. 215501) |
| 3 | EMILY ST. JOHN COHEN (CSB NO. 239674) |
| | CHRISTINE VOGELEI (CSB NO. 239843) |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone:  (415) 875-2300 |
| 6 | Facsimile:   (415) 281-1350 |
| | smuck@fenwick.com |
| 7 | dkristy@fenwick.com |
| | csteskal@fenwick.com |
| 8 | ckevane@fenwick.com |
| | ecohen@fenwick.com |
| 9 | cvogelei@fenwick.com |

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS**<br><br>Date:   August 15, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom 10<br>Judge:  Honorable Susan Illston |

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SAC

CASE NO. C 07-02940 SI

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# [PROPOSED] ORDER

The motion to dismiss Plaintiff's Second Amended Consolidated Class Action Complaint ("Second Amended Complaint") brought by defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans (collectively, "Defendants") for failure to state a claim pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. 78u-4(b)(3)(A), came on regularly for hearing before the Court on August 15, 2008.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing therefor, HEREBY ORDERS:

Defendants' motion to dismiss is GRANTED. Accordingly, the Amended Complaint against Defendants is DISMISSED WITH PREJUDICE.

Dated: _____

The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SAC            2            CASE NO. C 07-02940 SI