# EXHIBIT 45

## WACHOVIA CAPITAL MARKETS, LLC
## EQUITY RESEARCH DEPARTMENT

# Connetics Corp. (CNCT-NASDAQ)

**CNCT: Uncert. In Velac Could Create Price Pressure--Lower Est.**

Q1 In-Line

**Market Perform**

**April 26, 2005**

**Price**      **$27.57**

**52 Wk. Rng.**    **$31-17**

**Earnings Estimate Revised Down**

| EPS | 2004 Curr. | 2004 Prev. | 2005 Current | 2005 A | 2006 Current | 2006 Prev. | Rev. 2005 | | 2006 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 (Mar.) | $0.05 | NC | $0.03 A | $0.02 | NE | NC | $42.4 | MM | NE |
| Q2 (June) | 0.19 | NC | 0.08 | 0.12 | NE | NC | 46.1 | | NE |
| Q3 (Sep.) | 0.10 | NC | 0.27 | 0.23 | NE | NC | 47.5 | | NE |
| Q4 (Dec.) | 0.16 | NC | 0.29 | 0.42 | NE | NC | 48.8 | | NE |
| Full FY | $0.51 | NC | $0.69 | $0.80 | $0.97 | $1.18 | $184.8 | MM | $230.9 MM |
| FYPE | 54.1x | | 40.0x | | 28.4x | | | | |
| Full CY | $0.51 | NC | $0.69 | $0.80 | $0.97 | $1.18 | | | |
| CYPE | 54.1x | | 40.0x | | 28.4x | | | | |

*Source: Company data and WCM, LLC estimates NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*

| | | | |
|---|---|---|---|
| Shares Out.: (MM) | 38.0 | LT Debt: (MM) | $240.0 |
| Market Cap.: (MM) | 1,047.7 | LT Debt/Total Cap.: | 61.8% |
| Avg. Daily Vol.: | 1,080,690 | ROE: | 18% |
| S&P 500: | 1,151.52 | 3-5 Yr. Est. Grth. Rate: | 25% |
| Float: (MM) | 34.0 | CY 2005 Est. P/E-to-Grth.: | 1.6x |
| Div./Yield: | $0.00/0.0% | Last Reporting Date: | 4/26/2005 |
| | | | *After Close* |

**Key Points**

- **Lowering estimates to reflect Velac push out.** 2005 EPS from $0.80 to $0.69, 2006 EPS from $1.18 to $0.97. Our new model reflects Q3 2006 Velac launch, although this is a preliminary estimate at best. Q2 2005 EPS from $0.12 to $0.08 to reflect higher operating costs.
- **Less certainty in Velac timing.** Communications from FDA regarding the Velac NDA may be suggestive of safety concerns. CNCT expects to submit additional information shortly. Velac is CNCT's proprietary clindamycin/tretinoin gel for the treatment of acne.
- **FDA questions preclinical results.** There was a positive response to Velac in a transgenic mouse model, which could raise toxicology issues. Given the Agency's current sensitivity to safety, this could temporarily delay the PDUFA action date (June 25) on Velac, in our view.
- **We expect CNCT shares to be under pressure.** Velac is widely considered by investors to be a major growth driver for CNCT in the near-to-intermediate term. Given the current uncertainty, CNCT shares could come under pressure. In addition, this could compress its headstart, if any, against Clin-RA.

**Valuation Range: $22 to $24**

Our valuation range is based on a P/E multiple of 23.0-25.0x our 2006 EPS estimate of $0.97. Risks to the stock trading at our valuation range include a regulatory setback for Velac, deceleration in Evoclin, and earlier than expected generic competition for Soriatane.

**Michael Tong**
(212) 891-5067
michael.tong@wachovia.com

**Victor Lau**
(212) 891-5035
victor.lau@wachovia.com

**Samuel Martin**
(212) 891-5097
samuel.martin@wachovia.com

**Specialty Pharmaceuticals** *(vertical, left margin)*

---

## Please see page 6 for rating definitions, important disclosures and required analyst certifications.

WCM does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report *and* Investors should consider this report as only a single factor in making their investment decision.

 **WACHOVIA SECURITIES**

**Specialty Pharmaceuticals**

**Investment Thesis**
We believe CNCT's proprietary foam technology and 4:2:1 business model could provide consistent new product flow. However, the shares appear fairly priced relative to CNCT's near-term prospects, in our view.

**Company Description**
Connetics Corp. is a specialty pharmaceutical company focusing exclusively on the treatment of dermatological conditions. The company promotes its products directly to dermatologists through its 125-person sales force. CNCT outsources manufacturing and distributes through wholesalers.

**Management's comments raised concerns regarding Velac approval timing, in our view.** CNCT indicated that in the past several weeks, it received communications from FDA regarding the Velac NDA. The communication involves a pre-clinical study in which there was a positive response to Velac in a transgenic mouse model, which could suggest safety concerns. CNCT indicated that it is continuing discussions with FDA on this issue, and expects to submit additional information shortly. Velac is CNCT's proprietary clindamycin/tretinoin gel for the treatment of acne. It is pending approval at FDA, with an action date of June 25, 2005.

**In our opinion, FDA action by the June 25 PDUFA date appears unlikely.** Given CNCT management's expectation of providing additional information to the FDA over the next several weeks, it leaves very little time for FDA to process the information and make a decision by June 25. Therefore, we believe FDA will likely seek an extension to the PDUFA action date, possibly by three months.

**Is there a risk to Velac's approvability?** We do not have sufficient information at this point to assess the approvability of Velac. The major risk, in our view, relates to safety.

The factors that are in favor of Velac's approvability include:
- The active ingredients (clindamycin and tretinoin) are FDA-approved
- The issue relates to a *preclinical* model, and there has been no evidence of severe adverse events in *human clinical* studies

On the other hand, the factors that are not in favor include:
- Safety is a major concern to FDA, as there have been several high-profile drug safety issues (e.g. COX-2 inhibitors, Tysabri)
- Velac is being developed for the treatment of acne, not exactly the most pressing need for a product with potential safety issues.

Ultimately, we believe Velac is approvable, on the strength of its Phase III data, in terms of efficacy and lack of serious adverse events. However, a delay in FDA action is highly probable, as we mentioned before. Therefore, we have adjusted our model to reflect the delay, although management maintains its prior revenue and EPS guidance (which are $196-$205 million and $0.88-$0.92, respectively). Management's guidance reflects Q3 2005 launch of Velac.

**We believe the stock could trade at a valuation range of $22-$24 over the next 6-12 months.** Our valuation range is based on a P/E multiple of 23.0x-25.0x our calendar EPS estimate of $0.97. CNCT has undergone recent multiple expansion, primarily on expectation of rapid EPS growth and from perceived headstart in the combination acne gel market. Given the uncertainty in Velac, the shares may see near-term multiple contraction. Risks to the stock trading at our valuation range include significant regulatory setback in Velac, deceleration in Evoclin growth, and earlier than expected generic Soriatane competition.

**Lowering 2005 EPS estimate to $0.69 from $0.80 to reflect removal of Velac revenue.** We have lowered our FY 2005 revenue estimate to $184.8 million from $198.8 million and our EPS estimate to $0.69 from $0.80. The downward revision in EPS reflects removal of $18.0 million in

Velac revenue, partially offset by an increase in sales of the other brands. Absent the Velac launch, CNCT should be able to focus more sales and marketing resources on its other brands.

**Exhibit 1. Wachovia 2005 Product Revenue Estimates**

| Product ($MM) | New Estimate | Previous Estimate |
|---|---|---|
| Luxiq | 25.7 | 24.8 |
| OLUX | 70.6 | 71.3 |
| Soriatane | 66.5 | 62.8 |
| Evoclin | 19.8 | 19.6 |
| Velac | 0.0 | 18.0 |
| Other | 2.2 | 2.3 |
| *Total* | 184.8 | 198.8 |

Source: Wachovia Capital Markets, LLC estimates

**We are also lowering our Q2 EPS estimate to 0.08 from 0.12 to reflect higher operating expenses.** While we have slightly increased our Q2 revenue assumption to $46.1 million from $44.0 million, these increased revenues are more than offset by higher operating expenses in Q2. CNCT expects to incur significant expenses in Q2 2005. Management guided to operating expenses of $34 to $36 million in Q2 driven by Evoclin marketing expenses, Velac pre-marketing activities, and higher administrative & co-promotion expenses related to ramping up the Ventiv agreement. For these reasons, we have increased our SG&A assumption to $27.0 million from $22.5 million.

Management's revenue and EPS guidance for Q2 2005 were $45-$47 million and $0.06-$0.08, respectively.

**Lowering FY2006 EPS estimate to $0.97 from $1.18 to reflect H2 2006 launch of Velac.** We have lowered our FY2006 revenue estimate to $230.9 million from $258.6 million. The decreased revenue reflects lowering our FY2006 Velac revenue to $13.2 million from $46.2 million to reflect a 2H 20006 launch. However, we acknowledge that any projection of Velac approval timing is conjecture at best, owing to the limited information we have been presented with. On the expense side, we have lowered FY2006 operating expenses to $140.7 million from $146.0 million to reflect the later Velac launch. We have also reduced our tax rate to 20% from 25% as lower 2005 and 2006 profitability would deplete CNCT's deferred tax asset at a slower rate.

We note that our FY2006 EPS and revenue estimates also assume generic Soriatane competition beginning in Q1 2006. In the even that a generic version of Soriatane does not materialize, our EPS estimate would increase to $1.47 on revenue of $259.5 million.

**CNCT delivered $0.01 EPS upside, although revenue was lower than consensus.** Reported Q1 2005 EPS were $0.03 on revenue of $42.4 million. Our corresponding estimates were $0.02 and $44.3 million, and consensus estimates were $0.02 and $43.2 million. Revenue growth of 69.6% yr/yr was driven by the addition of Soriatane and Evoclin, along with continued growth of OLUX and Luxiq. Although revenue was below our expectation, CNCT was able to more than offset this with higher gross margin and lower operating expenses. Gross margin of 91.1% was 110bps above our estimate. Operating expenses were $1.6 million below our estimate ($33.4MM A vs. $35.0MM E). At $5.8 million, R&D was $1.2 million below our expectation and SG&A of $27.6 million was $0.4 million below our estimate.

**Specialty Pharmaceuticals**

**Exhibit 1. Q1 2005 Results vs. Wachovia's Prior Estimates**

|  | Reported Actual | Wachovia Estimate | Actual vs. Estimate |
|---|---|---|---|
| Revenue ($MM) | 42.4 | 44.3 | (1.9) |
| *yr/yr growth* | 69.6% | 77.3% | (7.7%) |
| Gross Margin | 91.1% | 90.0% | 1.1% |
| SG&A ($MM) | 27.6 | 28.0 | (0.4) |
| *yr/yr growth* | 82.7% | 85.3% | (2.6%) |
| R&D ($MM) | 5.8 | 7.0 | (1.2) |
| *yr/yr growth* | 29.8% | 57.6% | (27.9%) |
| Operating Income ($MM) | 1.5 | 0.9 | 0.6 |
| *yr/yr growth* | (42.2%) | (66.4%) | 24.3% |
| Operating Margin ($MM) | 3.5% | 2.0% | 1.6% |
| Tax Rate | 9.2% | 10.0% | (0.8%) |
| Net Income ($MM) | 1.0 | 0.7 | 0.4 |
| *yr/yr growth* | (44.4%) | (63.3%) | 18.9% |
| Net Margin ($MM) | 2.5% | 1.6% | 0.9% |
| EPS | 0.03 | 0.02 | .01 |
| *yr/yr growth* | (47.5%) | (65.5%) | 18.0% |

Source: Company Reports and Wachovia Capital Markets, LLC estimates

**Year-over-year revenue growth in-line with expectations.** Q1 OLUX and Luxiq combined revenues grew 8.1% yr/yr with OLUX increasing 9.7% and Luxiq 3.8%. Soriatane revenue came in at $17.6 million, $0.5 million below our expectation. Management declined to break out US and international Soriatane sales, but did mention that Soriatane international sales were in line with an annual run rate of ~$12 million.

**Exhibit 3. Q1 2005 Revenue vs. Wachovia's Prior Estimates**

| Product ($MM) | Reported Actual | Wachovia Estimate | Actual vs. Estimate |
|---|---|---|---|
| Luxiq | 5.7 | 6.3 | (0.6) |
| *yr/yr growth* | 3.8% | 15.0% | (11.2%) |
| OLUX | 15.8 | 16.7 | (0.9) |
| *yr/yr growth* | 9.7% | 16.1% | (6.4%) |
| Soriatane | 17.6 | 18.1 | (0.5) |
| *yr/yr growth*[1] | N/A | N/A | N/A |
| Evoclin | 3.1 | 2.9 | 0.2 |
| *yr/yr growth* | N/A | N/A | N/A |
| Other | 0.2 | 0.3 | (0.1) |
| *yr/yr growth* | (87.9%) | (79.9%) | (8.0%) |

1. Soriatane acquired Q1 2004, only partial quarter sales.
Source: Company Reports and Wachovia Capital Markets, LLC estimates

Connetics Corp.

WACHOVIA CAPITAL MARKETS, LLC
EQUITY RESEARCH DEPARTMENT

## CONNETICS CORPORATION
### EARNINGS MODEL
($ million except per share data)

| | 2004A | | | | | 2005E | | | | | 2006E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Year | Q1 | Q2 | Q3 | Q4 | Year | Year |
| **Revenue** | | | | | | | | | | | |
| Product sales | 23.6 | 38.0 | 37.0 | 43.5 | 142.1 | 42.2 | 45.8 | 46.9 | 47.7 | 182.6 | 218.5 |
| Royalty | 1.4 | 0.2 | 0.1 | 0.3 | 1.9 | 0.2 | 0.2 | 0.5 | 1.0 | 1.9 | 12.0 |
| License, contract, and other | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.0 | 0.1 | 0.1 | 0.1 | 0.3 | 0.4 |
| *Total revenue* | 25.0 | 38.3 | 37.3 | 43.8 | 144.4 | 42.4 | 46.1 | 47.5 | 48.8 | 184.8 | 230.9 |
| Cost of product revenue | 1.6 | 3.6 | 3.1 | 4.4 | 12.7 | 3.8 | 4.4 | 4.5 | 4.9 | 17.5 | 23.1 |
| *Gross profit* | 23.4 | 34.7 | 34.3 | 39.3 | 131.7 | 38.6 | 41.8 | 43.0 | 43.9 | 167.3 | 207.8 |
| **Operating costs and expenses** | | | | | | | | | | | |
| R&D | 4.4 | 5.1 | 6.2 | 5.7 | 21.4 | 5.8 | 7.0 | 7.5 | 6.5 | 26.8 | 28.4 |
| SG&A | 15.1 | 17.5 | 17.0 | 23.2 | 72.8 | 27.6 | 27.0 | 19.0 | 20.0 | 93.6 | 112.3 |
| Acquired in-process R&D/milestone | 0.0 | 0.0 | 3.5 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization | 1.3 | 3.4 | 3.4 | 3.8 | 11.8 | 3.7 | 3.8 | 4.1 | 4.1 | 15.8 | 16.3 |
| Loss on program termination | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Total operating expenses* | 20.8 | 26.0 | 30.1 | 32.7 | 109.5 | 37.1 | 37.8 | 30.6 | 30.6 | 136.2 | 157.0 |
| *Operating income* | 2.6 | 8.7 | 4.2 | 6.7 | 22.2 | 1.5 | 4.0 | 12.4 | 13.3 | 31.1 | 50.8 |
| **Other income** | | | | | | | | | | | |
| Interest income | 0.3 | 0.2 | 0.3 | 0.0 | 0.8 | 0.0 | 0.0 | 0.3 | 0.3 | 0.6 | 1.0 |
| Gain on sale of investment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest expense | (0.9) | (0.7) | (0.7) | (0.2) | (2.5) | (0.4) | (0.5) | (1.0) | (1.0) | (2.9) | (4.0) |
| Gain on sale of FX forward contract | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gain on sale of Ridaura line | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other income (expense), net | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Total other income* | (0.5) | (0.6) | (0.4) | (0.2) | (1.7) | (0.4) | (0.5) | (0.7) | (0.7) | (2.3) | (3.0) |
| **Pretax income** | 2.1 | 8.1 | 3.8 | 6.4 | 20.5 | 1.1 | 3.5 | 11.7 | 12.6 | 28.8 | 47.8 |
| Income taxes | 0.2 | 0.6 | 0.6 | 0.5 | 1.5 | 0.1 | 0.3 | 1.2 | 1.3 | 2.9 | 9.6 |
| **Net income** | 1.9 | 7.5 | 3.7 | 6.0 | 19.0 | 1.0 | 3.1 | 10.5 | 11.3 | 26.0 | 38.2 |
| Shares outstanding (diluted) | 35.9 | 37.4 | 38.1 | 38.2 | 37.4 | 38.0 | 36.7 | 36.7 | 36.7 | 37.0 | 41.0 |
| Shares outstanding (convert) | 40.1 | 41.6 | 42.3 | 42.4 | 42.4 | 42.1 | 40.8 | 40.8 | 40.8 | 41.1 | |
| **Earnings per share data:** | | | | | | | | | | | |
| Reported EPS | $0.05 | $0.19 | $0.10 | $0.16 | $0.51 | $0.03 | $0.08 | $0.27 | $0.29 | $0.69 | $0.97 |
| Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjusted EPS | $0.05 | $0.19 | $0.10 | $0.16 | $0.51 | $0.03 | $0.08 | $0.27 | $0.29 | $0.69 | $0.97 |
| **Ratio Analysis** | | | | | | | | | | | |
| Gross margin | 93.7% | 90.6% | 91.8% | 89.9% | 91.2% | 91.1% | 90.5% | 90.5% | 90.0% | 90.5% | 90.0% |
| Operating margin | 10.4% | 22.8% | 11.3% | 15.2% | 15.4% | 3.5% | 8.6% | 26.1% | 27.2% | 16.8% | 22.0% |
| Net margin | 7.5% | 19.5% | 9.9% | 13.7% | 13.2% | 2.5% | 6.7% | 22.1% | 23.2% | 14.1% | 16.6% |
| R&D/total revenue | 17.8% | 13.3% | 16.5% | 13.0% | 14.8% | 13.6% | 15.2% | 15.2% | 14.5% | 14.5% | 12.3% |
| SG&A/total revenue | 60.5% | 45.7% | 45.5% | 53.1% | 50.4% | 65.1% | 58.5% | 40.0% | 41.0% | 50.7% | 48.7% |
| Tax rate | 11.5% | 8.0% | 3.8% | 7.1% | 7.3% | 9.2% | 10.0% | 10.0% | 10.0% | 10.0% | 20.0% |
| **Growth Analysis (year-over-year)** | | | | | | | | | | | |
| Revenue | 63.2% | 91.6% | 89.4% | 115.2% | 91.8% | 69.6% | 20.6% | 27.3% | 11.4% | 28.0% | 24.9% |
| SG&A | 38.6% | 64.9% | 70.6% | 120.0% | 73.4% | 82.7% | 54.6% | 11.9% | (14.0%) | 28.6% | 20.0% |
| R&D | (48.5%) | (40.9%) | (0.5%) | (12.7%) | (28.9%) | 29.8% | 37.4% | 21.4% | 14.3% | 25.0% | 6.0% |
| Operating income | NM | NM | 116.0% | 276.2% | NM | (42.2%) | (54.6%) | 194.1% | 99.4% | 40.3% | 63.3% |
| Pretax income | NM | NM | 135.7% | 326.0% | NM | (45.8%) | (57.4%) | 204.4% | 94.8% | 40.7% | 65.7% |
| Net income | NM | NM | 128.7% | 265.7% | NM | (44.4%) | (58.3%) | 184.7% | 88.7% | 36.6% | 47.2% |
| EPS (adjusted) | NM | NM | 101.9% | 222.8% | NM | (47.5%) | (55.6%) | 180.0% | 85.5% | 35.3% | 41.5% |

Source:  Company reports and Wachovia Capital Markets, LLC estimates

## *Required Disclosures*



| | Date | Close Price ($) | Rating Code | Target Price ($) | Val. Rng. Low | Val. Rng. High |
|---|---|---|---|---|---|---|
| ■ | 11/30/2004 | Tong | | | | |
| ↺ | 12/1/2004 | 20.91 | 2 | NE | 21.00 | 23.00 |
| ↺ | 3/28/2005 | 26.10 | 2 | NE | 25.00 | 27.00 |
| ↺ | 4/15/2005 | 26.80 | 2 | NE | 26.00 | 29.00 |

Source: Wachovia Capital Markets, LLC estimates and Bridge data       Beginning 01/04/2003 stock valuation range replaces target price

**Symbol Key**
- ◆ Rating Scale Conversion
- ↺ Rating, Target Price and/or Val. Rnge. Chnge.
- ▼ Rating Downgrade

- ▲ Rating Upgrade
- ■ Analyst Change
  Split Adjustment

**Rating Code Key**
| 1 | Outperform | SR | Suspended |
|---|---|---|---|
| 2 | Market Perform | NR | Not Rated |
| 3 | Underperform | NE | Not Estimate |

*Additional Information Available Upon Request*

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wachovia Capital Markets, LLC  maintains a market in the common stock of Connetics Corp.
Wachovia Capital Markets, LLC and/or its affiliates, have beneficial ownership of 1% or more of any class of the common stock of Connetics Corp.

Risks to the stock trading at our valuation range include a regulatory setback for Velac, deceleration in Evoclin, and earlier than expected generic competition for Soriatane.

Wachovia Capital Markets, LLC does not compensate its research analysts based on specific investment banking transactions. WCM's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**1 = Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY

WACHOVIA CAPITAL MARKETS, LLC
EQUITY RESEARCH DEPARTMENT

**2 = Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD

**3 = Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

As of: April 26, 2005

41% of companies covered by Wachovia Equity Research are rated Outperform.

54% of companies covered by Wachovia Equity Research are rated Market Perform.

5% of companies covered by Wachovia Equity Research are rated Underperform.

Wachovia has provided investment banking services for 34% of its Outperform-rated companies.

Wachovia has provided investment banking services for 35% of its Market Perform-rated companies.

Wachovia has provided investment banking services for 25% of its Underperform-rated companies.

