SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE D. KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
CHRISTINE VOGELEI (CSB NO. 239843)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
cvogelei@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No.  C 07-02940 SI<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS**<br><br>Date:     August 15, 2008<br>Time:     9:00 a.m.<br>Dept:     Courtroom 10<br>Judge:    Honorable Susan Illston |

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR JUDICIAL
NOTICE

CASE NO. C 07-02940 SI

## [PROPOSED] ORDER

The Request for Judicial Notice in Support of Motion to Dismiss by defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans (collectively, "Defendants") came on regularly for hearing before the Court on August 15, 2008.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing therefor, HEREBY ORDERS:

Defendants' request for judicial notice is GRANTED.

Dated: _____

                                                    The Honorable Susan Illston
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO