SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE D. KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
CHRISTINE VOGELEI (CSB NO. 239843)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
cvogelei@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No.  C 07-02940 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS**<br><br>Date:    August 15, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom 10<br>Judge:   Honorable Susan Illston |

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STRIKE
PORTIONS OF PLAINTIFF'S SAC

CASE NO. C 07-02940 SI

**[PROPOSED] ORDER**

The motion to strike portions of Plaintiff's Second Amended Consolidated Class Action Complaint ("Second Amended Complaint") brought by defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans (collectively, "Defendants") came on regularly for hearing before the Court on August 15, 2008.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing therefor, HEREBY ORDERS:

Defendants' motion to strike is GRANTED. Accordingly, paragraphs 92, 94 and 108 and any other paragraphs of the SAC that rely on the SEC complaint for factual support are stricken.

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO