1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   CATHERINE D. KEVANE (CSB NO. 215501)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   CHRISTINE VOGELEI (CSB NO. 239843)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  ckevane@fenwick.com
   ecohen@fenwick.com
9  cvogelei@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

12            UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16                                          Case No.  C 07-02940 SI

17                                          **DECLARATION OF CHRISTOPHER J.
                                            STESKAL IN SUPPORT OF
18 IN RE CONNETICS CORP.                     DEFENDANTS' MOTION TO STRIKE
   SECURITIES LITIGATION                     PORTIONS OF PLAINTIFF'S SECOND
19                                           AMENDED CONSOLIDATED CLASS
                                            ACTION COMPLAINT**
20
                                            Date:    August 15, 2008
21                                          Time:    9:00 a.m.
                                            Dept:    Courtroom 10
22                                          Judge:   Honorable Susan Illston

23

24

25

26

27

28

Fenwick & West LLP
Attorneys At Law
San Francisco

1    I, Christopher J. Steskal, declare as follows:

2    I am an attorney admitted to practice before this Court.  I am a partner with the law firm

3    of Fenwick & West LLP, counsel of record for defendants Connetics Corp. ("Connetics"), John

4    L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans in this action.  I have

5    personal knowledge of the matters set forth herein and, if called upon, could testify competently

6    thereto.

7    1.    Attached as Exhibit 1 is a true and correct copy of the Securities and Exchange

8    Commission's Amended Complaint, filed on June 22, 2006 in the United States District Court for

9    the Southern District of New York, Case No. 06CV2401.

10    I declare under penalty of perjury under the laws of the United States of America that the

11    foregoing is true and correct to the best of my knowledge, information and belief.

12    Executed this 2nd day of May 2008, at San Francisco, California.

13

14    By:    /s/ Christopher J. Steskal

15    Christopher J. Steskal

16    25251/00402/SF/5228985.1

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO