BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
MATTHEW P. SIBEN  (Bar No. 223279)
TAKEO A. KELLAR  (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
matthews@blbglaw.com
takeok@blbglaw.com
      -and-
CHAD JOHNSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444
chad@blbglaw.com

Attorneys for Lead Plaintiff Teachers' Retirement
System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CONNETICS SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE**<br><br>Date:       August 15, 2008<br>Time:      9:00 a.m.<br>Courtroom: 10<br>Judge:     Hon. Susan Illston |

DECLARATION OF DAVID R. STICKNEY IN SUPPORT
OF LEAD PLAINTIFF'S OPPOSITION TO REQUEST
FOR JUDICIAL NOTICE
Case No. C 07-02940 SI

I, David R. Stickney, do hereby declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, Lead Counsel for the Lead Plaintiff, the Teachers' Retirement System of Oklahoma (the "Lead Plaintiff"). This declaration is submitted in support of Lead Plaintiff's Opposition Request for Judicial Notice Filed By Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans. I am familiar with the facts set forth below and able to testify to them.

2. Attached as Exhibit A is a true and correct copy of excerpts from Connetics' Form 10-K/A for the fiscal year ended December 31, 2005, filed with the SEC on or about March 16, 2005.

3. Attached as Exhibit B is a true and correct copy of the Final Transcript of Connetics' Q4 2004 Earnings Conference Call Transcript on January 25, 2005 produced by Thomson StreetEvents.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 20th day of June, 2008.

                                   *s/ David R. Stickney*
                                   DAVID R. STICKNEY

---

DECLARATION OF DAVID R. STICKNEY IN SUPPORT
OF OPPOSITION TO REQUEST FOR JUDICIAL NOTICE    -1-
Case No. C 07-02940 SI

## **CERTIFICATE OF SERVICE**

      I, Kristina L. Sousek, do hereby certify that on this 20th day of June, 2008, a true and correct copy of the foregoing

          DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF LEAD
          PLAINTIFF'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served via Federal Express or U.S. Mail (as indicated on the attached Service List), in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

      I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the above documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

                    **jcarlos@law.stanford.edu**

                                  */s/Kristina L. Sousek*
                                  Kristina L. Sousek

Service List
In re CONNETICS SECURITIES LITIGATION
Case No.: 07-02940

| **COUNSEL FOR CONSOLIDATED PLAINTIFF FISHBURY LIMITED** | |
|---|---|
| Jean-Marc Zimmerman<br>Eduard Korsinsky<br>Pamela Lynam Mahon<br>**ZIMMERMAN, LEVI<br>  & KORSINSKY LLP**<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>ek@zlk.com<br>jmzimmerman@zlk.com<br>pmahon@zlk.com<br><br>*Via ECF* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF BRUCE GALLANT** | |
| Evan J. Smith<br>**BRODSKY & SMITH LLC**<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Tel: 516-741-4977<br><br>*Via U.S. Mail* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF MARCUS A. SEIGLE** | |
| Catherine A. Torell<br>**COHEN MILSTEIN HAUSFELD &<br>TOLL P.L.L.C**<br>150 East 52nd Street<br>New York, NY 10022<br>Tel: 212-838-7797<br>Fax: 212-383-7745<br><br>*Via U.S. Mail* | |

| COUNSEL FOR DEFENDANTS CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL, EUGENE A. BAUER, R. ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, LEON E. PANETTA AND G. KIRK RAAB ||
|---|---|
| Susan S. Muck<br>Dean S. Kristy<br>Christopher J. Steskal<br>Kalama M. Lui-Kwan<br>Emily St. John Cohen<br>**FENWICK & WEST**<br>275 Battery Street, Suite 1600<br>San Francisco, CA 94111<br>Tel: 415-875-2300<br>Fax: 415-281-1350<br>smuck@fenwick.com<br>dkristy@fenwick.com<br>csteskal@fenwick.com<br>klui-kwan@fenwick.com<br>ecohen@fenwick.com<br><br>*Via ECF* | Gregory A. Markel<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>1 World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>gregory.markel@cwt.com<br><br>*Via ECF* |
| **COUNSEL FOR DEFENDANT ALEXANDER J. YAROSHINSKY** ||
| James P. Duffy IV<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-335-4500<br>Fax: 212-504-6666<br>James.duffy@dlapiper.com<br><br>Alysson Russell Snow<br>**DLA PIPER US LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619-699-2858<br>Fax: 619-699-2701<br>Alysson.snow@dlapiper.com<br><br>*Via ECF* | |

| Defendant Victor E. Zak | |
|---|---|
| Victor E. Zak (*pro se*)<br>24 Oakmont Road<br>Newton, MA 02459<br>Tel: 617-610-2538<br>zakvic@yahoo.com<br><br>***Via FedEx*** | |

#26161/v5