BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone:    (619) 230-0800
Facsimile:    (619) 230-1874

Counsel for Plaintiff Policemen's Annuity & Benefit Fund of Chicago

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CONNETICS SECURITIES LITIGATION | ) Case No. 3:07-cv-02940-SI |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Documents Relates to: | ) NOTICE OF CHANGE OF |
| | ) ADDRESS |
| ALL ACTIONS. | ) |
| | ) |
| | ) |

1       PLEASE TAKE NOTICE that effective July 12, 2008, Barrack, Rodos & Bacine has

2 relocated its San Diego office to the following address:

3       Barrack, Rodos & Bacine
      One America Plaza

4       600 West Broadway, Suite 900
      San Diego, CA 92101

5

      The firm's telephone, fax number and e-mail addresses remain the same.

6

7 DATED: July 7, 2008                 Respectfully Submitted,

8                           BARRACK, RODOS & BACINE
                          STEPHEN R. BASSER

9                           JOHN L. HAEUSSLER

10

11

12                                     STEPHEN R. BASSER

13                           One America Plaza
                          600 West Broadway, Suite 900

14                           San Diego, CA  92101
                          Telephone: (619) 230-0800

15                           Attorneys for the Policemen's Annuity &
                          Benefit Fund of Chicago

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOT. OF CHANGE OF ADDRESS
Case No. 3:7-cv-02940-SI

# CERTIFICATE OF SERVICE

*In re Connetics Securities Litigation*
Case No.: 3:07-cv-02940-SI

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101; and that on July 17, 2008, I served a true copy of the attached:

# NOTICE OF CHANGE OF ADDRESS

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**:    I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with Federal Express on that same day in the ordinary course of business and there is a regular communication via Federal Express between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of July, 2008.

_____
CINDY ORIHUELA

## SERVICE LIST

**Counsel for Consolidated Plaintiff Fishbury Limited**

Jean-Marc Zimmerman
jmzimmerman@zlk.com
Eduard Korsinsky
ek@zlk.com
Pamela Lynam Mahon
pmahon@zlk.com
**ZIMMERMAN, LEVI & KORSINSKY   LLP**
39 Broadway, Suite 1601
New York, NY 10006
Telephone: (212) 363-7500
Facsimile:  (212) 363-7171

Christopher C. Johnson
John C. Browne
**BERNSTEIN LITOWITZ PERGER &**
  **GROSSMAN LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212)554-1396
Facsimile:  (212) 554-1444

**Counsel for Consolidated Plaintiff Bruce Gallant**

Evan J. Smith
esmith@brodsky-smith.com
**BRODSKY & SMITH LLC**
240 Mineola Blvd.
Mineola, NY 11501
Telephone: (516) 741-4977
Facsimile:  (516) 741-0626

**Counsel for Consolidated Plaintiff Marcus A. Siegle**

Catherine A. Torell
**COHEN MILSTEIN HAUESFELD & TOLL**
  **P.L.L.C.**
150 E. 52ND Street
New York, NY 10022
Telephone: (212) 838-7797
Facsimile:  (212) 383-7745

**Counsel for Lead Plaintiff Teachers'**
**Retirement System of Oklahoma**

Donald Ronal Stickney
Matthew P. Sieben
matthews@blbglaw.com
Takeo A. Kellar
takeo@blbglaw.com
**BERNSTEIN LITOWITZ PERGER &**
**GROSSMAN LLP**
12481 High Bluff Drive. Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323

Gerald H. Silk
**BERNSTEIN LITOWITZ PERGER &**
**GROSSMAN LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212)554-1396
Facsimile:  (212) 554-1444

**Counsel for Defendants Connectics Corporation, Thomas G. Wiggans, C. Gregory Vontz,**
**John Higgins, Lincoln Krochmal, Eugene A. Bauer, R. Andrew Eckert, Carl B. Feldbaum,**
**Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta and Kirk Raab**

Susan S. Muck
smuck@fenwick.com
Catherine D. Kevane
ckenave@fenwick.com
Christopher J. Stekal
cstekal@fenwick.com
Dean S. Kristy
dkristy@fenwick.com
Christine A. Vogelei
cvogelei@fenwick.com
Kalama M. Lui-Kwan
Klui-kwan@fenwick.com
Heather N. Mewes
hmewes@fenwick.com
Emily St. John Cohen
ecohen@fenwick.com
**FENWICK & WEST**
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415)281-1350

Gregory A. Markel
Gregory.markel@cwt.com
**CADWALADER, WICKERSHAM &**
**TAFT LLP**
1 World Financial Center
New York, NY 10281
Telephone: (212) 504-6112
Facsimile:  (212) 504-6666

**Counsel for Defendant Alexander J.**
**Yaroshinsky**

James P. Duffy IV
James.duffy@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

Alyson Russell Snow
Alysson.snow@dlapiper.com
Shirli Fabbri Weiss
Shirli.weiss@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101

Telephone: (619) 699-2858
Facsimile:  (619) 699-2701

**Defendant Victor E. Zak**

Victor E. Zak
zakvic@yahoo.com
24 Oakmont Road
Newton, MA 02459
Telephone: (617) 610-2538