SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
GERARD A. TRIPPITELLI (Bar No. 235788)
jerry.trippitelli@dlapiper.com
JULIE L. SCHWARTZ (Bar No. 216392)
julie.schwartz@dlapiper.com
ALYSSON RUSSELL SNOW (Bar No. 225185)
alysson.snow@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.3650
Fax: 619.699.2701

Attorneys for Defendant
ALEXANDER YAROSHINSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CONNETICS CORPORATION SECURITIES LITIGATION

---

This Document Relates To:

ALL ACTIONS.

CASE NO. 3:07-cv-02940-SI

CLASS ACTION

**DECLARATION OF GERARD A. TRIPPITELLI IN SUPPORT OF ALEXANDER YAROSHINSKY'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Date: August 15, 2008
Courtroom: 10
Time: 9:00 a.m.
Judge: Honorable Susan Illston

WEST\21473704.1

I, Gerard A. Trippitelli, declare:

1. I am an attorney duly licensed to practice law in the State of California and in this judicial district. I am a partner at the firm of DLA Piper US LLP, counsel of record for Defendant ALEXANDER YAROSHINSKY ("Dr. Yaroshinsky") in connection with the above-captioned matter. I have personal knowledge of all matters stated herein, and, if called, would so testify.

2. Attached as Exhibit A to the Request for Judicial Notice in Support of Alexander Yaroshinsky's Reply in Support Motion to Dismiss Plaintiff's Second Amended Complaint ("Reply RJN") is a true and correct copy of the Order (1) Granting in Part and Denying in Part Defendants' Motion to Dismiss Second Amended Complaint; (2) Ordering Discovery, *Middlesex Ret. Sys. v. Quest Software Inc.*, Case No. CV 06-6863 DOC (RNBx) (C.D. Cal. July 10, 2008).

3. Attached as Exhibit B to the Reply RJN is a true and correct copy of excerpts of the "Second Amended Complaint" in *Middlesex Ret. Sys. v. Quest Software Inc.*, Case No. CV 06-6863 DOC (RNBx) (C.D. Cal.), filed on January 18, 2008, attached hereto as Exhibit A..

4. Attached as Exhibit C to the Reply RJN is a true and correct copy of excerpts of the "Amended and Consolidated Class Action Complaint on Behalf of Purchasers and Acquirers of All Cendant Corporation and CUC International, Inc. Publicly Traded Securities Except Prides" in *In re Cendant Corp. Litig.*, Case No. CIV.A. 98-1664 (D.N.J.), filed on December 14, 1998.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Diego, California on July 18, 2008.

/s/ Gerard Trippitelli
GERARD TRIPPITELLI