# EXHIBIT C

Leonard Barrack (LB-0355)
Gerald J. Rodos (GR-0374)
Jeffrey W. Golan (JG-8892)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

Max W. Berger (MB-5010)
Daniel L. Berger (DB-7748)
Jeffrey N. Leibell (JL-1356)
Gerald H. Silk (GS-4565)
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

Robert A. Hoffman (RH-7317)
Samuel R. Simon (SS-8761)
**BARRACK, RODOS & BACINE**
14 Kings Highway West
Haddonfield, NJ 08033
(609) 354-0707

Seth R. Lesser (SL-5560)
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
A New York Limited Liability Partnership
2050 Center Avenue, Suite 200
Fort Lee, NJ 07024
(201) 947-8221

**FILED**

DEC 1 5 1998

AT 8:30 _____
WILLIAM T. WALSH
CLERK

Lead Counsel for Purchasers and Acquirers of All Cendant Corporation and
CUC International, Inc. Publicly Traded Securities Except PRIDES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------x
                                                  :
In re:                                            :   Master File No.
                                                  :   98-1664 (WHW)
CENDANT CORPORATION                               :
LITIGATION                                        :
                                                  :   **JURY TRIAL DEMANDED**
-------------------------------------------------x

**AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT
ON BEHALF OF PURCHASERS AND ACQUIRERS OF ALL
CENDANT CORPORATION AND CUC INTERNATIONAL, INC.
PUBLICLY TRADED SECURITIES EXCEPT PRIDES**

Plaintiffs, individually and on behalf of all others similarly situated, by their attorneys, allege

the following upon knowledge, with respect to their own acts, and upon other facts obtained through

an extensive investigation conducted by their counsel, which included, among other things, reviews

<u>**Schedule A**</u>

# LEAD PLAINTIFFS'
## CUC AND CENDANT PURCHASES AND ACQUISITIONS

## FUND TOTALS

| Fund | Shares | Amount in $ |
|---|---|---|
| California Public Employees' Retirement System | 3,728,290.25 | 107,083,084.07 |
| New York State Common Retirement Fund | 3,756,687.94 | 103,977,410.75 |
| New York City Pension Funds | 4,313,383.09 | 131,967,090.23 |
| Board of Education Retirement System | 115,955.80 | 3,459,974.38 |
| Teachers' Retirement System | 691,754.89 | 21,762,867.56 |
| New York City Employees' Retirement System | 1,675,275.85 | 50,939,927.09 |
| Police Department Pension Fund | 1,171,750.72 | 36,445,247.59 |
| Police Officers' Variable Supplements Fund | 34,204.26 | 1,032,489.64 |
| Police Superior Officers' Variable Supplements Fund | 42,861.62 | 1,260,298.74 |
| Fire Department Pension Fund | 507,667.41 | 15,352,505.99 |
| Firefighters' Variable Supplements Fund | 42,062.93 | 1,333,167.52 |
| Fire Officers' Variable Supplements Fund | 31,849.61 | 380,611.72 |

# FUND DETAIL

## CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
### (Amounts in Bold Represent HFS Exchange)

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 5/13/96 | 28,000.00 | 36.1010 | 1,012,508.00 |
| 5/31/96 | 80,000.00 | 39.9210 | 2,957,680.00 |
| 6/27/96 | 13,000.00 | 36.5000 | 475,280.00 |
| 7/02/96 | 32,000.00 | 36.7600 | 1,178,240.00 |
| 7/18/96 | 15,000.00 | 34.0000 | 510,450.00 |
| 7/25/96 | 156,310.00 | 19.2025 | 3,001,540.75 |
| 7/25/96 | 149,090.00 | 27.6963 | 4,129,248.50 |
| 8/08/96 | 299,258.89 | 17.9369 | 5,367,792.11 |
| 8/14/96 | 7,000.00 | 33.7500 | 236,670.00 |
| 8/20/96 | 12,000.00 | 34.3710 | 413,172.00 |
| 10/18/96 | 74,000.00 | 39.2400 | 2,908,200.00 |
| 11/05/96 | 8,000.00 | 24.8750 | 199,480.00 |
| 11/25/96 | 140,000.00 | 25.9070 | 3,635,380.00 |
| 02/12/97 | 34,000.00 | 23.8480 | 812,872.00 |
| 02/14/97 | 35,000.00 | 24.1610 | 847,735.00 |
| 02/24/97 | 34,000.00 | 23.7580 | 809,812.00 |
| 10/28/97 | 22,200.00 | 27.5000 | 611,610.00 |
| 10/29/97 | 59,500.00 | 29.0435 | 1,731,063.25 |
| 11/13/97 | 107,300.00 | 27.2315 | 2,927,304.95 |
| 11/20/97 | 11,300.00 | 29.0241 | 328,085.33 |
| 11/21/97 | 3,500.00 | 29.1966 | 102,223.10 |
| 12/01/97 | 7,500.00 | 29.7369 | 223,139.25 |

| | | | |
|---|---|---|---|
| 12/09/97 | 7,000.00 | 31.8190 | 222,908.00 |
| 12/17/97 | 198,000.00 | 32.3540 | 6,418,130.40 |
| **12/18/97** | **1,311,131.36** | **32.1250** | **42,120,094.92** |
| 01/29/98 | 3,300.00 | 33.4093 | 110,316.69 |
| 02/23/98 | 3,800.00 | 37.5120 | 142,602.60 |
| 03/05/98 | 12,000.00 | 37.7905 | 454,206.00 |
| 03/16/98 | 98,000.00 | 40.2409 | 3,949,488.20 |
| 04/09/98 | 127,000.00 | 37.4309 | 4,761,344.30 |
| 04/13/98 | 37,200.00 | 36.9232 | 1,375,403.04 |
| 04/20/98 | 28,000.00 | 23.5000 | 659,680.00 |
| 04/20/98 | 42,800.00 | 23.0000 | 986,968.00 |
| 05/29/98 | 28,600.00 | 21.6713 | 621,515.18 |
| 05/29/98 | 135,500.00 | 21.7590 | 2,949,699.50 |
| 05/29/98 | 138,500.00 | 21.3750 | 2,960,437.50 |
| 05/29/98 | 171,500.00 | 21.6006 | 3,714,792.90 |
| 06/30/98 | 58,000.00 | 20.9057 | 1,216,010.60 |

