1   SUSAN S. MUCK (CSB NO. 126930)
    DEAN S. KRISTY (CSB NO. 157646)
2   CHRISTOPHER J. STESKAL (CSB NO. 212297)
    CATHERINE D. KEVANE (CSB NO. 215501)
3   EMILY ST. JOHN COHEN (CSB NO. 239674)
    CHRISTINE VOGELEI (CSB NO. 239843)
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone:    (415) 875-2300
6   Facsimile:    (415) 281-1350
    smuck@fenwick.com
7   dkristy@fenwick.com
    csteskal@fenwick.com
8   ckevane@fenwick.com
    ecohen@fenwick.com
9   cvogelei@fenwick.com

10  Attorneys for Defendants Connetics Corp.,
    John L. Higgins, Lincoln Krochmal,
11  C. Gregory Vontz, and Thomas G. Wiggans

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16                                    Case No.  C 07-02940 SI

17  IN RE CONNETICS CORP.              **PROOF OF SERVICE**
    SECURITIES LITIGATION
18                                     Date:     August 15, 2008
19                                     Time:     9:00 a.m.
                                       Dept:     Courtroom 10
20                                     Judge:    Honorable Susan Illston

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, San Francisco California, 555 California Street, 12th Floor San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS**

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS**

**REPLY MEMORANDUM IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE BY DEFENDANTS CONNETICS CORP., JOHN L. HIGGINS, LINCOLN KROCHMAL, C. GREGORY VONTZ, AND THOMAS G. WIGGANS**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Victor E. Zak
> 24 Oakmont Road
> Newton Center, MA 02459

[X] **FEDERAL EXPRESS**: by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for Priority Overnight delivery.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: July 18, 2008

_Carol Galvin_
Carol Galvin

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO