1  SHIRLI FABBRI WEISS (Bar No. 079225)
   shirli.weiss@dlapiper.com
2  GERARD A. TRIPPITELLI (Bar No. 235788)
   jerry.trippitelli@dlapiper.com
3  ALYSSON RUSSELL SNOW (Bar No. 225185)
   alysson.snow@dlapiper.com
4  **DLA PIPER US LLP**
   401 B Street, Suite 1700
5  San Diego, CA 92101-4297
   Tel: 619.699.3650
6  Fax: 619.699.2701

7

   Attorneys for Defendant
8  ALEXANDER YAROSHINSKY

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 

| IN RE CONNETICS CORPORATION SECURITIES LITIGATION | CASE NO. 3:07-cv-02940-SI |
|---|---|
|  | CLASS ACTION |
|  | **CERTIFICATE OF SERVICE** |
| This Document Relates To:<br><br>ALL ACTIONS. | Date:        August 15, 2008<br>Courtroom: 10<br>Time:        9:00 a.m.<br>Judge:       Honorable Susan Illston |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On July 18, 2008, I served the within documents:

### SEE ATTACHED LIST OF DOCUMENTS

[X] by placing the document(s) listed above in a sealed United Parcel Service "UPS" Overnight Delivery envelope for overnight delivery the next business day to the addressees.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Victor E. Zak
24 Oakmont Road
Newton Center, MA 02459
Tel: 617.610.2538

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on July 18, 2008, at San Diego, California.

Debra J. Stitcher

## LIST OF DOCUMENTS

1. ALEXANDER YAROSHINSKY'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT;

2. ALEXANDER YAROSHINSKY'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

3. DECLARATION OF GERARD A. TRIPPITELLI IN SUPPORT OF ALEXANDER YAROSHINSKY'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

4. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALEXANDER YAROSHINSKY'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT