1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   CATHERINE DUDEN KEVANE (CSB NO. 215501)
3  EMILY ST. JOHN COHEN (CSB NO. 239674)
   CHRISTINE A. VOGELEI (CSB No. 239843)
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350
   smuck@fenwick.com
7  dkristy@fenwick.com
   csteskal@fenwick.com
8  ckevane@fenwick.com
   ecohen@fenwick.com
9  cvogelei@fenwick.com

10 Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
11 C. Gregory Vontz, and Thomas G. Wiggans

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16
                                    | Case No. C 07-02940 SI
17
                                    | **STIPULATION AND [PROPOSED]**
18 IN RE CONNETICS CORP.             | **ORDER CONTINUING CASE**
   SECURITIES LITIGATION             | **MANAGEMENT CONFERENCE SET**
19                                   | **FOR AUGUST 15, 2008**

20

21

22

23

24

25

26

27

28
   **STIPULATION AND [PROPOSED] ORDER**
   **CONTINUING CASE MANAGEMENT**                              CASE NO. C 07-02940 SI
   **CONFERENCE**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     WHEREAS, a Case Management Conference ("CMC") in the above-captioned action is currently set for August 15, 2008;

    WHEREAS, a hearing on defendants' motions to dismiss and motions to strike the second amended consolidated complaint is scheduled to be heard on August 15, 2008;

    WHEREAS, the Court has not yet ruled on defendants' motions to dismiss and motions to strike the second amended consolidated complaint;

    WHEREAS, the parties believe that the interests of judicial economy are best served by postponing the CMC until after the Court rules on defendants' motions to dismiss and motions to strike the second amended consolidated complaint;

    WHEREAS, the parties reserve their rights to seek additional continuances of the CMC in the future, subject to the Court's approval;

    IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record that, subject to the Court's approval, the Case Management Conference in this action, currently set for August 15, 2008, shall be taken off of the calendar and rescheduled, if necessary, for 30 days from the Court's ruling on defendants' motions to dismiss and motions to strike the second amended consolidated complaint or any later date that is convenient for the Court.

Dated: August 1, 2008

    /s/
CHRISTOPHER S. STESKAL
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:   (415) 875- 2300
Fax:  (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

Dated: August 1, 2008

    /s/
VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA 02459
Tel:   (617) 610-2538

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    1    CASE NO. C 07-02940 SI

| | | |
|---|---|---|
| 1 | Dated: August 1, 2008 | /s/ |
| 2 | | MATTHEW P. SIBEN<br>BERNSTEIN LITOWITZ BERGER |
| 3 | |   & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300 |
| | | San Diego, CA 92130 |
| 4 | | Tel:  (858) 793-0070<br>Fax:  (858) 793-0323 |
| 5 | | |
| 6 | | Attorneys for Lead Plaintiff Teachers'<br>Retirement System of Oklahoma and Lead |
| 7 | | Counsel to the Class |
| 8 | | |
| 9 | Dated: August 1, 2008 | /s/ |
| 10 | | GERARD A. TRIPPITELLI<br>DLA PIPER |
| 11 | | 401 B Street, Suite 1700<br>San Diego, California 92101-4297 |
| 12 | | Tel:  (619) 699-2700<br>Fax:  (619) 699-2701 |
| 13 | | Attorneys for Defendant Alexander J. |
| 14 | | Yaroshinsky |

16  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

17  under penalty of perjury that concurrence in the filing of the document has been obtained from

18  Matthew P. Siben, Victor Zak, and Gerard A. Trippitelli.

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**     2     CASE NO. C 07-02940 SI

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled in the above-captioned action for August 15, 2008, shall be taken off of the calendar and rescheduled for 30 days from the Court's ruling on defendants' motions to dismiss and motions to strike the second amended consolidated complaint or any later date that is convenient for the Court.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE