SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
CHRISTINE A. VOGELEI (CSB No. 239843)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
cvogelei@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR AUGUST 15, 2008** |

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

CASE NO. C 07-02940 SI

1    WHEREAS, a Case Management Conference ("CMC") in the above-captioned action is currently set for August 15, 2008;

WHEREAS, a hearing on defendants' motions to dismiss and motions to strike the second amended consolidated complaint is scheduled to be heard on August 15, 2008;

WHEREAS, the Court has not yet ruled on defendants' motions to dismiss and motions to strike the second amended consolidated complaint;

WHEREAS, the parties believe that the interests of judicial economy are best served by postponing the CMC until after the Court rules on defendants' motions to dismiss and motions to strike the second amended consolidated complaint;

WHEREAS, the parties reserve their rights to seek additional continuances of the CMC in the future, subject to the Court's approval;

IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record that, subject to the Court's approval, the Case Management Conference in this action, currently set for August 15, 2008, shall be taken off of the calendar and rescheduled, if necessary, for 30 days from the Court's ruling on defendants' motions to dismiss and motions to strike the second amended consolidated complaint or any later date that is convenient for the Court.

Dated: August 1, 2008

                              /s/
CHRISTOPHER S. STESKAL
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:   (415) 875- 2300
Fax:   (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

Dated: August 1, 2008

                              /s/
VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA 02459
Tel:   (617) 610-2538

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE
    1    CASE NO. C 07-02940 SI

| | | |
|---|---|---|
| 1 | Dated: August 1, 2008 | _____/s/_____ |
| 2 | | MATTHEW P. SIBEN |
| | | BERNSTEIN LITOWITZ BERGER |
| 3 | | & GROSSMANN LLP |
| | | 12481 High Bluff Drive, Suite 300 |
| 4 | | San Diego, CA 92130 |
| | | Tel:    (858) 793-0070 |
| 5 | | Fax:    (858) 793-0323 |

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

Dated: August 1, 2008                                                   _____/s/_____
GERARD A. TRIPPITELLI
DLA PIPER
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel:    (619) 699-2700
Fax:    (619) 699-2701

Attorneys for Defendant Alexander J. Yaroshinsky

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew P. Siben, Victor Zak, and Gerard A. Trippitelli.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE                    2                    CASE NO. C 07-02940 SI
MANAGEMENT CONFERENCE

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled in the above-captioned action for August 15, 2008, shall be taken off of the calendar and rescheduled for 30 days from the Court's ruling on defendants' motions to dismiss and motions to strike the second amended consolidated complaint or any later date that is convenient for the Court.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE