SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CHRISTOPHER J. STESKAL (CSB NO. 212297)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
EMILY ST. JOHN COHEN (CSB NO. 239674)
CHRISTINE A. VOGELEI (CSB No. 239843)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
csteskal@fenwick.com
ckevane@fenwick.com
ecohen@fenwick.com
cvogelei@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER SECOND AMENDED COMPLAINT** |
|---|---|

**STIPULATION AND [PROPOSED] ORDER RE ANSWER**    CASE NO. C 07-02940 SI

This Stipulation is entered into by and among Teachers' Retirement System of Oklahoma ("plaintiff") and defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans (collectively, "defendants"), through their respective attorneys of record.

WHEREAS, on March 14, 2008, plaintiff filed its Second Amended Consolidated Complaint ("SAC");

WHEREAS, on May 2, 2008, defendants moved to dismiss the SAC;

WHEREAS, on August 14, 2008, the Court entered an order granting in part and denying in part defendants' motions to dismiss and granting plaintiff until August 29, 2008 to amend its complaint;

WHEREAS, plaintiff gave notice on August 29, 2008 that it would not amend the SAC and would proceed under the SAC;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), defendants' deadline to answer the SAC is currently set for September 15, 2008;

WHEREAS, given the length of the SAC and complexity of issues raised therein, the parties have agreed to extend defendants' time to answer the SAC;

THERFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties as follows:

Defendants' deadline to answer the SAC is extended until October 6, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION AND [PROPOSED] ORDER RE ANSWER**     2     CASE NO. C 07-02940 SI

Dated: September 5, 2008                    Respectfully submitted,

                                                                      /s/
                                        CATHERINE KEVANE
                                        FENWICK & WEST LLP
                                        555 California Street, 12th Floor
                                        San Francisco, CA 941014
                                        Tel:    (415) 875- 2300
                                        Fax:    (415) 281-1350

                                        Attorneys for Defendants Connetics Corp.,
                                        John L. Higgins, Lincoln Krochmal, C.
                                        Gregory Vontz, and Thomas G. Wiggans


Dated: September 5, 2008

                                                                       /s/
                                        MATTHEW P. SIBEN
                                        BERNSTEIN LITOWITZ BERGER
                                          & GROSSMANN LLP
                                        12481 High Bluff Drive, Suite 300
                                        San Diego, CA 92130
                                        Tel:    (858) 793-0070
                                        Fax:    (858) 793-0323

                                        Attorneys for Lead Plaintiff Teachers'
                                        Retirement System of Oklahoma and Lead
                                        Counsel to the Class


Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew P. Siben.

**STIPULATION AND [PROPOSED]**
**ORDER RE ANSWER**                      3                             CASE NO. C 07-02940 SI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE