1    SUSAN S. MUCK (CSB NO. 126930)
     DEAN S. KRISTY (CSB NO. 157646)
2    CHRISTOPHER J. STESKAL (CSB NO. 212297)
     CATHERINE DUDEN KEVANE (CSB NO. 215501)
3    EMILY ST. JOHN COHEN (CSB NO. 239674)
     CHRISTINE A. VOGELEI (CSB No. 239843)
4    FENWICK & WEST LLP
     555 California Street, 12th Floor
5    San Francisco, CA  94104
     Telephone:    (415) 875-2300
6    Facsimile:    (415) 281-1350
     smuck@fenwick.com
7    dkristy@fenwick.com
     csteskal@fenwick.com
8    ckevane@fenwick.com
     ecohen@fenwick.com
9    cvogelei@fenwick.com

10   Attorneys for Defendants Connetics Corp.,
     John L. Higgins, Lincoln Krochmal,
11   C. Gregory Vontz, and Thomas G. Wiggans

12

                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16
                                    Case No. C 07-02940 SI
17
                                    **STIPULATION AND [PROPOSED]**
18   IN RE CONNETICS CORP.          **ORDER EXTENDING TIME FOR**
     SECURITIES LITIGATION          **DEFENDANTS TO ANSWER SECOND**
19                                  **AMENDED COMPLAINT**

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS  AT LAW
SAN FRANCISCO

1    This Stipulation is entered into by and among Teachers' Retirement System of Oklahoma

2  ("plaintiff") and defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory

3  Vontz, and Thomas G. Wiggans (collectively, "defendants"), through their respective attorneys of

4  record.

5    WHEREAS, on March 14, 2008, plaintiff filed its Second Amended Consolidated

6  Complaint ("SAC");

7    WHEREAS, on May 2, 2008, defendants moved to dismiss the SAC;

8    WHEREAS, on August 14, 2008, the Court entered an order granting in part and denying

9  in part defendants' motions to dismiss and granting plaintiff until August 29, 2008 to amend its

10  complaint;

11    WHEREAS, plaintiff gave notice on August 29, 2008 that it would not amend the SAC

12  and would proceed under the SAC;

13    WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), defendants' deadline to

14  answer the SAC is currently set for September 15, 2008;

15    WHEREAS, given the length of the SAC and complexity of issues raised therein, the

16  parties have agreed to extend defendants' time to answer the SAC;

17    THERFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern

18  District of California Civil Local Rule 6-1, by and between the undersigned counsel for the

19  parties as follows:

20    Defendants' deadline to answer the SAC is extended until October 6, 2008.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED]**
**ORDER RE ANSWER**
CASE NO. C 07-02940 SI

1    Dated:  September 5, 2008              Respectfully submitted,

2
                                           _____
3                                                      /s/
                                           CATHERINE KEVANE
4                                          FENWICK & WEST LLP
                                           555 California Street, 12th Floor
5                                          San Francisco, CA 941014
                                           Tel:    (415) 875- 2300
6                                          Fax:    (415) 281-1350

7                                          Attorneys for Defendants Connetics Corp.,
                                           John L. Higgins, Lincoln Krochmal, C.
8                                          Gregory Vontz, and Thomas G. Wiggans

9
     Dated:  September 5, 2008
10                                         _____
                                                      /s/
11                                         MATTHEW P. SIBEN
                                           BERNSTEIN LITOWITZ BERGER
12                                             & GROSSMANN LLP
                                           12481 High Bluff Drive, Suite 300
13                                         San Diego, CA 92130
                                           Tel:    (858) 793-0070
14                                         Fax:    (858) 793-0323

15                                         Attorneys for Lead Plaintiff Teachers'
                                           Retirement System of Oklahoma and Lead
16                                         Counsel to the Class

17

18
     Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
19
     under penalty of perjury that concurrence in the filing of the document has been obtained from
20
     Matthew P. Siben.
21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Wm. Alsup for

DATED: _____ _____    _____

5

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO