1  SUSAN S. MUCK (CSB NO. 126930)
   CATHERINE KEVANE (CSB NO. 215501)
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:   (415) 875-2300
4  Facsimile:   (415) 281-1350
   smuck@fenwick.com
5  ckevane@fenwick.com

6  Attorneys for Defendants Connetics Corp.,
   John L. Higgins, Lincoln Krochmal,
7  C. Gregory Vontz, and Thomas G. Wiggans

8
9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  | | |
    |---|---|
    | IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 31, 2008** |

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

CASE NO. C 07-02940 SI

1       WHEREAS, a Case Management Conference ("CMC") in the above-captioned action is
2 currently set for October 31, 2008;

3       WHEREAS, the parties have scheduling conflicts on October 31, 2008;

4       WHEREAS, the parties are continuing to meet and confer regarding a number of issues to
5 be addressed in the parties Joint Case Management Statement;

6       WHEREAS, the parties believe that the interests of judicial economy are best served by
7 postponing the CMC until after the parties have had further opportunity to meet and confer;

8       IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through
9 their respective counsel of record that, subject to the Court's approval, the Case Management
10 Conference in this action, currently set for October 31, 2008, shall be taken off of the calendar
11 and rescheduled, for November 14, 2008 or any later date that is convenient for the Court.

13 Dated: October 21, 2008
                                             /s/
CATHERINE KEVANE
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:   (415) 875-2300
Fax:  (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

20 Dated: October 21, 2008
                                             /s/
MATTHEW P. SIBEN
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**     1     CASE NO. C 07-02940 SI

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
2  under penalty of perjury that concurrence in the filing of the document has been obtained from
3  Matthew P. Siben.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**   2   CASE NO. C 07-02940 SI

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, the Case Management Conference currently scheduled |
| 3 | in the above-captioned action for October 31, 2008, shall be taken off of the calendar and |
| 4 | rescheduled for November 14, 2008 or any later date that is convenient for the Court. |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | DATED: _____ _____ |
| 8 | THE HONORABLE SUSAN ILLSTON<br>UNITED STATES DISTRICT JUDGE |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE      3     CASE NO. C 07-02940 SI
MANAGEMENT CONFERENCE