SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CATHERINE KEVANE (CSB NO. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
ckevane@fenwick.com

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CONNETICS CORP. SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION SCHEDULE** |
|---|---|

WHEREAS, the Motion for Class Certification by the Teachers' Retirement System of Oklahoma (the "Lead Plaintiff") is currently due on February 6, 2009, defendants' Opposition is currently due on February 20, 2009, Lead Plaintiff's Reply is currently due on March 6, 2009, and the hearing on Lead Plaintiff's Motion for Class Certification is currently scheduled for March 20, 2009;

WHEREAS, at the Initial Case Management Conference on November 14, 2008, the Court scheduled a Further Case Management Conference for March 20, 2009 to coincide with the hearing on Lead Plaintiff's Motion for Class Certification;

WHEREAS, the parties have agreed to mediate with the Hon. Daniel Weinstein (Ret.) and scheduled a mediation session for March 2, 2009 in San Francisco, California;

WHEREAS, the parties believe that the interests of judicial economy are best served by deferring the briefing and hearing on class certification until after the parties have completed the mediation;

WHEREAS, the parties agree that the pretrial schedule and discovery is otherwise unaffected;

IT IS THEREFORE STIPULATED AND AGREED by Lead Plaintiff and defendants, subject to the Court's approval, that Lead Plaintiff's Motion for Class Certification shall be filed on March 16, 2009, defendants' Opposition shall be filed on April 6, 2009, Lead Plaintiff's Reply shall be filed on April 27, 2009, and the hearing on the Motion for Class Certification shall be on May 8, 2009 or such later date that is convenient for the Court.

Dated: January 22, 2009

/s/
CATHERINE KEVANE
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875- 2300
Fax: (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION SCHEDULE**     1     CASE NO. C 07-02940 SI

| | |
|---|---|
| Dated: January 22, 2009 |          /s/               <br>DAVID R. STICKNEY<br>BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:  (858) 793-0323<br><br>Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from David R. Stickney.

**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION SCHEDULE**     2     CASE NO. C 07-02940 SI

**ORDER**

PURSUANT TO STIPULATION, Lead Plaintiff's Motion for Class Certification shall be filed on March 16, 2009, defendants' Opposition shall be filed on April 6, 2009, Lead Plaintiff's Reply shall be filed on April 27, 2009, and the hearing on Class Certification shall be on May 8, 2009 at 9:00 a.m.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

The Further Case Management Conference has been continued to 5/8/09 at 2:30 p.m.