**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CONNETICS CORPORATION
SECURITIES LITIGATION

_____/

No. C 07-02940 SI

**ORDER DISMISSING COMPLAINT AS TO DEFENDANTS YAROSHINSKY AND ZAK**

Defendants Alexander Yaroshinsky and Victor Zak have filed motions to dismiss plaintiffs' second amended complaint with prejudice. This motion is scheduled for hearing on February 27, 2009. Pursuant to Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing. Having considered the papers submitted, and for good cause shown, defendants' motions are GRANTED.

Defendants moved to dismiss plaintiffs' second amended complaint on May 2, 2008. On August 14, 2008, the Court entered an order granting in part and denying in part defendants' motions. *See* Aug. 14 Order. [Docket No. 126] The order dismissed plaintiffs' claims against defendants Yaroshinsky and Zak with leave to amend. *See id.* at *22. On August 29, 2008, lead plaintiff filed a notice that it would not amend the complaint. Lead plaintiff does not oppose the instant motion. [Docket No. 149] Accordingly, because lead plaintiff has elected not to amend its complaint as to Yaroshinsky and Zak, their motions to dismiss all claims against them with prejudice are GRANTED.

**IT IS SO ORDERED.**

Dated: February 27, 2009

SUSAN ILLSTON
United States District Judge