| | |
|---|---|
| 1 | SUSAN S. MUCK (CSB NO. 126930) |
| 2 | DEAN S. KRISTY (CSB NO. 157646)<br>CATHERINE KEVANE (CSB NO. 215501) |
| 3 | CHRISTINE VOGELEI (CSB 239843)<br>FENWICK & WEST LLP |
| 4 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| 5 | Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| 6 | smuck@fenwick.com<br>dkristy@fenwick.com |
| 7 | ckevane@fenwick.com<br>cvogelei@fenwick.com |

Attorneys for Defendants Connetics Corp.,
John L. Higgins, Lincoln Krochmal,
C. Gregory Vontz, and Thomas G. Wiggans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONNETICS CORP.<br>SECURITIES LITIGATION | Case No. C 07-02940 SI<br><br>**STIPULATED REQUEST TO FILE UNDER SEAL** |

**STIPULATED REQUEST TO FILE UNDER SEAL**　　　　　　　　　　　　　CASE NO. C 07-02940 SI

1 Pursuant to Northern District of California Local Rules 7-11, 7-12, 79-5 and the Standing Order of Judge Illston, the parties, by and through their attorneys of record, stipulate that Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans may file under seal portions of Defendants' Opposition to Plaintiff's Motion for Class Certification and the Declaration of Christine A. Vogelei in support thereof in this case.

Dated: April 6, 2009

/s/ Catherine Kevane
CATHERINE KEVANE
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:   (415) 875- 2300
Fax:   (415) 281-1350

Attorneys for Defendants Connetics Corp., John L. Higgins, Lincoln Krochmal, C. Gregory Vontz, and Thomas G. Wiggans

Dated: April 6, 2009

/s/ David R. Stickney
DAVID R. STICKNEY
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATED REQUEST TO FILE UNDEAR SEAL**    1    CASE NO. C 07-02940 SI

## **ATTESTATION**

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from David R. Stickney.

                                            /s/ Catherine Kevane
                                            CATHERINE KEVANE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATED REQUEST TO FILE UNDER SEAL**     2     CASE NO. C 07-02940 SI