IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>FISHBURY LIMITED,<br><br>    Plaintiff,<br><br> v.<br><br>CONNETICS CORP.,<br><br>    Defendant.<br>              /</td><td>No. C 07-02940 SI<br><br>**PRETRIAL PREPARATION ORDER**</td></tr>
</table>

  It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 10, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

FURTHER CASE MANAGEMENT: <u>November 13, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

Identify Subjects of Expert: 9/25/09, Identify Rebuttal Subjects of Experts: 10/16/09

Party w/Burden of Proof Disclose Expert Reports: 11/14/09, Designation of Non-Burden of Proof Rebuttal Expert Reports 12/4/09.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 29, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 22, 2010</u>;

  Opp. Due <u>March 29, 2010</u>;  Reply Due <u>April 30, 2010</u>;

 and set for hearing no later than <u>May 14, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 15, 2010 at 3:30 PM</u>.

JURY TRIAL DATE: <u>June 29, 2010</u> at <u>8:30 AM.</u>,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>8 days</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant shall provide class member information to plaintiff by 6/12/09.
Class notice shall distributed by 7/10/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 

                   SUSAN ILLSTON
                   United States District Judge