BERNSTEIN LITOWITZ BERGER
   &amp; GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
NIKI L. MENDOZA (Bar No. 214646)
TAKEO A. KELLAR (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
davids@blbglaw.com
matthews@blbglaw.com
takeok@blbglaw.com
    -and-
CHAD JOHNSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444
chad@blbglaw.com

Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CONNETICS SECURITIES LITIGATION | Case No. 07-CV-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED SETTLEMENT** |

This Stipulation is entered into by and among Lead Plaintiff Teachers' Retirement System of Oklahoma ("Lead Plaintiff") and defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, and Lincoln Krochmal ("Defendants").

WHEREAS, the parties are pleased to inform the Court that they have agreed to settle the above action subject to Court approval pursuant to Federal Rule of Civil Procedure 23(e);

WHEREAS, the parties are preparing a formal stipulation of settlement and will present the settlement to the Court with a motion for preliminary approval on or before July 10, 2009;

WHEREAS, the parties are unaware of any opposition to the motion for preliminary approval, and request that it be heard on shortened time such that notice of the class certification and proposed settlement may be made to the Class;

WHEREAS, in light of the foregoing, the parties jointly request that all current deadlines be suspended to allow the parties to focus on documenting the settlement and submitting it for the Court's consideration;

WHEREAS, the Court previously scheduled a Case Management Conference with the parties for July 10, 2009;

WHEREAS, the parties contacted the Court on or about July 2, 2009, and were requested to file a stipulation and proposed order;

THE FOLLOWING IS THEREFORE STIPULATED AND AGREED by Lead Plaintiff and Defendants, through their respective counsel of record that, subject to the Court's approval:

1. The Case Management Conference scheduled for July 10, 2009 is vacated;

2. All current deadlines are suspended;

3. The parties shall file the settlement with the Court along with a motion for preliminary approval of the settlement on or before July 10, 2009;

4. A hearing on the preliminary approval motion will be held on July 17, 2009, at a time to be set by the Court;

5. Any opposition to the preliminary approval motion shall be filed on or before July 14, 2009.

STIPULATION AND [PROPOSED] ORDER PROPOSED SETTLEMENT --
Case No. 07-CV-02940 SI

| | | |
|---|---|---|
| 1 | Dated: July 6, 2009 | Respectfully submitted, |
| 2 | | BERNSTEIN LITOWITZ BERGER |
| 3 | |   & GROSSMANN LLP |
| 4 | | By: ___/s/____David R. Stickney_____ |
| 5 | | DAVID R. STICKNEY |
| 6 | | NIKI L. MENDOZA |
|   | | TAKEO A. KELLAR |
| 7 | | 12481 High Bluff Drive, Suite 300 |
|   | | San Diego, CA 92130 |
| 8 | | Tel:    (858) 793-0070 |
|   | | Fax:   (858) 793-0323 |
| 9 | | |
| 10 | | *Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class* |
| 11 | Dated: July 6, 2009 | FENWICK & WEST LLP |
| 12 | | By: ___/s/____Susan Muck_____ |
| 13 | | SUSAN MUCK |
| 14 | | CATHERINE KEVANE |
| 15 | | 555 California Street, Suite 1200 |
|   | | San Francisco, California 94104 |
| 16 | | Telephone: (415) 875-2300 |
|   | | Facsimile: (415) 281-1350 |
| 17 | | |
| 18 | | *Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, and Lincoln Krochmal* |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Susan Muck and/or Catherine Kevane.

*   *   *

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____ 2009      _____
                                                 THE HONORABLE SUSAN ILLSTON
                                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Kristina L. Sousek, do hereby certify that on this 6th day of July, 2009, true and correct copies of the foregoing:

**STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED SETTLEMENT**

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served via Federal Express or U.S. Mail (as indicated on the attached Service List), in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

*/s/ Kristina L. Sousek*
KRISTINA L. SOUSEK

# Service List

In re CONNETICS SECURITIES LITIGATION
Case No.: 07-02940

| **COUNSEL FOR DEFENDANTS CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL** ||
|---|---|
| Susan S. Muck <br> Dean S. Kristy <br> Catherine D. Kevane <br> Christine A. Vogelei <br> **FENWICK & WEST** <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Tel: 415-875-2300 <br> Fax: 415-281-1350 <br> smuck@fenwick.com <br> dkristy@fenwick.com <br> ckevane@fenwick.com <br> cvogelei@fenwick.com <br><br> *Via ECF* | |

#26071/v7