## *Important Disclosure For International Clients*

The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For certain non-U.S. institutional readers (including readers in the EEA), this report is distributed by Wachovia Securities International Limited. For the purposes of Section 21 of the U.K. Financial Services and Markets Act 2000, this report has been approved by Wachovia Securities International Limited. This research is not intended for, and should not be relied on by, private customers. Please consult your Financial Advisor or the Wachovia Securities office in your area for additional information. U.S. residents are directed to wachovia.com for investment and related services.

## *Additional Disclosures*

Wachovia Securities is the trade name for the corporate, investment banking, capital markets and securities research businesses of Wachovia Corporation and its subsidiaries, including Wachovia Capital Markets, LLC ("WCM") and Wachovia Securities International Limited. Wachovia Securities is also the trade name for the retail brokerage businesses of WCM's affiliates, Wachovia Securities, LLC, Wachovia Securities Financial Networks, LLC, Wexford Clearing, LLC, and First Clearing, LLC.

Wachovia Capital Markets, LLC, is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of the New York Stock Exchange, the National Association of Securities Dealers, Inc., and the Securities Investor Protection Corp. Wachovia Securities International Limited is a U.K. incorporated investment firm authorized and regulated by the Financial Services Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wachovia Capital Markets, LLC, to be reliable, but Wachovia Capital Markets, LLC, does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgement of Wachovia Capital Markets, LLC, at this time, and are subject to change without notice. Wachovia Capital Markets, LLC, and its affiliates may from time to time provide advice with respect to, acquire, hold, or sell a position in, the securities or instruments named or described in this report. For the purposes of the U.K. Financial Services Authority's rules, this report constitutes impartial investment research. Each of Wachovia Capital Markets, LLC, and Wachovia Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2005 Wachovia Capital Markets, LLC.

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

# EXHIBIT 46

# Jefferies & Company, Inc.                    Equity Research

**Specialty Pharmaceuticals**                    **Rating Change – April 27, 2005**

David H. Windley, CFA, CPA  (615) 963-8313  dwindley@jefco.com  Himanshu Rastogi, Ph.D. (615) 963-8339 hrastogi@jefco.com

## Connetics Corporation

## NASDAQ: CNCT – $27.57

## Rating: Hold

| | | FY Dec | 2004 | 2005E | 2006E |
|---|---|---|---|---|---|
| 52-Week Range | $30.41 – $17.95 | 1Q | $0.05 | $0.03A | -- |
| Shares Out (MM) | 38 | 2Q | 0.19 | 0.06E | -- |
| Float (MM) | 34 | 3Q | 0.10 | 0.24E | -- |
| Insider Ownership | 11% | 4Q | 0.17 | 0.34E | -- |
| Institutional Ownership | 110% | EPS | $0.51 | $0.68E | $1.26E |
| Avg. Daily Vol (000) | 855 | P/E | 54x | 40.5x | 21.9x |
| Equity Market Cap (MM) | $1,048 | Revenue | $144 | $188 | $247 |
| Total Enterprise Value (MM) | $1,104 | EBITDA | $39 | $44 | $77 |
| Long-term Debt (MM) | $290 | EV/EBITDA | 28.3x | 25.1x | 14.3x |
| Price Target | $25 | ($MM, except per share data) | | | |

## Velac Approval Will Most Likely Get Delayed

We are downgrading the shares of Connetics Corporation to a **Hold** (from a Buy) and lowering our 12-month price target to **$25** (from $31.50). Management disclosed during the earnings call yesterday that the FDA has sought more information on preclinical studies conducted on Velac. We continue to believe that Velac should get approved, but a positive FDA decision by the 10-month PDUFA date looks difficult at this point, in our opinion. Connetics is a dermatology-focused specialty pharmaceutical company. Its portfolio and pipeline target two of the largest markets within dermatology, acne and psoriasis.

### *Rationale for the downgrade*

Under the general rules of thumb that future outlook is more important than the reported results and uncertainty never sits well, the lower 2Q guidance and revelations of an 11th hour FDA safety inquiry overwhelm the modest 1Q upside surprise, in our view. We considered several factors in ultimately deciding to downgrade the stock.

1. Notwithstanding any potential Velac delays, Connetics' EPS are more severely back-end loaded than we, and the consensus, had anticipated. To us, this signals an even greater dependence on a timely Velac launch (early 3Q).

2. We expect Velac to get approved, but not in June. Visibility on the exact timing is very low. We moved our assumption back six months (to January), which results in $0.10 - $0.15 of 2005 sensitivity and $0.18 - $0.22 of 2006 sensitivity. We did adjust expenses down somewhat in 2006.

3. Based on our expectation of eventual approval, we continue to forecast attractive, though lower growth over the next several years. We think this growth outlook and management's effort to continually build pipeline provide some downside protection to the stock. This should also warrant a premium multiple to the specialty pharma group, which trades at 16x 2006, though that will likely be ignored in Wednesday's trading, we believe.

4. Even then, a 20x (a 25% premium) multiple on our $1.26 estimate for 2006 produces a $25 price target, 10% below last night's close above the level's in after hours trading.

5. Anticipating the gap down on the open Wednesday, this stock is a Hold, not an Underperform/Sell. The stock should settle around $24-$25, we believe. To get more constructive, we will look for better visibility on the transgenic mouse tumor issue, rapid acceleration in scripts in the Ventiv contract, and/or a cleaner (read lack of generics) outlook for Soriatane.

---

Please see Important Disclosure Information on the last pages of this Report.                    **Jefferies** 

### The issue facing Connetics on Velac is not unknown

Here is an excerpt from the FDA approved label for the acne treatment BenzaClin topical gel, a combination product consisting of clindamycin (one of Velac's ingredients) and benzoyl peroxide. The quote is taken from the section on Carcinogenesis, Mutagenesis, Impairment of Fertility on page 5 of the label.

**"Benzoyl peroxide has been shown to be a tumor promoter and progression agent in a number of animal studies. The clinical significance of this is unknown. Benzoyl peroxide in acetone at doses of 5 and 10 mg administered twice per week induced skin tumors in <u>transgenic Tg.AC mice</u> in a study using 20 weeks of topical treatment."**

In preclinical studies, Velac was tested in the same mice specimen as underlined above. In our off-line conversation, management revealed that <u>only one mouse</u> displayed a similar response as the one mentioned in the quote above. Management evaluated this data while Velac was under development and decided that the response does not have clinical relevance. The fact that BenzaClin (and a similar product, Duac), are widely prescribed, lends support management's stand, in our opinion. Connetics expects to submit a response to the FDA in the coming weeks, before the 10-month PDUFA date, and management is hopeful that Velac will receive a timely approval. Hence, it is not revising 2005 guidance. We are taking a more conservative position given the heightened concern around drug safety, in general, at the FDA. The PDUFA date is only two months away, and this may not be sufficient to resolve the issue to FDA's satisfaction. Hence, we are assuming that the Agency will require a typical three-month extension for completing its review.

### Quarter's results versus our forecast

Connetics reported EPS of $0.03 for the first quarter. Our forecast was $0.01. Higher gross margin and lower R&D expenses versus our forecast led to the EPS upside. Product revenue was $42.2 million, in line with our forecast ($41.9 million). While sales of OLUX and Luxiq were lower than we had estimated, Soriatane and Evoclin beat our forecast. OLUX (clobetasol) sales were $15.8 million, down $0.5 million from 4Q04. Total prescriptions declined by 1,600 in that period. The combined volume of all clobetasol products (branded and generic) was flat sequentially. Luxiq sales were $5.7 million, also $0.5 million lower than the fourth quarter sales. Total Luxiq prescriptions were comparable to last quarter's. Soriatane sales were $17.6 million, a million higher than our forecast. Total prescriptions were essentially the same as in 4Q04. Evoclin sales were $3.1 million, $0.7 million higher than our forecast. Nearly 30,000 prescriptions were dispensed in 1Q05, Evoclin's first full quarter on the market.

Gross margin was 91.1%, 110 basis points higher than we had estimated, and 130 basis points higher than the gross margin in 4Q04. Product mix was responsible for the observed movement in gross margin. SG&A expenses were in line with our estimate, but lower than what management said it had budgeted. R&D expenses were a million lower than our forecast. Operating expenses are expected to increase in the second quarter. Connetics is running Phase III trials for two products, Desilux and Primolux. These will cause R&D expenses to grow sequentially. SG&A expenses are forecast to be much higher in the first half of the year due to costs associated with the ramp of Ventiv contract (VTIV, Buy, $21.61), continued investment in Evoclin, and pre-launch expenses associated with Velac.

### Guidance and Estimates

Management expects sales growth in all four marketed products in the balance of the year. Based on the positive experience with UCB Pharma, management believes that the contract sales force hired from Ventiv will help rejuvenate prescription growth in OLUX and Luxiq. The EPS guidance for 2Q05 was set well below the current consensus ($0.18). For the second quarter, our revenue forecast ($45 million) is at the low end of management's guidance ($45-$47 million). However, the guidance for SG&A expense was much higher than we had previously assumed. Consequently, we are lowering our second quarter EPS estimate from $0.23 to $0.06. SG&A expenses are heavily front-end loaded. SG&A expenses are expected to decline after 2Q05, and thus 2H05 EPS is projected to be significantly higher (~$0.80, assuming mid-point of guidance).

We have pushed Velac in our model to the first quarter of 2006. This has lowered our 2005 revenue forecast by about $6 million. Operating expenses are $5 million higher in our revised forecast. These changes reduce the 2005 EPS from $0.84 to $0.68. The delayed introduction of Velac lowers our 2006 revenue forecast by about $20 million. Our 2006 EPS goes to $1.26 from $1.48. This still represents a very healthy 85% year-over-year EPS growth. We expect growth to remain strong in 2007 as Velac ramps and at least two new products, Desilux and Primolux, start contributing. Hence, we continue to value CNCT at

---

a premium to the group. Our $25 price target is based on 20x our 2006 estimate. The stock was trading around $23 in the aftermarket yesterday, within 10% of our price target. We are lowering CNCT to a Hold.

**Table 1: Product Sales Forecast (2005-06)**

| Product | 2005E | | | 2006E | | |
|---|---|---|---|---|---|---|
| | Volume | Sales ($million) | Percent Contribution | Volume | Sales ($million) | Percent Contribution |
| OLUX | 490 | 70 | 37% | 536 | 79 | 32% |
| Luxiq | 292 | 25 | 14% | 302 | 27 | 11% |
| Soriatane (U.S.) | 132 | 59 | 32% | 138 | 63 | 26% |
| Soriatane (ex-U.S.) | | 11 | 6% | | 11 | 4% |
| Evoclin | 236 | 19 | 10% | 445 | 38 | 16% |
| Velac | 0 | 2 | 1% | 202 | 27 | 11% |
| Product Revenue | | 187 | | | 246 | |

Source: Jefferies & Company, Inc

## Table 2: Earnings Model ($ thousands, except per share data)

| FY December | 2004 | | | | | 2005E | | | | | 2006E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | 2004 | Q1 | Q2 | Q3 | Q4 | 2005 | 2006 |
| Product Revenue | 23,566 | 37,999 | 36,999 | 43,495 | 142,059 | 42,190 | 44,680 | 47,629 | 52,878 | 187,377 | 246,463 |
| Contract and royalty | 1,416 | 254 | 345 | 281 | 2,296 | 181 | 200 | 200 | 200 | 781 | 800 |
| Total revenue | 24,982 | 38,253 | 37,344 | 43,776 | 144,355 | 42,371 | 44,880 | 47,829 | 53,078 | 188,158 | 247,263 |
| Cost of products sold | 1,568 | 3,578 | 3,067 | 4,443 | 12,656 | 3,766 | 4,212 | 4,490 | 4,984 | 17,452 | 26,417 |
| R&D | 4,286 | 4,957 | 6,038 | 5,687 | 20,968 | 5,763 | 6,732 | 5,979 | 6,104 | 24,578 | 34,678 |
| SG&A | 15,072 | 17,239 | 16,789 | 23,245 | 72,345 | 27,601 | 27,826 | 23,436 | 23,354 | 102,217 | 108,796 |
| Total operating expenses | 20,926 | 25,774 | 25,894 | 33,375 | 105,969 | 37,130 | 38,770 | 33,904 | 34,443 | 144,246 | 169,891 |
| EBITDA | 4,056 | 12,479 | 11,450 | 10,401 | 38,386 | 5,241 | 6,111 | 13,924 | 18,635 | 43,911 | 77,372 |
| D&A | 1,648 | 3,767 | 3,738 | 3,750 | 12,903 | 3,742 | 3,857 | 4,016 | 4,217 | 15,832 | 17,092 |
| EBIT | 2,408 | 8,712 | 7,712 | 6,651 | 25,483 | 1,499 | 2,254 | 9,909 | 14,418 | 28,080 | 60,281 |
| Interest income (expense) | (292) | (608) | (373) | (202) | (1,475) | (353) | 486 | 529 | 597 | 1,259 | 3,108 |
| Other/charges | - | - | (3,500) | - | (3,500) | - | - | - | - | - | - |
| Pretax Income | 2,116 | 8,104 | 3,839 | 6,449 | 20,508 | 1,146 | 2,740 | 10,437 | 15,015 | 29,338 | 63,388 |
| Taxes | 243 | 647 | 144 | 459 | 1,493 | 105 | 274 | 1,044 | 1,502 | 2,924 | 14,262 |
| Net Income | 1,873 | 7,457 | 3,695 | 5,990 | 19,015 | 1,041 | 2,466 | 9,394 | 13,514 | 26,414 | 49,126 |
| | | | | | | | | | | | |
| **EPS** | **$ 0.05** | **$ 0.19** | **$ 0.10** | **$ 0.16** | **$ 0.51** | **$ 0.03** | **$ 0.06** | **$ 0.24** | **$ 0.34** | **$ 0.68** | **$ 1.26** |
| Weighted Shares O/S | 35,887 | 41,627 | 38,064 | 38,172 | 37,433 | 38,014 | 38,314 | 38,814 | 39,314 | 38,614 | 38,864 |
| | | | | | | | | | | | |
| **Common Size:** | | | | | | | | | | | |
| Product Revenue | 94.3% | 99.3% | 99.1% | 99.4% | 98.4% | 99.6% | 99.6% | 99.6% | 99.6% | 99.6% | 99.7% |
| Contract and royalty | 5.7% | 0.7% | 0.9% | 0.6% | 1.6% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.3% |
| Total revenue | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Direct costs (Product) | 6.7% | 9.4% | 8.3% | 10.2% | 8.9% | 8.9% | 9.4% | 9.4% | 9.4% | 9.3% | 10.7% |
| Gross margin | 93.3% | 90.6% | 91.7% | 89.8% | 91.1% | 91.1% | 90.6% | 90.6% | 90.6% | 90.7% | 89.3% |
| R&D | 17.2% | 13.0% | 16.2% | 13.0% | 14.5% | 13.6% | 15.0% | 12.5% | 11.5% | 13.1% | 14.0% |
| SG&A | 60.3% | 45.1% | 45.0% | 53.1% | 50.1% | 65.1% | 62.0% | 49.0% | 44.0% | 54.3% | 44.0% |
| Total operating expenses | 83.8% | 67.4% | 69.3% | 76.2% | 73.4% | 87.6% | 86.4% | 70.9% | 64.9% | 76.7% | 68.7% |
| EBITDA Margin | 16.2% | 32.6% | 30.7% | 23.8% | 26.6% | 12.4% | 13.6% | 29.1% | 35.1% | 23.3% | 31.3% |
| D&A | 6.6% | 9.8% | 10.0% | 8.6% | 8.9% | 8.8% | 8.6% | 8.4% | 7.2% | 8.4% | 6.9% |
| EBIT Margin | 9.6% | 22.8% | 20.7% | 15.2% | 17.7% | 3.5% | 5.0% | 20.7% | 27.2% | 14.9% | 24.4% |
| Interest income (expense) | -1.2% | -1.6% | -1.0% | -0.5% | -1.0% | -0.8% | 1.1% | 1.1% | 1.1% | 0.7% | 1.3% |
| Other/charges | 0.0% | 0.0% | -9.4% | 0.0% | -2.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Pretax Income | 8.5% | 21.2% | 10.3% | 14.7% | 14.2% | 2.7% | 6.1% | 21.8% | 28.3% | 15.6% | 25.6% |
| Taxes | 11.5% | 8.0% | 3.8% | 7.1% | 7.3% | 9.2% | 10.0% | 10.0% | 10.0% | 10.0% | 22.5% |
| Net Income | 7.5% | 19.5% | 9.9% | 13.7% | 13.2% | 2.5% | 5.5% | 19.6% | 25.5% | 14.0% | 19.9% |

Source: Company SEC Filings, Jefferies & Company, Inc.

We, David H. Windley, CFA, CPA and Himanshu Rastogi, certify that all of the views expressed in this research report accurately reflect our personal views about the subject security(ies) and subject company(ies).  We also certify that no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

## IMPORTANT DISCLOSURES

**Please read this information in conjunction with the attached report.  This will inform you of any actual or potential conflicts of interest that Jefferies & Company, Inc. and our affiliates (collectively "Jefferies") may have in connection with the issuance of this report.**

At this time, Jefferies does not expect to receive or intend to seek paid investment banking assignments from any of the companies mentioned in this report within the next three months.  As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receive compensation based in part on the overall performance of the firm, including investment banking income.  Within the past twelve months, Jefferies and/or its affiliates received non-investment banking, securities related compensation for client services it provided to Ventiv Health and Inc.  Jefferies & Company, Inc. and Jefferies International Limited and their affiliates and their respective directors, officers and employees may buy or sell securities mentioned herein as agent or principal for their own account.  Additional and supporting information is available upon request.

Jefferies makes a market in Connetics Corp. and VENTIV HEALTH INC.

### Meanings of Jefferies & Company, Inc. Ratings
**Buy -** Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period. A Buy-rated stock's total return is expected to exceed the average total return of the analyst's (or industry team's) industry coverage universe, on a risk-adjusted basis.
**Hold -** Describes stocks that we expect to provide a total return (price appreciation plus yield) of plus or minus 10% within a 12-month period. A Hold-rated stock's total return is expected to be in line with the average total return of the analyst's (or industry team's) industry coverage universe, on a risk-adjusted basis.
**Underperform -** Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period. An Underperform-rated stock's total return is expected to be below the average total return of the analyst's (or industry team's) industry coverage universe, on a risk-adjusted basis.
**NR -** The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies & Company, Inc. policies.
**CS -** Coverage Suspended. Jefferies & Company, Inc. has suspended coverage of this company.
**NC -** Not covered. Jefferies & Company, Inc. does not cover this company.
**Speculative Buy -** Describes stocks we view with a positive bias, whose company fundamentals and financials are being monitored, but for which there is insufficient information for Jefferies & Company, Inc. to assign a Buy, Hold or Underperform Rating. At the discretion of the analyst, a Speculative buy-rated stock could also include stocks with a price under $5, or where the company is not investment grade to highlight the risk of the situation.
**Speculative Underperform -** Describes stocks we view with a negative bias, whose company fundamentals and financials are being monitored, but for which there is insufficient information for Jefferies & Company, Inc. to assign a Buy, Hold or Underperform Rating. At the discretion of the analyst, a Speculative underperform-rated stock could also include stocks with a price under $5, or where the company is not investment grade to highlight the risk of the situation.

### Valuation Methodology
Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months.  The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Risk which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Distribution of Ratings

The table below lists the distribution of investment ratings for our coverage universe, and the percentage of those companies in each rating category that are banking clients:

|                    | % Companies Covered | % Banking Clients |
| ------------------ | ------------------- | ----------------- |
| Buy                | 51                  | 19                |
| Hold/Neutral       | 43                  | 12                |
| Underperform/Sell  | 6                   | n/a               |

## Price Chart(s)

Price charts for the equity securities referenced in this research report are available at http://www.jefco.com.

The company that is the focus of this report has been covered by Jefferies for less than one year. Therefore, no price chart is provided.

## OTHER DISCLOSURES

This material has been prepared by Jefferies & Company, Inc. a U.S.-registered broker-dealer, employing appropriate expertise, and in the belief that it is fair and not misleading. The information upon which this material is based was obtained from sources believed to be reliable, but has not been independently verified, therefore, we do not guarantee its accuracy. Additional and supporting information is available upon request. This is not an offer or solicitation of an offer to buy or sell any security or investment. Any opinion or estimates constitute our best judgment as of this date, and are subject to change without notice. Jefferies & Company, Inc. and Jefferies International Limited and their affiliates and their respective directors, officers and employees may buy or sell securities mentioned herein as agent or principal for their own account.

## Additional information for UK and Canadian investors

This material is approved for distribution in the United Kingdom by Jefferies International Limited regulated by the Financial Services Authority ("FSA"). While we believe this information and materials upon which this information was based are accurate, except for any obligations under the rules of the FSA, we do not guarantee its accuracy. This material is intended for use only by professional or institutional investors falling within articles 19 or 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 and not the general investing public. None of the investments or investment services mentioned or described herein are available to other persons in the U.K. and in particular are not available to "private customers" as defined by the rules of the FSA. For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein are available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario).

Copyright 2005 Jefferies & Company, Inc.. All rights reserved. Any unauthorized use or disclosure is prohibited.

# EXHIBIT 47

# Summer Street
### R E S E A R C H   P A R T N E R S

One Beacon Street
34th Floor
Boston, MA 02108
617-532-6400

**Connetics – Outlook for Velac PDUFA Date**
**Recommendation:   NEUTRAL**

**June 9, 2005**

Jon Stephenson, CFA        jons@summersp.com



**Source:** Bigcharts.com

## Stock Data (CNCT)

| | |
|---|---|
| Price | $19.66 |
| 52-wk high: | $30.41 |
| 52-wk low: | $18.80 |
| Shares out: | 35.9MM |
| Float: | 33.8MM |
| Shares short: | 5.4MM |
| Avg vol (10-day): | 0.9MM |

## Valuation Metrics

| | |
|---|---|
| Market cap: | $706.4MM |
| Enterprise value: | $762.7MM |
| Book value/share: | $2.66 |

## Financial Highlights (Mar:05)

| | |
|---|---|
| Cash/equivalents: | $233.7MM |
| Debt: | $290.0MM |
| Book value: | $95.5MM |
| Cash Flow (TTM): | $47.9MM |

- The PDUFA date for Connetics' Velac (tretinoin-clindamycin gel, for the treatment of acne) is rapidly approaching (6/25/05).