## NEW YORK STATE COMMON RETIREMENT FUND :
### (Amounts in Bold Represent HFS Exchange)

### NYSCRF ACCOUNT 1

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 01/07/97 | 29,000.00 | 24.1725 | 701,002.50 |
| 03/03/97 | 5,600.00 | 23.83 | 133,448.00 |
| 09/02/97 | 13,000.00 | 24.2475 | 315,217.50 |
| 09/02/97 | 13,100.00 | 24.3725 | 319,279.75 |
| 04/22/98 | 10,975.00 | 23.2474 | 255,141.31 |

### NYSCRF ACCOUNT 2

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 05/20/97 | 16,000.00 | 23.3 | 372,800.00 |
| 05/21/97 | 94,000.00 | 24.6298 | 2,315,201.20 |
| 06/06/97 | 100,000.00 | 22.675 | 2,267,500.00 |
| 06/26/97 | 50,000.00 | 26.0495 | 1,302,475.00 |
| 10/22/97 | 48,000.00 | 29.6639 | 1,423,867.20 |
| **12/18/97** | **1,393,882.10** | **32.1250** | **44,778,462.46** |
| 03/30/98 | 76,000.00 | 40.2498 | 3,058,984.80 |
| 06/22/98 | 134,000.00 | 20.3802 | 2,730,946.80 |

A-4

## NYSCRF ACCOUNT 3

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| **12/18/97** | **360,465.84** | **32.1250** | **11,579,965.11** |
| 01/05/98 | 7,800.00 | 33.3993 | 260,514.54 |
| 01/06/98 | 7,800.00 | 32.7543 | 255,483.54 |
| 01/26/98 | 10,000.00 | 34.1915 | 341,915.00 |
| 01/27/98 | 16,900.00 | 33.7385 | 570,180.65 |
| 01/28/98 | 4,500.00 | 33.4814 | 150,666.30 |
| 01/28/98 | 1,500.00 | 33.685 | 50,527.50 |
| 01/28/98 | 2,700.00 | 33.685 | 90,949.50 |
| 01/29/98 | 25,500.00 | 33.5416 | 855,310.80 |
| 01/30/98 | 4,100.00 | 33.935 | 139,133.50 |
| 02/02/98 | 3,100.00 | 34.4975 | 106,942.25 |
| 02/05/98 | 1,600.00 | 35.9173 | 57,467.68 |
| 03/26/98 | 8,900.00 | 40.2491 | 358,216.99 |
| 03/27/98 | 17,000.00 | 39.8286 | 677,086.20 |
| 03/30/98 | 7,500.00 | 39.4192 | 295,644.00 |
| 03/31/98 | 8,900.00 | 39.8554 | 354,713.06 |
| 04/15/98 | 7,500.00 | 35.9214 | 269,410.50 |

### NYSCRF ACCOUNT 4

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 11/16/95 | 20,000.00 | 37.117 | 742,340.00 |
| 11/17/95 | 25,000.00 | 36.977 | 924,425.00 |
| 11/20/95 | 4,000.00 | 36.292 | 145,168.00 |
| 11/21/95 | 16,000.00 | 35.549 | 568,784.00 |
| 12/22/95 | 35,000.00 | 32.181 | 1,126,335.00 |
| 12/27/95 | 10,000.00 | 33.354 | 333,540.00 |
| 12/28/95 | 5,000.00 | 33.996 | 169,980.00 |
| 12/29/95 | 8,000.00 | 33.966 | 271,728.00 |
| 01/03/96 | 17,000.00 | 34.203 | 581,451.00 |
| 01/11/96 | 10,000.00 | 32.435 | 324,350.00 |
| 02/08/96 | 10,000.00 | 37.662 | 376,620.00 |

### NYSCRF ACCOUNT 5

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 07/06/95 | 6,500.00 | 31.194 | 202,761.00 |
| 01/16/98 | 7,800.00 | 34.02 | 265,356.00 |
| 03/27/98 | 5,900.00 | 39.9241 | 235,552.19 |
| 03/27/98 | 3,700.00 | 40.145 | 148,536.50 |
| 03/30/98 | 50,000.00 | 39.4263 | 1,971,315.00 |
| 03/31/98 | 13,700.00 | 39.905 | 546,698.50 |
| 04/01/98 | 900.00 | 39.4575 | 35,511.75 |

### NYSCRF ACCOUNT 6

A-6

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 02/13/98 | 4,700.00 | 36.5038 | 171,567.86 |
| 02/27/98 | 5,900.00 | 37.5375 | 221,471.25 |

### NYSCRF ACCOUNT 7

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 08/25/98 | 126,700.00 | 15.8225 | 2,004,710.75 |

### NYSCRF ACCOUNT 8

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 07/01/98 | 208,165.00 | 20.5 | 4,267,382.50 |
| 07/01/98 | 104,700.00 | 21.5236 | 2,253,520.92 |
| 07/14/98 | 12,600.00 | 15.1477 | 190,861.02 |
| 07/14/98 | 5,500.00 | 15.9975 | 87,986.25 |
| 07/14/98 | 3,800.00 | 14.9171 | 56,684.98 |
| 07/16/98 | 20,400.00 | 14.9743 | 305,475.72 |
| 08/11/98 | 16,500.00 | 14.06 | 231,990.00 |

### NYSCRF ACCOUNT 9

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 07/14/98 | 99,000.00 | 16.4925 | 1,632,757.50 |
| 07/14/98 | 312,100.00 | 16.9675 | 5,295,556.75 |
| 07/14/98 | 103,900.00 | 16.6635 | 1,731,337.65 |