- In our opinion, a delay in the approval/launch of Velac of approximately one quarter is the most likely outcome (60% probability), with a 12-18 month delay having a 20% probability and an approval on the 6/25/05 PDUFA date having a 20% probability.

- We continue to believe that the market for retinoid-containing combinations will be more competitive than many analysts forecast. Our model still assumes an approval/launch of Medicis' (NYSE:MRX-$29.04-Neutral) Clin-RA in H2:05. We have also learned that Galderma completed a late stage clinical trial of another acne combination, Differin and benzoyl peroxide. This is an added risk that has not been reflected in our model.

- Additionally, Connetics announced yesterday that it plans to initiate a confirmatory trial of Extina (ketoconazole foam). This trial will have increased power to detect the difference between the drug and placebo vehicle when compared to the previous trial. We have assumed a 2H:07 launch in our model.

- We believe that if a minor delay (one quarter) in the Velac approval/launch occurs, the stock will trade up modestly. In our opinion, a significant delay (12-18 months) would results in a mid-teens price and an approval could drive the stock into the low/mid $20's. Therefore, the current price may present a near-term buying opportunity. However, we continue to rate Connetics Neutral as we believe investors are overly bullish on Velac's potential.

## Investment Thesis

Connetics business strategy revolves around the development of topical dermatology products, utilizing its foam and gel formulation. This is a highly competitive market and the timing of competition is difficult to project. Additionally, the company's revenues and EPS are significantly leveraged to Soriatane, an oral product for the treatment of severe psoriasis. We rate shares of Connetics NEUTRAL due to the risk of generic soriatane and conservative estimates for Velac market potential.

**Important Disclosures and Disclaimers appear on last page of this report**

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

June 9, 2005

## VELAC – CARCINOGENICITY SIGNAL

On April 26, Connetics announced that the FDA asked questions about the company's preclinical toxicology work in its NDA submission of Velac, a topical gel combining tretinoin and clindamycin. We understand, the company saw a carcinogenic signal (increased incidence of papillomas on the skin) when assessing the combination of clindamycin plus the vehicle in a transgenic mouse model. In an effort to gain a greater understanding of the issues surrounding transgenic mouse models, we spoke with some toxicologists who have first hand experience with the FDA and/or preclinical toxicology studies. Our sources found this preclinical signal somewhat perplexing given that clindamycin has such an extensive history of use and is not known to be carcinogenic. That being said, it is important to note that in a hairless mouse model in which the animals were exposed to simulated sunlight, Galderma's Clindagel exhibited a statistically significant decrease in the median time to tumor onset.

We reviewed the potential components of the Velac vehicle (outlined in patent # 5,690,923) with our consultants and they noted that none of the potential components were known to induce a carcinogenic response. However, we cannot rule out the possibility that this could have occurred or that any of the components has acted synergistically with either clindamycin or another component of the vehicle.

Additionally, our consultants indicated that it is theoretically possible for spontaneous tumors to present in a transgenic mouse model. For example, this could occur if the mice were to scratch themselves extensively in a given region and they were prone to dermatitis. Additionally, if these mice were subjected to infection, it could further increase the chances of tumor formation unrelated to the product. If the tumors seen in the preclinical trials were unrelated to the drug, Connetics would be required to submit evidence that there were other issues predisposing these mice to increased risk of tumor formation.

We have received mixed opinions from our toxicology experts as to whether or not the FDA is likely to require that Connetics perform additional preclinical trials with Velac before receiving approval. One consultant believed that when an unusual signal such as that seen with Velac occurs, the FDA would require additional preclinical work in order a) to determine the cause of this result or b) to verify that the signal was spurious. Another toxicology expert with whom we spoke believed that the product would likely be approved with a post-marketing commitment and a carcinogenicity warning, in light of the known safety of the two active ingredients.

We see three possible scenarios regarding the timing of Velac. First, the FDA could choose to approve the product on the PDUFA date (6/25/05). In this scenario, the product's label would include a warning pertaining to a carcinogenic signal in the transgenic mouse model. Our dermatology consultants believe this would have a small impact on the marketability of the product. Secondly, the agency could choose to extend the PDUFA date. We understand that the company has submitted a response to the FDA's questions. We suspect that this response consists only of consultant's opinion regarding the carcinogenicity signal since the company has not had time to generate additional preclinical data on the product. It is also possible that the company has (or could) submitted a new proposed label. The FDA could utilize either as a reason to extend the PDUFA date on Velac. We believe this would result in a delay of a few months and would imply a Q4:05 launch of Velac. Lastly, it is possible that the agency could ask for additional preclinical data. We believe if the agency chooses to pursue this route, it would likely lead to a 12-18 month delay in the product's launch, implying a H2:06 launch.

Overall, we believe some delay in the approval of Velac is likely (>90%), with a short delay the most likely outcome (60%) and a long delay being less likely (20%). We believe that the FDA will likely view any additional submissions as a reason for delay, but that the product will likely have a short delay due to the fact that both chemical entities are broadly used today. In this scenario, the impact of a modest delay to Velac hinges upon the timelines for similar products looming on the horizon. If other products such as

---

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

Medicis' Clin-RA enter the market in H2:05, the impact of even a short delay for Velac would be magnified. It should be noted that we have already assumed a H2:05 launch of Clin-RA in our Connetics projections.

## CLIN-RA – STILL ON THE HORIZON

When we initiated on Connetics with a Neutral rating on 3/8/05, we pointed out that Medicis also had a tretinoin-clindamycin combination product nearing market. There has been persistent speculation that this product is significantly delayed due to either a) an approvable letter requiring additional studies or b) problems with the results of its phase III program prior to submission. We continue to believe that a H2:05 approval of this product is very possible (>50% probability).

Additionally, we believe that it is possible that Clin-RA has been delayed due to issues similar to those raised by the agency regarding the Velac NDA. If this is the case, one of two scenarios will play out: 1) Both products will come to market in the near term and they fight for share or 2) neither product comes to market any time soon as the FDA requests additional preclinical data. Either scenario would be a negative for Connetics relative to consensus expectations. The first scenario is reflected in our estimates.

**Figure 1**: Incremental EPS with 12-18 month Delay in Clin-RA

|                               | 2005    | 2006    | 2007    | 2008    | 2009    |
|-------------------------------|---------|---------|---------|---------|---------|
| **Currrent Projected Revenues** | $188.0  | $246.0  | $283.8  | $342.6  | $400.7  |
|                               |         |         |         |         |         |
| **Revenues**                  | $6.0    | $24.0   | $30.0   | $33.0   | $35.5   |
| COGS                          | ($0.6)  | ($2.4)  | ($3.0)  | ($3.3)  | ($3.6)  |
| Interest Income               | $0.1    | $0.3    | $0.8    | $1.4    | $2.2    |
| **Pretax Impact**             | **$5.5**  | **$21.9** | **$27.8** | **$31.1** | **$34.1** |
| Tax Expense                   | ($1.9)  | ($7.7)  | ($9.7)  | ($10.9) | ($11.9) |
| **Net Income**                | **$3.6**  | **$14.3** | **$18.1** | **$20.2** | **$22.2** |
|                               |         |         |         |         |         |
| **Incremental EPS**           | **$0.08** | **$0.33** | **$0.42** | **$0.46** | **$0.50** |
| **Shares**                    | **42.2**  | **42.6**  | **43.1**  | **43.5**  | **43.9**  |

## ANOTHER COMBINATION PRODUCT COMING

As a result of our diligence we have also learned that Galderma is in late stage development on a combination of Differin (adapalene) and benzoyl peroxide. We believe that this product, if approved, would have a negative impact on the market opportunity for both Velac and Clin-RA. Bacterial resistance to benzoyl peroxide is not a possibility while it is a potential problem for clindamycin. Additionally, many clinicians prefer Differin's tolerability to that of tretinoin. Both issues would be effective detailing messages for Galderma when competing against Velac and/or Clin-RA. Connetics counter-detail message against a Differin-benzoyl peroxide product would likely focus on the potential bleaching (clothing, sheets, etc) that such a combination could cause due to the benzoyl peroxide.

A potential launch timeline for this product is difficult to pinpoint. However, if the company ran two successful parallel studies, it could theoretically be on the market in H2:06, assuming a filing in H2:05. Therefore, a potential approval of Differin-benzoyl peroxide could slow the growth rate of Velac in 2006 and beyond. We estimate that the product could negatively impact sales of Velac by 10-15%. Differin-BP is not currently in our Connetics assumptions and therefore represents an added risk to the stock.

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

June 9, 2005

## REVENUE GROWTH OUTLOOK

Outside of the recently launched Evoclin (acne), end-market demand is slowing for Connetics current products. Year/year growth in prescriptions for Olux (non-scalp psoriasis) and Luxiq (scalp dermatoses) appears to have slowed to high single-digits over the last 6 weeks, from low-mid teens over the last several quarters. These two products account for 50% of Connetics total sales. We estimate that Olux & Luxiq combined will contribute $94mm to Connetics 2005 revenues. Meanwhile, year/year growth in prescriptions for Soriatane appears to approximate 4-5% in the most recent months. U.S. sales of Soriatane account for approximately 29-30% of Connetics total revenues. We estimate that U.S. sales of Soriatane will contribute approximately $50mm to 2005 revenues for the company. As we've previously highlighted, Soriatane has no Hatch-Waxman or patent protection and therefore potential competition from generics is always looming. There are currently two active Drug Master Files on record with the FDA. The timing of competition is uncertain since these potential generics would be approved under paragraph III of Hatch-Waxman.

If the Velac launch is delayed by 12-18 months, Connetics revenue growth will have to come predominantly from the launch of Evoclin over the coming four quarters. That being said, the product is off to a strong start, with estimated demand of approximately $17mm, based on recent weekly IMS trends. We believe the product will contribute approximately $18mm to 2005 revenues, with the product growing to approximately $56mm in 2009.

We expect that Connetics will experience a considerable slowdown in top-line growth over the coming quarters, regardless of whether or not Velac is significantly delayed. Connetics trailing 12-months revenue growth (through Q1:05) has been over 100%. If Connetics experiences a 12-18 month delay in approval of Velac, we estimate that its trailing 12-month revenue growth will decelerate to 64%, 47%, 26% and 17% between Q2:05 and Q1:06. If Velac is delayed by 3-months, we believe this would add an incremental 4-5% to Connetics' top-line growth starting in Q3:05.

**Figure 2:**  Connetics - Trailing 12-months revenues

|  | Q1'05 | Q2'05 | Q3'05 | Q4'05 | Q1'06 | Q2'06 | Q3'06 | Q4'06 |
|---|---|---|---|---|---|---|---|---|
| **Trailing 12-months Rev** | $162 | $168 | $178 | $182 | $189 | $195 | $205 | $218 |
| % Growth | 101% | 65% | 47% | 26% | 17% | 16% | 15% | 20% |
| Add: Velac - 6/25/05 | - | - | - | 6.0 | 7.0 | 8.0 | 3.0 | 3.0 |
| **Adj.'d Trailing 12-month Rev** | $163 | $169 | $178 | $188 | $196 | $203 | $208 | $221 |
| % Growth | 101% | 64% | 51% | 30% | 21% | 20% | 17% | 17% |

It should be noted that our model currently assumes that generic versions of Soriatane enter the market in H2:06. If this does not occur, we estimate that it would contribute an additional 2-4% to top-line growth in H2:06.

## VALUATION AND OUTLOOK

In our opinion, the Connetics' valuation is determined by three components: 1) the operations of the company, excluding Soriatane (due to its generic risk), 2) the cash generating abilities of Soriatane, and 3) the risk adjusted value of potential unknown events (such as the timing approvals/launches for Velac, Clin-RA and Differin-BP). We have provided figures highlighting the metrics by which we have valued each of these three components (figures 3-5). In summary, we believe that the stock is trading close to its fair value based on these three metrics.

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

The company's next major catalyst is its pending PDUFA date for Velac on 6/25/05 and we expect that the product approval will be delayed by approximately one quarter. In our opinion, this would be the result of either an approvable letter or an extension of the PDUFA date. In this scenario (60% probability), we expect the stock will trade flat to modestly higher, as fears of a longer delay would be eased. In the case of a long delay (12-18 months, 20% probability), requiring the generation of additional clinical data, we suspect that the stock would trade into the mid-teens. Conversely with an approval (20% probability), we would believe the stock could rebound into the low/mid-$20's.

**Figure 3**: Connetics –Value of EPS – Excluding Soriatane

| | | |
|---|---|---|
| **Connetics 2007 EPS - ex. Soriatane** | **$0.72** | **$0.72** |
| Multiple Range | 25 | 30 |
| Discount Rate | 20.0% | 20.0% |
| **Value of CNCT - Ex Soriatane** | **$15.00** | **$18.00** |
| Add: Soriatane Val | $2.50 | $2.50 |
| **Target Price** | **$17.50** | **$20.50** |
| Risk Adjusted Value of Potential Changes | $1.20 | $1.20 |
| **Target Price** | **$18.70** | **$21.70** |

**Figure 4**: Value of Soriatane Cash Flows

| Soriatane Value | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **Revenues** | **$53.6** | **$69.0** | **$72.4** | **$76.0** | **$79.8** | **$83.8** |
| COGS | ($5.4) | ($6.9) | ($7.2) | ($7.6) | ($8.0) | ($8.4) |
| Interest Income | $0.9 | $0.7 | $0.8 | $0.8 | $0.9 | $0.9 |
| **Pretax** | **$49.1** | **$62.8** | **$65.9** | **$69.2** | **$72.7** | **$76.3** |
| Tax Expense | $1.5 | $22.0 | $23.1 | $24.2 | $25.4 | $26.7 |
| **Net Impact** | **$47.6** | **$40.8** | **$42.9** | **$45.0** | **$47.3** | **$49.6** |
| Discount Rate | - | 30.0% | 40.0% | 50.0% | 60.0% | 70.0% |
| # Years | - | 0 | 1 | 2 | 3 | 4 |
| **PV – Annual** | - | **$40.8** | **$30.6** | **$20.0** | **$11.5** | **$5.9** |
| **Total PV** | - | **$40.8** | **$71.4** | **$91.4** | **$103.0** | **$108.9** |
| **Per Share** | - | **$0.97** | **$1.68** | **$2.12** | **$2.37** | **$2.48** |

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

June 9, 2005

**Figure 5:** EPS & Value Impact of Potential Changes to Model

**EPS Impact - Per Factor**

| Factor | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | Multiple on '07 EPS | $ Impact | Probability | Adjusted Impact |
|---|---|---|---|---|---|---|---|---|---|---|
| Taxed EPS - Ex Soriatane | ($0.41) | ($0.42) | $0.34 | $0.72 | $1.41 | $2.06 | - | - | - | - |
| Velac launch Q4:05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 25 | $0.00 | 60.0% | $0.00 |
| Approval on 6/25/05 | - | $0.10 | $0.05 | $0.07 | $0.07 | $0.07 | 25 | $1.75 | 10.0% | $0.18 |
| 15-Month Velac Delay | - | ($0.08) | ($0.39) | ($0.21) | ($0.22) | ($0.22) | 25 | ($5.25) | 30.0% | ($1.58) |
| 15-Month Clin-RA Delay | - | $0.08 | $0.33 | $0.42 | $0.46 | $0.50 | 25 | $10.50 | 35.0% | $3.68 |
| No Generic Soriatane | - | - | $0.02 | $0.31 | $0.55 | $0.74 | 25 | $7.75 | 20.0% | $1.55 |
| Differin-BP (15% impact) | - | - | ($0.07) | ($0.21) | ($0.28) | ($0.35) | 25 | ($5.25) | 50.0% | ($2.63) |
| **Sum** | | | | | | | | | | **$1.20** |

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

June 9, 2005

Figure 6: Cometics EPS Model

| | 2004 | Q1'05 | Q2'05 | Q3'05 | Q4'05 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| Product | 142.0 | 42.1 | 44.8 | 46.3 | 53.5 | 186.7 | 241.0 | 273.9 | 327.1 | 380.5 |
| Royalty | 2.3 | 0.2 | 0.3 | 0.4 | 0.5 | 1.3 | 4.9 | 10.0 | 15.5 | 20.2 |
| Contract & Other | - | - | - | - | - | - | - | - | - | - |
| **Total Revenues** | **144.3** | **42.3** | **45.1** | **46.7** | **54.0** | **188.0** | **246.0** | **283.8** | **342.6** | **400.7** |
| % Growth | 99.3% | 69.8% | 17.9% | 25.0% | 23.2% | 30.3% | 30.8% | 15.4% | 20.7% | 16.9% |
| COGS | 12.7 | 3.8 | 4.0 | 4.2 | 5.0 | 16.9 | 22.9 | 26.9 | 33.1 | 39.6 |
| Licensing Amort. | 11.8 | 3.4 | 3.4 | 3.4 | 3.4 | 13.6 | 10.4 | 11.4 | 12.3 | 13.2 |
| R & D | 21.3 | 5.9 | 6.5 | 6.8 | 6.8 | 26.0 | 30.2 | 34.4 | 38.5 | 42.7 |
| SG&A | 72.2 | 27.8 | 27.7 | 22.5 | 22.0 | 100.0 | 117.0 | 133.0 | 149.0 | 163.0 |
| **Operating Income** | **26.4** | **1.4** | **3.5** | **9.8** | **16.8** | **31.5** | **65.5** | **78.1** | **109.8** | **142.1** |
| Interest Income | 1.5 | 0.5 | 1.0 | 1.1 | 1.1 | 3.6 | 3.3 | 8.8 | 11.8 | 15.8 |
| Interest Expense | (3.2) | (0.8) | (0.9) | (0.9) | (0.9) | (3.3) | (3.4) | (5.8) | (4.9) | (4.0) |
| Other | (3.4) | (0.1) | - | - | - | (0.1) | (63.9) | - | - | - |
| **Pretax Income** | **21.2** | **1.0** | **3.7** | **10.0** | **17.0** | **31.7** | **65.4** | **81.1** | **116.6** | **153.9** |
| Tax Expense | 1.5 | 0.1 | 0.4 | 1.0 | 1.7 | 3.2 | 16.2 | 28.4 | 40.8 | 53.9 |
| **Net Income** | **19.7** | **0.9** | **3.3** | **9.0** | **15.3** | **28.6** | **49.2** | **52.7** | **75.8** | **100.1** |
| Interest Add-Back | - | 0.6 | 0.6 | 0.6 | 0.6 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 |
| Net Income, Adjusted | - | 1.5 | 3.9 | 9.5 | 15.9 | 30.9 | 51.5 | 55.0 | 78.1 | 102.4 |
| Net Income - Fully Taxed | 13.8 | 1.3 | 3.0 | 7.0 | 11.7 | 22.9 | 44.8 | 55.0 | 78.1 | 102.4 |
| | | | | | | | | | | |
| **EPS** | **$0.52** | **$0.04** | **$0.09** | **$0.23** | **$0.38** | **$0.73** | **$1.21** | **$1.28** | **$1.80** | **$2.33** |
| % Growth | - | -27% | -55% | 135% | 125% | 41% | 65% | 6% | 41% | 30% |
| **EPS - Fully Taxed** | **$0.36** | **$0.03** | **$0.07** | **$0.17** | **$0.28** | **$0.54** | **$1.05** | **$1.28** | **$1.80** | **$2.33** |
| % Growth | - | -17.4% | -46.8% | 156.5% | 136.2% | 51.9% | 93.2% | 21.6% | 40.6% | 29.8% |
| **Share Count** | **38.4** | **42.2** | **42.2** | **42.2** | **42.2** | **42.2** | **42.6** | **43.1** | **43.5** | **43.9** |
| % Growth | 18.1% | 17.6% | 1.4% | 10.9% | 10.6% | 9.8% | 1.0% | 1.0% | 1.0% | 1.0% |

**Connetics — Outlook for Velac PDUFA Date**

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

June 9, 2005

**Figure 7:** Cometics – Revnues Projections

| | 2004 | Q1'05 | Q2'05 | Q3'05 | Q4'05 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Product Revenues** | | | | | | | | | | |
| Olux (Non-Scalp Psoriasis) | 61.8 | 15.8 | 16.7 | 17.6 | 17.8 | 67.9 | 74.6 | 79.9 | 83.8 | 87.2 |
| Luxiq (Scalp Dermatoses) | 23.8 | 5.7 | 6.2 | 6.9 | 7.0 | 25.8 | 28.6 | 30.4 | 31.6 | 32.5 |
| Evoclin (Acne) | 2.9 | 3.1 | 4.5 | 5.0 | 5.5 | 18.0 | 28.0 | 40.0 | 49.0 | 56.0 |
| Soriatane - (Severe Psoriasis) - WW | 53.6 | 17.6 | 17.4 | 16.8 | 17.2 | 69.0 | 63.7 | 46.8 | 33.2 | 23.8 |
| **Total Product Revenue** | **142.0** | **42.1** | **44.8** | **46.3** | **47.5** | **180.7** | **195.0** | **196.9** | **197.6** | **199.6** |
| | | | | | | | | | | |
| **Pipeline Products** | | | | | | | | | | |
| Velac (Acne) | - | - | - | - | 6.0 | 6.0 | 34.0 | 50.0 | 65.0 | 80.0 |
| Desilux (Emolient) | - | - | - | - | - | - | 7.0 | 13.0 | 22.0 | 28.0 |
| Primolux-EF (Non-Scalp Psoriasis) | - | - | - | - | - | - | 5.0 | 9.0 | 13.0 | 16.0 |
| Luxiq EF (Scalp Dermatoses) | - | - | - | - | - | - | - | 2.0 | 3.5 | 5.0 |
| Extina (Antifungal) | - | - | - | - | - | - | - | 3.0 | 10.0 | 20.0 |
| Calcipotriene Foam (Mild/Mod Psoriasis) | - | - | - | - | - | - | - | - | 6.0 | 12.0 |
| Clinda/BP Foam (Acne) | - | - | - | - | - | - | - | - | 10.0 | 20.0 |
| Topical Soriatane (Mild/Mod Psoriasis) | - | - | - | - | - | - | - | - | - | - |
| **Total Pipeline Contribution** | - | - | - | - | **6.0** | **6.0** | **46.0** | **76.9** | **129.4** | **180.9** |
| **Total Product Sales** | **142.0** | **42.1** | **44.8** | **46.3** | **53.5** | **186.7** | **241.0** | **273.9** | **327.1** | **380.5** |
| Total Royalty | 2.2 | 0.2 | 0.3 | 0.4 | 0.5 | 1.3 | 4.9 | 10.0 | 15.5 | 20.2 |
| **Total Revenues** | **144.1** | **42.4** | **45.1** | **46.7** | **54.0** | **188.0** | **246.0** | **283.8** | **342.6** | **400.7** |

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

## Important Disclosures and Disclaimers

### Analyst Certification

The research analyst whose name appears on the first page of this research report certifies the following:
1) all of the views expressed in this report reflect my personal views about the subject securities
2) I have not and will not receive compensation in exchange for the recommendation or views in this report

### SSRP Stock Rating System

**BUY-**We believe that the stock's total return will significantly outperform its peer group.
**NEUTRAL-**We believe that the stock's total return will not be significantly different than its peer group.
**SELL-**We believe that the stock's total return will significantly underperform its peer group.
**NO Rating-**We do not have an investment recommendation on the stock

### Investment Banking and Other Services

**SSRP and their associates do not provide investment banking, advisory or other services.**

**CNCT is not a client of SSRP.  Further SSRP and its associates have not received and do not seek to receive compensation from CNCT for such services.**

### Analyst's Financial Interest/Control

**Neither the Analyst nor any members of his/her household has a financial interest in the covered company, including the ownership of shares, warrants, or options.**

**In addition, neither the analyst nor any member of his/her family is an officer, director or advisory board member of the covered company.**

### General Disclosures

The information contained herein is intended for distribution to institutional investors and is for informational purposes only. The information herein was obtained from various sources; we do not guarantee its accuracy or completeness and it should not be relied upon as such. Additional information is available. Neither the information nor any opinion expressed constitutes an offer, or an invitation to make an offer, to buy or sell any securities. The data contained herein is intended for the sole and exclusive use of clients of Summer Street Research Partners. There is no reproduction, transmission of any kind or copying of any of the information or data contained within this document may be done without the express written consent of Summer Street Research Partners. MCRI or Medical Consulting Referral Inc. is a research affiliate of Summer Street Research Partners.