### NYSCRF ACCOUNT 10

A-7

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 09/08/95 | 1,700.00 | 33.3 | 56,610.00 |

**NYSCRF ACCOUNT 11**

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 06/16/95 | 600.00 | 39.435 | 23,661.00 |
| 09/14/95 | 2,600.00 | 33.435 | 86,931.00 |

A-8

# NEW YORK CITY PENSION FUNDS:

## BOARD OF EDUCATION RETIREMENT SYSTEM
### (Amounts in Bold Represent HFS Exchange)

### BERS ACCOUNT 1

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 10/02/95 | 300.00 | 35.5000 | 10,656.00 |
| 12/14/95 | 400.00 | 32.5100 | 13,012.00 |
| 02/12/97 | 1,000.00 | 23.6250 | 23,645.00 |
| 05/07/97 | 400.00 | 23.9375 | 9,583.00 |
| 05/30/97 | 900.00 | 22.7500 | 20,529.00 |
| 06/30/97 | 600.00 | 25.7050 | 15,430.20 |
| 06/30/97 | 3,600.00 | 25.8125 | 92,925.00 |
| 12/18/97 | 23,838.75 | 32.1250 | 20,475.00 |
| 03/06/98 | 1,200.00 | 38.4271 | 15,423.00 |
| 05/15/98 | 600.00 | 24.4375 | 92,925.00 |
| 06/30/98 | 400.00 | 20.8750 | 765,819.84 |

### BERS ACCOUNT 2

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 10/24/96 | 200.00 | 25.9411 | 5,196.22 |
| 10/31/96 | 2,800.00 | 24.5937 | 68,974.36 |
| 10/31/96 | 1,800.00 | 24.5000 | 44,190.00 |
| 11/25/96 | 2,500.00 | 25.9931 | 64,282.75 |
| **12/18/97** | **13,217.05** | **32.1250** | **424,597.73** |
| 12/19/97 | 100.00 | 32.0590 | 3,205.90 |

A-9

**BERS ACCOUNT 3**

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 11/06/95 | 2,100.00 | 37.0000 | 77,826.00 |
| 12/12/95 | 2,000.00 | 32.1250 | 64,370.00 |
| 02/21/96 | 1,400.00 | 31.7080 | 44,475.20 |
| 02/23/96 | 4,000.00 | 32.8750 | 131,700.00 |
| 03/29/96 | 2,300.00 | 29.0000 | 66,815.00 |
| 04/01/96 | 1,700.00 | 29.1250 | 49,614.50 |
| 09/05/96 | 2,400.00 | 34.4830 | 82,879.20 |
| 05/30/97 | 900.00 | 22.7500 | 20,529.00 |
| 06/04/97 | 3,300.00 | 22.2400 | 73,557.00 |
| 06/09/97 | 3,000.00 | 23.5000 | 70,650.00 |
| 06/10/97 | 3,200.00 | 24.0440 | 77,100.80 |
| 09/03/97 | 5,600.00 | 25.1154 | 140,702.24 |
| 09/04/97 | 1,600.00 | 26.1025 | 41,780.00 |
| 09/04/97 | 900.00 | 26.5500 | 23,904.00 |
| 09/10/97 | 1,900.00 | 28.3088 | 53,805.72 |
| 09/11/97 | 5,000.00 | 27.9775 | 139,937.50 |
| 09/22/97 | 5,000.00 | 30.6700 | 153,650.00 |
| 11/26/97 | 2,900.00 | 28.6830 | 83,355.57 |
| 11/28/97 | 1,500.00 | 28.8570 | 43,376.25 |
| 03/23/98 | 4,000.00 | 39.6875 | 158,750.00 |
| 04/17/98 | 1,400.00 | 20.9860 | 29,380.40 |
| 04/20/98 | 6,000.00 | 23.4910 | 140,946.00 |

## TEACHERS' RETIREMENT SYSTEM
### (Amounts in Bold Represent HFS Exchange)

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 01/19/96 | 15,400.00 | 34.1875 | 526,795.50 |
| 01/23/96 | 3,900.00 | 33.8750 | 132,151.50 |
| 01/23/96 | 900.00 | 34.2500 | 30,843.00 |
| 08/22/96 | 3,000.00 | 33.6250 | 100,905.00 |
| 09/25/96 | 14,600.00 | 38.1250 | 556,771.00 |
| 09/26/96 | 7,200.00 | 39.6250 | 285,516.00 |
| 10/22/96 | 11,000.00 | 25.7466 | 283,432.60 |
| 01/13/97 | 24,800.00 | 26.5721 | 659,484.08 |
| 01/14/97 | 5,800.00 | 26.6250 | 154,483.00 |
| 06/30/97 | 12,200.00 | 25.7050 | 313,747.00 |
| 06/30/97 | 70,100.00 | 25.8125 | 1,809,456.25 |
| **12/18/97** | **461,154.89** | **32.1250** | **14,814,600.84** |
| 02/25/98 | 46,900.00 | 37.6875 | 1,767,543.75 |
| 05/26/98 | 10,800.00 | 22.2813 | 240,638.04 |
| 05/27/98 | 4,000.00 | 21.6250 | 86,500.00 |

A-11

## NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM
### (Amounts in Bold Represent HFS Exchange)

### NYCERS ACCOUNT 1

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 01/10/97 | 32,400.00 | 25.9329 | 841,197.96 |
| 06/30/97 | 14,800.00 | 25.7050 | 380,611.60 |
| 06/30/97 | 84,900.00 | 25.8125 | 2,191,481.25 |
| **12/18/97** | **136,736.39** | **32.1250** | **4,392,656.53** |
| 02/25/98 | 59,300.00 | 37.6875 | 2,234,868.75 |