©2005 Summer Street Research Partners. All rights reserved. Any unauthorized use, circulation or disclosure is strictly prohibited.

# EXHIBIT 48

# Environmental Health

P E R S P E C T I V E S

Journal of the National Institute of
Environmental Health Sciences

**ehp**online.org

# Transgenic Mouse Models: Their Role in Carcinogen Identification

**John B. Pritchard, John E. French, Barbara J. Davis, and Joseph K. Haseman**

**doi:10.1289/ehp.5778 (available at http://dx.doi.org/)**
**Online 30 October 2002**

**The National Institute of Environmental Health Sciences**
**National Institutes of Health**

# Transgenic Mouse Models:
# Their Role in Carcinogen Identification

**John B. Pritchard[1], John E. French[2], Barbara J. Davis[3], and Joseph K. Haseman[4]**

Laboratory of Pharmacology and Chemistry[1] and Laboratory of Experimental Carcinogenesis and Mutagenesis[2], Environmental Toxicology Program

Laboratory of Women's Health[3], and the Biostatistics Branch[4], Environmental Biology and Medicine Program

**Division of Intramural Research**
**National Institute of Environmental Health Sciences**
**Research Triangle Park, NC  27709**

**Address Correspondence to:**     Dr. John B. Pritchard
Laboratory of Pharmacology and Chemistry
National Institute of Environmental Health Sciences
P.O. Box 12233
Research Triangle Park, NC, 27709

Phone: (919) 541-4054
Fax:     (919) 541-5737
pritchard@niehs.nih.gov

**Running Head:** Transgenic Models


**Abbreviations (Text):**

| | | |
|---|---|---|
| NTP | = | National Toxicology Program |
| MAPKK | = | mitogen-activated protein kinase kinase |
| Trp53+/- | = | Trp53 heterozygous null allele (+/-) mouse |
| Tg.AC | = | Tg.AC (*v-Ha-ras*) mouse |
| *ras*H2 | = | hemizygous for the human *c-Ha-ras* transgene |
| ILSI | = | International Life Sciences Institute |
| ROC | = | Report on Carcinogens |
| IARC | = | International Agency for Research on Cancer |

**Abbreviations (Tables):**

| | | |
|---|---|---|
| + | = | positive |
| - | = | negative |
| ± | = | equivocal |
| f | = | feed |
| g | = | gavage |
| d | = | dermal |
| ip | = | intraperitoneal injection |
| i | = | inhalation |
| sc | = | subcutaneous |
| wb | = | whole body routes of exposure |
| nt | = | not tested or no published record |
| sal | = | *salmonella* mutagenicity assay |
| mn | = | *in vivo* micronuclei genotoxicity assay |

**Keywords:**

carcinogen
hazard
identification
human
mouse
model
mutagenic
non-mutagenic
transgenic

# Abstract:

This report examines existing data on the use of transgenic mouse models for identification of human carcinogens. It focuses on the three most extensively studied of these mice – Trp53+/-, Tg.AC, and RasH2 – and compares their performance with the traditional 2-year rodent bioassay. Data on a total of 99 chemicals were evaluated. Using the IARC/ROC calls for the carcinogenicity of these chemicals to humans as the standard for comparison, a variety of potential testing strategies were evaluated ranging from individual transgenic models to combinations of these 3 models with each other and with traditional rodent assays. The individual transgenic models made the "correct" calls (positive for carcinogens; negative for noncarcinogens) for 77-81% of the chemicals, with an increase to as much as 88 % using combined strategies (e.g., Trp53+/- for genotoxic chemicals and RasH2 for all chemicals). For comparison, identical analysis of chemicals in this data set that were tested in the 2-year, 2-species rodent bioassay yielded "correct" calls for 69 % of the chemicals. Although the transgenic models had a high percentage of correct calls, they did miss a number of known or probable human carcinogens; whereas, the bioassay missed none of these chemicals. Therefore, "mixed" strategies using transgenic models and the rat bioassay were also evaluated. These strategies yielded ~85 % correct calls, missed no carcinogens, and cut the number of positive calls for human non-carcinogens in half. Overall, the transgenic models performed well, but important issues of validation and standardization need further attention to permit their regulatory acceptance and use in human risk assessment.

# Introduction:

The National Toxicology Program (NTP) is charged with the responsibility for evaluating the toxicity and carcinogenicity of environmental agents, developing and validating improved testing methods, and strengthening the science base in toxicology. A variety of endpoints are used to assess the systemic toxicity of environmental chemicals, but the mainstay of the chemical carcinogenesis effort has been the 2-year rodent bioassay. This highly standardized method has been widely adopted throughout the world. However, like any other approach it has its strengths and weaknesses. In particular, the 2-year assay is expensive, both in resources and time required and in the numbers of animals needed. Thus, the advent of transgenic and gene knockout technology in the early 1980's and increasing knowledge of the mechanisms involved in carcinogenesis, led a number of investigators to examine whether faster, less costly, and more predictive models might be developed. NIEHS has been actively involved in this effort for more than a decade and several model systems utilizing transgenic and knockout models have been investigated (Bucher 1998;Eastin, et al. 1998;Tennant 1993;Tennant, et al. 1995).

Transgenic models have a number of potential advantages for use in carcinogen identification programs. For example, because tumors arise more quickly in the genetically engineered models, the assays can be more rapid. For the studies reviewed here, the assay length was 24-26 weeks, significantly shorter than the standard 2-year rodent bioassay. Transgenic models may also provide the opportunity to reduce animal numbers used in testing. Shorter assays using fewer animals could also reduce the overall cost of testing programs. However, proprietary issues and the limited availability of some models may impact cost savings. Furthermore, with appropriate model selection, it may become possible to more accurately predict the human response, contributing directly to the ease and effectiveness of risk assessment and regulatory decisions.

Finally, by virtue of the specific genetic modification(s) in transgenic models, it should be possible to gain additional insights into the mechanisms involved in tumor induction and development. Such insights would facilitate identification of important mechanisms participating in the tumor response and chemical features associated with carcinogenesis.

Although they have great promise, transgenic models also have actual or potential limitations for use in a carcinogen identification effort. For example, many current transgenic models (including those evaluated here) have mutations in only one pathway that may, or may not, be relevant to human cancer processes for a given chemical. In addition, the specific gene defect may influence tumor development and type, increasing the difficulty of modeling the human response. Likewise, the strain (genetic) background can influence tumor type, incidence, and location. Thus, short-term, gene-specific transgenic assays may lose biological information obtained in longer-term bioassays, *e.g.,* multiple target organ effects and/or interactions of time and age that are important in chemical carcinogenicity. These issues do not preclude the use of transgenic models, but they must certainly be considered in their development and selection, and in interpretation of data obtained using transgenic models.

Given the potential and the limitations of the transgenic models, the goals of the current assessment are to (1) review progress in this field of research, (2) determine if the models reviewed show sufficient merit for use in a carcinogen identification program, and (3) identify research needs and knowledge gaps that should be addressed to increase the effectiveness of transgenic models.

## Review of Research Progress:

Many transgenic models are available for various investigational uses.  However, three

transgenic models have been most widely used for carcinogen identification: Trp53+/-, Tg.AC,

and RasH2.  These three models were selected for this assessment because they have the

extensive data set needed for this analysis.  Their selection does not indicate that they are

deemed superior *a priori* to other transgenic models.


Extensive recent reviews of these three models have been published (17-24) and only their main

features are briefly reviewed here.  They were developed based on dysregulation of either the

Trp53 tumor suppressor gene or the *ras*-protooncogene, both of which are critical to cancer

development and represent the two main classes of human cancer genes. The p53 protein

suppresses cancer in humans and rodents and is mutated or dysfunctional in more than 50 % of

all cancers (Donehower, et al. 1992;Hollstein, et al. 1991;Weinberg 1991a).  As a transcription

factor, p53 regulates the activity of a variety of genes involved in cell cycle arrest, apoptosis,

anti-angiogenesis, differentiation, DNA repair, and genomic stability (el-Deiry 1998;Prives and

Hall 1999).  The *ras* protooncogene protein (H-, K, and N-*ras* isoforms) is integral to cell

proliferation through signaling by growth factors and noxious agents (chemicals, UV radiation,

etc.) that act via the mitogen-activated protein kinase kinase (MAPKK) pathway (Campbell, et

al. 1998;Gupta, et al. 2000;Pruitt and Der 2001).  Activation and dysregulation of *ras* through

mutations at specific sites within the gene are often observed in both human and rodent cancers

(Bos 1989;Hruban, et al. 1993;Vogelstein, et al. 1990;Yunis, et al. 1989).  In addition, increased

expression of oncogenic *ras* protein is often seen during tumorigenesis by aneuploidy of the *ras*

bearing chromosomes, which may be analogous to over-expression of induced transgenic *ras*

protein.  Overall, *ras* is over-expressed in well over 50 % of all cancers.

**The *Trp*53 heterozygous null allele (+/-) mouse**: This model uses B6129 N5 mice heterozygous for a wild type Trp53 tumor suppressor gene and a null allele that is not transcribed or translated (Donehower, et al. 1992;Harvey, et al. 1993).  These Trp53 heterozygotes (+/-) have a low spontaneous tumor incidence up to 9 months of age, but have increased spontaneous tumor rates thereafter with approximately 50 % survival at 18 months.  Exposure to positive control and test agents between 7 and 33 weeks of age is relatively free of the development of spontaneous tumors, thus allowing a clear distinction between induced and sporadically occuring tumors that may confound long term chronic cancer bioassays (Haseman and Elwell 1996;Karstadt and Haseman 1997).  It appears to be particularly useful as an *in vivo* test for mutagenic carcinogens (Donehower, et al. 1992;Eastin, et al. 1998;Harvey, et al. 1993;Kemp, et al. 1993;Kemp, et al. 1994;Tennant, et al. 1995).  In human cancers, where mutations have been found in up to 50 % of all tumors (Greenblatt, et al. 1994;Hollstein, et al. 1991), point mutations or deletions in one allele of the Trp53 gene that create a heterozygous allelic state are usually accompanied by loss of the normal allele (loss of heterozygosity or LOH) (Weinberg 1991b).  Since Trp53 +/- mice only carry one copy (germ line) of the gene, these mice were expected, according to the Knudson *et al.* two-hit hypothesis (Knudson 1996;Knudson, et al. 1975), to show a shorter latency period for tumors induced by genotoxic agents. However, there is evidence that the acceleration of tumorigenesis in Trp53 +/- mice may be due to a gene dosage effect and a haploinsufficient phenotype such that a second (p53 LOH) event is not required (French, et al. 2001;Venkatachalam, et al. 1998).


**The Tg.AC  (*v-Ha-ras*) mouse**: The Tg.AC transgenic mouse model provides a reporter phenotype (skin papillomas) in response to either genotoxic or non-genotoxic carcinogens, including tumor promoters (Spalding, et al. 1999;Spalding, et al. 1993;Tennant, et al. 1999).

Tg.AC mice are hemizygous for a mutant *v-Ha-ras* transgene. The model was developed by

Leder et al. (Leder, et al. 1990), with an inducible  -globin promoter driving the expression of a

mutated *v-Ha-ras* oncogene and is regarded as a genetically initiated model. With the exception

of the bone marrow, constitutive expression of the transgene cannot be detected in adult tissues.

The transgene is transcriptionally silent until activated by full-thickness wounding, UV

irradiation, or specific chemical exposure (Cannon, et al. 1997;Trempus, et al. 1998). Topical

application of carcinogens to the shaved dorsal surface of Tg.AC mice induces epidermal

squamous cell papillomas or carcinomas, a reporter phenotype that defines the activity of the

chemical. The oral route of administration can also generate tumor responses in the skin of

Tg.AC mice and in addition lead to squamous cell papillomas and/or carcinomas of the

forestomach. To date, the appearance of either spontaneous or induced tumors has been shown

to require activation of transgene expression. However, the mechanism of response by the

Tg.AC model to chemical carcinogens is not yet understood.


**The *ras*H2 mouse**: The rasH2 mouse is hemizygous for the human *c-Ha-ras* transgene under

control of its endogenous promoter and enhancer sequences. It was developed by Saitoh *et al.*

(Saitoh, et al. 1990) in CB6F1 mice to evaluate the association of chemically induced transgene

expression and tumor induction (Katsuki, et al. 1991;Yamamoto, et al. 1996;Yamamoto, et al.

1998a). The transgene encodes a prototype c-H-ras gene product, p21 that does not induce

transformation in NIH3T3 cells. Approximately 3 copies of the human transgene were

integrated into the mouse genome in a tandem array through pronuclear injection (Suemizu, et al.

2002). Expression of the transgenic protein is observed in normal tissues and increased

approximately 2-fold in chemically induced tumors (Maruyama, et al. 2001). Mutation of the

endogenous mouse ras genes or of the transgene is infrequent and unpredictable (Katsuki, et al.

1991); suggesting that a 2-3-fold increase in *ras* protein expression is sufficient to cooperate with other carcinogen-induced changes (genetic and/or epigenetic) to predispose this mouse to development of neoplasia.


## Merits of the Models:

**Data Collection** – To assess the potential merit of the three transgenic models in a research and testing program, we assembled available information on responses to chemical treatment in each model (Tables 1-3). The primary sources of these data were the recent publications of the International Life Sciences Institute (ILSI) Assay Working Groups for the Trp53+/-, Tg.AC, and RasH2 Mouse Alternative Models (Popp 2001;Robinson and MacDonald 2001), NTP evaluations, and published independent laboratory research using alternative or conventional rodent models for carcinogen identification (For specific references see Tables 1-3). The resulting data set consists of 99 chemicals that were tested at the maximum tolerated dose (MTD) or proportional fractions of MTD as determined by toxicokinetic and range finding studies in the test strain using positive and negative controls groups and non-genetically altered coisogenic reference controls. In reviewing this literature, it was apparent that dosing routes, study duration, number of animals per group, and extent of histopathologic evaluation varied between studies and chemicals. Despite these limitations, for the purposes of this analysis, peer-reviewed published findings were accepted as reported.


**Criteria for Analysis** – Because the goal of the NTP carcinogenicity testing is prediction of human carcinogenicity of chemicals, the merit of the transgenic models was evaluated by determining their ability to identify human carcinogens. Classification of human carcinogens was based on evaluations by the NTP Report on Carcinogens (ROC) and the International Agency for

Research on Cancer (IARC) chemical evaluations/classifications. Both the NTP and IARC assessments are based on comprehensive evaluations of all relevant human and animal data from the published literature. The designation of an agent as a "known human carcinogen" by the IARC (Group 1) or the NTP ROC requires definitive data from human epidemiological studies, or strong mechanistic data from human systems in conjunction with similar mechanistic and cancer data from experimental animals. Less convincing evidence (*e.g.,* limited human data and/or sufficient animal data) will generally lead to the designation of the agent as a "probable (Group 2A) or "possible" (Group 2B) human carcinogen by IARC or a "reasonably anticipated" human carcinogen NTP ROC. A chemical that shows inadequate evidence of carcinogenicity in humans and animals will generally result in an IARC designation of "not classifiable" (Group 3). The NTP ROC has no equivalent and does not list such chemicals. Rodent carcinogenicity was not used as the primary targeted response in our analysis. Nevertheless, for completeness we did consider the correlation of each transgenic model with the outcomes of NCI/NTP long-term rodent tests. We also examined whether these transgenic assays were more, or less, accurate in predicting human carcinogenicity of genotoxic versus non-genotoxic chemicals, as defined by either a positive result in the Salmonella (Ames) test and/or in vivo rodent micronucleus assay.

A total of ninety-nine chemicals have been studied in one or more of these three transgenic models. For this analysis, these chemicals were divided into three groupings: **(i)** Known human carcinogens (IARC Group 1 and/or NTP ROC "known" – 14 chemicals, Table 1); **(ii)** Probable/Possible human carcinogens (IARC Groups 2A and 2B or NTP ROC "reasonably anticipated" –32 chemicals, Table 2); and **(iii)** Chemicals with inadequate evidence of carcinogenicity (IARC Group 3, NTP bioassay negative, and/or not listed by ROC or IARC – 53 chemicals, Table 3).

Tables 1-3 identify each chemical by CAS number and give the IARC and/or the NTP ROC evaluations. For those chemicals evaluated in the NTP rodent bioassay, carcinogenicity results are given for each sex-species group (male rats, female rats, male mice, female mice). Genotoxicity outcomes from the Salmonella (Ames) assay and the *in vivo* micronuclei assays are also given. Finally, the results of carcinogenicity testing in each of the three transgenic models are given. The route of administration is noted, as well as the published reference source. For chemicals tested more than once in the transgenic models, each result is given separately.

For each of the transgenic models and for the rodent bioassay, a chemical is designated as a carcinogen if positive (carcinogenic) effects were found in one or more of the sex-species groups. Similarly, a chemical found to be positive in either the Salmonella assay or the *in vivo* micronuclei assay is considered to be genotoxic.

**Analysis of the Models** -- Based on the 99 chemical database from Tables 1-3, ten possible strategies were considered for using transgenic models to identify chemicals as known or suspected human carcinogens or as noncarcinogens. For comparison, the standard two-year, two-species rodent bioassay and a modified strategy using the rat bioassay in conjunction with genotoxicity were also analyzed in an identical fashion. Thus, twelve strategies in all were considered. They are:

Strategy 1:     Trp53+/- model

Strategy 2:     Trp53+/- model, but only for genotoxic chemicals

Strategy 3:     Tg.AC model

Strategy 4:     RasH2 model

Strategy 5:     Trp53+/- model for genotoxic chemicals; RasH2 model for nongenotoxic chemicals

Strategy 6:     Trp53+/- model for genotoxic chemicals; RasH2 model for all chemicals

Strategy 7:     Trp53+/- model for genotoxic chemicals; Tg.AC model for nongenotoxic chemicals

Strategy 8:     Trp53+/- model for genotoxic chemicals; Tg.AC model for all chemicals

Strategy 9:     NTP Bioassay

Strategy10:     NTP Rat Bioassay plus the Tg.AC model for nongenotoxic chemicals or the
                Trp53+/- model for genotoxic chemicals

Strategy 11:    NTP Rat Bioassay plus the RasH2 model for nongenotoxic chemicals or the
                Trp53+/- model for genotoxic chemicals

Strategy 12:    NTP Rat Bioassay plus genotoxicity


When evaluating strategies that were conditional on genotoxicity (Strategies 5-8, 10-11), the

following conventions were established: (i) a chemical was considered genotoxic if either the

Salmonella or in vivo micronuclei assays were positive; (ii) a chemical was considered non-

genotoxic only if both assays were negative; and (iii) when a chemical's genotoxicity could not

be determined definitively (*i.e.,* negative in one assay and not tested in the other), the chemical

was excluded from the analysis, unless the genotoxicity status of the chemical had no impact on

the transgenic mouse result (*i.e.,* both transgenic models were positive or both were negative).


A valid transgenic rodent model should successfully identify (test positive) the IARC/NTP

known or suspected human carcinogens listed in Tables 1 and 2. Likewise, such a model should

identify as noncarcinogens (test negative) those chemicals in Table 3 that were shown in NTP

long-term bioassays to be negative. While many of the remaining chemicals in Table 3 were

positive in a long term rodent bioassay, these results were not considered by the IARC and/or

NTP ROC to be sufficiently convincing to merit the categorization of the chemical as a known,

possible, probable, or reasonably-anticipated human carcinogen. For these chemicals, it is

uncertain if the response of the transgenic models should be positive or negative as carcinogens. Thus, our initial analysis (Table 4) included only those Group 3 chemicals with negative results in the NTP rodent bioassay.  Table 5 examines the same data set as Table 4, but considers each IARC/ROC classification separately to insure that pooling carcinogen groups in these analyses did not lose important distinctions between assay responses to strong or weak carcinogens.