### NYCERS ACCOUNT 2

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 10/23/96 | 3,700.00 | 25.6861 | 95,186.57 |
| 10/24/96 | 3,600.00 | 25.9411 | 93,531.96 |
| 10/31/96 | 29,200.00 | 24.5937 | 719,304.94 |
| 10/31/96 | 12,200.00 | 24.5000 | 299,510.00 |
| 11/25/96 | 25,400.00 | 25.6631 | 653,112.74 |
| **12/18/97** | **720,509.46** | **32.1250** | **23,146,366.40** |

**NYCERS ACCOUNT 4**

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 01/10/96 | 13,500.00 | 21.5146 | 290,446.86 |
| 03/01/96 | 32,000.00 | 32.0480 | 1,025,536.00 |
| 06/24/96 | 7,700.00 | 37.1610 | 286,139.70 |
| 06/25/96 | 2,500.00 | 36.9000 | 92,250.00 |
| 07/02/96 | 3,700.00 | 35.5600 | 135,272.00 |
| 07/09/96 | 9,000.00 | 25.1350 | 316,215.00 |
| 07/10/96 | 6,100.00 | 34.8300 | 212,463.00 |
| 03/14/97 | 11,600.00 | 25.8870 | 300,289.20 |
| 03/17/97 | 4,000.00 | 26.1260 | 104,504.00 |
| 03/18/97 | 4,900.00 | 25.6080 | 125,479.20 |
| 05/21/97 | 10,100.00 | 24.6470 | 218,934.70 |
| 05/22/97 | 6,600.00 | 23.9570 | 158,116.20 |
| 09/15/97 | 13,200.00 | 29.1628 | 385,740.96 |
| 09/16/97 | 10,000.00 | 20.3058 | 293,658.00 |
| 11/19/97 | 27,200.00 | 28.3674 | 773,225.28 |
| 11/20/97 | 20,200.00 | 28.7901 | 582,772.02 |

A-14

**NYCERS ACCOUNT 3**

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 04/02/97 | 1,500.00 | 22.8750 | 34,402.50 |
| 04/02/97 | 44,300.00 | 22.8940 | 1,016,862.20 |
| 04/15/97 | 47,800.00 | 22.3170 | 1,069,142.60 |
| 05/12/97 | 200.00 | 24.3750 | 4,885.00 |
| 02/20/98 | 11,000.00 | 36.8364 | 405,200.40 |
| 02/24/98 | 8,600.00 | 36.9967 | 318,171.62 |
| 02/24/98 | 300.00 | 37.0000 | 11,100.00 |
| 02/27/98 | 2,900.00 | 37.5000 | 108,750.00 |
| 03/02/98 | 5,800.00 | 37.4750 | 217,355.00 |
| 03/05/98 | 6,600.00 | 37.6331 | 248,378.46 |
| 03/06/98 | 3,200.00 | 38.2560 | 122,419.20 |
| 04/02/98 | 9,100.00 | 39.3613 | 358,187.83 |
| 04/03/98 | 7,300.00 | 40.7123 | 297,199.79 |
| 04/06/98 | 12,700.00 | 41.4099 | 525,905.73 |
| 04/07/98 | 7,900.00 | 40.4368 | 319,450.72 |
| 04/09/98 | 10,100.00 | 37.1361 | 375,074.61 |
| 04/16/98 | 41,800.00 | 18.7500 | 783,750.00 |

**NYCERS ACCOUNT 5**

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 02/05/97 | 11,400.00 | 24.5480 | 280,417.20 |
| 05/20/97 | 2,000.00 | 23.8005 | 47,701.00 |
| 05/30/97 | 6,400.00 | 22.9280 | 147,059.20 |
| 01/15/98 | 8,120.00 | 33.7660 | 274,179.92 |
| 01/16/98 | 2,800.00 | 34.0766 | 95,414.48 |
| 01/21/98 | 1,030.00 | 34.1255 | 35,149.27 |
| 01/23/98 | 2,900.00 | 35.6941 | 103,512.89 |
| 01/27/98 | 5,440.00 | 33.2488 | 180,873.47 |
| 01/28/98 | 930.00 | 33.0008 | 30,690.74 |
| 01/29/98 | 1,740.00 | 33.1609 | 57,699.97 |
| 01/30/98 | 4,300.00 | 34.0000 | 146,200.00 |
| 04/09/98 | 1,970.00 | 37.1840 | 73,252.48 |

## NYCERS ACCOUNT 6

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 11/06/95 | 3,400.00 | 37.0000 | 126,004.00 |
| 12/12/95 | 4,000.00 | 32.1250 | 128,740.00 |
| 02/21/96 | 2,400.00 | 31.7080 | 76,243.20 |
| 02/23/96 | 5,900.00 | 32.8750 | 194,257.50 |
| 03/29/96 | 3,700.00 | 29.0000 | 107,485.00 |
| 04/01/96 | 3,000.00 | 29.1250 | 87,555.00 |
| 09/05/96 | 4,600.00 | 34.4830 | 158,851.80 |
| 05/30/97 | 1,500.00 | 22.7500 | 34,215.00 |
| 06/04/97 | 5,400.00 | 22.2400 | 120,366.00 |
| 06/09/97 | 4,900.00 | 23.5000 | 115,395.00 |
| 06/10/97 | 5,400.00 | 24.0440 | 130,107.60 |
| 09/03/97 | 9,200.00 | 25.0754 | 231,153.68 |
| 09/04/97 | 2,700.00 | 26.0625 | 70,503.75 |
| 09/10/97 | 3,100.00 | 28.2590 | 87,788.28 |
| 09/11/97 | 8,300.00 | 27.9375 | 232,296.25 |
| 09/22/97 | 8,500.00 | 30.6700 | 261,205.00 |
| 11/26/97 | 2,600.00 | 28.6830 | 132,219.18 |
| 11/28/97 | 2,500.00 | 28.8570 | 72,293.75 |
| 03/28/98 | 6,000.00 | 39.6870 | 238,122.00 |
| 04/17/98 | 3,000.00 | 20.9860 | 62,958.00 |
| 04/20/98 | 10,000.00 | 23.4910 | 234,910.00 |