In addition, as summarized in Table 6, we have conducted a second analysis in which all chemicals in Table 3 are regarded as human noncarcinogens, *i.e.,* we have assumed, for the sake of direct comparison between transgenic and traditional NTP bioassays, that more extensive testing of these chemicals would confirm their lack of human carcinogenicity.  This assumption permits exactly the same criteria to be applied to all strategies, transgenic and traditional alike. Finally, although human carcinogenicity was used as the targeted response in our analysis, a similar analysis was conducted in which the transgenic assay responses were compared with the results of the NTP bioassay (Table 7).

## Results and Discussion:

**Scope of analysis** — Before discussing the analysis itself, it is critical to reiterate the precise limitations and assumptions implicit in our analysis. First, this evaluation was limited to those chemicals with definitive published transgenic results available at the time of our analysis. We recognize that this is a dynamic field of research. Thus, additional transgenic studies will become available over time, and it is possible that some chemicals listed in Tables 1-3 could be reclassified after consideration of such new data. However, we suggest that the analyses for these 99 chemicals are sufficiently robust that the addition, subtraction, and/or re-assignment of chemicals will not alter the conclusions, provided that uniform criteria are applied.

Second, optimal protocol designs for specific transgenic animal cancer bioassays have not been identified and validated. Thus, the study designs that form the basis of this evaluation may differ from each other with regard to study duration, sample sizes, dose selection strategy, number of doses, tissues examined, methods of statistical analysis, historical controls, and the use of positive and negative controls.

Third, we made no interpretative decisions ourselves in regard to study results. For assessments of possible human cancer risk, we relied upon the authoritative judgments of the IARC and the NTP Report on Carcinogens. Likewise, we accepted the study authors' interpretations of the data. However, there was uniformity of study design and interpretation for a sizable number of the studies involved in the ILSI Alternatives to Carcinogenicity consortium. It was beyond the scope of this research analysis to reevaluate and reinterpret each individual study.

Fourth, we recognize and acknowledge that a "positive" transgenic study may reflect a wide range of carcinogenic responses, with some positive results being limited to a marginal increase in a single tumor type in a single sex-species group, while others reflect striking multi-site, multi-sex, carcinogenic effects. While future refinements in statistical evaluation may permit sub-classification and rank order documentation for the various "positive" transgenic responses, we have not attempted to do so at this stage in the development of transgenic rodent bioassays.

Finally, we recognize that certain chemicals listed in Table 3 may ultimately be shown to be "known" or "suspected" human carcinogens, especially those with positive rodent bioassay results. However, our current state of knowledge does not permit a higher classification of these chemicals. As noted below, the frequency of positive transgenic results for Table 3 chemicals was essentially the same for those chemicals that were evaluated by the IARC (and assigned to Category 3) and those that were not yet evaluated and are thus unclassified. This suggests that there are few, if any, important human carcinogens among the "unclassified" chemicals in Table 3.

**Performance of strategies** _ The overall performance of each transgenic strategy is summarized in Table 4. With the caveat that data on all chemicals were not available for each model and thus, that the subset of chemicals actually tested in each model may influence the specific outcomes reported, each of the three transgenic mouse models predicted human carcinogenesis for 77-81 % of the chemicals studied in that model, ranging from 77 % for the Trp53+/-, 78 % for the Tg.AC, and 81 % for the RasH2. Use of the Trp53+/- for only genotoxic chemicals increased its predictiveness to 84 %. The combined strategies that use more than one transgenic model (Strategies 5-8; as defined above) were somewhat more predictive, ranging from 78-88 %.

The best strategy (Trp53+/- for genotoxic chemicals and RasH2 for all chemicals; Strategy 6) correctly predicted the human outcome for 88 % of the agents (Table 4). Strategy 8 (Trp53+/- for genotoxic chemicals and Tg.AC for all chemicals) was only slightly less predictive (85 %).

Our initial analysis (Table 4) defined the targeted population of "human carcinogens" as the pool of chemicals from Tables 1 and 2, in which IARC classifications ranged from 1 to 2B. A further breakdown of these chemicals is given in Table 5. Note that **(i)** the transgenic models (considered collectively) are more apt to be positive for the more certain human carcinogens (IARC Categories 1 and 2A) than for the less certain human carcinogens (Category 2B); **(ii)** there is a striking difference in the proportion of positive transgenic responses between the 1/2A/2B chemicals and the Category 3 chemicals or those not evaluated; and **(iii)** the IARC Category 3 chemicals and those not evaluated show a similar rate of overall transgenic responses – indicating that most of the unclassified chemicals listed in Table 3 may be human noncarcinogens.

Our initial analysis (Table 4) was somewhat restrictive, in that it defined human noncarcinogens as being only those chemicals from Table 3 with negative NCI/NTP rodent bioassay results. However, Table 5 suggests that it is reasonable to expand this classification and regard all Table 3 chemicals as human noncarcinogens. This analysis is summarized in Table 6, which allows more direct comparison of the performance of the transgenic models with the traditional NTP two-species bioassay, transgenic and traditional testing strategies each show strengths and weakness. Importantly, these strengths and weaknesses differ. For the transgenic models, particularly the RasH2 and the Trp53+/-, there are relatively few positive findings for noncarcinogens (*i.e.,* Group 3 chemicals, either known negatives or chemicals unlisted by

IARC/ROC, that gave evidence of carcinogenicity in the assay). In fact, as shown in Table 4, RasH2 and Trp53+/- have no positive results for noncarcinogens if those Group 3 chemicals that lack a negative rat and mouse bioassay are eliminated from the analysis (in effect, eliminating those chemicals with greater uncertainty as to their carcinogenic potential). The Tg.AC model was more prone to this type of error than the other two transgenic models reviewed (Tables 4 and 6). The combined transgenic strategies (Strategies 5-8) did not improve predictability.

A more frequent shortcoming of the transgenic models (including, those strategies using multiple transgenic models) was the number of negative tests for known or suspected human carcinogens, *i.e.,* those listed in Tables 1 and 2 (Tables 4 and 6). For example, even the most predictive combination (the combined results of Trp53+/- for genotoxic chemicals plus Tg.AC for nongenotoxic chemicals; Strategy 7) still had 6 negative results for IARC/NTP known carcinogens among the total of 49 chemicals tested in both (Table 6).

In contrast, the NTP two-species bioassay identified all IARC/NTP known/probable human carcinogens (Tables 1 and 2). Thus, as shown in Table 6 (Strategy 9), among the 58 chemicals evaluated in the NTP bioassay, there were no negative results for known human carcinogens. However, this is not without a downside in the form of numerous positive findings for chemicals that are considered to be noncarcinogens in humans (Table 3). In this data set, there were 18 positive assay results for IARC/ROC noncarcinogens among a total of 58 chemicals tested, or 31 % (Table 6). Certainly, there is a cost of this type of error as well, specifically unneeded regulation and/or additional testing. It is this propensity for positive findings for chemicals considered to be human noncarcinogens that yielded the surprisingly low 69 % concordance between the standard NTP bioassay and human cancer – surprising because many of the ROC

and IARC calls are based in large part on animal data and the NTP bioassay in particular.  In fact, all three transgenic models had a modestly higher concordance with human carcinogens (Tables 1 and 2) than the rodent 2-year bioassay (Trp53+/- 81 %, RasH2 75 %, and Tg.AC 74 %; Table 6).  Of course, this difference is also reflected in the modest success (54-78 %) of the transgenic models as predictors of the bioassay response (Table 7).

It should be emphasized that it is possible that many of the 18 NTP rodent carcinogens labeled in our analysis as "Positive for Noncarcinogens" (Table 6, Strategy 9) may ultimately prove to be actual human carcinogens, as additional data becomes available.  However, at this time the positive rodent data are not sufficiently compelling for the IARC or the NTP ROC to consider these chemicals to be known, probable, possible, or reasonably anticipated human carcinogens. In those rare cases where the IARC and ROC disagreed (*e.g.,* DEHP) we used the most recent call.  Moreover, these 18 chemicals collectively were positive in only 27 % (8/30) of the three transgenic assays evaluated, as compared with 66 % (29/44) positive transgenic assays conducted on the 24 known/probable carcinogens.  This difference strongly suggests that the transgenic assays are selectively identifying the trans-species carcinogens.

Since both transgenic models and the bioassay have strengths and weakness in correctly identifying carcinogenic chemicals, we examined the performance of composite strategies using both transgenic and conventional rodent models to determine if such a strategy might capitalize on the strengths of both types of models.  Strategies 10 and 11 address this possibility (Table 6). Strategy 10 (rat bioassay for all chemicals plus the Trp53+/- model for genotoxic agents or the Tg.AC for non-genotoxic chemicals) provided an improvement in performance.  Overall concordance increased to 84 % versus the 69 % of the bioassay itself.  More importantly,

negative results for known carcinogens were completely eliminated and positive findings for

noncarcinogens were reduced to 16 % (9/57) versus the 31 % (18/58) for the bioassay.  A similar

strategy (Strategy 11) substituting RasH2 for Tg.AC gave very similar results, with an overall

concordance of 85 % (44/52), or just 15 % (8/52) with positive results for noncarcinogens.


For those chemicals evaluated in both the NTP bioassay and the transgenic models, the

substitution of the transgenic models (Strategy 10: Trp53+/- for genotoxic chemicals; the Tg.AC

for non-genotoxic chemicals) for the B6C3F1 mouse used in the standard bioassay resulted in a

net reduction of four positive findings.  Four chemicals (coconut oil diethanolamine,

diethanolamine, N-methyloacrylamide and methylphenidate) were negative in the transgenic

models and the NTP rat bioassay.  In the B6C3F1 mouse, the first two of these chemicals

produced liver tumors (both sexes) and kidney adenoma (males only).  N-methyloacrylamide

produced tumors of the Harderian gland, liver, lung, and ovary.  Methylphenidate produced liver

tumors only.  None of these chemicals has been classified as a known/probable human

carcinogen by the IARC or the NTP ROC (Tables 1-3).


Historically, genotoxicity has proven to be an important clue as to the likely carcinogenesis of

chemicals (Ashby and Tennant 1991;Shelby 1988).  In addition, as shown in Table 4, it increases

the predictiveness of Trp53+/- model. Thus, to provide a more complete assessment of possible

testing strategies, we compared an additional strategy (#12, Table 6) that consists of substitution

of genotoxicity data for the transgenic models to be used in concert with the rat bioassay

(Strategies 10 and 11, Table 6).  Strategy 12 does, like the bioassay itself, avoid negative results

for known carcinogens.  It also has modest concordance with human carcinogenesis 67 % (44 of

66), but it has 22 positive results for noncarcinogens out of 66 chemicals (33 %).  A number of the other strategies do better.


**<u>Conclusions</u>** _ Given the complementary strengths demonstrated by the transgenic models and the 2-year rodent bioassay as presented above and summarized in Table 6, it appears that a strategy employing both types of models would have advantages over either alone.  Thus, Strategies 10 and 11 that employ the standard rat bioassay in conjunction with Trp53+/- for genotoxic chemicals and Tg.AC or RasH2 for non-genotoxic chemicals are promising, based on their performance with these 99 chemicals.

## Research Needs:

This analysis demonstrates that transgenic models have the potential to play an important role in identification of potential human carcinogens. However, several research needs and data gaps remain to be addressed to insure that the use of transgenic models has been adequately evaluated and that protocols have been optimized or standardized for such use, critical requirements for the regulatory acceptance of transgenic model data and it's use in human risk assessment.

**Validation of study design** _ The study design for each transgenic model must be rigorously evaluated and optimized for the testing paradigm employed (*e.g.,* toxicity, mutagenicity, or carcinogenicity). Therefore, additional research will be required for each model evaluated and used in the NTP testing program. As mentioned previously, the testing strategies, animal numbers, duration of dosing, extent of pathology and interpretation of results varied among the studies evaluated. In particular, an optimal design for transgenic models has not yet been identified that clearly eliminates the potential for false negatives in carcinogen identification. Two possible strategies for increasing the power of the study (thereby reducing the negative results for known human carcinogens) are to increase the sample size beyond the 15 animals per group commonly used and/or to increase the duration of the study to allow more time for tumors to develop. The performance of the transgenics under these different conditions should be thoroughly investigated and standardized. A perhaps less obvious possibility would be to compile a rigorous historical control database for the various transgenic models and to make use of this information in "weight-of evidence" decisions. Many of the tissues in the transgenic mouse models have a low spontaneous tumor incidence. Thus, the occurrence of two or three of these tumors in a dosed group in a given study, although perhaps not statistically significant when tested against the concurrent controls, may nevertheless be significant when the low

historical control incidence is taken into account. For example, three of the seven negative

results for known/suspected carcinogens associated with the RasH2 model (cyclosporin A,

melphalan, and 1,4-dioxane) produced tumor effects that were considered equivocal. Had it been

possible to consider these tumor responses in the context of a large historical control database,

certain of these borderline cases might have been regarded as biologically significant, thereby

reducing the number of incorrect findings.


**Improve understanding of chemical outcomes** _ One problem in our analysis was in

identifying a rational basis to explain discordant results. For example, the most significant

shortcoming of a combined (transgenic plus rat bioassay) strategy was not the negative results

for known carcinogens, but rather the apparent number of positive chemicals in the rat bioassay

that are not listed as known or reasonably anticipated to be human carcinogens (*e.g.,* the 10 of

the 59 chemicals for Strategy 11; Table 6). How might this be improved? First, it might be

possible to design additional studies to investigate whether or not these are truly noncarcinogenic

chemicals. As discussed above, the targeted response in our investigation is imperfect, as it

represents a scientific judgment by IARC and/or the NTP ROC regarding potential

carcinogenicity based on available data. In many cases, the existing data are insufficient for a

definitive decision to be made. Additional research could reduce the number of positive results

for supposed noncarcinogens simply by revealing that certain of these chemicals are in fact

carcinogens. Other options that might be considered to reduce this type of error include a rat

transgenic model (if done in a manner that did not yield negative results for known carcinogens)

or improvements in the design of the rat bioassay itself.

**Development of chemical database to validate transgenics** _ The data set summarized in

Tables 1-3 may provide an important resource if appropriate statistical considerations could be

developed to allow selection of an informative subset of chemicals for evaluation of new models

and/or modification of current protocols. Such a set of chemicals that represents a spectrum of

mechanisms or modes of action consistent with human carcinogenesis would not only be

valuable in the context of the models discussed above, but would lend themselves to the

evaluation and validation of any new model, transgenic or otherwise.


**Development of Models** The current analysis examined the Trp53+/-, Tg.AC, and RasH2

transgenic models because these models had the most complete data sets available. Other

models are also under evaluation at the NIEHS/NTP (p16*Ink4a* and p19*Arf* deficient mice) or

elsewhere (*XPA-Trp*53 deficient mice). A new generation of transgenic models is also currently

being developed (Berns 2001), such as one incorporating a point mutation in k-*Ras* (Johnson, et

al. 2001), or models subject to premature aging or having telomere dysfunction (Artandi and

DePinho 2000;Rudolph, et al. 2001). If the NTP incorporates transgenic models into routine

testing, it must necessarily include a strong research program aimed at developing the transgenic

models appropriate for chemical carcinogenesis investigation and identification of carcinogens of

the greatest presumptive risk to humans. As our analysis shows, the best strategy for testing may

be combining different transgenic models depending on their particular attributes and utility.

Thus, the NTP should actively develop such an arsenal of models. Likewise, site specific or

mechanism-specific models could be developed and used with great impact in both basic

research and carcinogen identification. The NTP could also develop or support research to

evaluate transgenic rats or in assessment of possible refinements in the 2-year rat bioassay.

## References Cited

Albert RE, French JE, Maronpot R, Spalding J, Tennant R.1996. Mechanism of skin tumorigenesis by contact sensitizers: the effect of the corticosteroid fluocinolone acetonide on inflammation and tumor induction by 2,4 dinitro-1-fluorobenzene in the skin of the TG.AC (v-Ha-ras) mouse. Environ Health Perspect 104:1062-1068.

Artandi SE, DePinho RA.2000. Mice without telomerase: what can they teach us about human cancer? Nat Med 6:852-855.

Ashby J, Tennant RW.1991. Definitive relationships among chemical structure, carcinogenicity and mutagenicity for 301 chemicals tested by the U.S. NTP. Mutat Res 257:229-306.

Battershill JM, Fielder RJ.1998. Mouse-specific carcinogens: an assessment of hazard and significance for validation of short-term carcinogenicity bioassays in transgenic mice. Hum Exp Toxicol 17:193-205.

Berns A.2001. Cancer. Improved mouse models. Nature 410:1043-1044.

Blanchard KT, Ball DJ, Holden HE, Furst SM, Stoltz JH, Stoll RE.1998. Dermal carcinogenicity in transgenic mice: relative responsiveness of male and female hemizygous and homozygous Tg.AC mice to 12-O-tetradecanoylphorbol 13-acetate (TPA) and benzene. Toxicol Pathol 26:541-547.

Blanchard KT, Barthel C, French JE, Holden HE, Moretz R, Pack FD, Tennant RW, Stoll RE.1999. Transponder-induced sarcoma in the heterozygous p53+/- mouse. Toxicol Pathol 27:519-527.

Bos JL.1989. ras oncogenes in human cancer: a review. Cancer Res 49:4682-4689.

Bucher JR.1998. Update on national toxicology program (NTP) assays with genetically altered or "transgenic" mice. Environ Health Perspect 106:619-621.

Campbell SL, Khosravi-Far R, Rossman KL, Clark GJ, Der CJ.1998. Increasing complexity of Ras signaling. Oncogene 17:1395-1413.

Cannon RE, Spalding JW, Trempus CS, Szczesniak CJ, Virgil KM, Humble MC, Tennant RW.1997. Kinetics of wound-induced v-Ha-ras transgene expression and papilloma development in transgenic Tg.AC mice. Mol Carcinog 20:108-114.

Carmichael NG, Debruyne EL, Bigot-Lasserre D.2000. The p53 heterozygous knockout mouse as a model for chemical carcinogenesis in vascular tissue. Environ Health Perspect 108:61-65.

Delker D, Yano B, Gollapudi B.1999. Transgene expresssion in the liver and kidney of Tg.AC mice following tissue injury. Toxicological Sciences 50:90-97.

Donehower LA, Harvey M, Slagle BL, McArthur MJ, Montgomery CAJ, Butel JS, Bradley A.1992. Mice deficient for p53 are developmentally normal but susceptible to spontaneous tumors. Nature 356:215-221.

Dunnick JK, Hardisty JF, Herbert RA, Seely JC, Furedi-Machacek EM, Foley JF, Lacks GD, Stasiewicz S, French JE.1997. Phenolphthalein induces thymic lymphomas accompanied by loss of the p53 wild type allele in heterozygous p53-deficient (+/-) mice. Toxicol Pathol 25:533-540.

Eastin WC, Haseman JK, Mahler JF, Bucher JR.1998. The National Toxicology Program evaluation of genetically altered mice as predictive models for identifying carcinogens. Toxicol Pathol 26:461-473.

Eastin WC, Mennear JH, Tennant RW, Stoll RE, Branstetter DG, Bucher JR, McCullough B, Binder RL, Spalding JW, Mahler JF.2001. Tg.AC Genetically Altered Mouse Assay Working Group Overview of Available Data. Toxicologic Pathology 29:60-80.

el-Deiry WS.1998. Regulation of p53 downstream genes. Semin Cancer Biol 8:345-357.

Finch GL, March TH, Hahn FF, Barr EB, Belinsky SA, Hoover MD, Lechner JF, Nikula KJ, Hobbs CH.1998. Carcinogenic responses of transgenic heterozygous p53 knockout mice to inhaled 239PuO2 or metallic beryllium. Toxicol Pathol 26:484-491.

French J. Inhalation exposure of p53 deficient and Tg.AC (v-Ha-ras) mice to chloroprene., 2001.

French JE, Lacks GD, Trempus C, Dunnick JK, Mahler J, Tice RR, Tennant RW.2001. Loss of heterozygosity frequency at the Trp53 locus in p53 heterozygous (+/-) mice is carcinogen and tissue dependent.  Carcinogenesis 21:101-108.

Germolic D, Spalding J, Boorman GA, Wilmer J, Yoshida K, Simenova P, Bruccoleri A, Kayama F, Gaido K, Tennant R, Burleson F, Dong W, Lang R, Luster M.1997. Arsenic can mediate skin neoplasia by chronic stimulation of keratinocyte-derived growth factors. Mutation Research 386:209-218.

Greenblatt MS, Bennett WP, Hollstein M, Harris CC.1994. Mutations in the p53 tumor suppressor gene: clues to cancer etiology and molecular pathogenesis. Cancer Res 54:4855-4878.

Griesemer RA, Cueto J, C. 1980.  Toward a classification scheme for degrees of experimental evidence for the carcinogenicity of chemicals for animals. In:  In Molecular And Cellular Aspects Of Carcinogen Screening Tests, vol IARC Sci. Publ. No. 27 (R. Montesano HB, L. Tomatis, ed). Lyon.

Gupta S, Plattner R, Der CJ, Stanbridge EJ.2000. Dissection of Ras-dependent signaling pathways controlling aggressive tumor growth of human fibrosarcoma cells: evidence for a potential novel pathway. Mol Cell Biol 20:9294-9306.

Harvey M, McArthur MJ, Montgomery CAJ, Butel JS, Bradley A, Donehower LA.1993. Spontaneous and carcinogen-induced tumorigenesis in p53-deficient mice. Nat. Genet. 5:225-229.

Haseman JK, Elwell MR.1996. Evaluation of false positive and false negative outcomes in NTP long-term rodent carcinogenicity studies. Risk Anal 16:813-820.

Hollstein M, Sidransky D, Vogelstein B, Harris CC.1991. p53 mutations in human cancers. Science 253:49-53.

Hruban RH, van Mansfeld AD, Offerhaus GJ, van Weering DH, Allison DC, Goodman SN, Kensler TW, Bose KK, Cameron JL, Bos JL.1993. K-ras oncogene activation in adenocarcinoma of the human pancreas. A study of 82 carcinomas using a combination of mutant-enriched polymerase chain reaction analysis and allele-specific oligonucleotide hybridization. Am J Pathol 143:545-554.

IARC Agent Page. City: IARC. Available: http://193.51.164.11/cgi/iHound/Chem/iH_Chem_Frames.html [5 May 2002].