## POLICE DEPARTMENT PENSION FUND
### (Amounts in Bold Represent HFS Exchange)

### PDPF ACCOUNT 1

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 09/29/95 | 4,000.00 | 34.8750 | 139,500.00 |
| 10/31/95 | 5,000.00 | 34.6250 | 173,125.00 |
| 11/30/95 | 5,500.00 | 38.0000 | 209,000.00 |
| 12/29/95 | 2,500.00 | 34.1250 | 85,312.50 |
| 09/05/96 | 10,300.00 | 34.6250 | 356,946.50 |
| 01/13/97 | 8,300.00 | 26.5715 | 220,709.45 |
| **12/18/97** | **228,794.94** | **32.1250** | **7,350,037.45** |
| 03/26/98 | 17,400.00 | 40.2631 | 700,577.94 |
| 06/30/98 | 700.00 | 20.8750 | 14,612.50 |

### PDPF ACCOUNT 2

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 10/23/96 | 2,800.00 | 25.6861 | 72,033.08 |
| 10/24/96 | 2,800.00 | 25.9411 | 72,747.08 |
| 10/31/96 | 22,500.00 | 24.5937 | 554,258.25 |
| 10/31/96 | 9,400.00 | 24.5000 | 230,770.00 |
| 11/25/96 | 19,400.00 | 25.6631 | 498,834.14 |
| **12/18/97** | **105,255.78** | **32.1250** | **3,381,341.93** |

A-17

**PDPF ACCOUNT 3**

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 04/02/97 | 2,200.00 | 22.8750 | 50,457.00 |
| 04/02/97 | 64,700.00 | 22.8940 | 1,485,123.80 |
| 04/15/97 | 69,700.00 | 22.3170 | 1,558,979.90 |
| 05/12/97 | 500.00 | 24.3750 | 12,212.50 |
| 02/20/98 | 16,100.00 | 36.8364 | 593,066.04 |
| 02/24/98 | 12,500.00 | 36.9967 | 462,458.75 |
| 03/02/98 | 700.00 | 37.1250 | 25,987.50 |
| 03/02/98 | 8,600.00 | 37.4750 | 322,285.00 |
| 03/04/98 | 4,200.00 | 37.5000 | 157,500.00 |
| 03/05/98 | 9,600.00 | 37.6331 | 361,277.76 |
| 03/06/98 | 4,600.00 | 38.2560 | 175,977.60 |
| 04/02/98 | 13,200.00 | 39.3613 | 519,569.16 |
| 04/03/98 | 107,000.00 | 40.7123 | 4,356,216.10 |
| 04/06/98 | 18,600.00 | 41.4099 | 770,224.14 |
| 04/07/98 | 11,600.00 | 40.4368 | 469,066.88 |
| 04/09/98 | 14,700.00 | 37.1361 | 545,900.67 |
| 04/16/98 | 61,000.00 | 18.7500 | 1,143,750.00 |

A-18

## PDPF ACCOUNT 4

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 01/04/96 | 15,300.00 | 21.5196 | 329,249.46 |
| 01/15/96 | 17,000.00 | 32.4820 | 553,214.00 |
| 01/18/96 | 55,000.00 | 34.2960 | 1,886,280.00 |
| 05/01/96 | 2,500.00 | 34.1850 | 85,462.50 |
| 06/21/96 | 7,400.00 | 37.0670 | 274,295.80 |
| 06/24/96 | 21,700.00 | 37.1610 | 806,393.70 |
| 06/25/96 | 7,100.00 | 36.9000 | 261,990.00 |
| 07/09/96 | 13,700.00 | 35.1350 | 481,349.50 |
| 07/10/96 | 9,300.00 | 34.8300 | 323,919.00 |
| 03/14/97 | 17,200.00 | 25.8270 | 445,256.40 |
| 03/17/97 | 6,000.00 | 26.0660 | 156,756.00 |
| 03/18/97 | 7,200.00 | 25.5480 | 184,377.60 |
| 05/21/97 | 14,800.00 | 24.5870 | 364,775.60 |
| 05/22/97 | 9,700.00 | 23.8970 | 232,382.90 |
| 09/15/97 | 19,500.00 | 29.1628 | 569,844.60 |
| 09/16/97 | 14,600.00 | 29.3058 | 428,740.68 |
| 11/19/97 | 39,900.00 | 28.3674 | 1,134,253.26 |
| 11/20/97 | 29,700.00 | 28.7901 | 856,847.97 |

## POLICE OFFICERS' VARIABLE SUPPLEMENTS FUND
### (Amounts in Bold Represent HFS Exchange)

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 12/26/95 | 1,900.00 | 33.0000 | 33,656.37 |
| 09/04/96 | 400.00 | 34.6250 | 13,862.00 |
| 10/31/96 | 1,100.00 | 24.2500 | 26,686.00 |
| 06/30/97 | 400.00 | 25.7050 | 10,286.80 |
| 06/30/97 | 2,600.00 | 25.8125 | 67,112.50 |
| **12/18/97** | **21,904.26** | **32.1250** | **703,674.35** |
| 03/04/98 | 3,100.00 | 37.2812 | 115,571.72 |
| 05/15/98 | 400.00 | 23.5060 | 9,402.40 |
| 05/15/98 | 600.00 | 24.4375 | 14,662.50 |
| 06/30/98 | 1,800.00 | 20.8750 | 37,575.00 |