Jiang W, Ananthaswamy HN, Muller HK, Kripke ML.1999. p53 protects against skin cancer induction by UV-B radiation. Oncogene 18:4247-4253.

Johnson L, Mercer K, Greenbaum D, Bronson RT, Crowley D, Tuveson DA, Jacks T.2001. Somatic activation of the K-ras oncogene causes early onset lung cancer in mice. Nature 410:1111-1116.

Karstadt M, Haseman JK.1997. Effect of discounting certain tumor types/sites on evaluations of carcinogenicity in laboratory animals. Am J Ind Med 31:485-494.

Katsuki M, Ando K, Saitoh A, Doi S, Kimura M, Takahashi R, Hasegawa T, Yokoyama M, Nomura T, Izawa M, et al.1991. Chemically induced tumors in transgenic mice carrying prototype human c-Ha-ras genes. Princess Takamatsu Symp 22:249-257.

Kemp CJ, Donehower LA, Bradley A, Balmain A.1993. Reduction of p53 gene dosage does not increase intitiation or promotion but enhances malignant progression of chemically induced skin tumors. Cell 74:813-822.

Kemp CJ, Wheldon T, Balmain A.1994. p53-deficient mice are extremely susceptible to radiation-induced tumorigenesis. Nature Genetics 8:66-69.

Knudson AG.1996. Hereditary cancer: two hits revisited. J Cancer Res Clin Oncol 122:135-140.

Knudson AG, Jr., Hethcote HW, Brown BW.1975. Mutation and childhood cancer: a probabilistic model for the incidence of retinoblastoma. Proc Natl Acad Sci U S A 72:5116-5120.

Koujitani T, Yasuhara K, Usui T, Nomura T, Onodera H, Takagi H, Hirose M, Mitsumori K.2000. Lack of susceptibility of transgenic mice carrying the human c-Ha-ras proto-

oncogene (rasH2 mice) to phenolphthalein in a 6-month carcinogenicity study. Cancer Lett 152:211-216.

Leder A, Kuo A, Cardiff RD, Sinn E, Leder P.1990. v-Ha-*ras* transgene abrogates the initiation step in mouse skin tumorigenesis: Effects of phorbol esters and retinoic acid. Proc. Natl. Acad. Sci. USA 87:9178-9182.

Maronpot RR, Mitsumori K, Mann P, Takaoka M, Yamamoto S, Usui T, Okamiya H, Nishikawa S, Nomura T.2000. Interlaboratory comparison of the CB6F1-Tg rasH2 rapid carcinogenicity testing model. Toxicology 146:149-159.

Marsella JM, Liu BL, Vaslet CA, Kane AB.1997. Susceptibility of p53-deficient mice to induction of mesothelioma by crocidolite asbestos fibers. Environ Health Perspect 105:1069-1072.

Martin K, Trempus C, Saulnier M, Kari F, Barrett J, French J.2001. N-acetyl-L-cysteine (NAC) reduces benzo[a]pyrene-induced tumor incidence overall but increases the fraction of malignant skin tumors in *Trp53* haploinsufficient Tg.AC (v-Ha-*ras*) mice. Carcinogenesis 22:1373-1378.

Maruyama C, Tomisawa M, Wakana S, Yamazaki H, Kijima H, Suemizu H, Ohnishi Y, Urano K, Hioki K, Usui T, Nakamura M, Tsuchida T, Mitsumori K, Nomura T, Tamaoki N, Ueyama Y.2001. Overexpression of human H-ras transgene is responsible for tumors induced by chemical carcinogens in mice. Oncol Rep 8:233-237.

McCormick DL, Ryan BM, Findlay JC, Gauger JR, Johnson TR, Morrissey RL, Boorman GA.1998. Exposure to 60 Hz magnetic fields and risk of lymphoma in PIM transgenic and TSG-p53 (p53 knockout) mice. Carcinogenesis 19:1649-1653.

Mitsumori K, Onodera H, Shimo T, Yasuhara K, Takagi H, Koujitani T, Hirose M, Maruyama C, Wakana S.2000. Rapid induction of uterine tumors with p53 point mutations in heterozygous p53-deficient CBA mice given a single intraperitoneal administration of N-ethyl-N-nitrosourea. Carcinogenesis 21:1039-1042.

Mori I, Yasuhara K, Hayashi SM, Nonoyama T, Nomura T, Mitsumori K.2000. Carcinogen dose-dependent variation in the transgene mutation spectrum in urethane-induced lung tumors in transgenic mice carrying the human prototype c-Ha-ras gene. Cancer Lett 153:199-209.

Nagao M.1999. A new approach to risk estimation of food-borne carcinogens--heterocyclic amines--based on molecular information. Mutat Res 431:3-12.

NCI/NTP. 1978a. Bioassay of 1,1,2-Trichloroethane for Possible Carcinogenicity (CAS No. 79-00-5) Technical TR-74. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP. 1978b. Bioassay of 1,4-Dioxane for Possible Carcinogenicity (CAS No. 123-91-1) Technical TR-80. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP.  1978c. Bioassay of 4,4'-Thiodianiline for Possible Carcinogenicity (CAS No. 139-65-1) Technical TR-47. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP.  1978d. Bioassay of Cupferron for Possible Carcinogenicity (CAS No. 135-20-6) Technical TR-100. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP.  1978e. Bioassay of p-Anisidine Hydrochloride for Possible Carcinogenicity (CAS No. 20265-97-8) Technical TR-116. Bethesda, MD: US DHHS/NIH/NCI.

NCI/NTP.  1978f. Bioassay of Thio-TEPA for Possible Carcinogenicity (CAS No. 52-24-4) Technical TR-58. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP.  1978g. Bioassays of Dieldrin for Possible Carcinogenicity(CAS No. 60-57-1) Technical TR-21 and 22.

NCI/NTP.  1979a. Bioassay of 2,4-Diaminotoluene for Possible Carcinogenicity (CAS No. 95-80-7) Technical TR-162. Bethesda, MD: US DHHS/NCI/NIH.

NCI/NTP.  1979b. Bioassay of 4-Nitro-o-phenylenediamine for Possible Carcinogenicity (CAS No. 99-56-9) Technical TR-180. Bethesda, MD: US DHHS/NIH/NCI.

NCI/NTP.  1979c. Bioassay of 6-Nitrobenzimidazole for Possible Carcinogenicity (CAS No. 94-52-0) Technical TR-117. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP.  1979d. Bioassay of Procarbazine for Possible Carcinogenicity (CAS No. 366-70-1) Technical TR-19. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP.  1979e. Bioassay of Sulfisoxazole for Possible Carcinogenicity (CAS No. 127-69-5) Technical TR-138. Bethesda, MD: DHHS/NIH/NCI.

NCI/NTP.  1980. Bioassay of Phenol for Possible Carcinogenicity (CAS No.108-95-2) Technical TR-203. Bethesda, MD: DHHS/NIH/NCI. NCI/NTP. 1982a. Bioassay of Reserpine for Possible Carcinogenicity (CAS No. 50-55-5) Technical TR-193. Bethesda, MD: US DHHS/NIH/NCI/NTP.

NCI/NTP.  1982b. Carcinogenesis Bioassay of 2,3,7,8-Tetrachlorodibenzo-p-dioxin (CAS No. 1746-01-6) in Osborne-Mendel Rats and B6C3F1 Mice (Gavage Study) Technical TR-209: US DHHS/National Cancer Institute/National Toxicology Program.

NCI/NTP.  1982c. Carcinogenesis Bioassay of D-Mannitol (CAS No. 69-65-8) in F344/N Rats and B6C3F1 Mice (Feed Study) Technical TR-236. Research Triangle Park, NC 27709:  US DHHS/NIH/NIEHS.

NCI/NTP.  19778. Bioassay of 5-Nitro-o-toluidine for Possible Carcinogenicity (CAS No. 99-55-8) Technical TR-107. Bethesda, MD: DHHS/NIH/NCI.

NTP.  1982. Carcinogenesis Bioassay of Di(2-ethylhexyl)phthalate (CAS No. 117-81-7) in F344 Rats and B6C3F1 Mice (Feed Studies) Technical TR-217. Research Triangle Park, NC 27709:  US DHHS/NIH/NIEHS.

NTP. 1985a. Toxicology and Carcinogenesis Studies of 2-Chloroethanol (Ethylene Chlorohydrin) (CAS No. 107-07-3) in F344/N Rats and Swiss CD-1 Mice (Dermal Studies) Technical TR-275. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS.

NTP. 1985b. Toxicology and Carcinogenesis Studies of 8-Hydroxyquinoline (CAS No. 148-24-3) in F344/N Rats and B6C3F1 Mice (Feed Studies) Technical TR-276. Research Triangle Park, NC: US DHHS/NIH/NIEHS.

NTP. 1986a. Carcinogenesis Studies of Ethyl Acrylate (CAS No. 140-88-5) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-259. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1986b. Toxicology and Carcinogenesis Studies of Dimethylvinyl Chloride (1-Chloro-2-Methylpropene) (CAS No. 513-37-1) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-316. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS.

NTP. 1986c. Toxicology and Carcinogenesis Studies of Xylenes (Mixed) (60% m-Xylene, 14% p-Xylene, 9% o-Xylene, and 17% Ethylbenzene) (CAS No. 1330-20-7) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-327. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS.

NTP. 1987. Toxicology and Carcinogenesis Studies of Ampicillin Trihydrate (CAS No. 7177-48-2) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-318. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1988a. Toxicology and Carcinogenesis Studies of Crocidolite Asbestos (CAS No. 12001-28-4) In F344/N Rats (Feed Studies) Technical TR-280. Research Triangle Park, NC 27709: US DHHS/National Toxicology Program.

NTP. 1988b. Toxicology and Carcinogenesis Studies of Rotenone (CAS No. 83-79-4) in F344/N Rats and B6C3F1 Mice (Feed Studies) Technical TR-320. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1989a. Toxicology and Carcinogenesis Studies of 4-Vinyl-1-cyclohexene Diepoxide (CAS No. 106-87-6) in F344/N Rats and B6C3F1 Mice (Dermal Studies) Technical TR-362. Research Triangle Park, NC 27709: US DHHS/NIEHS/NIH.

NTP. 1989b. Toxicology and Carcinogenesis Studies of N-Methylolacrylamide (CAS No. 924-42-5) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-352. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1990a. Toxicology and Carcinogenesis Studies of d-Limonene (CAS No. 5989-27-5) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-347. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1990b. Toxicology and Carcinogenesis Studies of Furfural (CAS No. 98-01-1) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-382. Research Triangle Park, NC 27709: DHHS/NIH/NCI.

NTP. 1990c. Toxicology and Carcinogenesis Studies of Glycidol (CAS No. 556-52-5) In F344/N Rats and B6C3F1 Mice (Gavage Studies Technical TR-374. Research Triangle Park, NC 27709: US DHHS/NIEHS/NIH.

NTP. 1990d. Toxicology and Carcinogenesis Studies of Mirex (1,1a,2,2,3,3a,4,5,5,5a,5b,6-Dodecachlorooctahydro-1,3,4- metheno-1H-cyclouta[cd]pentalene) (CAS No. 2385-85-5) in F344/N Rats (Feed Studies) Technical TR-313. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS.

NTP. 1992a. Toxicology and Carcinogenesis Studies of Ethylene Thiourea (CAS: 96-45-7) in F344 Rats and B6C3F1 Mice (Feed Studies) Technical TR-388. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS.

NTP. 1992b. Toxicology and Carcinogenesis Studies of Resorcinol (CAS No. 108-46-3) in F344 Rats and B6C3F1 Mice (Gavage Studies) Technical TR-403. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1994. Toxicology and Carcinogenesis Studies of o-Benzyl-p-Chlorophenol (CAS No. 120-32-1) in F344/N Rats and B6C3F1 Mice (Gavage Studies) Technical TR-424. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS. NTP. 1995a. Toxicology and Carcinogenesis Studies of Methylphenidate Hydrochloride (CAS No. 298-59-9) in F344/N Rats and B6C3F1 Mice (Feed Studies) Technical TR-439. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1995b. Toxicology and Carcinogenesis Studies of Benzethonium Chloride (CAS No. 121-54-0) in F344/N Rats and B6C3F1 Mice (Dermal Studies) Technical TR-438. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS.

NTP. 1995c. Toxicology and carcinogenesis studies of phenolphthalein in F344/N rats and B6C3F1 mice Technical NTP Tech. Rep. Series No. 4xx. Research Triangle Park, NC 27709: US Department of Health and Human Services.

NTP. 1996. Comparative Initiation/Promotion Skin Paint Studies of B6C3F1 Mice, Swiss (CD-1®) Mice, and SENCAR Mice Technical TR-441. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1998a. Toxicology and Carcinogenesis Studies of 1-Chloro-2-propanol (Technical Grade) (CAS NO. 127-00-4) in F344/N Rats and B6C3F1 Mice (Drinking Water Studies Technical TR-477. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1998b. Toxicology and Carcinogenesis Studies of Chloroprene (CAS No. 126-99-8) in F344/N Rats and B6C3F1 Mice (Inhalation Studies) Technical TR-467. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP. 1999a. Toxicology and Carcinogenesis Studies of FurfurylAlcohol (CAS No. 98-00-0) in F344/N Rats and B6C3F1 Mice (Inhalation Studies) Technical TR-482. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP.  1999b. Toxicology and Carcinogenesis Studies of Lauric Acid Diethanolamine Condensate (CAS NO. 120-40-1) in F344/N Rats and B6C3F1 Mice (Dermal Studies) Technical TR-480. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP.  1999c. Toxicology and Carcinogenesis Studies of Magnetic Field Promotion (DMBA Initiation) in Female Sprague-Dawley Rats (Whole-body Exposure/Gavage Studies) Technical TR-489. Research Triangle Park, NC 27709: DHHS/NIH/NCI.

NTP.  1999d. Toxicology and Carcinogenesis Studies of Oleic Acid Diethanolamine Condensate (CAS No. 93-83-4) in F344/N Rats and B6C3F1 Mice (Dermal Studies) Technical TR-481. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP.  1999e. Toxicology and Carcinogenesis Studies of Oxymetholone (CAS NO. 434-07-1) in F344/N Rats and Toxicology Studies of Oxymetholone in B6C3F1 Mice (Gavage Studies) Technical TR-485. Research Triangle Park, NC 27709.

NTP.  1999f. Toxicology and Carcinogenesis Studies of Pentachlorophenol (CAS NO. 87-86-5) in F344/N Rats (Feed Studies) Technical TR-483. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP.  1999g. Toxicology and Carcinogenesis Studies of Triethanolamine (CAS No. 102-71-6) in F344 Rats and B6C3F1 Mice (Dermal Studies) Technical TR-449. Research Triangle Park, NC 27709: DHHS/NIH/NIEHS.

NTP.  1999h. Toxicology and Carcinogenesis Studies of Diethanolamine (CAS No. 111-42-2) in F344/N Rats and B6C3F1 Mice (Dermal Studies) Technical TR-478. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP.  2000. Toxicology and Carcinogenesis Studies of Pyridine (CAS No. 110-86-1) in F344/N Rats, Wistar Rats, and B6C3F1 Mice (Drinking Water Studies) Technical TR-470. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.

NTP.  2001. Toxicology and Carcinogenesis Studies of Coconut Oil Acid Diethanolamine Condensate (CAS No. 68603-42-9) in F344/N Rats And B6C3F1 Mice (Dermal Studies) Technical TR-479. Research Triangle Park, NC 27709: US DHHS/NIH/NIEHS.Search. City: National Toxicology Program. Available: http://ntp-server.niehs.nih.gov/ [5 May 2002].

NTP U.  1979. Bioassay of p-cresidine for possible carcinogenicity Technical NCI Carcinogenesis Tech. Rep. Ser. No. 142: US Department of Health, Education and Welfare.

NTP  1986d. Toxicology and carcinogenesis studies of benzene in F344/N rats and B6C3F1 mice Technical NTP Tech. Rep. Series No. 289. Research Triangle Park, NC 27709: US Department of Health and Human Services.

Nylander-French LA, French JE.1998. Tripropylene glycol diacrylate but not ethyl acrylate induces skin tumors in a twenty-week short-term tumorigenesis study in Tg.AC (v-Ha-ras) mice. Toxicol Pathol 26:476-483.

Ozaki K, Sukata T, Yamamoto S, Uwagawa S, Seki T, Kawasaki H, Yoshitake A, Wanibuchi H, Koide A, Mori Y, Fukushima S.1998. High susceptibility of p53(+/-) knockout mice in N-butyl-N-(4-hydroxybutyl)nitrosamine urinary bladder carcinogenesis and lack of frequent mutation in residual allele. Cancer Res 58:3806-3811.

Popp JA.2001. Criteria for the Evaluation of Studies in Transgenic Models. Toxicologic Pathology 29 (Supplement):20-23.

Prives C, Hall PA.1999. The p53 pathway. J Pathol 187:112-126.

Pruitt K, Der CJ.2001. Ras and Rho regulation of the cell cycle and oncogenesis. Cancer Lett 171:1-10.

Robinson DE, MacDonald JS.2001. Background and Framework for ILSI's Collaborative Evaluation Program on Alternative Models for Carcinogenicity Assessment. Toxicologic Pathology 29 (Supplement):13-19.

Rudolph KL, Millard M, Bosenberg MW, DePinho RA.2001. Telomere dysfunction and evolution of intestinal carcinoma in mice and humans. Nat Genet 28:155-159.

Sagartz JE, Curtiss SW, Bunch RT, Davila JC, Morris DL, Alden CL.1998. Phenobarbital does not promote hepatic tumorigenesis in a twenty-six-week bioassay in p53 heterozygous mice. Toxicol Pathol 26:492-500.

Saitoh A, Kimura M, Takahashi R, Yokoyama M, Nomura T, Izawa M, Sekiya T, Nishimura S, Katsuki M.1990. Most tumors in transgenic mice with human c-Ha-ras gene contained somatically activated transgenes. Oncogene 5:1195-1200.

Shelby MD.1988. The genetic toxicity of human carcinogens and its implications. Mutation Research 204:3-15.

Spalding JW, French JE, Stasiewicz S, Furedi-Machacek M, Conner F, Tice RR, Tennant RW.2000. Responses of transgenic mouse lines p53(+/-) and Tg.AC to agents tested in conventional carcinogenicity bioassays. Toxicol Sci 53:213-223.

Spalding JW, French JE, Tice RR, Furedi-Machacek M, Haseman JK, Tennant RW.1999. Development of a transgenic mouse model for carcinogenesis bioassays: evaluation of chemically induced skin tumors in Tg.AC mice. Toxicol Sci 49:241-254.

Spalding JW, Momma J, Elwell MR, Tennant RW.1993. Chemical induced skin carcinogenesis in a transgenic mouse line (TG•AC) carrying a v-Ha-ras gene. Carcinogenesis 14:1335-1341.

Stoll RE, Holden HE, Barthel CH, Blanchard KT.1999. Oxymetholone: III. Evaluation in the p53+/- transgenic mouse model [comment] [see comments]. Toxicol Pathol 27:513-518.

Storer R, French J, Haseman J, Hajian G, LeGrand E, Long G, Mixson L, Ochoa R, Sagartz J, Soper K.2001. p53+/- Hemizygous Knockout Mouse: Overview of Available Data. Toxicol Pathol 29:30-50.

Suemizu H, Muguruma K, Maruyama C, Tomisawa M, Kimura M, Hioki K, Shimozawa N, Ohnishi Y, Tamaoki N, Nomura T.2002. Transgene stability and features of rasH2 mice as an animal model for short-term carcinogenicity testing. Mol Carcinog 34:1-9.

Tennant RW.1993. Stratification of rodent carcinogenicity bioassay results to reflect relative human hazard. Mutat Res 286:111-118.

Tennant RW, French JE, Spalding JW.1995. Identifying chemical carcinogens and assessing potential risk in short-term bioassays using transgenic mouse models. Environ Health Perspect 103:942-950.

Tennant RW, Stasiewicz S, Mennear J, French JE, Spalding JW.1999. Genetically altered mouse models for identifying carcinogens. IARC Sci Publ:123-150.

Tice RR, Nylander-French LA, French JE.1997. Absence of systemic in vivo genotoxicity after dermal exposure to ethyl acrylate and tripropylene glycol diacrylate in Tg.AC (v-Ha-ras) mice. Environ Mol Mutagen 29:240-249.

Trempus CS, Mahler JF, Ananthaswamy HN, Loughlin SM, French JE, Tennant RW.1998. Photocarcinogenesis and susceptibility to UV radiation in the v-Ha-ras transgenic Tg.AC mouse. J Invest Dermatol 111:445-451.

Umemura T, Kodama Y, Hioki K, Inoue T, Nomura T, Kurokawa Y.1999. Susceptibility to urethane carcinogenesis of transgenic mice carrying a human prototype c-Ha-ras gene (rasH2 mice) and its modification by butylhydroxytoluene. Cancer Lett 145:101-106.

Usui T, Mutai M, Hisada S, Takoaka M, Soper KA, McCullough B, Alden C.2001. CB6F1-rasH2 Mouse: Overview of Available Data. Toxicologic Pathology 29:90-108.

Venkatachalam S, Shi YP, Jones SN, Vogel H, Bradley A, Pinkel D, Donehower LA.1998. Retention of wild-type p53 in tumors from p53 heterozygous mice: reduction of p53 dosage can promote cancer formation. Embo J 17:4657-4667.

Vogelstein B, Civin CI, Preisinger AC, Krischer JP, Steuber P, Ravindranath Y, Weinstein H, Elfferich P, Bos J.1990. RAS gene mutations in childhood acute myeloid leukemia: a Pediatric Oncology Group study. Genes Chromosomes Cancer 2:159-162.

W Lijinsky MR, BN Blackwell,.1080. Liver Tumors Induced in Rats by Oral Administration of the Antihistaminic Methapyrilene Hydrochloride. Science 209:817-819.

Weinberg RA. 1991a. Oncogenes, Tumor Suppressor Genes, and Cell Transformation: Trying to put it all together. In: Origins of Human Cancer (Brugge J, Curran T, Harlow E, McCormick F, eds). Cold Spring Harbor:Cold Spring Harbor Laboratory Press; 1-16.

Weinberg RA.1991b. Tumor suppressor genes. Science 254:1138-1146.