## POLICE SUPERIOR OFFICERS' VARIABLE SUPPLEMENTS FUND
### (Amounts in Bold Represent HFS Exchange)

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 12/26/95 | 2,000.00 | 33.0000 | 66,000.00 |
| 11/12/96 | 700.00 | 26.2500 | 18,389.00 |
| 12/16/96 | 8,500.00 | 22.7500 | 193,375.00 |
| 06/18/97 | 1,300.00 | 26.4375 | 34,368.75 |
| 06/30/97 | 600.00 | 25.7050 | 15,430.20 |
| 06/30/97 | 3,700.00 | 25.8125 | 95,506.25 |
| **12/18/97** | **26,061.62** | **32.1250** | **837,229.54** |

A-20

# FIRE DEPARTMENT PENSION FUND
## (Amounts in Bold Represent HFS Exchange)

### FDPF ACCOUNT 1

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 07/21/95 | 400.00 | 29.0625 | 11,633.00 |
| 12/22/95 | 1,700.00 | 32.2500 | 54,876.00 |
| 09/04/96 | 700.00 | 34.6250 | 24,258.50 |
| 10/22/96 | 2,200.00 | 25.7500 | 56,716.00 |
| 01/16/97 | 6,400.00 | 26.1250 | 167,200.00 |
| 06/30/97 | 1,100.00 | 25.7050 | 28,288.70 |
| 06/30/97 | 6,000.00 | 25.8125 | 154,875.00 |
| **12/18/97** | **57,578.28** | **32.1250** | **1,849,702.25** |

### FDPF ACCOUNT 2

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 10/23/96 | 1,500.00 | 25.6861 | 38,589.15 |
| 10/24/96 | 1,500.00 | 25.9411 | 38,971.65 |
| 10/31/96 | 11,400.00 | 24.5937 | 280,824.18 |
| 11/25/96 | 9,900.00 | 25.6631 | 254,559.69 |
| **12/18/97** | **53,589.13** | **32.1250** | **1,721,550.80** |

A-21

**FDPF ACCOUNT 3**

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 04/02/97 | 1,300.00 | 22.8750 | 29,815.50 |
| 04/02/97 | 40,400.00 | 22.8940 | 927,341.60 |
| 04/15/97 | 43,400.00 | 22.3170 | 970,127.80 |
| 05/12/97 | 300.00 | 24.3750 | 7,327.50 |
| 02/20/98 | 10,100.00 | 36.8364 | 372,047.64 |
| 02/24/98 | 7,800.00 | 36.9967 | 288,574.26 |
| 02/24/98 | 300.00 | 37.0000 | 11,100.00 |
| 02/27/98 | 2,600.00 | 37.5000 | 97,500.00 |
| 03/02/98 | 5,300.00 | 37.4750 | 198,617.50 |
| 03/02/98 | 400.00 | 37.1250 | 14,850.00 |
| 03/05/98 | 6,000.00 | 37.6331 | 225,798.60 |
| 03/06/98 | 2,900.00 | 38.2560 | 110,942.40 |
| 03/30/98 | 8,300.00 | 39.3613 | 326,698.79 |
| 04/03/98 | 6,600.00 | 40.7123 | 268,701.18 |
| 04/06/98 | 11,600.00 | 41.4099 | 480,354.84 |
| 04/07/98 | 7,200.00 | 40.4368 | 291,144.96 |
| 04/09/98 | 9,200.00 | 37.1361 | 341,652.12 |
| 04/16/98 | 1,500.00 | 18.7500 | 28,125.00 |

**FDPF ACCOUNT 4**

| Date | Shares | Price | Amount in $ |
|------|--------|-------|-------------|
| 01/04/96 | 11,600.00 | 21.5215 | 249,649.44 |
| 02/22/96 | 41,000.00 | 32.9350 | 1,350,335.00 |
| 06/21/96 | 4,500.00 | 37.0670 | 166,801.50 |
| 06/24/96 | 13,200.00 | 37.1610 | 490,525.20 |
| 06/25/96 | 4,300.00 | 36.9000 | 158,670.00 |
| 07/02/96 | 2,100.00 | 36.5600 | 76,776.00 |
| 07/09/96 | 8,300.00 | 35.1350 | 291,620.50 |
| 07/10/96 | 5,600.00 | 34.8300 | 195,048.00 |
| 03/14/97 | 10,500.00 | 25.3870 | 271,813.50 |
| 03/17/97 | 3,600.00 | 26.1260 | 94,053.60 |
| 03/18/97 | 4,400.00 | 25.6080 | 112,675.20 |
| 05/21/97 | 9,100.00 | 24.5870 | 224,287.70 |
| 05/22/97 | 6,000.00 | 23.8970 | 143,742.00 |
| 09/15/97 | 12,000.00 | 29.1628 | 350,673.60 |
| 09/16/97 | 9,100.00 | 29.3058 | 267,228.78 |
| 11/19/97 | 24,800.00 | 28.3674 | 704,999.52 |
| 11/20/97 | 18,400.00 | 28.7901 | 530,841.84 |

## FIREFIGHTERS' VARIABLE SUPPLEMENTS FUND
### (Amounts in Bold Represent HFS Exchange)

### FFVSF ACCOUNT 1

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 12/26/95 | 600.00 | 33.0000 | 19,800.00 |
| 11/06/96 | 200.00 | 25.8750 | 5,181.00 |
| 04/07/97 | 300.00 | 23.2500 | 6,984.00 |
| 06/30/97 | 200.00 | 25.7050 | 5,143.40 |
| 06/30/97 | 1,300.00 | 25.8125 | 33,556.25 |
| **12/18/97** | **8,343.56** | **32.1250** | **268,036.87** |
| 02/11/98 | 100.00 | 35.9375 | 3,593.75 |
| 06/30/98 | 500.00 | 20.8750 | 10,437.50 |

### FFVSF ACCOUNT 2

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| **12/18/97** | **30,519.37** | **32.1250** | **980,434.76** |