Weisburger E.1977. Bioassay Program for Carcinogenic Hazards of Cancer Chemotherapeutic Agents. Cancer 40:1935-1949.

Yamamoto M, Tsukamoto T, Sakai H, Shirai N, Ohgaki H, Furihata C, Donehower LA, Yoshida K, Tatematsu M.2000. p53 knockout mice (-/-) are more susceptible than (+/-) or (+/+) mice to N-methyl-N-nitrosourea stomach carcinogenesis [In Process Citation]. Carcinogenesis 21:1891-1897.

Yamamoto S, Mitsumori K, Kodama Y, Matsunuma N, Manabe S, Okamiya H, Suzuki H, Fukuda T, Sakamaki Y, Sunaga M, Nomura G, Hioki K, Wakana S, Nomura T, Hayashi Y.1996. Rapid induction of more malignant tumors by various genotoxic carcinogens in transgenic mice harboring a human prototype c-Ha-ras gene than in control non-transgenic mice. Carcinogenesis 17:2455-2461.

Yamamoto S, Urano K, Koizumi H, Wakana S, Hioki K, Mitsumori K, Kurokawa Y, Hayashi Y, Nomura T.1998a. Validation of transgenic mice carrying the human prototype c-Ha-ras gene as a bioassay model for rapid carcinogenicity testing. Environ Health Perspect 106 Suppl 1:57-69.

Yamamoto S, Urano K, Nomura T.1998b. Validation of transgenic mice harboring the human prototype c-Ha-ras gene as a bioassay model for rapid carcinogenicity testing. Toxicol Lett 102-103:473-478.

Yunis JJ, Boot AJ, Mayer MG, Bos JL.1989. Mechanisms of ras mutation in myelodysplastic syndrome. Oncogene 4:609-614.

Table 1. Comparison of results from 14 known human carcinogens[1] tested in rodent NCI/NTP cancer bioassays, Salmonella (Sal) and/or in vivo micronuclei (Mn) genotoxicity assays and/or 3 transgenic mouse cancer bioassays. Individual results were found in the cited references in parenthesis or at the IARC(IARC 2002) or the US NTP database(NTP 2002). NCI/NTP peer-reviewed conclusions are reported for male rat, female rat, male mouse; or female mouse, respectively. Results from transgenic models are presented as the summary conclusion for each route of exposure using one or both sexes of the strain used.

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| Benzene | 71-43-2 | 1 | Known | +;+;+;+ g(NTP 1986d) | -;+ | + g;+ g (French, et al. 2001;Storer, et al. 2001) | +;d;+ g (Blanchard, et al. 1998;Spalding, et al. 1999) | + g (Yamamoto, et al. 1998b) |
| Cyclophosphamide | 6055-19-2 | 1 | Known | +;+;+;+ip (Weisburger 1977) | +;+ | + g (Storer, et al. 2001) | ±d; +g (Eastin, et al. 2001) | ± g;+ g; + g (Usui, et al. 2001;Yamamoto, et al. 1998b) |
| Melphalan | 148-82-3 | 1 | Known | +;+;+;+ ip (Weisburger 1977) | +;+ | + ip;+ ip (Eastin, et al. 1998;Storer, et al. 2001) | ±d; +g (Eastin, et al. 1998;Eastin, et al. 2001) | ± ip(Yamamoto, et al. 1998b) |
| Cyclosporin A | 79217-60-0 | 1 | Known | nt | -;- | - g;+ f;+f(Eastin, et al. 1998;Storer, et al. 2001) | +d; ± f (Eastin, et al. 1998;Eastin, et al. 2001) | ± g(Maronpot, et al. 2000;Usui, et al. 2001;Yamamoto, et al. 1998a) |
| Diethylstilbestrol | 56-53-1 | 1 | Known | nt | -;nt | - sc, ;+ f(Eastin, et al. 1998;Storer, et al. 2001) | +d; -g (Eastin, et al. 1998;Eastin, et al. 2001) | + f (Usui, et al. 2001) |
| Estradiol, 17- | 50-28-2 | 1 | Reasonable | nt | -;- | ± g; - g (Storer, et al. 2001) | +d;-g[2] (Eastin, et al. 2001) | - g (Usui, et al. 2001) |
| TCDD[3] | 1746-01-6 | 1 | Known | +;+;+;+ f (NCI/NTP 1982b) | -;nt | - g (Eastin, et al. 1998) | + d (Eastin, et al. 1998) | nt |
| UVR (312-450 nM) | NA | 1 | Known | nt | +;+ | + d (Jiang, et al. 1999) | + d (Trempus, et al. 1998) | nt |
| Asbestos fibers | 1332-21-4 | 1 | Known | -;-;nt;nt d (NTP 1988a) | nt;- | + ip (Marsella, et al. 1997) | nt | nt |

[1] As identified by the International Agency for Research on Cancer (IARC) and/or the NTP 9th Report on Carcinogens, revised January 2001.
2 Both dermal and gavage studies in the Tg.AC mice employed ethynyl estradiol (CAS No. 57-63-6), a synthetic form of estradiol, 17 .
3 2,3,7,8-Tetrachlorodibenzo-para-dioxin

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| Beryllium | 7440-41-7 | 1 | Known | nt | -;- | + i (Finch, et al. 1998) | nt | nt |
| Plutonium[239] | NA | 1 | Known | nt | +;+ | + i (Finch, et al. 1998) | nt | nt |
| Cobalt[60](LET) | NA | 1 | Known | nt | -;+ | + wb (Kemp, et al. 1994) | nt | nt |
| Sodium arsenate | 7784-46-5 | 1 | Known | nt | nt;nt | nt | -d (Germolic, et al. 1997) | nt |
| Thiotepa | 52-24-4 | 1 | Known | +;+;+;+ g (NCI/NTP 1978) | +;nt | nt | nt | + ip (Yamamoto, et al. 1998b) |

Table 2.    Comparison of results from 32 suspected human carcinogens[1] tested in rodent NCI/NTP cancer bioassays, Salmonella and/or 3 transgenic mouse bioassays. Individual results are found in the cited references or in the IARC(IARC 2002) or in the US NTP database(NTP 2002). NCI/NTP Peer-reviewed conclusions are reported for male F344 rat, female F344 rat, male B6C3F1 mouse; or female B6C3F1 mouse, respectively. Results from transgenic models are presented as the summary conclusion for each route of exposure using one or both sexes.

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53-/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| p-Cresidine | 120-71-8 | 2B | Reasonable | +;+;+;+ f (NTP 1979) | +;- | +; +; g (Storer, et al. 2001;Tennant, et al. 1995) | + d (Tennant, et al. 1999) | + f (Yamamoto, et al. 1998b) |
| Glycidol | 556-52-5 | 2A | Reasonable | +;+;+;+ g (NTP 1990c) | +;+ | - g (Tennant, et al. 1999) | - d; - g (Tennant, et al. 1999) | + g (Usui, et al. 2001) |
| Phenolphthalein | 77-09-8 | 2B | Reasonable | +;+;+;+ f (NTP 1995c) | -;+ | + f;+ f (Dunnick, et al. 1997) | nt | - f (Koujitani, et al. 2000) |
| 4-Vinyl-1-cyclohexene diepoxide | 106-87-6 | 2B | Reasonable | +;+;+;+ d (NTP 1989a) | +;+ | + d (Tennant, et al. 1995) | - d (Tennant, et al. 1999) | + d (Yamamoto, et al. 1998b) |
| 2,4-Diaminotoluene | 95-80-7 | 2B | Reasonable | +;+;-;+ f (NCI/NTP 1979a) | +;- | ± f (Eastin, et al. 1998) | + d (Eastin, et al. 1998) | nt |
| Chloroprene | 126-99-8 | 2B | Reasonable | +;+;+;+ I (NTP 1998b) | -;- | - i (French 2001) | - i (French 2001) | nt |
| Pentachlorophenol | 87-86-5 | 2B | Not Listed | +[2];-;+;+ f (NTP 1999f) | -;- | - f (Spalding, et al. 2000) | + d (Spalding, et al. 2000) | nt |
| Phenacetin | 62-44-2 | 2A | Reasonable | nt | -;nt | - f; - g (Storer, et al. 2001) | -d; -f (Eastin, et al. 2001) | + f (Yamamoto, et al. 1998b) |
| Phenobarbital | 50-06-6 | 2B | Not Listed | nt | wk+;nt | -;+; f (Sagartz, et al. 1998;Storer, et al. 2001) | ia d; ia g; ia f (Eastin, et al. 2001) | - g (Usui, et al. 2001) |
| Chloroform | 67-66-3 | 2B | Reasonable | +;-;+;+ w (Griesemer and Cueto 1980) | -;+ | ± g (Storer, et al. 2001) | - g (Delker, et al. 1999) | - g (Usui, et al. 2001) |

[1] "Probable" (2A) or "possible" (2B) human or "reasonably anticipated" to be a human carcinogen as identified by the International Agency for Research on Cancer (IARC) and/or NTP Report on Carcinogens (9th NTP ROC, revised January 2001), respectively.

[2] Positive in 1000 ppm 1 year exposure stop study but not with 2 year exposure to technical grade pentachlorophenol (technical grade, TR349; purified, TR483)

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| Benzo[a]pyrene | 50-32-8 | 2A | Reasonable | nt | +;nt | + d,g (Martin, et al. 2001) | + d (Martin, et al. 2001) | nt |
| Dimethylnitrosamine | 62-75-9 | 2A | Not Listed | nt | +;nt | + w (Harvey, et al. 1993) | nt | nt |
| 7,12-Dimethylbenzanthracene[3] | 57-97-6 | NE | Not Listed | nt;nt;+; d, i;-p (NTP 1996) | +;+ | + d (Kemp, et al. 1993) | + d (Spalding, et al. 1993) | nt |
| N-ethyl-N-nitrosourea | 759-73-9 | 2A | Not Listed | nt | +;+ | + ip (Mitsumori, et al. 2000) | nt | + ip (Yamamoto, et al. 1998b) |
| 2-Amino-3-methylimidazo[4,5-f]quinoline | 76180-96-6 | 2A | Not Listed | nt | +;+ | + g (Nagao 1999) | nt | nt |
| N-Butyl-N-(4-hydroxybutyl) nitrosamine (BBN) | 64091-91-4 | 2B | Not Listed | nt | nt;- | + w (Ozaki, et al. 1998) | nt | nt |
| N-methyl-N-nitrosourea | 684-93-5 | 2A | Not Listed | nt | nt;+ | +ip (Yamamoto, et al. 2000) | nt | + ip (Yamamoto, et al. 1998b) |
| Urethane | 51-79-6 5 | 2B | Reasonable | nt | +;+ | + ip (Carmichael, et al. 2000) | +d (Spalding, et al. 1993) | + ip (Mori, et al. 2000;Umemura, et al. 1999) |
| Oxymetholone | 434-07-1 | 2A | Reasonable | ±;+;nt;nt (NTP 1999e) | -;- | - g (Stoll, et al. 1999) | + d (Stoll, et al. 1999) | nt |
| 1, 2-Dimethylhydrazine | 540-73-8 | 2A | Not listed | nt | -[4];nt | nt | nt | + d (Yamamoto, et al. 1998b) |
| 1,4-Dioxane | 123-91-1 | 2B | Reasonable | +;+;+;+ w (NCI/NTP 1978b) | -;+ | nt | nt | ± w (Yamamoto, et al. 1998b) |
| Ethylene thiourea | 96-45-7 | 2B | Reasonable | +;+;+;+ f (NTP 1992a) | -;nt | nt | nt | +f (Yamamoto, et al. 1998b) |
| Methylazoxymethanol acetate | 592-62-1 | 2B | Not listed | nt | -;nt | nt | nt | + sc (Yamamoto, et al. 1998b) |

[3] Reasonably anticipated to be a human carcinogen based on its use a prototypical mutagenic carcinogen used in initiation-promotion and complete carcinogenicity studies.

[4] 1,2-dimethylhydrazine dihydrochloride (CAS No. 306-37-6) tested in Salmonella mutagenicity assay.

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| Procarbazine | 366-70-1 | 2A | Reasonable | +;+;+ ip (NCI/NTP 1979d) | +;+ | nt | nt | +ip (Yamamoto, et al. 1998b) |
| 4,4'-Thiodianiline | 139-65-1 | 2B | Not listed | +;+;+ f (NCI/NTP 1978c) | +;nt | nt | nt | +f (Yamamoto, et al. 1998b) |
| MNNG | 70-25-7 | 2A | Reasonable | +;+;+ d ip (NTP 1996) | +;nt | nt | nt | + g (Yamamoto, et al. 1998b) |
| Cupferron | 135-20-6 | 2A | Reasonable | +;+;+ f (NCI/NTP 1978d) | +;nt | nt | nt | + f (Yamamoto, et al. 1998b) |
| N-nitrosodiethylamine | 55-18-5 | 2A | Reasonable | nt | +;nt | nt | nt | +ip (Yamamoto, et al. 1998b) |
| Dimethylvinylchloride | 513-37-1 | 2B | Not listed | +;+;+;+ g (NTP 1986b) | +;+ | nt | + d (Stoll, et al. 1999) | nt |
| 4-Nitroquinoline N-oxide[5] | 56-57-5 | NE | Not listed | nt | +;nt | nt | nt | +sc (Yamamoto, et al. 1998b) |
| 4-Hydroxyaminoquinoline-1-oxide[5] | 4637-56-3 | NE | Not listed | nt | +;nt | nt | nt | + ip (Yamamoto, et al. 1998b) |
| Mirex | 2385-85-5 | 2B | Reasonable | +;+;nt;nt f (NTP 1990d) | -;nt | nt | +d (Stoll, et al. 1999) | nt |

---

[5] Reasonably anticipated to be a human carcinogen based upon its use as a prototypical mutagenic carcinogen for mechanistic investigation of chemical carcinogenesis.

Table 3. Comparison of results from 52 suspected human carcinogens[1] tested in rodent NCI/NTP cancer bioassays, Salmonella and/or in vivo micronuclei genotoxicity assays and/or 3 transgenic mouse bioassays. Individual results are found in the cited references in parenthesis or in the IARC(IARC 2002) or in the US NTP database(NTP 2002). NCI/NTP Peer-reviewed conclusions are reported for male F344 rat, female F344 rat, male B6C3F1 mouse; or female B6C3F1 mouse, respectively. Results from transgenic models are presented as the summary conclusion for each route of exposure using one or both sexes.; w, water (routes of exposure); nt, not tested or no published record.

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| p-Anisidine | 90-04-0 | 3 | Not Listed | ±;-;-;- f₂ (NCI/NTP 1978e) | +;- | - f (Tennant, et al. 1995) | - d (Tennant, et al. 1995) | - g (Marompot, et al. 2000) |
| 1-Chloro-2-propanol | 127-00-4 | NE | Not Listed | -;-;-;- w (NTP 1998a) | +;nt | - g (Tennant, et al. 1999) | - d (Tennant, et al. 1999) | nt |
| 2,6-Diaminotoluene | 820-40-5 | NE | Not Listed | -;-;-;- f (Battershill and Fielder 1998) | +;- | - f (Eastin, et al. 1998) | - d(Eastin, et al. 1998) | nt |
| 8-Hydroxyquinoline | 148-24-3 | 3 | Not Listed | -;-;- f (NTP 1985b) | +;- | - f(Eastin, et al. 1998) | - d (Eastin, et al. 1998) | nt |
| Coconut oil diethanolamine | 68603-42-9 | NE | Not Listed | -; ±;+;+ d (NTP 2001) | -;+ | - d (Spalding, et al. 2000) | - d (Spalding, et al. 2000) | nt |
| Diethanolamine | 111-42-2 | 3 | Not Listed | -;-;+;+ d (NTP 1999h) | -;- | nt | - d (Spalding, et al. 2000) | nt |
| Ethyl Acrylate | 140-88-5 | 2B | Delisted | +;+;+;+ g (NTP 1986a) | -;- | nt | - d (Nylander-French and French 1998;Tice, et al. 1997) | + g (Yamamoto, et al. 1998b) |
| Furfuryl alcohol | 98-00-0 | NE | Not Listed | +; ±;+;- i (NTP 1999a) | -;- | nt | - d (Spalding, et al. 2000) | nt |
| Lauric acid diethanolamine | 120-40-1 | NE | Not Listed | -;-;-;- d (NTP 1999b) | -;- | -f (Spalding, et al. 2000) | + d (Spalding, et al. 2000) | nt |
| N-methyloacrylamide | 924-42-5 | 3 | Not Listed | -;-;+;+ g (NTP 1989b) | -;- | -g (Tennant, et al. 1995) | -d; - g (Eastin, et al. 1998) | nt |
| Methylphenidate | 298-59-9 | NE | Not Listed | -;-;-;- f (NTP 1995a) | -;nt | -f(Tennant, et al. 1999) | - d (Tennant, et al. 1999) | nt |
| Pyridine | 110-86-1 | 3 | Not Listed | +;±;+;+ w (NTP 2000) | -;- | -g (Spalding, et al. 2000) | - d (Spalding, et al. 2000) | nt |
| Reserpine | 50-55-5 | 3 | Reasonable | +;-;+ f(NCI/NTP 1982a) | -;- | -f (Tennant, et al. 1995) | -d;-g (Tennant, et al. 1995) | - f (24) |
| Rotenone | 83-79-4 | NE | Not Listed | ±;-;-;- f (NTP 1988b) | -;nt | - f (Eastin, et al. 1998) | + d;- g (Eastin, et al. 1998) | - g (Yamamoto, et al. 1998b) |

[1] "Probable" (2A) or "possible" (2B) human or "reasonably anticipated" to be a human carcinogen as identified by the International Agency for Research on Cancer (IARC) and/or NTP Report on Carcinogens (9th NTP ROC, revised January 2001), respectively.

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| Resorcinol | 108-46-3 | 3 | Not Listed | -;-;-;- g (NTP 1992b) | -;-+ | - g (Eastin, et al. 1998) | + d (Eastin, et al. 1998) | - g (Maronpot, et al. 2000) |
| Oleic acid diethanolamide | 93-83-4 | NE | Not Listed | -;-;-;- d (NTP 1999d) | -; nt | - d (Spalding, et al. 2000) | - d (Spalding, et al. 2000) | nt |
| Clofibrate | 637-07-0 | 3 | Not Listed | nt | -;- | - g;- g (Storer, et al. 2001) | +d (Eastin, et al. 2001) | ± g; + g (Usui, et al. 2001) |
| Dieldrin | 60-57-1 | 3 | Not Listed | -;-;+;- f (NCI/NTP 1978g) | -;nt | - f (Storer, et al. 2001) | nt | - f (Usui, et al. 2001) |
| Methapyrilene HCl | 135-23-9 | NE | Not Listed | +;+;nt;nt f (W Lijinsky 1080) | -;- | - g;-f (Storer, et al. 2001) | -d (Eastin, et al. 2001) | - g (Yamamoto, et al. 1996) |
| Haloperidol | 52-86-8 | NE | Not Listed | nt | nt;nt | - g (Storer, et al. 2001) | nt | - g (Usui, et al. 2001) |
| Chlorpromazine HCl | 69-09-0 | NE | Not Listed | nt | -;nt | - g;-g (Storer, et al. 2001) | nt | - g (Usui, et al. 2001) |
| Metaproterenol | 586-06-1 | NE | Not Listed | nt | nt;nt | -f;-f (Storer, et al. 2001) | nt | - f (24) |
| WY-14643 | 50892-23-4 | NE | Not Listed | nt | nt;nt | - f (Storer, et al. 2001) | -d; ±f (Eastin, et al. 2001) | nt |
| Di(2-ethylhexyl)phthalate | 117-81-7 | 3 | Reasonable | +;+;+;+ f (NTP 1982) | -;- | ±;-f (Eastin, et al. 2001) | -d; -f (Eastin, et al. 2001) | + (Usui, et al. 2001) |
| Sulfamethoxazole | 723-46-6 | 3 | Not Listed | nt | -;nt | - f (Storer, et al. 2001) | -d; -g (Eastin, et al. 2001) | -f (Usui, et al. 2001) |
| Sulfisoxazole | 127-69-5 | 3 | Not Listed | -;-;-;l f (NCI/NTP 1979e) | -;nt | - f (Storer, et al. 2001) | -d;-g (Eastin, et al. 2001) | -f (Usui, et al. 2001) |
| Ampicillin | 7177-48-2 | 3 | Not Listed | ±;-;- f (NTP 1987) | -;nt | - g (Storer, et al. 2001) | nt | -g (Usui, et al. 2001) |
| D-Mannitol | 69-65-8 | NE | Not Listed | -;-;-;- f (NCI/NTP 1982c) | -;- | -f (Storer, et al. 2001) | nt | - f (24) |
| 1,1,2-Trichloroethane | 79-00-5 | 3 | Not Listed | -;-;+;+ g (NCI/NTP 1978a) | -;- | nt | nt | + g (Yamamoto, et al. 1998b) |
| Xylenes (mixed) | 1330-20-7 | 3 | Not Listed | -;-;-;- g (NTP 1986c) | -;nt | nt | nt | - g (Yamamoto, et al. 1998b) |
| Furfural | 98-01-1 | 3 | Not Listed | +;-;+ g (NTP 1990b) | -;nt | nt | nt | + g (Yamamoto, et al. 1998b) |
| 5-Nitro-o-toluidine | 99-55-8 | 3 | Not Listed | -;-;+ f (NCI/NTP 19778) | +;nt | nt | nt | +f (Yamamoto, et al. 1998b) |
| Benzethonium chloride | 121-54-0 | NE | Not Listed | -;-;-;- d (NTP 1995b) | -;nt | nt | - d (Spalding, et al. 1999) | nt |
| o-Benzyl-p-chlorophenol | 120-32-1 | NE | Not Listed | -;±;+;- g (NTP 1994) | -;nt | nt | + d (Spalding, et al. 1999) | nt |