## FIRE OFFICERS' VARIABLE SUPPLEMENTS FUND
### (Amounts in Bold Represent HFS Exchange)

| Date | Shares | Price | Amount in $ |
|---|---|---|---|
| 12/26/95 | 1,000.00 | 33.0000 | 33,000.00 |
| 08/14/96 | 900.00 | 33.7500 | 30,393.00 |
| 12/20/96 | 2,700.00 | 24.5000 | 66,150.00 |
| **12/18/97** | **7,449.61** | **32.1250** | **239,318.72** |
| 04/20/98 | 19,800.00 | 23.5000 | 11,750.00 |

**Schedule B**

## OTHER PLAINTIFFS'
## CENDANT PURCHASES

| Plaintiff | Purchase Date | Shares Purchased | Purchase Price | Stock/ Options |
|---|---|---|---|---|
| Stephen H. and Donna J. Goldstein | 3/4/98 | 200 | 37 3/8 | Common |
| Reeves C. Miller | 12/22/97 | 100 | 32 1/4 | Common |
| Stanley Albert | 4/14/98 | 1,000 | 36 11/16 | Common |
| Sondra Dick | 2/6/98<br>2/23/98 | 100<br>100 | 35 7/8<br>37 15/16 | Common<br>Common |
| Mead Ann Krim | 12/18/97 | 504 | 57 5/16<br>57 11/16 | Common |
| Joseph Coca | 9/17/97<br>9/22/97 | 200<br>100 | 29 3/8<br>30 11/16 | Common |
| Kevin I. Mailing | 12/18/97 | 240 | 32 1/8 | Common |
| Walter E. Bateman | 12/18/97 | 480 | 32 1/8 | Common |
| Hamid Chalhoub | 3/13/98 | 100 | 41 5/8 | Common |
| Murali Mogasala | 3/18/98 | 215 | 41 1/4 | Common |
| Laurence S. Rollin | 1/22/98<br>4/14/98 | 40 options<br>40 options | 2 3/8<br>2 1/4 | Options<br>Options |
| Brian Sutherland | 4/14/98 | 2,000 | 37 | Common |
| Lola A. Willis | 1/16/98 | 193.4037 | 33 61/64 | Common |
| Andrew J. Kiehle | 1/22/98 | 57 | 34 1/2 | Common |
| Thomas P. Kelpinski | 4/8/98<br>4/9/98 | 500<br>500 | 39 1/4<br>37 1/2 | Common |
| Richard Ross | 2/12/98 | 200 | 35 11/16 | Common |
| Susan M. Bennett | 12/22/97 | 24 | 32 1/4 | Common |
| Alan E. Casnoff | 4/20/98 | 300 | 23 9/16 | Common |

| Plaintiff | Purchase Date | Shares Purchased | Purchase Price | Stock/ Options |
|---|---|---|---|---|
| Siu Ping Wong | 12/18/97 | 720 | 32 1/8 | Common |
| Abe Yoskowitz | 10/31/97 | 100 | 28 3/6 | Common |
| Dr. Lisa Lewis | 7/10/98 | 75 | 22 1/16 | Common |
| Thomas S. Rosen | 4/2/98 | 750 | 40 3/8 | Common |
| State of CT Retirement Plans and Trust Funds | 7/9/97 12/18/97 | 10,400 80,263.54 | 24.68 32.75 | Common Common |
| Lester A. Goldstein | 4/15/98 | 150 | 36 13/16 | Common |
| Team Concept's Personnel Inc. | 7/16/96 | 240 | 32 1/8 | Common |
| Howard Horowitz | 1/5/98 3/13/98 | 20 contracts 10 contracts | 5,092.63 6,289.82 | Options Options |
| Starwood Associates Inc. | 12/18/97 | 201 | 32 1/8 | Common |
| Nixon Lumber Profit Sharing Plan - (David & Douglas Nixon - Trustees) | 12/18/97 | 961 | 32 1/8 | Common |
| Kenneth and Becky J. Ermer | 12/18/97 | 91 | 32 1/8 | Common |
| Larry & Kathleen Forman | 9/3/97 | 400 | 25 1/8 | Common |
| Anthony Warlikowski | 4/14/98 | 1,000 | 37 | Common |
| Lester A. Goldstein | 4/15/98 | 150 | 36 13/16 | Common |
| Vince Paschke | 12/18/97 | 240 | 32 1/8 | Common |
| Elliot Walsey | 6/17/97 | 400 | 26 1/2 | Common |
| Direct Marketing Day | 7/31/97 2/20/97 3/14/97 | 90 20 55 | 24 17/32 23 1/2 25 3/4 | Common Common Common |
| Laurence Sanoff | 3/20/98 | 50 call options | (1.50) 7,803.85 | Options |

B-2

| Plaintiff | Purchase Date | Shares Purchased | Purchase Price | Stock/ Options |
|---|---|---|---|---|
| Jill Loesberg | 4/16/98 | 1,000 | 36 15/16 | Common |
| Robert Lustig | 10/28/97<br>4/16/98 | 200<br>100 | 27 1/4<br>19 1/2 | Common<br>Common |
| Murray Zilbering | 4/15/98 | 200 | 36 7/8 | Common |
| Thomas M. Malloy | 12/18/97 | 108 | 32 1/8 | Common |
| Dr. Leonard B. Zaslow | 3/18/98 | 1,000 | 40 1/4 | Common |
| Rhonda Leiman Cowan | 4/9/98<br>4/22/98 | 150<br>300 | 37 1/4<br>19 9/16 | Common<br>Common |
| Palmer Family Revocable Living Trust | 4/2/98 | 425 | 40 1/2 | Common |
| Norma Klein Revocable Trust | 10/20/97 | 850 | 28 11/16 | Common |
| Patrick J. Sherlock and Julie A. Sherlock | 2/6/98 | 100 | 36 5/16 | Common |
| Ronald E. Tarrson | 5/22/97<br>5/28/97 | 400<br>400 | 24 3/4<br>24 | Common<br>Common |
| Alfred Wise | 2/4/98 | 500 | 37 5/32 | Common |
| Ann Mark | 12/18/97<br>4/20/98<br>5/19/98<br>8/11/98 | 240<br>100<br>100<br>200 | 32 1/8<br>23 5/8<br>22 7/8<br>14 1/8 | Common<br>Common<br>Common<br>Common |
| Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund | 3/31/98 | 3,400 | 40 | Common |
| Minas Tapanian | 4/1/98 | 200 | 39 13/16 | Common |
| Andrew Kammerer | 10/7/97 | 100 | 29.563 | Common |
| Jeffrey Mandell | 12/17/97 | 200 | 31 7/8 | Common |
| Drucilla Robb | 12/18/97 | 240 | 32 1/8 | Common |