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| 2-Chloroethanol | 107-07-3 | NE | Not Listed | -;-;-;- d (NTP 1985a) | +;- | nt | - d (Spalding, et al. 1999) | nt |
| Phenol | 108-95-2 | 3 | Not Listed | -;-;-;- dw (NCI/NTP 1980) | -;+ | nt | -d (Spalding, et al. 1999) | nt |
| Triethanolamine | 102-71-6 | 3 | Not Listed | ±;-;ia;ia d (NTP 1999g) | -;- | nt | -d (Spalding, et al. 1999) | nt |
| Acetic anhydride | 108-24-7 | NE | Not Listed | nt | -;nt | nt | -d (Spalding, et al. 1999) | nt |
| 2,4-dinitro-1-fluorobenzene | 70-34-8 | NE | Not Listed | nt | +;nt | nt | +d (Albert, et al. 1996) | nt |
| Diisopropylcarbodiimide | 693-13-0 | NE | Not Listed | in progress | -;+ | in progress | +d (Spalding, et al. 1999) | nt |
| Dicyclohexylcarbodiimide | 538-75-0 | NE | Not Listed | In progress | +;+ | nt | -d (Spalding, et al. 1999) | nt |
| Fluocinolone acetonide | 67-73-2 | NE | Not Listed | nt | nt;nt | nt | - d (Albert, et al. 1996) | nt |
| Tripropylene Glycol Diacrylate | 42978-66-5 | NE | Not Listed | nt | -;- | nt | + d(Albert, et al. 1996) | nt |
| d-Limonene | 5989-27-5 | 3 | Not Listed | +;-;-;- f (NTP 1990a) | -;nt | - g (Carmichael, et al. 2000) | nt | nt |
| Foreign body (transponder) | NA | NE | Not Listed | nt | -;- | + sc (Blanchard, et al. 1999) | - sc (French 2001) | nt |
| Acetone | 67-64-1 | NE | Not Listed | nt | -;- | nt | - d (Spalding, et al. 1999;Spalding, et al. 1993) | nt |
| Benzoyl peroxide | 94-36-0 | 3 | Not Listed | + i-p[2] (NTP 1996) | -;nt | nt | + d (Spalding, et al. 1993) | nt |
| Ethanol[3] | 64-17-5 | NE | Not Listed | in progress | -;nt | nt | - d (Spalding, et al. 1999) | nt |
| Methyl ethyl ketone peroxide | 1338-23-4 | NE | Not Listed | in progress | +;- | nt | + d (Spalding, et al. 1993) | nt |
| 4-Nitro-o-phenylenediamine | 99-56-9 | 3 | Not Listed | -;-;-;- f (NCI/NTP 1979b) | +; inc | nt | nt | ± f (Yamamoto, et al. 1998b) |
| 6-Nitrobenzimidazole | 94-52-0 | NE | Not Listed | -;-;+;+ f (NCI/NTP 1979c) | +;nt | nt | nt | - f (Yamamoto, et al. 1998b) |

[2] Results from initiation-promotion studies in B6C3F1, Swiss (CD-1), and SENCAR mice (see reference 85).

| Agent | CAS No. | IARC | NTP ROC | NCI/NTP Bioassays | Genotoxicity (Sal; Mn) | p53+/- | Tg.AC | RasH2 |
|---|---|---|---|---|---|---|---|---|
| Cholestyramine | 11041-12-6 | NE | Not Listed | nt | nt; nt | nt | nt | - f (Yamamoto, et al. 1998b) |
| 60 mHz Magnetic fields | NA | NE | Not Listed | -;-;-;-wb (NTP 1999c) | -;- | - wb (McCormick, et al. 1998) | - wb (McCormick, et al. 1998) | nt |

**Table 4.** Summary performance of each strategy versus likely human cancer. All chemicals in Tables 1 and 2 are included as human carcinogens, but only those chemicals in Table 3 with negative NCI/NTP bioassay results are regarded as true human noncarcinogens.

| Strategy | Positive for Carcinogens | Negative for Noncarcinogens | Positive for Noncarcinogens | Negative for Carcinogens | Overall Accuracy |
|---|---|---|---|---|---|
| (1) Trp53+/- | 21 | 12 | 0 | 10 | 77 % (33/43) |
| (2) Trp53+/- (genotoxic) | 16 | 5 | 0 | 4 | 84 % (21/25) |
| (3) Tg.AC | 17 | 11 | 2 | 6 | 78 % (28/36) |
| (4) RasH2 | 21 | 9 | 0 | 7 | 81 % (30/37) |
| (5) Trp53+/- (genotoxic); RasH2 (nongenotoxic) | 18 | 7 | 0 | 7 | 78 % (25/32) |
| (6) Trp53+/- (genotoxic); RasH2 (all) | 31 | 7 | 0 | 5 | 88 % (38/43) |
| (7) Trp53+/- (genotoxic); Tg.AC (nongenotoxic) | 21 | 9 | 0 | 6 | 83 % (30/36) |
| (8) Trp53+/- (genotoxic); Tg.AC for all | 25 | 8 | 2 | 4 | 85 % (33/39) |

**Definitions**

| | | |
|---|---|---|
| Positive for Carcinogens | = | Positive assay results for IARC/ROC carcinogens |
| Negative for Noncarcinogens | = | Negative assay results for IARC/ROC noncarcinogens |
| Positive for Noncarcinogens | = | Positive assay results for IARC/ROC noncarcinogens |
| Negative for Carcinogens | = | Negative assay results for IARC/ROC carcinogens |

**Table 5**. Proportion of positive responses in the three transgenic models as a function of the IARC classification of these 99 chemicals.

| IARC Classification | Trp53+/- | Tg.AC | RasH2 | Overall |
|---|---|---|---|---|
| **Group 1** | 83 % (10/12) | 89 % (8/9) | 57 % (4/7)[1] | 79 % (22/28) |
| **Group 2A** | 62 % (5/8) | 50 % (2/4) | 100 % (9/9) | 76 % (16/21) |
| **Group 2B**[2] | 55 % (6/11) | 64 % (7/11) | 69 % (9/13) | 63 % (22/35) |
| **Group 3** | 0 % (0/13) | 21 % (3/14) | 36 % (5/14) | 20 % (8/41) |
| **Not Evaluated** | 7 % (1/15) | 29 % (7/24) | 0 % (0/8) | 17 % (8/47) |

[1] Two of the three that were not positive were equivocal.

[2] Includes 7,12-dimethylbenzanthracene, 4-nitroquinoline N-oxide, and 4-hydroxyaminoquinoline-1-oxide.

**Table 6.** Summary of performance of each Strategy versus likely human cancer when all chemicals in Table 3 are regarded as true human non-carcinogens.

| Strategy | Positive for Carcinogens | Negative for Noncarcinogens | Positive for Noncarcinogens | Negative for Carcinogens | Overall Accuracy |
|---|---|---|---|---|---|
| **(1)  Trp53+/-** | 21 | 27 | 1 | 10 | 81 % (48/59) |
| **(2)  Trp53+/- (genotoxic)** | 16 | 6 | 0 | 4 | 85 % (22/26) |
| **(3)  Tg.AC** | 17 | 29 | 10 | 6 | 74 % (44/62) |
| **(4)  RasH2** | 21 | 17 | 6 | 7 | 75 % (38/51) |
| **(5)  Trp53+/- (genotoxic); RasH2 (nongenotoxic)** | 18 | 17 | 1 | 7 | 81 % (35/43) |
| **(6)  Trp53+/- (genotoxic); RasH2 (all)** | 30 | 13 | 6 | 5 | 80 % (43/54) |
| **(7)  Trp53+/- (genotoxic); Tg.AC (nongenotoxic)** | 21 | 21 | 1 | 6 | 86 % (42/49) |
| **(8)  Trp53+/- (genotoxic); Tg.AC for all** | 25 | 20 | 10 | 5 | 75 % (45/60) |
| **(9)  NTP Rodent Bioassay** | 23 | 17 | 18 | 0 | 69 % (40/58) |
| **(10)  NTP Rat Bioassay; Tg.AC (nongenotoxic); Trp53+/- (genotoxic)** | 35 | 13 | 9 | 0 | 84 % (48/57) |
| **(11) NTP Rat Bioassay; RasH2 (nongenotoxic); Trp53+/- (genotoxic)** | 33 | 11 | 8 | 0 | 85 % (44/52) |
| **(12) NTP Rat Bioassay; genotoxicity** | 36 | 7 | 23 | 0 | 65 % (43/66) |

**Table 7.** Summary performance of each strategy (vs. NTP rodent cancer results)

| Strategy | Positive for Carcinogens | Negative for Noncarcinogens | Positive for Noncarcinogens | Negative for Carcinogens | Overall Accuracy |
|---|---|---|---|---|---|
| (1)  Trp53+/- | 7 | 12 | 0 | 16 | 54 % (19/35) |
| (2)  Trp53+/- (genotoxic) | 7 | 5 | 0 | 4 | 75 % (12/16) |
| (3)  Tg.AC | 14 | 10 | 2 | 14 | 60 % (24/40) |
| (4)  RasH2 | 16 | 9 | 0 | 7 | 78 % (25/32) |
| (5)  Trp53+/- (genotoxic); RasH2 (nongenotoxic) | 9 | 10 | 0 | 7 | 73 % (19/26) |
| (6)  Trp53+/- (genotoxic); RasH2 (all) | 19 | 7 | 0 | 3 | 90 % (26/29) |
| (7)  Trp53+/- (genotoxic); Tg.AC (nongenotoxic) | 10 | 8 | 0 | 13 | 58 % (18/31) |
| (8)  Trp53+/- (genotoxic); Tg.AC for all | 15 | 7 | 2 | 12 | 61 % (22/36) |

EXHIBIT 49

**Exhibit 49: Defendants' Sales and Holdings of
Connetics Stock Between January 27, 2004 and July 9, 2006**

| Defendant | Stock Sales (shares) | Holdings Remaining (shares)[1] | Percent of Total Holdings Sold[2] |
|---|---|---|---|
| John L. Higgins | 130,517[3] | 603,625 | 17.8% |
| Lincoln Krochmal | None[4] | 214,193 | 0% |
| C. Gregory Vontz | 32,279[5] | 737,707 | 4.2% |
| Thomas G. Wiggans | 190,380[6] | 1,526,247 | 11.1% |
| Aggregate Total | 353,176 | 3,081,772 | 10.3% |

[1] This column reflects the common stock and "exercisable" options held by each defendant as of May 23, 2006, as reported in Connetics' 2006 proxy statement. Ex. 25, at 9. May 23, 2006 is also the most appropriate date to use for assessing defendants' holdings because it is nearly three months after the last sales transaction involving direct monetary compensation challenged by plaintiff (*i.e.*, on March 1, 2006). SAC ¶ 328. *See also* footnote 5 *infra*.

[2] This column reflects each defendant's sales of common stock and exercisable options during the purported class period January 27, 2004 to July 9, 2006 as a percentage of his total holdings. The percentage is arrived at by: (1) adding the number of shares sold to the remaining shares held as of May 23, 2006 to determine each defendants' total holdings during the class period ("Total Holdings"); and (2) dividing the number of shares sold during the class period by the Total Holdings to determine the percentage of holdings sold. For example, the amount of Mr. Higgins' total holdings is 734,142 shares, which is calculated by adding his stock sales during the class period (130,517 shares) and his holdings remaining as of May 23, 2006 (603,625). The percentage of total holdings is 17.8%, which is calculated by dividing Mr. Higgins' stock sales (130,517 shares) by his total holdings (734,142 shares). SAC ¶ 328; Ex. 22.

[3] SAC ¶ 328; Ex. 22. As demonstrated by Mr. Higgans' Forms 4 (Ex. 22), Mr. Higgans actually ***acquired*** more shares of Connetics' stock than he sold during the Class Period.

[4] SAC ¶ 328; Ex. 24.

[5] SAC ¶ 328; Ex. 23.

[6] Plaintiff's calculation of Mr. Wiggans' class period sales includes six transactions which were actually gifts to educational institutions, from which Mr. Wiggans derived no direct monetary compensation. *See* SAC ¶ 328; Ex. 21. The calculation in this chart includes the total number of shares sold by Wiggans for monetary value. *Id.* If the gift transactions are also included, the total stock sales (shares) in the class period by Wiggans is 205,280 and the percentage of total holdings sold is 11.9%. *Id.*

**Exhibit 49 (con't): Defendants' Sales of Connetics Stock
Between July 1, 2001 and January 26, 2004**

| | Thomas G. Wiggans (shares)[1] | John L. Higgins (shares)[2] | C. Gregory Vontz (shares)[3] |
|---|---|---|---|
| Jan. 2004 | 2,000 | 25,000* | -- |
| Dec. 2003 | -- | -- | 15,000* |
| Nov. 2003 | 713 | 2,184 | -- |
| Oct. 2003 | 15,000* | 10,000* | -- |
| Sept. 2003 | 5,000 | 5,120 | 14,910* |
| Aug. 2003 | -- | -- | -- |
| July 2003 | 15,000* | -- | -- |
| June 2003 | -- | -- | -- |
| May 2003 | 350 | -- | -- |
| Apr. 2003 | 15,000* | 8,000* | -- |
| Mar. 2003 | 16,000* | 7,000* | -- |
| Feb. 2003 | 15,000* | 5,000* 6,095 7,000 | -- |
| Jan. 2003 | -- | -- | -- |
| Dec. 2002 | 7,000 | 6,000* | -- |
| Nov. 2002 | -- | -- | -- |
| Oct. 2002 | -- | 5,000* | -- |
| Sept. 2002 | -- | -- | -- |
| Aug. 2002 | 15,000* | 4,000* | -- |
| July 2002 | -- | -- | 25,000 |
| June 2002 | -- | 3,000* | -- |
| May 2002 | 15,000* | -- | -- |
| Apr. 2002 | -- | 2,000* | -- |
| Mar. 2002 | 15,000* | -- | -- |
| Feb. 2002 | -- | -- | -- |
| Jan. 2002 | -- | -- | -- |
| Dec. 2001 | 6,500 | -- | -- |
| July - Nov. 2001 | | | |
| **Total** | **142,563 Shares** | **95,399 Shares** | **54,910 Shares** |

---

* Sale pursuant to plan adopted under Rule 10b5-1 of the Securities Exchange Act of 1934, as amended. The Forms 4 reflecting each defendant's sales indicate whether the sales were made pursuant to a Rule 10b5-1 trading plan. Exs. 21-24.

[1] Exhibit 21 contains each Form 4 filed reflecting a stock sale by Mr. Wiggans.

[2] Exhibit 22 contains each Form 4 filed reflecting a stock sale by Mr. Higgins.

[3] Exhibit 23 contains each Form 4 filed reflecting a stock sale by Mr. Vontz.

EXHIBIT 50

**Exhibit 50: Meaningful Cautionary Language Publicly Disclosed by Connetics Corp. Regarding Velac**

| Source(s) | Meaningful Cautionary Language |
|---|---|
| Ex. 3, at 18; Ex. 4, at 20; Ex. 5, at 24; Ex. 6, at 23; Ex. 7, at 32 (Forms 10-K) (emphasis in original) | *"We may spend a significant amount of money to obtain FDA and other regulatory approvals, which may never be granted. Failure to obtain such regulatory approvals could adversely affect our prospects for future revenue growth"* |
| Ex. 3, at 33 (Form 10-K/A) (emphasis added) | *"We are subject to uncertainties associated with product development and market acceptance.* We have several product candidates in clinical or preclinical development. *Products under development may not be safe and effective or approved by the FDA . . . ."* |
| Ex. 3, at 10; Ex. 4, at 11; Ex. 5, at 14; Ex. 6, at 14 (Forms 10-K) (emphasis added) | "We must receive FDA clearance before we can commercialize the product, and *the FDA may not grant approval* on a timely basis or at all." |
| Ex. 3, at 10; Ex. 4, at 11; Ex. 5, at 14; Ex. 6, at 14 (Forms 10-K) (emphasis added) | *"We may not obtain regulatory approval* for any products that we develop, even after committing such time and expenditures to the process." |
| Ex. 3, at 17; Ex. 4, at 19; Ex. 5, at 23; Ex. 6, at 22 (Forms 10-K) (emphasis added) | *"The process of obtaining and maintaining regulatory approvals* for pharmaceutical products, and obtaining and maintaining regulatory approvals to market these products for new indications, *is lengthy, expensive and uncertain."* |
| Ex. 3, at 18; Ex. 4, at 20; Ex. 5, at 24; Ex. 6, at 23 (Forms 10-K) (emphasis added) | "Successful product development in our industry is highly uncertain, and the process of obtaining FDA and other regulatory approvals is lengthy and expensive.  Very few research and development projects produce a commercial product.  *Product candidates that appear promising in the early phases of development may fail to reach the market for a number of reasons . . . . The FDA approval processes require substantial time and effort, the FDA continues to modify product development guidelines, and the FDA may not grant approval on a timely basis or at all.  Clinical trial data can be the subject of differing interpretation, and the FDA has substantial discretion in the approval process.*  The FDA may not interpret our clinical data the way we do. . . . We may not be able to obtain FDA approval to conduct |

| Source(s) | Meaningful Cautionary Language |
|---|---|
|  | clinical trials or to manufacture and market any of the products we develop, acquire or license.' " |
| Ex. 12 (Form 8-K) (emphasis added) | "Such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond Connetics' control, and which could cause actual results or events to differ materially from those expressed in such forward-looking statements. . . . *In particular, Connetics faces risks and uncertainties that . . . Velac may not be approved by the FDA in the time frames projected, if at all* . . . . Factors that could cause or contribute to such differences include, but are not limited to, risks and other factors that are discussed in documents filed by Connetics with the Securities and Exchange Commission from time to time . . . ." (emphasis added) |
| Ex. 8 (Form 8-K) (emphasis added) | "This news release contains forward-looking statements . . . subject to risks and uncertainties that could cause actual results or events to differ materially from those expressed in such forward-looking statements. . . . *In particular, Connetics faces risks and uncertainties that U.S. development of Velac(R) may not succeed, that Velac(R) may not be approved for marketing in the U.S.*, that clinical trials of the product may not produce the same results as shown in earlier clinical trials, that physicians may not respond as favorably as anticipated to the product, that future sales of Velac(R) may not be as robust as anticipated . . . and that clinical trials may not go forward as planned. The actual results could differ materially from those contained in the forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, risks and other factors that are discussed in documents filed by Connetics with the Securities and Exchange Commission from time to time . . . ." |
| Ex. 9 (Form 8-K) (emphasis added) | "This news release includes forward-looking statements, and predictions, including statements about . . . the market potential of certain products and product candidates, and the potential value of pipeline products. These statements . . . are subject to risks and uncertainties that could cause actual results or events to differ materially from those expressed in such forward-looking statements. *In particular, Connetics faces risks and uncertainties . . . that development of product candidates in the Company's pipeline may not succeed or that clinical trials may not go forward as planned.* . . . Factors that could cause or contribute to such differences include, but are not limited to, risks and other factors that are discussed in documents filed by Connetics with the Securities and Exchange Commission from time to time . . . ." |
| Ex. 3, at 1; Ex. 5, at 1; Ex. 6, at 1; (Forms 10-K) (emphasis added) | "Although we believe that our plans, intentions and expectations reflected in these forward-looking statements are reasonable, we may not achieve these plans, intentions or expectations. *Forward-looking statements in this Report include, but are not limited to, those relating to the . . . developments with* |

| Source(s) | Meaningful Cautionary Language |
|---|---|
|  | *respect to clinical trials and the regulatory approval process. . . . Actual results, performance or achievements could differ materially from those contemplated, expressed or implied by the forward-looking statements contained in this Report.* Important factors that could cause actual results to differ materially from our forward-looking statements are set forth in this Report. These factors are not intended to represent a complete list of the general or specific factors that may affect us." |
| Ex. 10 (Form 8-K) (emphasis added) | "All statements included in this press release that address activities, events or developments that Connetics expects, believes or anticipates will or may occur in the future are forward-looking statements, *including specifically comments about the timing of filing an NDA, the market potential for Velac, and the likelihood of approval of Velac.* These statements are based on certain assumptions made by Connetics' management based on experience and perception of historical trends, current conditions, expected future developments and other factors it believes are appropriate in the circumstances. Such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond Connetics' control, and which could cause actual results or events to differ materially from those expressed in such forward-looking statements. Any such projections or statements include Connetics' current views with respect to future events and financial performance. No assurances can be given, however, that these events will occur or that such results will be achieved. Factors that could cause or contribute to such differences include, but are not limited to, risks and other factors that are discussed in documents filed by Connetics with the Securities and Exchange Commission from time to time . . . ." |
| Ex. 15 (Form 8-K) (emphasis added) | "*Statements pertaining to revenue expectations, revenue growth, and sales and marketing success of, and regulatory and clinical milestones associated with, Connetics' products or product candidates are also forward-looking statements.* These forward-looking statements are based on certain assumptions made by Connetics' management based on its experience and perception of historical trends, current conditions, expected future developments and other factors it believes are appropriate in the circumstances. Such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond Connetics' control, and which could cause actual results or events to differ materially from those expressed in such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, risks and other factors that are discussed in documents filed by Connetics with the Securities and Exchange Commission from time to time . . . ." |
| Ex. 16 (Form 8-K) (emphasis added) | "*Statements about the impact of the non-approvable letter from the FDA to our business, our future plans for Velac, and projections for revenues and earnings for 2005 are forward-looking statements.* These statements are based on certain assumptions made by Connetics' management based on experience |

| Source(s) | Meaningful Cautionary Language |
|---|---|
| | and perception of historical trends, current conditions, expected future developments and other factors it believes are appropriate in the circumstances. Such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond Connetics' control, and which could cause actual results or events to differ materially from those expressed in such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, risks and other factors that are discussed in documents filed by Connetics with the Securities and Exchange Commission from time to time . . . ." |
| Ex. 1 (analyst call transcript) | "Our remarks and responses to questions during this conference call may constitute forward-looking statements, including plans, expectations and projections, all of which involve certain assumptions, risks and uncertainties that are beyond our control. And could cause our actual results to differ materially from these statements. Those risks and uncertainties include among others, that sales growth and future product revenues may be lower or expenses may be higher than our projections in any quarter. *And that our clinical and regulatory expectations for our product candidates, including approval timeframes we expect, may not be met.* And that the company may not be able to sustain profitability. We encourage you to take the time to review our recent filings with the Securities and Exchange Commission and the first quarter earnings release issued earlier today, which present these matters in more detail . . . ." |

-4-

25251/0040/LIT/1270753.9