| Plaintiff | Purchase Date | Shares Purchased | Purchase Price | Stock/ Options |
|---|---|---|---|---|
| En Passant Ltd. | | 200 contracts (April 37 1/2) | 49 1/4 | Options |
| | | 800 contracts (April 40) | 87 3/16 | Options |
| | | 400 contrats (April 42 1/2) | 57 1/4 | Options |
| William Curran | 4/30/98 | 1,000 | 25.1875 | Common |
| Joanne A. Aboff Family Trust | 12/18/97 | 1,922 | 32 1/8 | Common |
| | 3/20/98 | 163 | 39 13/16 | Common |
| Jim Perkins | 10/1/97 | 12,700 | 31.4375 | Common |
| | 12/15/97 | 9,180 | 30.6875 | Common |
| | 12/22/97 | 14,300 | 32.625 | Common |
| | 1/23/98 | 8,450 | 35.8125 | Common |
| | 2/5/98 | 4,600 | 36.4375 | Common |
| | 2/5/98 | 2,800 | 36.6875 | Common |
| | 2/9/98 | 3,000 | 36.375 | Common |
| Panorama Partners | 1/30/98 | 2,500 | 34 | Common |
| | 2/12/98 | 2,000 | 36 1/2 | Common |
| | 3/6/98 | 1,500 | 38 13/16 | Common |
| | 3/20/98 | 1,500 | 39 7/8 | Common |
| | 4/9/98 | 2,000 | 39 1/8 | Common |
| Nasser Kameli | 1/9/98 | 5 contracts (May 35) | 2 5/8 | Options |
| | 1/27/98 | 20 contracts (May 35) | 2 1/8 | Options |
| | 1/28/98 | 20 contracts (May 35) | 2 | Options |
| | 1/28/95 | 20 contracts (May 35) | 2 | Options |
| | 1/28/98 | 16 contracts (May 35) | 1 1/4 | Options |

B-4

| Plaintiff | Purchase Date | Shares Purchased | Purchase Price | Stock/ Options |
|---|---|---|---|---|
| Nasser Kameli (continued) | 1/28/98 | 40 contracts (May 35) | 1 3/16 | Options |
| | 1/29/98 | 20 contracts (May 35) | 2 | Options |
| | 1/29/98 | 40 contracts (May 35) | 1 3/16 | Options |
| | 1/29/98 | 20 contracts (May 35) | 1 1/8 | Options |
| | 2/18/98 | 30 contracts (August 37 1/2) | 3 5/8 | Options |
| | 2/18/98 | 50 contracts (August 40) | 2 1/2 | Options |
| | 2/18/98 | 20 contracts (August 35) | 4 3/4 | Options |
| | 3/23/98 | 30 contracts (August 45) | 1 13/16 | Options |
| | 4/9/98 | 45 contracts (August 45) | 7/8 | Options |
| | 4/13/98 | 15 contracts (August 40) | 2 1/4 | Options |
| | 4/13/98 | 30 contracts (August 45) | 13/16 | Options |
| Roger Weber | 3/3/97 | 500 | 23 3/4 | Common |
| | 2/2/98 | 1,600 | 34 25/64 | Common |
| | 2/19/98 | 500 | 36 1/4 | Common |
| | 2/23/98 | 1,000 | 37 3/4 | Common |
| | 2/24/98 | 4,500 | 37 1/4 | Common |
| | 4/9/98 | 1,000 | 38 25/32 | Common |
| Steven Weber | 2/2/98 | 18,000 | 34 27/64 | Common |
| | 2/5/98 | 5,000 | 36 7/16 | Common |
| | 2/19/98 | 4,500 | 36 5/16 | Common |
| | 2/20/98 | 5,000 | 35 11/16 | Common |
| | 2/23/98 | 3,000 | 37 1/8 | Common |
| | 2/23/98 | 9,000 | 37 13/16 | Common |
| | 2/24/98 | 500 | 37 5/16 | Common |
| | 4/9/98 | 9,000 | 38 27/32 | Common |

B-5

| Plaintiff | Purchase Date | Shares Purchased | Purchase Price | Stock/Options |
|---|---|---|---|---|
| Gary Dennison, D.D.S., Trustee for Maud & Dennison DDS Retirement Trust | 6/25/97 | 1,000 | 24 5/8 | Common |
| Patrick Hagen | 7/29/98 | 1,000 | 18 3/8 | Common |
| Edward R. O'Brien | 5/22/98 | 520 | 22 3/16 | Common |
| Jeffrey Adams | 6/19/98 | 1,200 | 19 11/16 | Common |
| Direct Marketing Day In New York, Inc. | 7/31/97 | 90 | 24 9/16 | Common |
| Stanley M. Klein | 5/13/98 | 1,200 | 24 9/16 | Common |
| James R. Lawson | 12/18/97 | 19,575 | 32 | Common |
| Jeff Mathis | 6/3/98 | 10,000 | 21 7/16 | Common |
|  | 6/12/98 | 5,000 | 20 1/8 | Common |
|  | 6/25/98 | 5,000 | 21 3/8 | Common |
|  | 6/26/98 | 5,000 | 21 3/8 | Common |
|  | 7/13/98 | 2,500 | 19 3/8 | Common |
|  | 7/13/98 | 2,500 | 18 | Common |
|  | 7/14/98 | 5,000 | 15 5/16 | Common |